ORIGINAL

STUART F. DELERY
Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
WILLIAM E. OLSON
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3905
Facsimile: (202) 616-2845
E-mail: William.E.Olson@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Frauds Section
HOWARD DANIELS (CA Bar No. 81764)
Assistant United States Attorney
300 North Los Angeles Street
Federal Building, Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4024
Facsimile: (213) 894-5139
Email: Howard.Daniels@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2013 SEP 30 PM 2:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| [UNDER SEAL], Plaintiff(s), vs. [UNDER SEAL], Defendant(s). | CASE NO. CV 10-3165 GHK (SSx) **~~[PROPOSED]~~ ORDER** [Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. §3730 (b)(2) and (3)] |

Filed Concurrently Under Seal: Notice of Election to Decline Intervention.

STUART F. DELERY
Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
WILLIAM E. OLSON
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3905
Facsimile: (202) 616-2845
E-mail: William.E.Olson@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Frauds Section
HOWARD DANIELS (CA Bar No. 81764)
Assistant United States Attorney
300 North Los Angeles Street
Federal Building, Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4024
Facsimile: (213) 894-5139
Email: Howard.Daniels@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2013 SEP 30 PM 2:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

LODGED

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| [**UNDER SEAL**], Plaintiff(s), vs. [**UNDER SEAL**], Defendant(s). | CASE NO. CV 10-3165 GHK (SSx) |
| | ~~[PROPOSED]~~ **ORDER** |
| | [Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. §3730 (b)(2) and (3)] |

Filed Concurrently Under Seal: Notice of Election to Decline Intervention.

STUART F. DELERY
Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
WILLIAM E. OLSON
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3905
Facsimile: (202) 616-2845
E-mail: : William.E.Olson@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Frauds Section
HOWARD DANIELS (CA Bar No. 81764)
Assistant United States Attorney
300 North Los Angeles Street
Federal Building, Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4024
Facsimile: (213) 894-5139
Email: Howard.Daniels@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES OF CALIFORNIA, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO, ex rel. | CASE NO. CV 10-3165 GHK (SSx)<br><br>**~~[PROPOSED]~~ ORDER**<br><br>[Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. §3730 (b)(2) and (3)]<br><br>[Filed Concurrently Under Seal: Notice of Election to Decline Intervention] |

BEVERLY BROWN,

Plaintiffs,

vs.

CELGENE CORPORATION,

Defendant.

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

DATED: 10/1, 2013

UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Frauds Section

HOWARD DANIELS
Assistant United States Attorney

Attorneys for
United States of America