KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA
DANE GILLETTE
CHIEF ASSISTANT ATTORNEY GENERAL
MARK GEIGER
SENIOR ASSISTANT ATTORNEY GENERAL
NICHOLAS N. PAUL
SUPERVISING DEPUTY ATTORNEY GENERAL
JOHN P. FISHER
DEPUTY ATTORNEY GENERAL
STATE BAR NO. 156183
1455 FRAZEE ROAD, SUITE 315
SAN DIEGO, CA 92108
TELEPHONE: (619) 688-6673
FAX: (619) 688-4200
E-MAIL: JOHN.FISHER@DOJ.CA.GOV

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO, ex rel. BEVERLY BROWN,**<br>Plaintiffs,<br>**v.**<br>**CELGENE CORPORATION,**<br>Defendant. | 10-cv-03165 GHK (SSx)<br>**THE STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

Relator filed this action under the Federal False Claims Act and similar statutes existing in twenty-eight (28) states, the District of Columbia, and the City of Chicago. On September 30, 2013, the United States filed a Notice of Election to Decline Intervention in which it notified the Court of its decision to not intervene in this action pursuant to 31 U.S.C. § 3730(b)(4)(B). At that time, the United States informed the Court that it had conferred with attorneys representing the Plaintiff States, the District of Columbia and the City of Chicago, which indicated they also declined to intervene in this action. The United States accurately reflected the position of the Plaintiff States, the District of Columbia, and the City of Chicago. However, it has come to the attention of California that the resultant order addressed only the United States. Thus, through the undersigned counsel for the State of California, the Plaintiff States, the District of Columbia, and the City of Chicago confirm the representation made by the United States, notify the Court of their respective decisions to not intervene in this action, and submit a proposed order specific to the Plaintiff States, the District of Columbia, and the City of Chicago.

Although the Plaintiff States, the District of Columbia, and the City of Chicago decline to intervene, the States, the District of Columbia, and the City of Chicago request under their respective statutes, which permit Relator to maintain the action in the name of the States, the District of Columbia and the City of Chicago, that Relator be permitted to dismiss the case on behalf of each of these plaintiffs only if the Court and each such plaintiff gives written consent to the dismissal and its reasons for consenting.[1] Therefore, the States, the District of Columbia, and the City of Chicago request that if, on behalf of any of the States,

[1] The undersigned attorney notes the Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604(a)(7). Accordingly, through the undersigned attorney, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

the District of Columbia or the City of Chicago, Relator propose that this action, be dismissed, settled or otherwise discontinued, that this Court direct Relator to first solicit and submit to the Court the written consent of each of the plaintiffs before ruling or granting its approval.

The States, the District of Columbia and the City of Chicago also request that all pleadings filed in this action be served on them and that all orders issued by the Court be sent to them by Relator's counsel. The States, the District of Columbia, and the City of Chicago reserve their right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

A proposed order accompanies this notice.

Dated: April 9, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

s/John P. Fisher
JOHN P. FISHER
Deputy Attorney General

*ATTORNEY FOR THE STATE OF CALIFORNIA and on behalf of and at the request of the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, the District Of Columbia, and the City of Chicago*

LA2010100911
11323306.doc