# CERTIFICATE OF SERVICE

Case Name: **U.S., et al., ex rel. Beverly Brown v. Celgene Corporation** No. **10-cv-03165 GHK (SSx)**

I hereby certify that on April 9, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

THE STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; AND [PROPOSED] ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**William E. Olson**
Trial Attorney
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Email: william.e.olson@usdoj.gov

**Howard Daniels**
Assistant United States Attorney
Civil Division
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012
Email: howard.daniels@usdoj.gov

**Ariana Seldman Hawbecker**
Bienert Miller and Katzman PLC
903 Calle Amanecer Suite 350
San Clemente, CA 92673
Email: ahawbecker@bmkattorneys.com
*Counsel for Relator*

**Jay Edward Smith**
Gilbert and Sackman
3699 Wilshire Boulevard Suite 1200
Los Angeles, CA 90010-2732
Email: js@gslaw.org
*Counsel for Relator*

**Thomas H. Bienert , Jr**
Bienert Miller and Katzman PLC
903 Calle Amanecer Suite 350
San Clemente, CA 92673
Email: tbienert@bmkattorneys.com
*Counsel for Relator*

**David T. Fischer**
Grant and Eisenhofer PA
1920 L Street NW Suite 400
Washington, DC 20036
Email: dfischer@gelaw.com
*Counsel for Relator*

**James J. Sabella**
Grant and Eisenhofer PA
485 Lexington Avenue
New York, NY 10017
Email: jsabella@gelaw.com
*Counsel for Relator*

**Jay W. Eisenhofer**
Grant and Eisenhofer PA
485 Lexington Avenue 29th Floor
New York, NY 10017
Email: jeisenhofer@gelaw.com
*Counsel for Relator*

**John C. Kairis**
Grant and Eisenhofer PA
123 Justison Street
Wilimington, DE 19801
Email: jkairis@gelaw.com
*Counsel for Relator*

**Lesley E. Weaver**
Initiative Legal Group APC
1800 Century Park East 2nd Floor
Los Angeles, CA 90067
Email: lew@classcounsel.com
*Counsel for Relator*

**Linda Sophia Fang**
Gilbert and Sackman
3699 Wilshire Boulevard Suite 1200
Los Angeles, CA 90010-2732
Email: lfang@gslaw.org
*Counsel for Relator*

**Reuben A. Guttman**
Grant and Eisenhofer PA
1920 L Street NW Suite 400
Washington, DC 20036
Email: rguttman@gelaw.com
*Counsel for Relator*

**Traci L. Buschner**
Grant and Eisenhofer PA
1920 L Street NW Suite 400
Washington, DC 20036
Email: tbuschner@gelaw.com
*Counsel for Relator*

**James C. Stansel**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
Email: jstansel@sidley.com
*Counsel for Defendant*

**Beong-Soo Kim**
Jones Day
555 South Flower Street 50th Floor
Los Angeles, CA 90071
Email: bkim@jonesday.com
*Counsel for Defendant*

**Kimberly A. Dunne**
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
Email: kdunne@sidley.com
*Counsel for Defendant*

**Kristin Graham Koehler**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
Email: kkoehler@sidley.com
*Counsel for Defendant*

**Sean A. Commons**
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
Email: scommons@sidley.com
*Counsel for Defendant*

**Toni-Ann Citera**
Jones Day
222 East 41st Street
New York, NY 10017-6702
Email: tcitera@jonesday.com
*Counsel for Defendant*

**George Codding**
Senior Assistant Attorney General
Colorado MFCU
Colorado Department of Law
Office of the Attorney General
1300 Broadway, 9th Floor
Denver, Colorado 80203
Email: george.codding@state.co.us

**Robert B. Teitelman**
Assistant Attorney General
Connecticut MFCU
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1774
Email: robert.teitelman@ct.gov

**Tiphanie Miller**
Deputy Director
Delaware MFCU
Office of the Attorney General
820 N. French Street, 5th Floor
Wilmington, DE 19801
E-mail: tiphanie.miller@state.de.us

**Marcus Weeks**
Attorney
District of Columbia MFCU
717 14th Street, NW, Suite 1100
Washington, DC 20005
E-mail: marcus.weeks@dc.gov

**Gretchen Wallace**
Senior Assistant Attorney General
Florida MFCU
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399
E-mail:
gretchen.wallace@myfloridalegal.com

**Elizabeth White**
Assistant Attorney General
Georgia MFCU
200 Piedmont Avenue S.E.
West Tower, 19th Floor
Atlanta, GA 30334
E-mail: ewhite@law.ga.gov

**Michael L. Parrish**
Director
Hawaii MFCU
Office of the Attorney General
333 Queen Street, 10th Floor
Honolulu, HI 96813
E-mail: michael.l.parrish@hawaii.gov

**Elizabeth Lepic**
Attorney
Illinois MFCU
8151 West 183rd Street, Suite F
Tinley Park, IL 60487
E-mail: Elizabeth_lepic@isp.state.il.us

**Rick H. Crystal**
Bureau Chief
Illinois MFCU
100 Randolph, 12th Floor
Chicago, IL 60601
Email: fcrystal@atg.state.il.us

**Matthew Whitmire**
Director
Indiana MFCU
Office of the Attorney General
8005 Castleway Drive
Indianapolis, IN 46250
Email: matthew.whitmire@atg.in.gov

**Nicholas Diez**
Assistant Attorney General
Louisiana MFCU
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804
Email: diezn@ag.state.la.us

**Shelly Martin**
Assistant Attorney General
Maryland MFCU
Office of the Attorney General
200 St. Paul Place, 18th Floor
Baltimore, MD 21202
E-mail: smartin@oag.state.md.us

**Robert Patten**
Assistant Attorney General
Massachusetts MFCU
Office of the Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108
E-mail: robert.patten@state.ma.us

**Jeff Schroeder**
Assistant Attorney General
Michigan MFCU
Office of the Attorney General
P.O. Box 30218
Lansing, Michigan 48909
E-mail: schroderj1@michigan.gov

**Chuck Roehrdanz**
Director
Minnesota MFCU
Office of the Attorney General
445 Minnesota Street #1200
St. Paul, MN 55101
Email: chuck.roehrdanz@ag.state.mn.us

**Chris McConnell**
Assistant Attorney General
Montana MFCU
Office of the Attorney General
2225 11th Avenue
Helena, MT 59620
Email: cmcconnell2@mt.gov

**Mark N. Kemberling**
Deputy Director
Nevada MFCU
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
E-mail: mkemberling@ag.nv.gov

**Karin Eckel**
Director
New Hampshire MFCU
Office of the Attorney General
33 Capital Street
Concord, NH 03301
Email: karin.eckel@doj.nh.gov

**Joshua Lichtblau**
Assistant Attorney General
New Jersey MFCU
Office of the Attorney General
25 Market Street
P.O. Box 085
Trenton, NJ 08625-0085
E-mail: lichtblauj@njdcj.org

**Jody Curran**
Director
New Mexico MFCU
Office of the Attorney General
111 Lomas Boulevard, NW, Suite 300
Albuquerque, NM 87102
Email: jcurran@nmag.gov

**Jay Speers**
Counsel to the MFCU
New York MFCU
Office of the Attorney General
120 Broadway, 12th Floor
New York, NY 10271
jay.speers@ag.ny.gov

**F. Edward Kirby, Jr.**
Assistant Attorney General
North Carolina MFCU
Office of the Attorney General
3824 Barrett Drive, Suite 200
Raleigh, NC 27609
Email: fkirby@ncdoj.gov

**Niki S. Batt**
Assistant Attorney General
Oklahoma MFCU
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
E-mail: niki.batt@oag.ok.gov

**Jim Dube**
Director
Rhode Island MFCU
Office of the Attorney General
150 South Main Street
Providence, RI 02903
Email: jdube@riag.ri.gov

**Valerie Smith**
Staff Attorney/Special Agent
Tennessee MFCU
901 R.S. Gass Boulevard
Nashville, TN 37216
E-mail: valerie.smith@tn.gov

**Peter Coughlan**
Deputy Attorney General
Tennessee Attorney General's Office
Medicaid Fraud & Integrity Division
425 5th Avenue North
Nashville, TN 37243
Email: peter.coughlan@ag.tn.gov

**Kerry Ascher**
Assistant Attorney General
Civil Medicaid Fraud Division
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
E-mail:
kerry.ascher@texasattorneygeneral.gov

**Christen Nedwick**
Assistant Attorney General
Texas MFCU
Office of the Attorney General
6330 Highway 290 East, Suite 250
Austin, TX 78723
Email:
christen.nedwick@texasattorneygeneral.gov

**Erica Bailey**
Chief of Civil Investigations
Virginia MFCU
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
Email: ebailey@oag.state.va.us

**Carrie L. Bashaw**
Senior Counsel
Washington MFCU
Office of the Attorney General
P.O. Box 40114
Email: carrieb@atg.wa.gov

**Thomas L. Storm**
Director
Wisconsin MFCU
Wisconsin Department of Justice
17 W. Main Street
Madison, WI 53703
Email: stormtl@doj.state.wi.us

**Charles A. King**
Assistant Corporation Counsel
Chicago Department of Law
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
Email: Chuck.King@cityofchicago.org

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2014, at San Diego, California.

| | |
|---|---|
| John P. Fisher | s/John P. Fisher |
| Declarant | Signature |