1  Thomas H. Bienert, Jr., State Bar No. 135311
   tbienert@bmkattorneys.com
2  Ariana Seldman Hawbecker, State Bar No. 190506
   ahawbecker@bmkattorneys.com
3  BIENERT, MILLER & KATZMAN, PLC
   903 Calle Amanecer, Suite 350
4  San Clemente, CA 92673
   Tel: (949) 369-3700/Fax (949) 369-3701
5
6  Reuben A. Guttman *(admitted pro hac vice)*
   rguttman@gbbelgal.com
7  Traci L. Buschner *(admitted pro hac vice)*
   tbuschner@gbblegal.com
8  Justin S. Brooks *(pro hac vice* pending*)*
   jbrooks@gbblegal.com
9  GUTTMAN, BUSCHNER & BROOKS PLLC
   1625 Massachusetts Avenue, N.W., Suite 500
10 Washington, DC 20006
   Tel: (202) 800-3001/Fax: (202) 827-0041
11
   Richard A. Harpootlian *(admitted pro hac vice)*
12 rah@harpootlianlaw.com
   Christopher P. Kenney *(admitted pro hac vice)*
13 cpk@harpootlianlaw.com
   RICHARD A. HARPOOTLIAN, PA
14 1410 Laurel Street
   Post Office Box 1090 (29201)
15 Columbia, South Carolina 29202
   Tel: (803) 252-4848/Fax: (803) 252-4810
16
17 *Attorneys for Plaintiff-Relator*
   *BEVERLY BROWN*
18
19            IN THE UNITED STATES DISTRICT COURT
20         FOR THE CENTRAL DISTRICT OF CALIFORNIA
21
   | UNITED STATES OF AMERICA, the States | Case No. 10-cv-03165 GHK (SSx) |
22 | of CALIFORNIA, COLORADO, | |
   | CONNECTICUT, DELAWARE, FLORIDA, | **ORDER RE STIPULATED** |
23 | GEORGIA, HAWAII, ILLINOIS, | **PROTECTIVE ORDER FOR** |
   | INDIANA, LOUISIANA, MARYLAND, | **PRODUCTION BY NON-PARTY** |
24 | MASSACHUSETTS, MICHIGAN, | **THE CENTERS FOR MEDICARE** |
   | MINNESOTA, MONTANA, NEVADA, | **AND MEDICAID SERVICES (CMS)** |
25 | NEW HAMPSHIRE, NEW JERSEY, NEW | |
26 | MEXICO, NEW YORK, NORTH | |
   | CAROLINA, OKLAHOMA, RHODE | |
27 | ISLAND, TENNESSEE, TEXAS, | |
28

VIRGINIA, WASHINGTON, WISCONSIN,
the DISTRICT OF COLUMBIA, and the
CITY OF CHICAGO,

      Plaintiffs,
      *Ex rel.*

BEVERLY BROWN,

      Plaintiff-Relator,

v.

CELGENE CORPORATION,

      Defendant.

The Court, having reviewed and considered the STIPULATED PROTECTIVE ORDER FOR PRODUCTION BY NON-PARTY THE CENTERS FOR MEDICARE AND MEDICAID SERVICES (CMS) (the "Stipulation") between Plaintiff-Relator Beverly Brown ("Relator") and Defendant Celgene Corporation ("Defendant") (collectively, the "Parties"), and good cause appearing,

**THE COURT HEREBY ORDERS** that:

      The Stipulation is APPROVED;


**IT IS SO ORDERED.**

DATED: _____07/02/15_____      By: _____/S/_____

                                   Hon. Suzanne H. Segal
                                   Magistrate Judge

Respectfully submitted,

SIDLEY AUSTIN LLP
*/s/ Kimberly A. Dunne /s/*
Kimberly A. Dunne
Michelle B. Goodman
Sean A. Commons
Attorneys for Defendant
Celgene Corporation

JONES DAY
*/s/ Karen P. Hewitt /s/*
Karen P. Hewitt
Toni-Ann Citera
Brian D. Hershman
Attorneys for Defendant
Celgene Corporation

BIENERT, MILLER & KATZMAN, PLC
*/s/ Thomas H. Bienert, Jr. /s/*
Thomas H. Bienert, Jr.
Ariana Seldman Hawbecker
Attorneys for Plaintiff-Relator
Beverly Brown

GUTTMAN, BUSCHNER & BROOKS, PLLC
*/s/ Reuben A. Guttman /s/*
Reuben A. Guttman
Traci L. Buschner
Attorneys for Plaintiff-Relator
Beverly Brown

RICHARD A. HARPOOTLIAN, P.A.
*/s/ Richard A. Harpootlian /s/*
Richard A. Harpootlian
Christopher P. Kenney
Attorneys for Plaintiff-Relator
Beverly Brown