Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
1625 Massachusetts Ave., NW, Suite 500
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Judge Nancy Gertner (Ret.) (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,

Plaintiffs,
*Ex rel.*

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 GHK (SSx)
Assigned to the Honorable George H. King

**PLAINTIFF-RELATOR'S APPLICATION FOR ORDER SEALING EXHIBITS H, K, M, O, Q, R, S, T, U, AND V; DECLARATION OF THOMAS H. BIENERT, JR. IN SUPPORT**

**[PROPOSED] ORDER FILED SEPARATELY**

[No Hearing Required]

Filing Date: September 17, 2015
Party Discovery Cutoff Date: July 24, 2015
Pretrial Conf. Date: [not set]
Trial Date: [not set]

Pursuant to a request from Celgene Corporation and the current confidential designations of the documents and testimony at issue, Plaintiff-Relator, Beverly Brown, by and through her counsel of record, Ariana Seldman Hawbecker, Bienert, Miller & Katzman, PLC, hereby applies for an order that Plaintiff-Relator's Exhibits H, K, M, O, Q, R, S, T, U, and V filed concurrently with the Joint Stipulation Regarding Relator's Notice of Motion

and Motion to Compel Interrogatory Responses, The Production of Documents, And Additional Deposition Testimony be filed under seal. Complete copies of these exhibits have been included in the courtesy copy of the parties' filing.

Dated: September 17, 2015

Respectfully submitted,

*/s/ Thomas H. Bienert, Jr. /s/*_
Thomas H. Bienert, Jr.

DECLARATION OF THOMAS H. BIENERT, JR.

I, Thomas H. Bienert, Jr., declare as follows:

1. I am counsel of record for the Plaintiff-Relator.

2. The Plaintiff-Relator requests leave to file Exhibits H, K, M, O, Q, R, S, T, U, and V filed concurrently with the Joint Stipulation Regarding Relator's Notice of Motion and Motion to Compel Interrogatory Responses, The Production of Documents, And Additional Deposition Testimony to be filed under seal because these are documents Celgene produced and include confidential information, or testimony by witnesses that includes confidential information. Celgene has asked Plaintiff-Relator to ensure that these documents and deposition testimony are filed under seal.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct and that this declaration is executed at San Clemente, California, on September 17, 2015.

*/s/ Thomas H. Bienert, Jr. /s/*
Thomas H. Bienert, Jr.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 17, 2015, I served the foregoing document described as **DEFENDANT'S APPLICATION FOR ORDER SEALING EXHIBITS H, K, M, O, Q, R, S, T, U, AND V; DECLARATION OF THOMAS H. BIENERT, JR. IN SUPPORT; [PROPOSED] ORDER** in this action by:

[x] **BY ELECTRONIC TRANSMISSION -** I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[x] Federal Court — I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2015, at San Clemente, California.

*/s/ Michele Ueda /s/*
Michele Ueda