**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO ,

Plaintiffs,

*Ex rel.*

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 GHK (SSx)

Assigned to the Honorable George H. King

**ORDER GRANTING DEFENDANT CELGENE CORPORATION'S APPLICATION FOR ORDER SEALING *EX PARTE* APPLICATION AND EXHIBITS A AND H**

For good cause shown, IT IS HEREBY ORDERED THAT:

The application for a sealed filing is GRANTED. The unredacted version of defendant Celgene Corporation's *Ex Parte* Application to Exclude Testimony and Evidence Related to a Previously Undisclosed Damages Theory, Exhibit A and the unredacted version of Exhibit H to the Declaration of Brian D. Hershman, filed concurrently therewith, sought to be filed under seal shall be filed under seal.

**IT IS SO ORDERED.**

IF DENIED:

The underlying documents shall be returned without filing to Brian D. Hershman, 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071.

Dated: January 8, 2016

By /S/
Hon. Suzanne H. Segal
Magistrate Judge