# EXHIBIT "1"

| From: | Jerry Zeldis |
|---|---|
| Sent: | Saturday, October 14, 2000 12:44 PM |
| To: | Jay Kaminski |
| Subject: | FW: Adverse Drug Experience Reports |

-----Original Message-----

| From: | Todd Clark |
|---|---|
| Sent: | Friday, October 13, 2000 10:01 AM |
| To: | Jerry Zeldis; Bruce Williams; Dwight D'Iorio |
| Subject: | RE: Adverse Drug Experience Reports |

Noted. However, "the field" needs to be aware of the potential consequences of publishing written documents such as the Western Region Activity Report containing clear documentation of their failure to meet their regulatory obligations. They have been reminded/warned by D. D'Iorio and me, and continue to be non-compliant. Any suggestions for how to address such ongoing problems in the field would be greatly appreciated.

-----Original Message-----

| From: | Jerry Zeldis |
|---|---|
| Sent: | Friday, October 13, 2000 1:40 AM |
| To: | Todd Clark |
| Subject: | RE: Adverse Drug Experience Reports |

Todd,

Please do not send such explicit e-mails to the field. This is a non-erasable message that can be audited by the FDA or other regulatory authority.

Jerry

-----Original Message-----

| From: | Todd Clark |
|---|---|
| Sent: | Thursday, October 12, 2000 3:12 PM |
| To: | Deanna Harding |
| Cc: | Jerry Zeldis; Bruce Williams; Dwight D'Iorio; Laura Lindsey; Norma Edom |
| Subject: | Adverse Drug Experience Reports |

## This is to notify you that you are in violation of the Federal Food, Drug, and Cosmetics Act for failing as a Celgene Corporation Employee to report potential THALOMID adverse drug experiences.

In the 10-00 Western Region Activity Report - Section: **"FDA letter still being mentioned in the field**....." You state: ▮▮▮▮ mentioned 2 pts. on Thalomid that had difficulty tolerating Drug." You also go so far as to recommend, "I mentioned to titrate down and then **re-challenge** them."

Your statement in the 10-00 Western Region Activity Report meets all of the FDA's requirements for reportable adverse drug experiences (ADEs) for a marketed Drug Product (THALOMID). Celgene Drug Safety has NOT to date received any ADE reports from you for any of ▮▮▮▮ patients. Putting such statements in writing in an internal Celgene document is potentially a glaring red flag to the FDA identifying you as having violated Federal Law by not reporting these events. In an audit situation, Celgene could also be cited for your failure to follow the written Celgene Policy as stated in the "Celgene Policies & Procedures for the Field" manual.

Please contact Drug Safety at 732-805-3667 as soon as possible to provide additional information regarding the ADEs experienced by ▮▮▮▮ patients. If we have not heard from you by 10/17/2000, Drug Safety will contact ▮▮▮▮ directly.

1

CELDOJ1263480

CELBRN1263480

Todd E. Clark, M.D.
Executive Director, Drug Safety

CELDOJ1263481
CELBRN1263481

# EXHIBIT "2"

**From:**     Jerry Zeldis
**Sent:**     Saturday, October 14, 2000 12:55 PM
**To:**       Jay Kaminski
**Subject:**  RE: Adverse Drug Experience Reports

Jay,

I agree with you.  I do not like the way that Todd reacted and told him so.

However, I do think that he has identified a major problem that could result in a warning letter from the FDA - if we are audited and there is internal communications amongst the sales force about AEs that were not sent to the FDA, we are vulnerable.  In that respect, your group never "ceases to amaze me".

Jerry

> -----Original Message-----
> **From:**     Jay Kaminski
> **Sent:**     Friday, October 13, 2000 1:23 PM
> **To:**       Jerry Zeldis
> **Subject:**  FW: Adverse Drug Experience Reports
>
> Jerry, your group never ceases to amaze me. I believe there may be other ways of more effectively communicating key messages, don't you think?  Certainly does not bode well for increased communication increased AE reporting. People may in fact get "gun shy" and based on fear and intimidation.  This is not the first time I have seen this and have had many verbal complaints regarding a condescending attitude.  JKK
>
> -----Original Message-----
> **From:**     Deanna Harding
> **Sent:**     Friday, October 13, 2000 12:41 PM
> **To:**       Todd Clark
> **Cc:**       Jay Kaminski; Dwight D'Iorio; Bruce Williams; Jerry Zeldis; Norma Edom; Laura Lindsey
> **Subject:**  RE: Adverse Drug Experience Reports
>
> Dr. Clark-
> I appreciate you bringing this to my attention.  I have been in contact with the representative who works with  and the rep will forward you the requested AE information ASAP.
>
> I apologise for the oversight and will be certain that it does not happen again.
>
> Sincerely,
> Deanna Harding
>
>
> -----Original Message-----
> **From:**     Todd Clark
> **Sent:**     Thursday, October 12, 2000 12:12 PM
> **To:**       Deanna Harding
> **Cc:**       Jerry Zeldis; Bruce Williams; Dwight D'Iorio; Laura Lindsey; Norma Edom
> **Subject:**  Adverse Drug Experience Reports

# This is to notify you that you are in violation of the Federal Food, Drug, and Cosmetics Act for failing as a Celgene Corporation Employee to report potential THALOMID adverse drug experiences.

In the 10-00 Western Region Activity Report - Section:  **"FDA letter still being mentioned in the field**.....**"**  You

1

CELDOJ1263344

CELBRN1263344

state: "███ mentioned 2 pts. on Thalomid that had difficulty tolerating Drug."  You also go so far as to recommend, "I mentioned to titrate down and then **re-challenge** them."

Your statement in the 10-00 Western Region Activity Report meets all of the FDA's requirements for reportable adverse drug experiences (ADEs) for a marketed Drug Product (THALOMID).  Celgene Drug Safety has NOT to date received any ADE reports from you for any of ███ patients.  Putting such statements in writing in an internal Celgene document is potentially a glaring red flag to the FDA identifying you as having violated Federal Law by not reporting these events.  In an audit situation, Celgene could also be cited for your failure to follow the written Celgene Policy as stated in the "Celgene Policies & Procedures for the Field" manual.

Please contact Drug Safety at 732-805-3667 as soon as possible to provide additional information regarding the ADEs experienced by ███ patients.  If we have not heard from you by 10/17/2000, Drug Safety will contact ███ directly.

Todd E. Clark, M.D.
Executive Director, Drug Safety

2

CELDOJ1263345
CELBRN1263345

# EXHIBIT

## "3"

| From: | Jerry Zeldis |
|---|---|
| Sent: | Sunday, July 22, 2001 10:21 AM |
| To: | Doris Wong; Todd Hyde; Laura Vinci; Laura Higgin; Amy Cavers |
| Cc: | ██████████ (E-mail) |
| Subject: | RE: ██████████ TAD protocol |
| Importance: | High |

To All:

I **do not** want this trial initiated UNTIL I have spoken with ████ and we **both** agree on the protocol.  Until this happens, Celgene will not provide PTAP support.

A few points:

Based on unpublished data that I have seen from Arkansas,
- I do not want thalidomide used within a six to eight week period of adriamycin administration unless adequate anticoagulation is given.
- Coumadin is not adequate anticoagulation.
- We are just beginning to explore low molecular weight heparin; however we do not know if it works in reducing the incidence of DVT associated with adriamycin and thalidomide.

Since Dex/thalidomide gives an initial response of 72-76% in newly diagnosed symptomatic MM (based on MD Anderson and Mayo studies), it may make sense for Ray to sequentially treat his patients.  That is to say:
- Thal/Dex for 2-3 months, then
- Adriamycine/Dex for 2-3 cycles, then
- Back to thal/dex or thal alone

I would think that 100 to 200 mg a day of thalidomide should be sufficient.

Based on my previous interactions with ████, I am certain that we can work out a protocol that will make ████ happy and that will have a high probability of success for his patients.

Best regards,

Jerry

-----Original Message-----

| From: | Doris Wong |
|---|---|
| Sent: | Friday, July 20, 2001 10:31 AM |
| To: | Todd Hyde; Jerry Zeldis; Laura Vinci; Laura Higgin; Amy Cavers |
| Subject: | ██████████ TAD protocol |

Hi Folks,

Just to keep everyone in the loop.  ██████████ is moving forward in opening up his TAD protocol again with some ammendments.  They are as follows:

Dex will be given 40mg/day, days 1-4  (Dex was pulsed @40mg/day, days 1-4, 9-12 & 17-20 before)
Adira will be given 9mg/m2 on days 21-24 on each 42 day cycle  (Adria was bolus 36mg/m2, day 1 of each 28-30 day cycle)
Thalidomide will be initiated at 50mg po hs for 2 weeks, then increased to 100mg/hs throughout the study period. (Thal was 100mg for 2 wks, then increased to 200mg/day)
3 cycles of TAD will be administered.(It was 4 cycles of TAD before)

They also have added low-dose coumadin at 1-2mg daily.  Do we want to make this heparin of low molecular weight heparin?

1

CELDOJ1271586
CELBRN1271586

I am trying to get an appt with ████████ hopefully next week.  All of his ammendements were IRB approved last week.  I spoke to Laura and since they received their first payment already for the original study, we will not be sending them anything additional till they meet their next requirement.  No new contract is apparently necessary since it is still TAD with ammendments.  So, we will start at ground zero with patient accrual.  I know that Dr. ████████ is very enthusiastic and anxious to start this study again since his patients were responding and unfortunately, the DVTs were a problem.

Let me know if you have any comments or suggestions on this.

       Dpros

CELDOJ1271587
CELBRN1271587

# EXHIBIT

# "4"

| | |
|---|---|
| **From:** | Jerry Zeldis |
| **Sent:** | Friday, May 18, 2001 5:47 PM |
| **To:** | Doris Wong; Todd Hyde |
| **Subject:** | RE: (no subject) |

Doris,

I would refer him either to Todd Clark or ███████ at the NCI who has treated over 100 prostate patients with thalidomide.

Jerry

-----Original Message-----
From: Doris Wong
Sent: Friday, May 18, 2001 11:18 AM
To: Todd Hyde; Jerry Zeldis
Subject: FW: (no subject)


Hi Todd& Jerry,

Received this email this morning from one of my physicians who will be foing a prostate protocol with us.  He was trained as a fellow at Memorial and his last rotation was with ██ ███████.  He knew of the DVT situation that we had with the MM study with ██ ███████ and he put in a prophylactic regimen of coumadin in his protocol.  We asked him to take it out which he did, but he's asking again.  How should I handle this?  Should I refer him to Todd Clark?

     Doris

-----Original Message-----
From: ██████████ [mailto██████████
Sent: Thursday, May 17, 2001 10:32 PM
To: dwong@celgene.com
Subject: (no subject)


Hi Doris,

The protocol is with the IRB, I should hear by early June.  I noticed that several ASCO thalomid abstracts, esp for renal ca, had patients develop DVTs and some were recommending prophylactic coumadin.  Do you still feel this is unnecessary in our Taxotere/Emcyt/Thal protocol?  What else have you been hearing about DVTs and thal?

Hope all is well.

██

1

CELDOJ1270593

CELBRN1270593

# EXHIBIT

# "5"

**From:** Jerry Zeldis
**Sent:** Thursday, February 01, 2001 1:20 PM
**To:** Sol Barer
**Subject:** FW:

FYI

-----Original Message-----
**From:** Todd Clark
**Sent:** Thursday, February 01, 2001 9:14 AM
**To:** Jerry Zeldis
**Subject:**

Jerry:

To date, seven deaths due to pulmonary embolus/DVT have been reported to drug safety.  Three of these came from investigator treatment IND studies and four were spontaneous reports.  Two reports were for patients treated for multiple myeloma, four patients were treated for glioblastoma multiforme, and one patient patient was treated for colorectal cancer.

In addition, there has been one spontaneous report of a patient fatality in a GVHD patient, who developed acute thrombosis of the abdominal aorta after three weeks of therapy with THALOMID.

*Todd E. Clark, M.D.*
Executive Director, Drug Safety
tclark@celgene.com
732-805-3667

1

Confidential
Confidential

CELDOJ1268305
CELBRN1268305

# EXHIBIT

# "6"

| | |
|---|---|
| **From:** | Jerry Zeldis |
| **Sent:** | Thursday, February 01, 2001 7:43 PM |
| **To:** | ████████████ |
| **Cc:** | Laura Vinci; ████████ MD PhD (E-mail); ████████ (E-mail); ████████ (E-mail) |
| **Subject:** | RE: follow up on thalidomide studies.... |

Paulette,

Thank you very much for your e-mail.  I have asked Laura Vinci to give you some minor comments on your manuscript.

I have asked ████████ to query UARKCC, the Mayo Clinic, Cleveland Clinic and Memorial Sloan Kettering about their experiences treating newly diagnosed MM patients.  As described by an e-mail I sent to ███ and ████, it is Celgene's intention to have all four institutions join with Celgene to try to cull lessons from this experience.

I think it is curious that TTII at UARKCC and DAT at MSKCC both have ~25% rates of thrombo-embolic complications.  Both regimens result in a rapid response and both regimens contain adriamycin.  Other regimens without adriamycin result in a slower response and much lower prevalence of DVT.

What ████████ is implementing is a Celgene conducted study.  This is not a Cleveland Clinic or any other institution study.  I expect that each institution will cooperate with Celgene so that we can do what is best for our patients and develop guidelines to prevent medical misadventures.

I have been telling both ███ and ████ for over 18 months that if they want to perform a UARKCC study to investigate the etiology of DVT in thalidomide treated patients, they should send me an LOI or a protocol.  All I have received so far is a bill for $60,000 and abstracts.  I do not even know if the work that ██████ has done was performed in the context of an IRB approved study.

Please call ████████ using the attached contact information.  I am certain he would be happy to have input and assistance from you.

Best regards,

Jerry

Jerome B. Zeldis, M.D., Ph.D.
Vice President, Medical Affairs/Chief Medical Officer
Celgene Corporation
7 Powder Horn Drive
Warren, NJ  07059
Office:  732-805-3613
Fax:  732-271-4184
jzeldis@celgene.com

-----Original Message-----
From ████████████ [mailto ████████████
Sent: Wednesday, January 31, 2001 6:42 PM
To: jzeldis@celgene.com
Subject: FW: follow up on thalidomide studies....


> Jerry,
>
> By now  you must have received the quality of life
> manuscript that I sent you and I'm wondering if
> you have comments that you would like me to include.

1

CELDOJ1945071
CELBRN1945071

> The paper is under final review at UF and I expect
> to be able to send it out soon.
>
> As follow up to that study, I have spoken to ███████ about doing a
> quality of life study here and he would be in favor of my doing so.
> Obviously the number of patients would be much greater than any number
> that I ever had access to before, and obviously the improvements that we
> saw in QOL would most probably be greatly magnified.  If we
> start a study now, under your sponsorship, we could probably
> have our first abstract by ASH 2001 and a manuscript
> later.
>
> I could send you a copy of the protocol with budget by early
> next week if this is OK with you.
>
> On another note, ██████ and ███ and I have met repeatedly
> during the past 2 months regarding the Arkansas findings of thrombosis in
> patients being treated with thalidomide and we have formulated some very
> definite hypotheses and methods with which to test them.  I would
> like to send you this study concept (with budget) as well.  I understand
> from ███████ that other centers may be finding similar
> results and we would be glad to coordinate a study from here.
> As you may know, I was Director of the Hemophilia and
> Thrombosis Center at the University of Florida for many years
> and have published extensively in the thrombosis field; I am
> sure we would be able to unravel the pathogenesis of thalidomide-
> related thrombosis.   We could include other centers as well
> if you like.  I wonder if we could speak more about this concept
> or if  should send you our current protocol for review.
>
> Hope all is well and hope to hear from you soon.
>
> Best wishes,
>
> ████████████

   <<
      ████████████      (5.2KB)

      (5.2KB)
   >>

2

CELDOJ1945072
CELBRN1945072

# EXHIBIT "7"

| | |
|---|---|
| **From:** | Jerry Zeldis |
| **Sent:** | Wednesday, January 10, 2001 4:06 PM |
| **To:** | 'KovalcheckAnnetteMa@uams.edu' |
| **Cc:** | ZangariMaurizio@uams.edu |
| **Subject:** | RE: Thrombotic Complications In Myeloma patients receiving Thalidomid e in combination with Chemotherapy |

Dear Ms. Kovalcheck,

Would you ask Dr. Zangari to consider adding a sentence stating that, in most instances, the development of DVT were managed medically and did not result in the discontinuation of thalidomide therapy.  If Dr. Zangari disagrees with this statement, I would like to understand the nature of the disagreement.

Thank you,

Jerry

-----Original Message-----
From: KovalcheckAnnetteMa@uams.edu [mailto:KovalcheckAnnetteMa@uams.edu]
Sent: Wednesday, January 10, 2001 9:50 AM
To: jzeldis@celgene.com
Cc: ZangariMaurizio@uams.edu
Subject: Thrombotic Complications In Myeloma patients receiving Thalidomid e in combination with Chemotherapy


  <<isth.doc>>

Dear Dr. Zeldis,

     This abstract has been sent to XVIII Congress The International Society on Thrombosis and Haemostasis.  Please send any comments to Dr. Zangari.  Thank you

Annette Kovalcheck
Administrative Assistant &
Fellowship Coordinator
Myeloma and Transplantation Research Center
4301 West Markham Mail Slot 776
Little Rock, AR 72205
Direct line 501-296-1503 ext 1428
Dept. Office phone: 501-686-8250 - Office Fax: 501-686-6442 kovalcheckannettema@uams.edu
http://myeloma.uams.edu

1

Confidential

Confidential

CELDOJ1267935

CELBRN1267935

# EXHIBIT

# "8"

**From:** Jerry Zeldis
**Sent:** Thursday, January 25, 2001 9:47 AM
**To:** Todd Hyde
**Subject:** RE: CDC501

Todd,

Hypernephroma (Renal CA) used to be called the "internist's cancer" because it presents in a number of fascinating ways and has a number of interesting complications such as polycythema, intra-atrial thrombosis...I am certain that this cancer has pro-coagulant potential like other adenoCAs and the combination of two agents with activity (gemcytabine and thalidomide) might produce some apoptosis that could result in an exacerbation of the platelet activation, thus resulting in increased coagulapathy including DVT.  Otherwise, "my arms are getting tired, waving them around as I attempt to rationalize an answer to your question."

Jerry

-----Original Message-----
From: Todd Hyde [mailto:thyde@celgene.com]
Sent: Tuesday, January 23, 2001 9:19 PM
To: 'Jerry Zeldis'
Subject: FW: CDC501

FYI,

Not sure why we would see DVTs in renal. Any thoughts?

Todd Hyde

-----Original Message-----
From: Jodi Prystalski [SMTP:jprystalski@celgene.com]
Sent: Monday, January 22, 2001 8:43 PM
To:   Amy Cavers
Cc:   Todd Hyde; Laura Vinci
Subject:   RE: CDC501

I have been in contact with both ████████ and his lead investigator ████████.  This study is not a Celgene study due to negotiation disputes with University of Chicago and CLGB and has numerous sites involved especially in Northern IN.  There were 9 patients enrolled as of January 6th, and from what I have gathered the study officially closed the following week.  Do we have any other anecdotal info regarding Gemzar/THL DVTs? I am meeting with ██ ████ and his associate ████████ this week.  I will forward info. as I get it.  Although ██████ is the PI, these other physicians are more actively involved in this study, however, as you know, ████████is the head of this department. Thanks for your help,
JP


> -----Original Message-----
> From:    Amy Cavers
> Sent:    Monday, January 22, 2001 7:35 AM
> To: Jodi Prystalski
> Cc: Todd Hyde; Laura Vinci
> Subject:  FW: CDC501
>

1

CELDOJ1268201
CELBRN1268201

> FYI comments below.  Wanted to pass along discussions with ██ ████
> on a trial in Renal Cell with Gemzar, 5FU and THAL (I believe).  He
> mentioned a high rate of DVT and that they had to stop the study - 6
> out of...?   It is worth some follow up to understand more about it.
> I am not even sure if this is a Celgene study.  It sounded as if the
> negotiations with Jerry had gone on for some time and rather than
> delay the trial they just paid for some of the testing they wanted to
> include in the trial.  Wish I had more specific details - hope this is
> a helpful start to working with him.  He remains very positive and
> interested - especially if we move forward with 501 trials in Renal.
> Amy
>
> -----Original Message-----
> From: ████████████ [mailto:████████████████████
> Sent:   Sunday, January 21, 2001 7:41 AM
> To: Amy Cavers
> Subject: CDC501
>
>
> As per our conversation at the angiogenesis meeting, we would be
> interested in studying your CDC501/IMID (or other) analogue in renal
> cancer.  As you know we have an active research program in renal,
> bladder, and prostate cancer.  We see about 150 new renal cancer
> patients per year.  For all of our GU clinical research, we put about
> 150 pts/year on clinical trials.  I'd be pleased to discuss this
> further with you or anyone else in your company at any time.
>
> ███████████, MD
> University of Chicago
> Department of Medicine
> 5841 S. Maryland, MC2115
> Chicago, IL  60637
>
> Voice:  773-702-4150
> Fax:  773-702-3163

2

CELDOJ1268202
CELBRN1268202

# EXHIBIT "9"

Meeting between Celgene and Pharmion
9- 10 April 2002

**Pharmion:**

Pat Mahaffy, CEO
Alan Cooke, VP/Regional Manager Europe
Judy Hemberger, COO
Gillian Ivers-Read, VP Clinical, Research and Regulatory Affairs
Steve Slack,Global Product Director, General Manager
Jeff Davis, VP IT
Omer De Mol, International Head of Medical and Safety
Alan Newlands, Director Regulatory Affairs, Europe / ROW
Kristi Wyatt, Director Regulatory Affairs US
Angela Miller, Regulatory Affairs Manager, Europe / ROW

**Submission Issues:**

Introduction of new formulations and strengths
Dossier timelines update
Completion of ongoing ENL study – may be required for EU approval
Celgene support during the assessment procedure – availability of staff
FDA position on myeloma submission
Press release

**Development Issues:**

RAS indication
Agree operation of development "committee"/co-development plans and strategic committee for sales
and marketing.
Multiple myeloma : post approval studies
Protocol/clinical development plan:
> Lung cancer
> Renal carcinoma
> Cardiac cachexia
> Alcoholic hepatitis
> MDS
> RAS indication

Details of ongoing and planned Celgene sponsored/investigator studies
Clinical trial supply
Interaction with Pharmion myeloma expert group
Handling of requests for IMIDs

**Marketing Issues:**

Pricing of thalidomide in combination therapy
Pricing of new strengths
Current marketing activities
Second generation information
Sales and marketing feedback from US market – positive/negative
Sales breakdown in US – diseases, customers – haematology/oncology?
Marketing materials
Planned Conferences
Future sales / marketing activities
Training programmes for sales and marketing

**Safety Issues:**

DVT/thrombosis
STEPS
STEPS IT

**AOB**

Other companies / thalidomide products coming into Europe
International Myeloma Foundation support
Other territories: Korea, Japan

Confidential
Confidential

CELDOJ0314093
CELBRN0314093

# EXHIBIT

# "10"

Comparison of Pharmion's 2003 thalidomide label in Australia and Celgene's 2003 United States Thalomid label

| Label/Letter | Details |
|---|---|
| **Pharmion Product label for thalidomide as treatment for refractory multiple myeloma in Australia (October 2003; Warning section)** | |
| DVT and PE | An increased risk of DVT and PE has been reported in patients treated with thalidomide. The risk appears to be greatest during the first 5 months of therapy. Previous history of thromboembolic events or concomitant administration of erythropoietic agents or other agents such as hormone replacement therapy, may increase thrombotic risk. Therefore, these agents should be used with caution in multiple myeloma patients receiving thalidomide with prednisone and melphalan. Particularly, a hemoglobin concentration above 12 g/dL should lead to discontinuation of erythropoietic agents. Patients and physicians are advised to be observant for signs and symptoms of thromboembolism. Patients should be instructed to seek medical care if they develop symptoms such as shortness of breath, chest pain, or arm or leg swelling. Thromboprophylaxis should be administered for at least the first 5 months of treatment, especially in patients with additional thrombotic risk factors. Prophylactic antithrombotic products, such as low molecular weight heparins or warfarin, should be recommended. The decision to take antithrombotic prophylactic measures should be made after careful assessment of an individual patient's underlying risk factors. If the patient experiences any thromboembolic events, treatment must be discontinued and standard anticoagulation therapy started. Once the patient has been stabilized on anticoagulation treatment and complications of thromboembolic events have been managed, thalidomide may be restarted at the original |

| Label/Letter | Details |
|---|---|
|  | dose dependent upon a benefit-risk assessment. The patient should continue anticoagulation therapy during the course of thalidomide treatment. |
| **Product label for thalidomide as a treatment for cutaneous manifestations of ENL, after reports of thalidomide-associated VTE were received by the FDA (October 2003; Warning section)** |  |
| Thrombotic events | Thrombotic events have been reported in patients treated with thalidomide. Patients with neoplastic and various inflammatory conditions being treated with thalidomide may have an increased incidence of PE, deep vein thrombophlebitis, thrombophlebitis, or thrombosis. It is not known if concomitant therapy with other medications, including anticancer agents, is a contributing factor. |

Abbreviations: DVT, deep vein thrombosis; ENL, erythema nodusom leprosum; FDA, US Food and Drug Administration; PE, pulmonary embolus; VTE, venous thromboembolism.

# EXHIBIT "11"

# FILED UNDER SEAL

# EXHIBIT "12"

## FILED UNDER SEAL

# EXHIBIT "13"

# Celgene Field Contact Report

Date(s) of field contact:      August 7, 2003

Immunology Specialist & S.T.E.P.S. Field Coordinator:  ███████

Location worked:  Wilkes – Barre, Pa.

Number of doctors seen: ███████ (NP) @███████ office, ███████ and ███████ ███████(Coordinator @ ███████ office)

---

**COMMUNICATION SKILLS**          BE    NI    _AE_    EE    S

Profiled for (disease state):
With ███ MM, Prostate, MMM
With ███ Lung, Prostate, Colon, MM, RCC

Areas of Strength:
███████ you really did a great job of engaging these folks in conversation about what disease states they see the most.  You encountered a little bit of a rough edge on ███████, but you stayed the course and I was very impressed with the way you handled his personality style.  I felt that at the end of that call, you had established your credibility by discussing the 1 RCC patient ███████ tried on Thalomid.  You discussed dose and duration with that patient and you qualified if that patient was on Thal as single agent.  You had a great conversation about the data out of Baylor.  He seemed interested in seeing the data and so he signed a med request.  GREAT CALL FOR YOUR 1ST ONE EVER!!!!

Areas for Improvement:

**PRODUCT KNOWLEDGE**          BE    NI    _AE_    EE    S

Articles discussed (per physician):
███████.  Rajkumar, Weber, Amato 2003 ASCO.

Issues Raised, i.e.; dosing, side effects, S.T.E.P.S.…
███████ actually said that side effects were not an issue.

Areas of Strength:  There was mention of DVT's as a result of Thalomid, and you opened up a discussion surrounding the 10-20% NDMM will see DVT's regardless of therapy choice and he totally agreed.  He also mentioned that DVT could be caused from previous treatment.
You also had a very good conversation about using Thal with IL2 for RCC, you cited Amato's data and it seemed that his interest was peaked.

Areas for Improvement:

CELDOJ1432439
CELBRN1432439

_____

**TERRITORY & BUSINESS PLANNING**          BE    NI    _AE_    EE    S

Itinerary Complete_X_                                      (**x** the appropriate __)
Pre-Call Planning Done _X_
- Review call notes_X_
- Review sales report_X_
Post-Call Notes Taken_X_

Areas of Strength:  You clearly had a goal (or several) for each call on your routing list.  You gathered a lot of information for your first visit to these offices!  You did a great job of introducing yourself, profiling, discussing current Thal patients, and where appropriate reviewing applicable data.

 Areas of Improvement:

**ADDITIONAL FIELD ACTIVITIES**
Comments:  ████   I am very happy with the day I saw, I know in the beginning it is difficult to find your way around, get into the accounts, get face time, etc…I know based on our conversation you were pleasantly surprised by the warm reception you received.  If and when you don't get that warm greeting, that's OK too – you seem to know that based on the way you were able to deal with ████ I was really impressed and happy for you that the call ended the way it did, I think you got a lot of profile information and I think you established why you were there in the first place – to relay scientific data without wasting their time on a disease state that does not apply to them.

**Action Plan for Areas of Improvement:**

District Manager:_____

Immunology Specialist_____
& S.T.E.P.S. Field Coordinator

Immunology Specialist Comments:

CELDOJ1432440
CELBRN1432440

# EXHIBIT "14"



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 20785/S-055

**FULFILLMENT OF POSTMARKETING
COMMITMENT**

Celgene Corporation
Attention:  Wendy L. Corbett, PhD, MBA
Senior Director, Global Regulatory Affairs
400 Connell Drive, Suite 7000
Berkeley Heights, NJ  07922

Dear Dr. Corbett:

We refer to your Supplemental New Drug Application (sNDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Thalomid® (thalidomide) Capsules, 50, 100, 150 and 200 mg.

We have received your submission dated March 31, 2014, containing the final report for the following postmarketing commitment listed in the May 25, 2006 approval letter.

PMR 11-2

Conduct an epidemiologic study (An Epidemiology Study of Venous Thrombotic Events in Thalidomide Treated Multiple Myeloma Patients) to address the questions detailed below:

Safety questions:
1.  What is the failure rate for each of the different types of thromboembolic prophylaxis (e.g., antiplatelet or anticoagulant therapy) for MM patients treated with a thalidomide-containing regimen?
2.  What is the failure rate for each type of DVT treatment (dose-adjusted heparin, low molecular weight heparin, coumadin) for those patients with MM and a DVT who continue to receive ongoing treatment with thalidomide?
3.  What is the failure rate for each type of post-DVT thromboembolic prophylaxis for those patients with MM and a DVT who continue to receive ongoing treatment with thalidomide?

This prospective epidemiologic study will enroll select patients identified in the S.T.E.P.S. program, and collect the necessary additional data on these patients to further evaluate occurrences of thrombosis and anticoagulant use. The final details of the design will be as agreed between the Agency and Celgene. The dates for submission of the protocol, study start date and final report submission are indicated below:

Protocol Submission:          October 2006
Study Start:                  March 2007

Reference ID: 3527449

CELBRN3140465

NDA 20785/S-055
Page 2

Final Report Submission:            March 2010

We have reviewed your submission and conclude that the above commitment was fulfilled.

This completes all of your postmarketing commitments acknowledged in our May 25, 2006, letter.

If you have any questions, call Ms. Amy Baird, Regulatory Project Manager, at (301) 796-4969.

Sincerely,

*{See appended electronic signature page}*

Robert C. Kane, MD
Deputy Division Director for Safety
Division of Hematology Products
Office of Hematology Oncology Products
Center for Drug Evaluation and Research

Confidential

CELBRN3140466

----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

----------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ROBERT C KANE

06/18/2014

Reference ID: 3527449

Confidential                                                                                                          CELBRN3140467

# EXHIBIT "15"

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 21880/S-028

**SUPPLEMENT APPROVAL**

Celgene Corporation
Attention: Marion Ceruzzi, Ph.D.
Director, Regulatory Affairs
86 Morris Avenue
Summit, New Jersey 07901

Dear Dr. Ceruzzi:

Please refer to your Supplemental New Drug Application (sNDA) dated October 18, 2011, received October 18, 2011, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Revlimid (lenalidomide) capsules, 2.5, 5, 10, 15 and 25 mg.

We acknowledge receipt of your amendments dated January 13, 2012; February 1 and February 10, 2012; and March 7, 2012.

This "Prior Approval" supplemental new drug application provides for the addition of second primary malignancy to the Warnings and Precautions section of the package insert.

We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling, with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible from publicly available labeling repositories.

Confidential                                                                                          CELBRN3791157

NDA 021880/S-028
Page 2

Also within 14 days, amend all pending supplemental applications for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change. To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because this drug product for this indication has an orphan drug designation, you are exempt from this requirement.

## POSTMARKETING REQUIREMENTS AND COMMITMENTS SUBJECT TO REPORTING REQUIREMENTS UNDER SECTION 506B

We remind you that there is a postmarketing requirement and a postmarketing commitment subject to reporting requirements under section 506B listed in the June 29, 2006 approval letter that are still open.

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit the following, in triplicate, (1) a cover letter requesting advisory comments, (2) the proposed materials in draft or mock-up form with annotated references, and (3) the package insert(s) to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

You must submit final promotional materials and package insert(s), accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)]. Form FDA 2253 is available at http://www.fda.gov/opacom/morechoices/fdaforms/cder.html; instructions are provided on page 2 of the form. For more information about submission of promotional materials to the Office of Prescription Drug Promotion (OPDP), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

Confidential                                                                                          CELBRN3791158

NDA 021880/S-028
Page 3

All promotional materials that include representations about your drug product must be promptly revised to be consistent with the labeling changes approved in this supplement, including any new safety information [21 CFR 314.70(a)(4)].  The revisions in your promotional materials should include prominent disclosure of the important new safety information that appears in the revised package labeling.  Within 7 days of receipt of this letter, submit your statement of intent to comply with 21 CFR 314.70(a)(4) to the address above or by fax to 301-847-8444.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Theresa Ferrara, Regulatory Project Manager, at (301) 796-2848.

Sincerely,

*{See appended electronic signature page}*

Robert Kane, M.D.
Deputy Director for Safety (acting)
Division of Hematology Products
Office of Hematology and Oncology Products
Center for Drug Evaluation and Research

ENCLOSURE:
    Content of Labeling

Reference ID: 3100785

Confidential

CELBRN3791159

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

**These highlights do not include all the information needed to use REVLIMID® safely and effectively. See full prescribing information for REVLIMID.**

**REVLIMID [lenalidomide] capsules, for oral use**

**Initial US Approval: 2005**

```
WARNING: FETAL RISK, HEMATOLOGIC TOXICITY, and DEEP
       VEIN THROMBOSIS AND PULMONARY EMBOLISM
      See full prescribing information for complete boxed warning.
Fetal Risk

•  Lenalidomide, a thalidomide analogue, caused limb abnormalities in
   a developmental monkey study similar to birth defects caused by
   thalidomide in humans. If lenalidomide is used during pregnancy, it
   may cause birth defects or death to a developing baby.
•  Pregnancy must be excluded before start of treatment. Prevent
   pregnancy during treatment by the use of two reliable methods of
   contraception (5.2).
•  REVLIMID is available only under a restricted distribution
   program called "RevAssist." (5.2, 17).
Hematologic Toxicity
•  REVLIMID can cause significant neutropenia and
   thrombocytopenia (5.3).
For patients with del 5q myelodysplastic syndromes, monitor complete
blood counts weekly for the first 8 weeks and monthly thereafter (5.3).
Deep Vein Thrombosis and Pulmonary Embolism
•  Significantly increased risk of DVT and PE in patients with multiple
   myeloma receiving REVLIMID with dexamethasone (5.4).
```

-----------------------RECENT MAJOR CHANGES-----------------------

| | |
|---|---|
| Dosage and Administration (2, 2.1, 2.2) | 12/11 |
| Dosage Forms and Strengths (3) | 12/11 |
| Warnings and Precautions (5.2, 5.5, 5.8) | xx/xx |
| Adverse Reactions – Postmarketing Experience (6.3) | 12/11 |
| Drug Interactions (7, 7.1, 7.2) | 12/11 |
| Use in Special Populations (8.6) | 12/11 |
| Overdosage (10) | 12/11 |
| Description (11) | 12/11 |
| Clinical Pharmacology (12.3) | 12/11 |
| How Supplied/Storage and Handling (16) | 12/11 |
| Patient Counseling Information (17) | 12/11 |

-----------------------INDICATIONS AND USAGE-----------------------

REVLIMID is a thalidomide analogue indicated for the treatment of:
- Multiple myeloma (MM), in combination with dexamethasone, in patients who have received at least one prior therapy (1.1).
- Patients with transfusion-dependent anemia due to low- or intermediate-1-risk myelodysplastic syndromes (MDS) associated with a deletion 5q abnormality with or without additional cytogenetic abnormalities (1.2).

-----------------------DOSAGE AND ADMINISTRATION-----------------------

- MM: 25 mg once daily orally on Days 1-21 of repeated 28-day cycles. Recommended dose of dexamethasone is 40 mg once daily on Days 1-4, 9-12, and 17-20 of each 28-day cycle for the first 4 cycles of therapy and then 40 mg/day orally on Days 1-4 every 28 days (2.1).
- MDS: 10 mg once daily orally (2.2).
- Continue or modify dosing based on clinical and laboratory findings (2.1, 2.2).
- Renal impairment: Adjust starting dose in patients with moderate or severe renal impairment (CLcr<60 mL/min) (2.1, 2.2).

-----------------------DOSAGE FORMS AND STRENGTHS-----------------------

- Capsules: 2.5 mg, 5 mg, 10 mg, 15 mg and 25 mg (3).

-----------------------CONTRAINDICATIONS-----------------------

- **Pregnancy** (Boxed Warnings, 4.1, 5.1, 8.1).
- Demonstrated hypersensitivity to lenalidomide (4.2, 5.5).

-----------------------WARNINGS AND PRECAUTIONS-----------------------

- Females of childbearing potential: Must have 2 negative pregnancy tests before starting treatment with REVLIMID and must use two forms of contraception or continuously abstain from heterosexual sex during and for 4 weeks after treatment. Reproductive Risk and Special Prescribing Requirements: To avoid fetal exposure REVLIMID is only available under a special restricted distribution program called RevAssist (Boxed Warnings, 4.1, 5.1, 17).
- Hematologic Toxicity: This drug is associated with significant neutropenia and thrombocytopenia. Patients may require dose interruption and/or dose reduction (5.3, 6.1).
- Deep vein thrombosis and pulmonary embolism: Physicians and patients should be observant for signs and symptoms of thromboembolism (5.4, 6.1).
- Allergic Reactions: include hypersensitivity, angioedema, Stevens-Johnson syndrome, and toxic epidermal necrolysis. In some cases these allergic reactions may be fatal. Discontinue REVLIMID if any such reactions are suspected. Revlimid should not be resumed following discontinuation for these reactions. REVLIMID capsules contain lactose. Risk-benefit of REVLIMID treatment should be evaluated in patients with lactose intolerance (5.5).
- Tumor lysis syndrome (TLS): Fatal instances of TLS have been reported during treatment with lenalidomide. Monitor patients at risk of TLS (i.e., those with high tumor burden) and take appropriate precautions (5.6).
- Tumor flare reaction: Serious tumor flare reactions have occurred during investigational use of REVLIMID for chronic lymphocytic leukemia and lymphoma (5.7).
- Second Primary Malignancies (SPM): Higher incidences of SPM were observed in controlled trials of patients with multiple myeloma receiving REVLIMID (5.9).

-----------------------ADVERSE REACTIONS-----------------------

- MM: Most common adverse reactions (≥20%) include fatigue, neutropenia, constipation, diarrhea, muscle cramp, anemia, pyrexia, peripheral edema, nausea , back pain, upper respiratory tract infection, dyspnea, dizziness, thrombocytopenia, tremor and rash (6.1)
- MDS: Most common adverse reactions (>15%) include thrombocytopenia, neutropenia, diarrhea, pruritus, rash, fatigue, constipation, nausea, nasopharyngitis, arthralgia, pyrexia, back pain, peripheral edema, cough, dizziness, headache, muscle cramp, dyspnea, pharyngitis, and epistaxis (6.2)

**To report SUSPECTED ADVERSE REACTIONS, contact Celgene Corporation at 1-888-423-5436 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-----------------------DRUG INTERACTIONS-----------------------

- Digoxin: Periodic monitoring of digoxin plasma levels is recommended due to increased $C_{max}$ and AUC with concomitant REVLIMID therapy (7.1).
- Patients taking concomitant therapies such as erythropoietin stimulating agents or estrogen containing therapies, may have an increased risk of venous thromboembolic events (VTE) .(7.3).

-----------------------USE IN SPECIFIC POPULATIONS-----------------------

- Patients with Renal Insufficiency: Adjustment of the starting dose of REVLIMID is recommended in patients with moderate or severe renal impairment and in patients on dialysis (2.1, 2.2).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide**

**Revised: {xx/201x}**

Reference ID: 3100785

Confidential

CELBRN3791160

**FULL PRESCRIBING INFORMATION CONTENTS\***
**WARNING:  FETAL RISK, HEMATOLOGIC TOXICITY, and DEEP
VEIN THROMBOSIS AND PULMONARY EMBOLISM**
1.    **INDICATIONS AND USAGE**
    **1.1 Multiple Myeloma**
    **1.2 Myelodysplastic Syndromes**
2.    **DOSAGE AND ADMINISTRATION**
    **2.1 Multiple Myeloma**
    **2.2 Myelodysplastic Syndromes**
3.    **DOSAGE FORMS AND STRENGTHS**
4.    **CONTRAINDICATIONS**
    **4.1 Pregnancy**
    **4.2 Allergic Reactions**
5.    **WARNINGS AND PRECAUTIONS**
    **5.1 Fetal Risk**
    **5.2 Reproductive Risk and Special Prescribing Requirements
       (RevAssist Program)**
    **5.3 Hematologic Toxicity**
    **5.4 Deep Vein Thrombosis and Pulmonary Embolism**
    **5.5 Allergic Reactions**
    **5.6 Tumor Lysis Syndrome**
    **5.7 Tumor Flare Reaction**
    **5.8 Hepatotoxicity**
    **5.9 Second Primary Malignancies**
6.    **ADVERSE REACTIONS**
    **6.1 Clinical Trials Experience in Multiple Myeloma**
    **6.2 Clinical Trials Experience in Myelodysplastic Syndromes**
    **6.3 Postmarketing Experience**
7.    **DRUG INTERACTIONS**
    **7.1 Digoxin**
    **7.2 Warfarin**
    **7.3 Concomitant Therapies That May Increase the Risk of
       Thrombosis**
8.    **USE IN SPECIFIC POPULATIONS**

    **8.1. Pregnancy**
    **8.3. Nursing mothers**
    **8.4. Pediatric use**
    **8.5. Geriatric use**
    **8.6. Renal Impairment**
    **8.7. Hepatic Impairment**
10.   **OVERDOSAGE**
11.   **DESCRIPTION**
12.   **CLINICAL PHARMACOLOGY**
    **12.1. Mechanism of action**
    **12.3. Pharmacokinetics**
13.   **NONCLINICAL TOXICOLOGY**
    **13.1. Carcinogenesis, mutagenesis, impairment of fertility**
    **13.3   Reproductive and Developmental Toxicity**
14.   **CLINICAL STUDIES**
    **14.1 Multiple Myeloma**
    **14.2 Myelodysplastic Syndromes (MDS) with a Deletion 5q
       Cytogenetic Abnormality**
15.   **REFERENCES**
16.   **HOW SUPPLIED/STORAGE AND HANDLING**
17.   **PATIENT COUNSELING INFORMATION**
    **17.1 Importance of Preventing Pregnancy**
    **17.2 Hematologic Toxicity**
    **17.3 Deep Vein Thrombosis and Pulmonary Embolism**
    **17.4 Dosing Instructions**

\*Sections or subsections omitted from the Full Prescribing Information are not listed

Reference ID: 3100785

Confidential

FULL PRESCRIBING INFORMATION

---

**WARNING: FETAL RISK, HEMATOLOGIC TOXICITY, and DEEP VEIN THROMBOSIS AND PULMONARY EMBOLISM**

**Do not use REVLIMID during pregnancy. Lenalidomide, a thalidomide analogue, caused limb abnormalities in a developmental monkey study. Thalidomide is a known human teratogen that causes severe life-threatening human birth defects. If lenalidomide is used during pregnancy, it may cause birth defects or death to a developing baby. In women of childbearing potential, obtain 2 negative pregnancy tests before starting REVLIMID® treatment. Women of childbearing potential must use 2 forms of contraception or continuously abstain from heterosexual sex during and for 4 weeks after REVLIMID treatment [see Warnings and Precautions (5.1), and Medication Guide (17)]. To avoid fetal exposure to lenalidomide, REVLIMID is only available under a restricted distribution program called "RevAssist®" (5.2).**

**Information about the RevAssist program is available at www.REVLIMID.com or by calling the manufacturer's toll-free number 1-888-423-5436.**

**Hematologic Toxicity (Neutropenia and Thrombocytopenia) REVLIMID can cause significant neutropenia and thrombocytopenia. Eighty percent of patients with del 5q myelodysplastic syndromes had to have a dose delay/reduction during the major study. Thirty-four percent of patients had to have a second dose delay/reduction. Grade 3 or 4 hematologic toxicity was seen in 80% of patients enrolled in the study. Patients on therapy for del 5q myelodysplastic syndromes should have their complete blood counts monitored weekly for the first 8 weeks of therapy and at least monthly thereafter. Patients may require dose interruption and/or reduction. Patients may require use of blood product support and/or growth factors [see Dosage and Administration (2.2)].**

**Deep Vein Thrombosis and Pulmonary Embolism REVLIMID has demonstrated a significantly increased risk of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients with multiple myeloma who were treated with REVLIMID and dexamethasone therapy. Patients and physicians are advised to be observant for the signs and symptoms of thromboembolism. Patients should be instructed to seek medical care if they develop symptoms such as shortness of breath, chest pain, or arm or leg swelling. It is not known whether prophylactic anticoagulation or antiplatelet therapy prescribed in conjunction with REVLIMID may lessen the potential for venous thromboembolic events. The decision to take prophylactic measures should be done carefully after an assessment of an individual patient's underlying risk factors**

---

## 1.   INDICATIONS AND USAGE

### 1.1.   Multiple Myeloma

REVLIMIDin combination with dexamethasone is indicated for the treatment of patients with multiple myeloma (MM) who have received at least one prior therapy.

### 1.2.   Myelodysplastic Syndromes

REVLIMIDis indicated for the treatment of patients with transfusion-dependent anemia due to low- or intermediate-1-risk myelodysplastic syndromes (MDS) associated with a deletion 5q cytogenetic abnormality with or without additional cytogenetic abnormalities.

## 2.   DOSAGE AND ADMINISTRATION

REVLIMIDshould be taken orally at about the same time each day, either with or without food. REVLIMID capsules should be swallowed whole with water. The capsules should not be opened, broken, or chewed.

### 2.1   Multiple Myeloma

The recommended starting dose of REVLIMID is 25 mg once daily on Days 1-21 of repeated 28-day cycles. The recommended dose of dexamethasone is 40 mg once daily on Days 1-4, 9-12, and 17-20 of each 28-day cycle for the first 4 cycles of therapy and then 40 mg once daily orally on Days 1-4 every 28 days. Treatment is continued or modified based upon clinical and laboratory findings.

**Dose Adjustments for Hematologic Toxicities During Multiple Myeloma Treatment**

Dose modification guidelines, as summarized below, are recommended to manage Grade 3 or 4 neutropenia or thrombocytopenia or other Grade 3 or 4 toxicity judged to be related to lenalidomide.

**Platelet counts**

**Thrombocytopenia in MM**

| When Platelets | Recommended Course |
|---|---|
| Fall to <30,000/mcL | Interrupt REVLIMID treatment, follow CBC weekly |
| Return to ≥30,000/mcL | Restart REVLIMID at 15 mg daily |
| For each subsequent drop <30,000/mcL | Interrupt REVLIMID treatment |
| Return to ≥30,000/mcL | Resume REVLIMID at 5 mg less than the previous dose. Do not dose below 5 mg daily |

**Absolute Neutrophil counts (ANC)**

**Neutropenia in MM**

Reference ID: 3100785

Confidential

CELBRN3791162

| When Neutrophils | Recommended Course |
|---|---|
| Fall to <1000/mcL | Interrupt REVLIMID treatment, add G-CSF, follow CBC weekly |
| Return to ≥1,000/mcL and neutropenia is the only toxicity | Resume REVLIMID at 25 mg daily |
| Return to ≥1,000/mcL and if other toxicity | Resume REVLIMID at 15 mg daily |
| For each subsequent drop <1,000/mcL | Interrupt REVLIMID treatment |
| Return to ≥1,000/mcL | Resume REVLIMID at 5 mg less than the previous dose. Do not dose below 5 mg daily |

**Other Grade 3 / 4 Toxicities in MM**

For other Grade 3/4 toxicities judged to be related to REVLIMID, hold treatment and restart at next lower dose level when toxicity has resolved to ≤ Grade 2.

**Starting Dose Adjustment for Renal Impairment in MM**

Since REVLIMID is primarily excreted unchanged by the kidney, adjustments to the starting dose of REVLIMID are recommended to provide appropriate drug exposure in patients with moderate or severe renal impairment and in patients on dialysis. Based on a pharmacokinetic study in patients with renal impairment due to nonmalignant conditions, REVLIMID starting dose adjustment is recommended for patients with CLcr < 60 mL/min. Non-dialysis patients with creatinine clearances less than 11 mL/min and dialysis patients with creatinine clearances less than 7 mL/min have not been studied. The recommendations for initial starting doses for patients with multiple myeloma (MM) are as follows:

**Table 1: Starting Dose Adjustment for Renal Impairment in Multiple Myeloma (Days 1 – 21 of each 28 day cycle)**

| Category | Renal Function (Cockcroft-Gault) | Dose |
|---|---|---|
| Moderate Renal Impairment | CLcr 30-60 mL/min | 10 mg Every 24 hours |
| Severe Renal Impairment | CLcr < 30 mL/min (not requiring dialysis) | 15 mg Every 48 hours |
| End Stage Renal Disease | CLcr < 30 mL/min (requiring dialysis) | 5 mg Once daily. On dialysis days, administer the dose following dialysis. |

After initiation of REVLIMID therapy, subsequent REVLIMID dose modification should be based on individual patient treatment tolerance, as described elsewhere in this section.

**2.2     Myelodysplastic Syndromes**

The recommended starting dose of REVLIMID is 10 mg daily. Treatment is continued or modified based upon clinical and laboratory findings.

**Dose Adjustments for Hematologic Toxicities During MDS Treatment**

Patients who are dosed initially at 10 mg and who experience thrombocytopenia should have their dosage adjusted as follows:

**Platelet counts**

**If thrombocytopenia develops WITHIN 4 weeks of starting treatment at 10 mg daily in MDS**

| If baseline ≥100,000/mcL | |
|---|---|
| When Platelets | Recommended Course |
| Fall to <50,000/mcL | Interrupt REVLIMID treatment |
| Return to ≥50,000/mcL | Resume REVLIMID at 5 mg daily |
| If baseline <100,000/mcL | |
| When Platelets | Recommended  Course |
| Fall to 50% of the baseline value | Interrupt REVLIMID treatment |
| If baseline ≥60,000/mcL and returns to ≥50,000/mcL | Resume REVLIMID at 5 mg daily |
| If baseline <60,000/mcL and returns to ≥30,000/mcL | Resume REVLIMID at 5 mg daily |

**If thrombocytopenia develops AFTER 4 weeks of starting treatment at 10 mg daily in MDS**

| When Platelets | Recommended Course |
|---|---|
| <30,000/mcL or <50,000/mcL with platelet transfusions | Interrupt REVLIMID treatment |
| Return to ≥30,000/mcL (without hemostatic failure) | Resume REVLIMID at 5 mg daily |

Confidential

CELBRN3791163

Patients who experience thrombocytopenia at 5 mg daily should have their dosage adjusted as follows:

**If thrombocytopenia develops during treatment at 5 mg daily in MDS**

| When Platelets | Recommended Course |
|---|---|
| <30,000/mcL or <50,000/mcL with platelet transfusions | Interrupt REVLIMID treatment |
| Return to ≥30,000/mcL (without hemostatic failure) | Resume REVLIMID at 2.5 mg daily |

Patients who are dosed initially at 10 mg and experience neutropenia should have their dosage adjusted as follows:

**Absolute Neutrophil counts (ANC)**

**If neutropenia develops WITHIN 4 weeks of starting treatment at 10 mg daily in MDS**

| If baseline ANC ≥1,000/mcL | |
|---|---|
| **When Neutrophils** | **Recommended Course** |
| Fall to <750/mcL | Interrupt REVLIMID treatment |
| Return to ≥1,000/mcL | Resume REVLIMID at 5 mg daily |
| **If baseline ANC <1,000/mcL** | |
| **When Neutrophils** | **Recommended Course** |
| Fall to <500/mcL | Interrupt REVLIMID treatment |
| Return to ≥500/mcL | Resume REVLIMID at 5 mg daily |

**If neutropenia develops AFTER 4 weeks of starting treatment at 10 mg daily in MDS**

| When Neutrophils | Recommended Course |
|---|---|
| <500/mcL for ≥7 days or <500/mcL associated with fever (≥38.5°C) | Interrupt REVLIMID treatment |
| Return to ≥500/mcL | Resume REVLIMID at 5 mg daily |

Patients who experience neutropenia at 5 mg daily should have their dosage adjusted as follows:

**If neutropenia develops during treatment at 5 mg daily in MDS**

| When Neutrophils | Recommended Course |
|---|---|
| <500/mcL for ≥7 days or <500/mcL associated with fever (≥38.5°C) | Interrupt REVLIMID treatment |
| Return to ≥500/mcL | Resume REVLIMID at 2.5 mg daily |

**Other Grade 3 / 4 Toxicities in MDS**
For other Grade 3/4 toxicities judged to be related to REVLIMID, hold treatment and restart at next lower dose level when toxicity has resolved to ≤ Grade 2.

**Starting Dose Adjustment for Renal Impairment in MDS:**
Since REVLIMID is primarily excreted unchanged by the kidney, adjustments to the starting dose of REVLIMID are recommended to provide appropriate drug exposure in patients with moderate or severe renal impairment and in patients on dialysis. Based on a pharmacokinetic study in patients with renal impairment due to nonmalignant conditions, REVLIMID starting dose adjustment is recommended for patients with CLcr < 60 mL/min. Non-dialysis patients with creatinine clearances less than 11 mL/min and dialysis patients with creatinine clearances less than 7 mL/min have not been studied. The recommendations for initial starting doses for patients with myelodysplastic syndromes (MDS) are as follows:

Confidential

CELBRN3791164

**Table 2: Starting Dose Adjustment for Renal Impairment in Myelodysplastic Syndromes (Days 1 – 28 of each 28 day cycle)**

| Category | Renal Function (Cockcroft-Gault) | Dose |
|---|---|---|
| Moderate Renal Impairment | CLcr 30-60 mL/min | 5 mg Every 24 hours |
| Severe Renal Impairment | CLcr < 30 mL/min (not requiring dialysis) | 2.5 mg Every 24 hours |
| End Stage Renal Disease | CLcr < 30 mL/min (requiring dialysis) | 2.5 mg once daily. On dialysis days, administer the dose following dialysis. |

After initiation of REVLIMID therapy, subsequent REVLIMID dose modification should be based on individual patient treatment tolerance, as described elsewhere in this section.

**3.       DOSAGE FORMS AND STRENGTHS**

REVLIMID 2.5 mg, 5 mg, 10 mg, 15 mg and 25 mg capsules will be supplied through the RevAssist program

REVLIMID is available in the following capsule strengths:

2.5 mg:  White and blue-green opaque hard capsules imprinted "REV" on one half and "2.5 mg" on the other half in black ink
5 mg:    White opaque capsules imprinted "REV" on one half and "5 mg" on the other half in black ink
10 mg:   Blue/green and pale yellow opaque capsules imprinted "REV" on one half and "10 mg" on the other half in black ink
15 mg:   Powder blue and white opaque capsules imprinted "REV" on one half and "15 mg" on the other half in black ink
25 mg:   White opaque capsules imprinted "REV" on one half and "25 mg" on the other half in black ink

**4.       CONTRAINDICATIONS**

**4.1     Pregnancy**

REVLIMID may cause fetal harm when administered to a pregnant woman.  Limb abnormalities were seen in the offspring of monkeys that were dosed with lenalidomide during organogenesis.  This effect was seen at all doses tested.  Due to the results of this developmental monkey study, and lenalidomide's structural similarities to thalidomide, a known human teratogen, lenalidomide is contraindicated in pregnant women and women capable of becoming pregnant *[see Boxed Warning]*.  Females of childbearing potential may be treated with lenalidomide provided adequate precautions are taken to avoid pregnancy. Females must commit either to abstain continuously from heterosexual sexual intercourse or to use two methods of reliable birth control, including at least one highly effective method (e.g., hormonal contraception, tubal ligation, IUD or partner's vasectomy) and one additional effective method (e.g., latex condom, diaphragm, or cervical cap), beginning 4 weeks prior to initiating treatment with REVLIMID, during therapy, during dose interruptions , and continuing for 4 weeks following discontinuation of REVLIMID therapy. If hormonal or IUD contraception is medically contraindicated, two other effective or highly effective methods may be used.

Females of childbearing potential being treated with REVLIMID must have pregnancy testing (sensitivity of at least 50 mIU/mL). The first test should be performed within 10-14 days and the second test within 24 hours prior to beginning REVLIMID therapy and then weekly during the first month, then monthly thereafter in women with regular menstrual cycles or every 2 weeks in women with irregular menstrual cycles. Pregnancy testing and counseling must be performed if a patient misses her period or if there is any abnormality in menstrual bleeding. If pregnancy occurs, REVLIMID must be immediately discontinued. Under these conditions, the patient should be referred to an obstetrician/gynecologist experienced in reproductive toxicity for further evaluation and counseling.

**4.2     Allergic Reactions**

REVLIMID is contraindicated in patients who have demonstrated hypersensitivity (e.g., angioedema, Stevens-Johnson syndrome, toxic epidermal necrolysis) to lenalidomide *[see Warnings and precautions (5.5)]*.

**5.       WARNINGS AND PRECAUTIONS**

**5.1     Fetal Risk**

REVLIMID is a thalidomide analogue. Thalidomide is a known human teratogen that causes life-threatening human birth defects. An embryofetal development study in non-human primates indicates that lenalidomide produced malformations in the offspring of female monkeys who received the drug during pregnancy, similar to birth defects observed in humans following exposure to thalidomide during pregnancy. If REVLIMID is used during pregnancy, it may cause birth defects or death to a developing baby. Females of childbearing potential must be advised to avoid pregnancy while on REVLIMID. Two effective contraceptive methods should be used during therapy, during dose interruptions and for at least 4 weeks after completing therapy.

 There are no adequate and well-controlled studies in pregnant females.

**5.2     Reproductive Risk and Special Prescribing Requirements (RevAssist Program)**

Confidential

CELBRN3791165

Because of this potential toxicity and to avoid fetal exposure, REVLIMID is only available under a special restricted distribution program called "RevAssist". Prescribers and pharmacists registered with the program can prescribe and dispense the product to patients who are registered and meet all the conditions of the RevAssist program.

Please see the following information for prescribers, female patients, and male patients about this restricted distribution program.

**RevAssist Program Description**

**Prescribers**

REVLIMID can be prescribed only by licensed prescribers who are registered in the RevAssist program and understand the potential risk of teratogenicity if lenalidomide is used during pregnancy.

Effective contraception must be used by female patients of childbearing potential for at least 4 weeks before beginning REVLIMID therapy, during therapy, during dose interruptions and for 4 weeks following discontinuation of REVLIMID therapy. Reliable contraception is indicated even where there has been a history of infertility, unless due to hysterectomy or because the patient has been postmenopausal naturally for at least 24 consecutive months. Females of childbearing potential should be referred to a qualified provider of contraceptive methods, if needed. Sexually mature females who have not undergone a hysterectomy, have not had a bilateral oophorectomy or who have not been postmenopausal naturally for at least 24 consecutive months (i.e., who have had menses at some time in the preceding 24 consecutive months) are considered to be females of childbearing potential.  Two reliable forms of contraception must be used simultaneously unless continuous abstinence from heterosexual sexual contact is the chosen method.

Females of childbearing potential must have 2 negative pregnancy tests (sensitivity of at least 50 mIU/mL). The first test should be performed within 10-14 days, and the second test within 24 hours prior to prescribing REVLIMID. A prescription for REVLIMID for a female of childbearing potential must not be issued by the prescriber until negative pregnancy tests have been verified by the prescriber.

*Male Patients:* Clinical data has demonstrated the presence of lenalidomide in human semen.  Male patients taking REVLIMID should not donate sperm.

Males receiving REVLIMID must always use a latex condom during any sexual contact with females of childbearing potential even if they have undergone a successful vasectomy.

**Once treatment has started and during dose interruptions**, pregnancy testing for females of childbearing potential should occur weekly during the first 4 weeks of use, then pregnancy testing should be repeated every 4 weeks in females with regular menstrual cycles. If menstrual cycles are irregular, the pregnancy testing should occur every 2 weeks. Pregnancy testing and counseling should be performed if a patient misses her period or if there is any abnormality in her pregnancy test or in her menstrual bleeding. REVLIMID treatment must be discontinued during this evaluation.

Pregnancy test results should be verified by the prescriber and the pharmacist prior to dispensing any prescription.

If pregnancy does occur during treatment, REVLIMID must be discontinued immediately.

Any suspected fetal exposure to REVLIMID must be reported to the FDA via the MedWatch number at 1-800-332-1088 and also to Celgene Corporation at 1-888-423-5436. The patient should be referred to an obstetrician/gynecologist experienced in reproductive toxicity for further evaluation and counseling.

**Female Patients**

REVLIMID may be used in females of childbearing potential only when the PATIENT MEETS ALL OF THE FOLLOWING CONDITIONS (i.e., she is unable to become pregnant while on REVLIMID therapy):

- she is capable of complying with the mandatory contraceptive measures, pregnancy testing, patient registration, and patient survey as described in the RevAssist program.

- she has received and understands both oral and written warnings of the potential risks of taking REVLIMID during pregnancy and of exposing a fetus to the drug.

- she has received both oral and written warnings of the risk of possible contraception failure and of the need to use two reliable forms of contraception simultaneously (one highly effective form of contraception – tubal ligation, IUD, hormonal (birth control pills, injections, patch or implants) or partner's vasectomy and one additional effective contraceptive method - latex condom, diaphragm or cervical cap, unless continuous abstinence from heterosexual sexual contact is the chosen method. Sexually mature females who have not undergone a hysterectomy or who have not been postmenopausal for at least 24 consecutive months (i.e., who have had menses at some time in the preceding 24 consecutive months), or had a bilateral oophorectomy are considered to be females of childbearing potential.

- she acknowledges, in writing, her understanding of these warnings and of the need for using two reliable methods of contraception for 4 weeks prior to beginning REVLIMID therapy, during therapy, during dose interruptions and for 4 weeks after discontinuation of therapy.

- she has had two negative pregnancy tests with a sensitivity of at least 50 mIU/mL, within 10-14 days and 24 hours prior to beginning therapy.

- if the patient is between 12 and 18 years of age, her parent or legal guardian must have read the educational materials and agreed to ensure compliance with the above.

**Male Patients**

REVLIMID may be used in sexually active males when the PATIENT MEETS ALL OF THE FOLLOWING CONDITIONS:

Confidential

CELBRN3791166

- he is capable of complying with the mandatory contraceptive measures that are appropriate for men, patient registration, and patient survey as described in the RevAssist program.

- he has received and understands both oral and written warnings of the potential risks of taking REVLIMID and exposing a fetus to the drug.

- he has received both oral and written warnings of the risk of possible contraception failure and that it is known that lenalidomide is present in semen. He has been instructed that he must always use a latex condom during any sexual contact with females of childbearing potential, even if he has undergone a successful vasectomy. Females of childbearing potential are considered to be sexually mature females who have not undergone a hysterectomy, have not had a bilateral oophorectomy or who have not been postmenopausal for at least 24 consecutive months (i.e., who have had menses at any time in the preceding 24 consecutive months).

- he acknowledges, in writing, his understanding of these warnings and of the need to use a latex condom during any sexual contact with females of childbearing potential, even if he has undergone a successful vasectomy.

- if the patient is between 12 and 18 years of age, his parent or legal guardian must have read the educational materials and agreed to ensure compliance with the above.

**5.3     Hematologic Toxicity**

REVLIMID can cause significant neutropenia and thrombocytopenia. Patients taking REVLIMID for MDS should have their complete blood counts monitored weekly for the first 8 weeks and at least monthly thereafter. Patients taking REVLIMID for MM  should have their complete blood counts monitored every 2 weeks for the first 12 weeks and then monthly thereafter. Patients may require dose interruption and/or dose reduction *[see Dosage and Administration (2.1)]*.

Grade 3 or 4 hematologic toxicity was seen in 80% of patients enrolled in the MDS study. In the 48% of patients who developed Grade 3 or 4 neutropenia, the median time to onset was 42 days (range, 14-411 days), and the median time to documented recovery was 17 days (range, 2-170 days). In the 54% of patients who developed Grade 3 or 4 thrombocytopenia, the median time to onset was 28 days (range, 8-290 days), and the median time to documented recovery was 22 days (range, 5-224 days *[see Boxed Warning and Dosage and Administration (2.2)]*.

In the pooled multiple myeloma studies Grade 3 and 4 hematological toxicities were more frequent in patients treated with the combination of REVLIMID and dexamethasone than in patients treated with dexamethasone alone *[see Adverse Reactions (6.1)]*.

**5.4     Deep Vein Thrombosis and Pulmonary Embolism**

Venous thromboembolic events (predominantly deep venous thrombosis and pulmonary embolism) have occurred in patients with multiple myeloma treated with lenalidomide combination therapy [see Boxed Warning] and patients with MDS treated with lenalidomide monotherapy.  A significantly increased risk of DVT and PE was observed in patients with multiple myeloma who were treated with REVLIMID and dexamethasone therapy in a clinical trial [see Boxed Warning]. It is not known whether prophylactic anticoagulation or antiplatelet therapy prescribed in conjunction with REVLIMID may lessen the potential for venous thromboembolic events. The decision to take prophylactic measures should be done carefully after an assessment of an individual patient's underlying risk factors.

**5.5     Allergic Reactions**

Angioedema and serious dermatologic reactions including Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN) have been reported. These events can be fatal. Patients with a prior history of Grade 4 rash associated with thalidomide treatment should not receive REVLIMID. REVLIMID interruption or discontinuation should be considered for Grade 2-3 skin rash. REVLIMID must be discontinued for angioedema, Grade 4 rash, exfoliative or bullous rash, or if SJS or TEN is suspected and should not be resumed following discontinuation for these reactions.

REVLIMID capsules contain lactose. Risk-benefit of REVLIMID treatment should be evaluated in patients with lactose intolerance**.**

**5.6     Tumor Lysis Syndrome**

Fatal instances of tumor lysis syndrome have been reported during treatment with lenalidomide.  The patients at risk of tumor lysis syndrome are those with high tumor burden prior to treatment. These patients should be monitored closely and appropriate precautions taken.

**5.7     Tumor Flare Reaction**

Tumor flare reaction has occurred during investigational use of lenalidomide for CLL and lymphoma, and is characterized by tender lymph node swelling, low grade fever, pain and rash.  Treatment of CLL or lymphoma with lenalidomide outside of a well-monitored clinical trial is discouraged.

**5.8     Hepatotoxicity**

Cases of transient liver laboratory abnormalities (predominantly transaminases) were reported in patients treated with lenalidomide.  Treatment with lenalidomide should be interrupted and restarted once the levels return to baseline.  Successful re-challenge without recurrence of liver laboratory elevation was reported in some patients.

**5.9     Second Primary Malignancies**

Patients with multiple myeloma treated with lenalidomide in studies including melphalan and stem cell transplantation had a higher incidence of second primary malignancies, particularly acute myelogenous leukemia (AML) and Hodgkin lymphoma, compared to patients in the control arms who received similar therapy but did not receive lenalidomide.  Monitor patients for the development of second malignancies.  Take into account both the potential benefit of lenalidomide and the risk of second primary malignancies when considering treatment with lenalidomide.

Confidential

CELBRN3791167

## 6.      ADVERSE REACTIONS

The following adverse reactions are described in detail in other labeling sections:

- o   Neutropenia and thrombocytopenia [see Boxed Warnings, Warnings and Precautions (5.3)]
- o   Deep vein thrombosis and pulmonary embolism [see Boxed Warnings, Warnings and Precautions (5.4)]
- o   Allergic Reactions [see Warnings and Precautions (5.5)]
- o   Tumor lysis syndrome [see Warnings and Precautions (5.6)]
- o   Tumor flare reactions [see Warnings and Precautions (5.7)]
- o   Hepatotoxicity [see Warnings and Precautions (5.8)]
- o   Second Primary Malignancies [see Warnings and Precautions (5.9)]

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

### 6.1      Clinical Trials Experience in Multiple Myeloma

Data were evaluated from 703 patients in two studies who received at least one dose of REVLIMID/dexamethasone (353 patients) or placebo/dexamethasone (350 patients).

In the REVLIMID/dexamethasone treatment group, 269 patients (76%) underwent at least one dose interruption with or without a dose reduction of REVLIMID compared to 199 patients (57%) in the placebo/dexamethasone treatment group. Of these patients who had one dose interruption with or without a dose reduction, 50% in the REVLIMID/dexamethasone treatment group underwent at least one additional dose interruption with or without a dose reduction compared to 21% in the placebo/dexamethasone treatment group. Most adverse events and Grade 3/4 adverse events were more frequent in patients who received the combination of REVLIMID/dexamethasone compared to placebo/dexamethasone.

Tables 3, 4, and 5 summarize the adverse reactions reported for REVLIMID/dexamethasone and placebo/dexamethasone groups.

**Table 3:   Adverse Reactions Reported in ≥5% of Patients and with a ≥2% Difference in Proportion of Patients Between the REVLIMID/dexamethasone and Placebo/dexamethasone Groups**

| System Organ Class/ Preferred Term | REVLIMID/Dex* (n=353) n (%) | Placebo/Dex * (n=350) n (%) |
|---|---|---|
| **Blood and lymphatic system disorders** | | |
| Neutropenia [*] | 149 (42.2) | 22 (6.3) |
| Anemia [@] | 111 (31.4) | 83 (23.7) |
| Thrombocytopenia [@] | 76 (21.5) | 37 (10.6) |
| Leukopenia | 28 (7.9) | 4 (1.1) |
| Lymphopenia | 19 (5.4) | 5 (1.4) |
| **General disorders and administration site conditions** | | |
| Fatigue | 155  (43.9) | 146 (41.7) |
| Pyrexia | 97 (27.5) | 82 (23.4) |
| Peripheral edema | 93 (26.3) | 74 (21.1) |
| Chest Pain | 29 ( 8.2) | 20 (5.7) |
| Lethargy | 24 ( 6.8) | 8 (2.3) |
| **Gastrointestinal disorders** | | |
| Constipation | 143 (40.5) | 74 (21.1) |
| Diarrhea[@] | 136 (38.5) | 96 (27.4) |
| Nausea [@] | 92 (26.1) | 75 (21.4) |
| Vomiting [@] | 43 (12.2) | 33 (9.4) |
| Abdominal Pain [@] | 35 (9.9) | 22 (6.3) |
| Dry Mouth | 25 (7.1) | 13 (3.7) |
| **Musculoskeletal and connective tissue disorders** | | |
| Muscle cramp | 118 (33.4) | 74 (21.1) |
| Back pain | 91 (25.8) | 65 (18.6) |
| Bone Pain | 48 (13.6) | 39 (11.1) |
| Pain in Limb | 42 (11.9) | 32 (9.1) |

Reference ID: 3100785

CELBRN3791168

| System Organ Class/ Preferred Term | REVLIMID/Dex* (n=353) n (%) | Placebo/Dex * (n=350) n (%) |
|---|---|---|
| **Nervous system disorders** | | |
| Dizziness | 82 (23.2) | 59 (16.9) |
| Tremor | 75 (21.2) | 26 (7.4) |
| Dysgeusia | 54 (15.3) | 34 (9.7) |
| Hypoaesthesia | 36 (10.2) | 25 (7.1) |
| Neuropathy [a] | 23 (6.5) | 13 (3.7) |
| **Respiratory, Thoracic and Mediastinal Disorders** | | |
| Dyspnea | 83 (23.5) | 60 (17.1) |
| Nasopharyngitis | 62 (17.6) | 31 (8.9) |
| Pharyngitis | 48 (13.6) | 33 (9.4) |
| Bronchitis | 40 (11.3) | 30 (8.6) |
| **Infections[b] and infestations** | | |
| Upper respiratory tract infection | 87 (24.6) | 55 (15.7) |
| Pneumonia [@] | 48 (13.6) | 29 (8.3) |
| Urinary Tract Infection | 30 (8.5) | 19 (5.4) |
| Sinusitis | 26 (7.4) | 16 (4.6) |
| **Skin and subcutaneous system disorders** | | |
| Rash [c] | 75 (21.2) | 33 (9.4) |
| Sweating Increased | 35 (9.9) | 25 (7.1) |
| Dry Skin | 33 (9.3) | 14 (4.0) |
| Pruritus | 27 (7.6) | 18 (5.1) |
| **Metabolism and nutrition disorders** | | |
| Anorexia | 55 (15.6) | 34 (9.7) |
| Hypokalemia | 48 (13.6) | 21 (6.0) |
| Hypocalcemia | 31 (8.8) | 10 (2.9) |
| Appetite Decreased | 24 (6.8) | 14 (4.0) |
| Dehydration | 23 (6.5) | 15 (4.3) |
| Hypomagnesaemia | 24 (6.8) | 10 (2.9) |
| **Investigations** | | |
| Weight Decreased | 69 (19.5) | 52 (14.9) |
| **Eye disorders** | | |
| Blurred vision | 61 (17.3) | 40 (11.4) |
| **Vascular disorders** | | |
| Deep vein thrombosis [%] | 33 (9.3) | 15 (4.3) |
| Hypertension | 28 (7.9) | 20 (5.7) |
| Hypotension | 25 (7.1) | 15 (4.3) |

**Table 4: Grade 3/4 Adverse Reactions Reported in ≥2% Patients and With a ≥1% Difference in Proportion of Patients Between the REVLIMID/dexamethasone and Placebo/dexamethasone groups**

| System Organ Class/ Preferred Term | REVLIMID/Dex[#] (n=353) n (%) | Placebo/Dex[#] (n=350) n (%) |
|---|---|---|
| **Blood and lymphatic system disorders** | | |
| Neutropenia [%] | 118 (33.4) | 12 (3.4) |
| Thrombocytopenia [@] | 43 (12.2) | 22 (6.3) |
| Anemia [@] | 35 (9.9) | 20 (5.7) |

Reference ID: 3100785

Confidential

CELBRN3791169

| System Organ Class/ Preferred Term | REVLIMID/Dex[#] (n=353) n (%) | Placebo/Dex[#] (n=350) n (%) |
|---|---|---|
| Leukopenia | 14 (4.0) | 1 (0.3) |
| Lymphopenia | 10 (2.8) | 4 (1.1) |
| Febrile Neutropenia[%] | 8 (2.3) | 0 (0.0) |
| **General disorders and administration site conditions** | | |
| Fatigue | 23 (6.5) | 17 (4.9) |
| **Vascular disorders** | | |
| Deep vein thrombosis[%a] | 29 (8.2) | 12 (3.4) |
| **Infections[b] and infestations** | | |
| Pneumonia[@] | 30 (8.5) | 19 (5.4) |
| Urinary Tract Infection | 5 (1.4) | 1 (0.3) |
| **Metabolism and nutrition disorders** | | |
| Hypokalemia | 17 (4.8) | 5 (1.4) |
| Hypocalcemia | 13 (3.7) | 6 (1.7) |
| Hypophosphatemia | 9 (2.5) | 0 (0.0) |
| **Respiratory, thoracic and mediastinal disorders** | | |
| Pulmonary embolism[@] | 14 (4.0) | 3 (0.9) |
| Respiratory Distress[@] | 4 (1.1) | 0 (0.0) |
| **Musculoskeletal and connective tissue disorders** | | |
| Muscle weakness | 20 (5.7) | 10 (2.9) |
| **Gastrointestinal disorders** | | |
| Diarrhea[@] | 11 (3.1) | 4 (1.1) |
| Constipation | 7 (2.0) | 1 (0.3) |
| Nausea[@] | 6 (1.7) | 2 (0.6) |
| **Cardiac disorders** | | |
| Atrial fibrillation[@] | 13 (3.7) | 4 (1.1) |
| Tachycardia | 6 (1.7) | 1 (0.3) |
| Cardiac Failure Congestive[@] | 5 (1.4) | 1 (0.3) |
| **Nervous System disorders** | | |
| Syncope | 10 (2.8) | 3 (0.9) |
| Dizziness | 7 (2.0) | 3 (0.9) |
| **Eye Disorders** | | |
| Cataract | 6 (1.7) | 1 (0.3) |
| Cataract Unilateral | 5 (1.4) | 0 (0.0) |
| **Psychiatric Disorder** | | |
| Depression | 10 (2.8) | 6 (1.7) |

**Table 5: Serious Adverse Reactions Reported in ≥1% Patients And With a ≥1% Difference in Proportion of Patients Between the REVLIMID/dexamethasone and Placebo/dexamethasone Groups**

| System Organ Class/ Preferred Term | REVLIMID/Dex[&] (n=353) n (%) | Placebo/Dex[&] (n=350) n (%) |
|---|---|---|
| **Blood and lymphatic system disorders** | | |
| **Febrile Neutropenia[%]** | 6 (1.7) | 0 (0.0) |
| **Vascular disorders** | | |
| Deep vein thrombosis[%a] | 26 (7.4) | 11 (3.1) |
| **Infections[b] and infestations** | | |

Confidential

CELBRN3791170

| System Organ Class/ Preferred Term | REVLIMID/Dex[&] (n=353) n (%) | Placebo/Dex[&] (n=350) n (%) |
|---|---|---|
| Pneumonia [@] | 33 (9.3) | 21 (6.0) |
| **Respiratory, thoracic, and mediastinal disorders** | | |
| Pulmonary embolism[@] | 13 (3.7) | 3 (0.9) |
| **Cardiac disorders** | | |
| Atrial fibrillation [@] | 11 (3.1) | 2 (0.6) |
| Cardiac Failure Congestive [@] | 5 (1.4) | 0 (0.0) |
| **Nervous system disorders** | | |
| Cerebrovascular accident [@] | 7 (2.0) | 3 (0.9) |
| **Gastrointestinal disorders** | | |
| Diarrhea [@] | 6 (1.7) | 2 (0.6) |
| **Musculoskeletal and connective tissue disorders** | | |
| Bone Pain | 4 (1.1) | 0 (0.0) |

For all tables above:
n – Number of Patients
* - All Treatment Emergent AEs with $\geq$5% of Patients in REVLIMID/ Dex and at Least 2% Difference in Proportion between the Two Arms - (Safety population)
# - All Treatment Emergent Grades 3 and 4 AEs with $\geq$1% Patients in REVLIMID/ Dex and at Least 1% Difference in Proportion between the Two Arms - (Safety population)
& - All Treatment Emergent Serious AEs with $\geq$1% Patients in REVLIMID/ Dex and at Least 1% Difference in Proportion between the Two Arms - (Safety population)
@ - ADRs with Death as an outcome
% - ADRs which were considered to be life threatening (if the outcome of the event was death, it is included with death cases)
a - All PTs under the MedDRA SMQ of Neuropathy of a peripheral sensory nature will be considered listed
b - All PTs under SOC of Infections except for rare infections of Public Health interest will be considered listed
c - All PTs under HLT of Rash will be considered listed
Dex=dexamethasone
Median duration of exposure among patients treated with REVLIMID/dexamethasone was 44 weeks while median duration of exposure among patients treated with placebo/dexamethasone was 23 weeks. This should be taken into consideration when comparing frequency of adverse events between two treatment groups REVLIMID/dexamethasone vs. placebo/dexamethasone.

**Venous Thromboembolism**

**Deep Vein Thrombosis and Pulmonary Embolism** *[see Warnings and Precautions (5.3)]*

Deep vein thrombosis (DVT) was reported as a serious adverse drug reaction (7.4%) or Grade 3/4 (8.2%) at a higher rate in the REVLIMID/dexamethasone group compared to 3.1 % and 3.4%  in the placebo/dexamethasone group, respectively.  Discontinuations due to DVT adverse reactions were reported at comparable rates between groups.

Pulmonary embolism (PE) was reported as a serious adverse drug reaction including Grade 3/4 (3.7%) at a higher rate in the REVLIMID/dexamethasone group compared to 0.9% in the placebo/dexamethasone group.  Discontinuations due to PE adverse reactions were reported at comparable rates between groups.

**Other Adverse Reactions**

In these clinical studies of REVLIMID in patients with multiple myeloma, the following adverse drug reactions (ADRs) not described above that occurred at $\geq$1% rate and of at least twice of the placebo percentage rate were reported:

**Blood and lymphatic system disorders:** pancytopenia, autoimmune hemolytic anemia

**Cardiac disorders:** bradycardia, myocardial infarction, angina pectoris

**Endocrine disorders:**  hirsutism

 **Eye disorders:**  blindness, ocular hypertension

**Gastrointestinal disorders:**  gastrointestinal hemorrhage, glossodynia

**General disorders and administration site conditions:**  malaise

**Investigations:**  liver function tests abnormal, alanine aminotransferase increased

**Nervous system disorders:** cerebral ischemia

**Psychiatric disorders:** mood swings, hallucination, loss of libido

Confidential

**Reproductive system and breast disorders:** erectile dysfunction

**Respiratory, thoracic and mediastinal disorders:** cough, hoarseness

**Skin and subcutaneous tissue disorders:** exanthem, skin hyperpigmentation

**6.2  Clinical Trials Experience in Myelodysplastic Syndromes**

A total of 148 patients received at least 1 dose of 10 mg REVLIMID in the del 5q MDS clinical study. At least one adverse event was reported in all of the 148 patients who were treated with the 10 mg starting dose of REVLIMID. The most frequently reported adverse events were related to blood and lymphatic system disorders, skin and subcutaneous tissue disorders, gastrointestinal disorders, and general disorders and administrative site conditions.

Thrombocytopenia (61.5%; 91/148) and neutropenia (58.8%; 87/148) were the most frequently reported adverse events. The next most common adverse events observed were diarrhea (48.6%; 72/148), pruritus (41.9%; 62/148), rash (35.8%; 53/148) and fatigue (31.1%; 46/148). Table 6 summarizes the adverse events that were reported in ≥ 5% of the REVLIMID treated patients in the del 5q MDS clinical study. Table 7 summarizes the most frequently observed Grade 3 and Grade 4 adverse reactions regardless of relationship to treatment with REVLIMID. In the single-arm studies conducted, it is often not possible to distinguish adverse events that are drug-related and those that reflect the patient's underlying disease.

**Table 6: Summary of Adverse Events Reported in ≥5% of the REVLIMID Treated Patients in del 5q MDS Clinical Study**

| System organ class/Preferred term [a] | 10 mg Overall (N=148) | |
|---|---|---|
| Patients with at least one adverse event | 148 | (100.0) |
| **Blood and Lymphatic System Disorders** | | |
| Thrombocytopenia | 91 | (61.5) |
| Neutropenia | 87 | (58.8) |
| Anemia | 17 | (11.5) |
| Leukopenia | 12 | (8.1) |
| Febrile Neutropenia | 8 | (5.4) |
| **Skin and Subcutaneous Tissue Disorders** | | |
| Pruritus | 62 | (41.9) |
| Rash | 53 | (35.8) |
| Dry Skin | 21 | (14.2) |
| Contusion | 12 | (8.1) |
| Night Sweats | 12 | (8.1) |
| Sweating Increased | 10 | (6.8) |
| Ecchymosis | 8 | (5.4) |
| Erythema | 8 | (5.4) |
| **Gastrointestinal Disorders** | | |
| Diarrhea | 72 | (48.6) |
| Constipation | 35 | (23.6) |
| Nausea | 35 | (23.6) |
| Abdominal Pain | 18 | (12.2) |
| Vomiting | 15 | (10.1) |
| Abdominal Pain Upper | 12 | (8.1) |
| Dry Mouth | 10 | (6.8) |
| Loose Stools | 9 | (6.1) |
| **Respiratory, Thoracic and Mediastinal Disorders** | | |
| Nasopharyngitis | 34 | (23.0) |
| Cough | 29 | (19.6) |
| Dyspnea | 25 | (16.9) |
| Pharyngitis | 23 | (15.5) |
| Epistaxis | 22 | (14.9) |
| Dyspnea Exertional | 10 | (6.8) |
| Rhinitis | 10 | (6.8) |
| Bronchitis | 9 | (6.1) |
| **General Disorders and Administration Site Conditions** | | |
| Fatigue | 46 | (31.1) |
| Pyrexia | 31 | (20.9) |
| Edema Peripheral | 30 | (20.3) |
| Asthenia | 22 | (14.9) |
| Edema | 15 | (10.1) |
| Pain | 10 | (6.8) |
| Rigors | 9 | (6.1) |
| Chest Pain | 8 | (5.4) |
| **Musculoskeletal and Connective Tissue Disorders** | | |

Confidential

| | | |
|---|---|---|
| Arthralgia | 32 | (21.6) |
| Back Pain | 31 | (20.9) |
| Muscle Cramp | 27 | (18.2) |
| Pain in Limb | 16 | (10.8) |
| Myalgia | 13 | (8.8) |
| Peripheral Swelling | 12 | (8.1) |
| **Nervous System Disorders** | | |
| Dizziness | 29 | (19.6) |
| Headache | 29 | (19.6) |
| Hypoesthesia | 10 | (6.8) |
| Dysgeusia | 9 | (6.1) |
| Peripheral Neuropathy | 8 | (5.4) |
| **Infections and Infestations** | | |
| Upper Respiratory Tract Infection | 22 | (14.9) |
| Pneumonia | 17 | (11.5) |
| Urinary Tract Infection | 16 | (10.8) |
| Sinusitis | 12 | (8.1) |
| Cellulitis | 8 | (5.4) |
| **Metabolism and Nutrition Disorders** | | |
| Hypokalemia | 16 | (10.8) |
| Anorexia | 15 | (10.1) |
| Hypomagnesemia | 9 | (6.1) |
| **Investigations** | | |
| Alanine Aminotransferase Increased | 12 | (8.1) |
| **Psychiatric Disorders** | | |
| Insomnia | 15 | (10.1) |
| Depression | 8 | (5.4) |
| **Renal and Urinary Disorders** | | |
| Dysuria | 10 | (6.8) |
| **Vascular Disorders** | | |
| Hypertension | 9 | ( 6.1) |
| **Endocrine Disorders** | | |
| Acquired Hypothyroidism | 10 | (6.8) |
| **Cardiac Disorders** | | |
| Palpitations | 8 | (5.4) |

[a] System organ classes and preferred terms are coded using the MedDRA dictionary. System organ classes and preferred terms are listed in descending order of frequency for the Overall column. A patient with multiple occurrences of an AE is counted only once in the AE category.

**Table 7: Most Frequently Observed Grade 3 and 4 Adverse Events [1]**
**Regardless of Relationship to Study Drug Treatment**

| Preferred term [2] | 10 mg (N=148) | |
|---|---|---|
| Patients with at least one Grade 3/4 AE | 131 | (88.5) |
| Neutropenia | 79 | (53.4) |
| Thrombocytopenia | 74 | (50.0) |
| Pneumonia | 11 | (7.4) |
| Rash | 10 | (6.8) |
| Anemia | 9 | (6.1) |
| Leukopenia | 8 | (5.4) |
| Fatigue | 7 | (4.7) |
| Dyspnea | 7 | (4.7) |
| Back Pain | 7 | (4.7) |
| Febrile Neutropenia | 6 | (4.1) |
| Nausea | 6 | (4.1) |
| Diarrhea | 5 | (3.4) |
| Pyrexia | 5 | (3.4) |
| Sepsis | 4 | (2.7) |
| Dizziness | 4 | (2.7) |
| Granulocytopenia | 3 | (2.0) |
| Chest Pain | 3 | (2.0) |
| Pulmonary Embolism | 3 | (2.0) |
| Respiratory Distress | 3 | (2.0) |

Reference ID: 3100785

CELBRN3791173

| Pruritus | 3 | (2.0) |
| Pancytopenia | 3 | (2.0) |
| Muscle Cramp | 3 | (2.0) |
| Respiratory Tract Infection | 2 | (1.4) |
| Upper Respiratory Tract Infection | 2 | (1.4) |
| Asthenia | 2 | (1.4) |
| Multi-organ Failure | 2 | (1.4) |
| Epistaxis | 2 | (1.4) |
| Hypoxia | 2 | (1.4) |
| Pleural Effusion | 2 | (1.4) |
| Pneumonitis | 2 | (1.4) |
| Pulmonary Hypertension | 2 | (1.4) |
| Vomiting | 2 | (1.4) |
| Sweating Increased | 2 | (1.4) |
| Arthralgia | 2 | (1.4) |
| Pain in Limb | 2 | (1.4) |
| Headache | 2 | (1.4) |
| Syncope | 2 | (1.4) |

[1] Adverse events with frequency ≥1% in the 10 mg Overall group. Grade 3 and 4 are based on National Cancer Institute Common Toxicity Criteria version 2.

[2] Preferred Terms are coded using the MedDRA dictionary. A patient with multiple occurrences of an AE is counted only once in the Preferred Term category.

In other clinical studies of REVLIMID in MDS patients, the following serious adverse events (regardless of relationship to study drug treatment) not described in Table 6 or 7 were reported:

**Blood and lymphatic system disorders:** warm type hemolytic anemia, splenic infarction, bone marrow depression, coagulopathy, hemolysis, hemolytic anemia refractory anemia

**Cardiac disorders:** cardiac failure congestive, atrial fibrillation, angina pectoris, cardiac arrest, cardiac failure, cardio-respiratory arrest, cardiomyopathy, myocardial infarction, myocardial ischemia, atrial fibrillation aggravated, bradycardia, cardiogenic shock, pulmonary edema supraventricular arrhythmia , tachyarrhythmia, ventricular dysfunction

**Ear and labyrinth disorders:** vertigo

**Endocrine disorders:** Basedow's disease

**Gastrointestinal disorders:** gastrointestinal hemorrhage, colitis ischemic, intestinal perforation, rectal hemorrhage, colonic polyp, diverticulitis, dysphagia, gastritis, gastroenteritis , gastroesophageal reflux disease, obstructive inguinal hernia, irritable bowel syndrome, melena, pancreatitis due to biliary obstruction, pancreatitis, perirectal abscess, small intestinal obstruction, upper gastrointestinal hemorrhage

**General disorders and administration site conditions:** disease progression, fall, gait abnormal, intermittent pyrexia, nodule, rigors, sudden death

**Hepatobiliary disorders:** hyperbilirubinemia, cholecystitis, acute cholecystitis, hepatic failure

**Immune system disorders:** hypersensitivity

**Infections and infestations** infection bacteremia, central line infection, clostridial infection, ear infection *Enterobacter* sepsis, fungal infection herpes viral infection NOS, influenza, kidney infection *Klebsiella* sepsis, lobar pneumonia , localized infection, oral infection, *Pseudomonas* infection, septic shock, sinusitis acute  sinusitis, *Staphylococcal* infection, urosepsis

**Injury, poisoning and procedural complications:** femur fracture, transfusion reaction, cervical vertebral fracture, femoral neck fracture, fractured pelvis, hip fracture, overdose,  post procedural hemorrhage, rib fracture, road traffic accident, spinal compression fracture

**Investigations:** blood creatinine increased, hemoglobin decreased, liver function tests  abnormal, troponin I increased

**Metabolism and nutrition disorders:** dehydration, gout, hypernatremia, hypoglycemia

**Musculoskeletal and connective tissue disorders:** arthritis, arthritis aggravated, gouty arthritis, neck pain, chondrocalcinosis pyrophosphate

**Neoplasms benign, malignant and unspecified:** acute leukemia, acute myeloid leukemia, bronchoalveolar carcinoma, lung cancer metastatic, lymphoma, prostate cancer metastatic

**Nervous system disorders:** cerebrovascular accident, aphasia, cerebellar infarction, cerebral infarction, depressed level of consciousness, dysarthria, migraine, spinal cord compression, subarachnoid hemorrhage, transient ischemic attack

**Psychiatric disorders:** confusional state

**Renal and urinary disorders:** renal failure, hematuria, renal failure acute, azotemia, calculus ureteric, renal mass

**Reproductive system and breast disorders:** pelvic pain

**Respiratory, thoracic and mediastinal disorders:** bronchitis, chronic obstructive airways disease exacerbated, respiratory failure, dyspnea exacerbated, interstitial lung disease, lung infiltration, wheezing

**Skin and subcutaneous tissue disorders:** acute febrile neutrophilic dermatosis

Reference ID: 3100785

CELBRN3791174

**Vascular system disorders:** deep vein thrombosis, hypotension, aortic disorder, ischemia, thrombophlebitis superficial, thrombosis

**6.3   Postmarketing Experience**

The following adverse drug reactions have been identified from the worldwide post-marketing experience with REVLIMID. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure:  Allergic conditions (angioedema, SJS, TEN), tumor lysis syndrome (TLS) and tumor flare reaction (TFR), pneumonitis, and transient abnormal liver laboratory tests. *[see Warnings and Precautions Section (5.5 to 5.8)].*

**7.   DRUG INTERACTIONS**

Results from human in vitro metabolism studies and nonclinical studies show that REVLIMID is neither metabolized by nor inhibits or induces the cytochrome P450 pathway suggesting that lenalidomide is not likely to cause or be subject to P450-based metabolic drug interactions in man.

*In vitro* studies demonstrate that lenalidomide is not a substrate of multidrug resistance proteins MRP1, MRP2, or MRP3 nor a substrate of organic anion and cation uptake transporters OAT1, OAT3, OATP1B1 or OCT1.

*In vitro*, lenalidomide is a substrate, but is not an inhibitor of P-glycoprotein (P-gp).

**7.1.   Digoxin**

When digoxin was co-administered with multiple doses of REVLIMID (10 mg/day) the digoxin Cmax and AUC0-∞ were increased by 14%. Periodic monitoring of digoxin plasma levels, in accordance with clinical judgment and based on standard clinical practice in patients receiving this medication, is recommended during administration of REVLIMID.

**7.2.   Warfarin**

Co-administration of multiple dose REVLIMID (10 mg) with single dose warfarin (25 mg) had no effect on the pharmacokinetics of total lenalidomide or R- and S-warfarin. Expected changes in laboratory assessments of PT and INR were observed after warfarin administration, but these changes were not affected by concomitant REVLIMID administration. It is not known whether there is an interaction between dexamethasone and warfarin. Close monitoring of PT and INR is recommended in multiple myeloma patients taking concomitant warfarin.

**7.3      Concomitant Therapies That May Increase the Risk of Thrombosis**

Erythropoietic agents, or other agents that may increase the risk of thrombosis, such as estrogen containing therapies, should be used with caution in multiple myeloma patients receiving lenalidomide with dexamethasone. *[see Warnings and Precautions (5.4)]*

**8.      USE IN SPECIFIC POPULATIONS**

**8.1.   Pregnancy**

**Pregnancy Category X:** *[see Boxed Warnings and Contraindications (4.1)]*

REVLIMID can cause fetal harm when administered to a pregnant woman. REVLIMID is contraindicated in women who are or may become pregnant.  There are no adequate and well-controlled studies in pregnant women.  However, in an animal study, lenalidomide caused thalidomide-type limb defects in monkey offspring.  If this drug is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to a fetus.

If pregnancy does occur during treatment, immediately discontinue the drug. Under these conditions, refer patient to an obstetrician/gynecologist experienced in reproductive toxicity for further evaluation and counseling. Any suspected fetal exposure to REVLIMID must be reported to the FDA via the MedWatch program at 1-800-332-1088 and also to Celgene Corporation at 1-888-423-5436.

In an embryofetal developmental toxicity study in monkeys, teratogenicity, including thalidomide-like limb defects, occurred in offspring when pregnant monkeys received oral lenalidomide during organogenesis at doses approximately 0.17 times the maximum recommended human dose (MRHD) of 25 mg, based on body surface area.  Similar studies in pregnant rabbits and rats at 20 times and 200 times the MRHD respectively, produced embryolethality in rabbits and no adverse reproductive effects in rats.  In another study, pregnant rats received lenalidomide from organogenesis through lactation, some delay in sexual maturation occurred in male offspring.  As with thalidomide, the rat model may not adequately address the full spectrum of potential human embryofetal developmental effects for lenalidomide.

Females of childbearing potential must use effective means of contraception for 28 days before therapy, during lenalidomide therapy and dose interruptions, and for 28 days following discontinuation of lenalidomide therapy, or continually abstain from reproductive heterosexual sexual intercourse. Because of the increased risk of VTE in patients with multiple myeloma taking lenalidomide and dexamethasone, and to a lesser extent patients with MDS taking lenalidomide monotherapy, and because there is an increased risk of VTE in patients taking combined oral contraceptive pills, physicians should discuss the risk/benefit of contraceptive methods with their patients

**8.3.   Nursing mothers**

It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for adverse reactions in nursing infants from lenalidomide, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**8.4.   Pediatric use**

Safety and effectiveness in pediatric patients below the age of 18 have not been established.

Confidential

**8.5.     Geriatric use**

REVLIMID has been used in multiple myeloma (MM) clinical trials in patients up to 86 years of age.

Of the 703 MM patients who received study treatment in Studies 1 and 2, 45% were age 65 or over while 12% of patients were age 75 and over. The percentage of patients age 65 or over was not significantly different between the REVLIMID/dexamethasone and placebo/dexamethasone groups. Of the 353 patients who received REVLIMID/dexamethasone, 46% were age 65 and over. In both studies, patients > 65 years of age were more likely than patients ≤ 65 years of age to experience DVT, pulmonary embolism, atrial fibrillation, and renal failure following use of REVLIMID. No differences in efficacy were observed between patients over 65 years of age and younger patients.

REVLIMID has been used in del 5q MDS clinical trials in patients up to 95 years of age.

Of the 148 patients with del 5q MDS enrolled in the major study, 38% were age 65 and over, while 33% were age 75 and over. Although the overall frequency of adverse events (100%) was the same in patients over 65 years of age as in younger patients, the frequency of serious adverse events was higher in patients over 65 years of age than in younger patients (54% vs. 33%). A greater proportion of patients over 65 years of age discontinued from the clinical studies because of adverse events than the proportion of younger patients (27% vs.16%). No differences in efficacy were observed between patients over 65 years of age and younger patients.

Since elderly patients are more likely to have decreased renal function, care should be taken in dose selection. Monitor renal function.

**8.6.     Renal Impairment**

Since lenalidomide is primarily excreted unchanged by the kidney, adjustments to the starting dose of REVLIMID are recommended to provide appropriate drug exposure in patients with moderate (CLcr 30-60 mL/min) or severe renal impairment (CLcr < 30 mL/min) and in patients on dialysis *[see Dosage and Administration (2.1, 2.2)]*.

**8.7.     Hepatic Impairment**

No study has been conducted in patients with hepatic impairment. The elimination of unchanged lenalidomide is predominantly by the renal route.

**10.     OVERDOSAGE**

There is no specific experience in the management of lenalidomide overdose in patients; although in dose-ranging studies, some patients were exposed to up to 150 mg and in single-dose studies, some patients were exposed to up to 400 mg.

In studies, the dose-limiting toxicity was essentially hematological.  In the event of overdose, supportive care is advised.

**11.     DESCRIPTION**

REVLIMID, a thalidomide analogue, is an immunomodulatory agent with antiangiogenic and antineoplastic properties. The chemical name is 3-(4-amino-1-oxo 1,3-dihydro-2*H*-isoindol-2-yl) piperidine-2,6-dione and it has the following chemical structure:



3-(4-amino-1-oxo 1,3-dihydro-2*H*-isoindol-2-yl) piperidine-2,6-dione

The empirical formula for lenalidomide is $C_{13}H_{13}N_3O_3$, and the gram molecular weight is 259.3.

Lenalidomide is an off-white to pale-yellow solid powder. It is soluble in organic solvent/water mixtures, and buffered aqueous solvents. Lenalidomide is more soluble in organic solvents and low pH solutions. Solubility was significantly lower in less acidic buffers, ranging from about 0.4 to 0.5 mg/ml. Lenalidomide has an asymmetric carbon atom and can exist as the optically active forms S(-) and R(+), and is produced as a racemic mixture with a net optical rotation of zero.

REVLIMID is available in 2.5 mg, 5 mg, 10 mg, 15 mg and 25 mg capsules for oral administration. Each capsule contains lenalidomide as the active ingredient and the following inactive ingredients: lactose anhydrous, microcrystalline cellulose, croscarmellose sodium, and magnesium stearate. The 5 mg and 25 mg capsule shell contains gelatin, titanium dioxide and black ink. The 2.5 mg and 10 mg capsule shell contains gelatin, FD&C blue #2, yellow iron oxide, titanium dioxide and black ink. The 15 mg capsule shell contains gelatin, FD&C blue #2, titanium dioxide and black ink.

**12.     CLINICAL PHARMACOLOGY**

**12.1.     Mechanism of action**

Reference ID: 3100785

CELBRN3791176

The mechanism of action of lenalidomide remains to be fully characterized. Lenalidomide possesses immunomodulatory, antiangiogenic, and antineoplastic properties. Experiments have demonstrated that lenalidomide inhibits the growth of cells derived from patients with multiple myeloma and del (5q) myelodysplastic syndromes *in vitro*. Lenalidomide causes a delay in tumor growth in some *in vivo* nonclinical hematopoietic tumor models, including multiple myeloma. Lenalidomide inhibits the secretion of pro-inflammatory cytokines such as tumor necrosis factor alpha (TNF-α), from peripheral blood mononuclear cells.  Lenalidomide also inhibited the expression of cyclooxygenase-2 (COX-2) but not COX-1 *in vitro*.

### 12.3. Pharmacokinetics

#### Absorption

Lenalidomide is rapidly absorbed following oral administration. Following single and multiple doses of REVLIMID in patients with MM or MDS the maximum plasma concentrations occurred between 0.5 and 6.0 hours post-dose. The single and multiple dose pharmacokinetic disposition of lenalidomide is linear with AUC and $C_{max}$ values increasing proportionally with dose. Multiple dosing at the recommended dose-regimen does not result in drug accumulation.

Systemic exposure (AUC) of lenalidomide in MM and MDS patients with normal or mild renal function (CLcr ≥ 60 mL/min) is approximately 60% higher as compared to young healthy male subjects.

Administration of a single 25 mg dose of REVLIMID with a high-fat meal in healthy subjects reduces the extent of absorption, with an approximate 20% decrease in AUC and 50% decrease in $C_{max}$.  In the trials where the efficacy and safety were established for REVLIMID, the drug was administered without regard to food intake.  REVLIMID can be administered with or without food.

#### Distribution

In vitro ($^{14}C$)-lenalidomide binding to plasma proteins is approximately 30%.

#### Metabolism

Lenalidomide -undergoes limited metabolism.  Unchanged lenalidomide is the predominant circulating component in humans.  Two identified metabolites are hydroxy-lenalidomide and N-acetyl-lenalidomide; each constitutes less than 5% of parent levels in circulation.

#### Elimination

Elimination is primarily renal. Following a single oral administration of [$^{14}C$]-lenalidomide (25 mg) to healthy subjects, approximately 90% and 4% of the radioactive dose is eliminated within ten days in urine and feces, respectively. Approximately 82% of the radioactive dose is excreted as lenalidomide in the urine within 24 hours.  Hydroxy-lenalidomide and N-acetyl-lenalidomide represent 4.59% and 1.83% of the excreted dose, respectively.  The renal clearance of lenalidomide exceeds the glomerular filtration rate.

The mean half-life of lenalidomide is 3 hours in healthy subjects and 3 to 5 hours in patients with multiple myeloma or MDS.

#### Special Populations

*Patients with Renal Impairment:* The pharmacokinetics of lenalidomide were studied in patients with renal impairment due to nonmalignant conditions. In this study, 5 patients with mild renal impairment (creatinine clearance 57-74 mL/min), 6 patients with moderate renal impairment (creatinine clearance 33-46 mL/min), 6 patients with severe renal impairment (creatinine clearance 17-29 mL/min), and 6 patients with end stage renal disease requiring dialysis were administered a single oral 25-mg dose of REVLIMID. As a control group comparator, 7 healthy subjects of similar age with normal renal function (creatinine clearance 83-145 mL/min) were also administered a single oral 25-mg dose of REVLIMID. As creatinine clearance decreased from mild to severe impairment, half-life increased and drug clearance decreased linearly. Patients with moderate and severe renal impairment had a 3-fold increase in half-life and a 66% to 75% decrease in drug clearance compared to healthy subjects. Patients on hemodialysis (n=6) given a single, 25-mg dose of lenalidomide has an approximate 4.5-fold increase in half-life and an 80% decrease in drug clearance compared to healthy subjects. Approximately 40% of the administered dose was removed from the body during a single dialysis session.

In multiple myeloma patients, those patients with mild renal impairment had an AUC 56% greater than those with normal renal function.

Adjustment of the starting dose of REVLIMID is recommended in patients with moderate or severe (CLcr < 60 mL/min) renal impairment and in patients on dialysis. *[see Dosage and Administration (2.1, 2.2)]*.

*Patients with Hepatic Disease:* The pharmacokinetics of lenalidomide in patients with hepatic impairment have not been studied.

*Age:* The effects of age on the pharmacokinetics of lenalidomide have not been studied.

*Pediatric:* No pharmacokinetic data are available in patients below the age of 18 years.

*Gender:* The effects of gender on the pharmacokinetics of lenalidomide have not been studied.

*Race:* Pharmacokinetic differences due to race have not been studied

### 13.        NONCLINICAL TOXICOLOGY

### 13.1.     Carcinogenesis, mutagenesis, impairment of fertility

*Carcinogenicity:* Carcinogenicity studies with lenalidomide have not been conducted.

Confidential

*Mutagenesis:* Lenalidomide did not induce mutation in the Ames test, chromosome aberrations in cultured human peripheral blood lymphocytes, or mutation at the thymidine kinase (tk) locus of mouse lymphoma L5178Y cells. Lenalidomide did not increase morphological transformation in Syrian Hamster Embryo assay or induce micronuclei in the polychromatic erythrocytes of the bone marrow of male rats.

*Fertility:* A fertility and early embryonic development study in rats, with administration of lenalidomide up to 500 mg/kg (approximately 200 times the human dose of 25 mg, based on body surface area) produced no parental toxicity and no adverse effects on fertility.

**13.3    Reproductive and Developmental Toxicity**

Lenalidomide had an embryocidal effect in rabbits at a dose of 50 mg/kg (approximately 120 times the human dose of 10 mg based on body surface area).

In an embryofetal developmental toxicity study in monkeys, teratogenicity, including thalidomide-like limb defects, occurred in offspring when pregnant monkeys received oral lenalidomide during organogenesis at doses approximately 0.17-times the maximum recommended human dose (MRHD) of 25 mg, based on body surface area.

A pre- and post-natal development study in rats revealed few adverse effects on the offspring of female rats treated with lenalidomide at doses up to 500 mg/kg (approximately 200 times the human dose of 25 mg based on body surface area). The male offspring exhibited slightly delayed sexual maturation and the female offspring had slightly lower body weight gains during gestation when bred to male offspring.

**14.    CLINICAL STUDIES**

**14.1.    Multiple Myeloma**

Two randomized studies (Studies 1 and 2) were conducted to evaluate the efficacy and safety of REVLIMID. These multicenter, multinational, double-blind, placebo-controlled studies compared REVLIMID plus oral pulse high-dose dexamethasone therapy to dexamethasone therapy alone in patients with multiple myeloma who had received at least one prior treatment. These studies enrolled patients with absolute neutrophil counts (ANC) $\geq$ 1000/mm$^3$, platelet counts $\geq$ 75,000/mm$^3$, serum creatinine $\leq$ 2.5 mg/dL, serum SGOT/AST or SGPT/ALT $\leq$ 3.0 x upper limit of normal (ULN), and serum direct bilirubin $\leq$ 2.0 mg/dL.

In both studies, patients in the REVLIMID/dexamethasone group took 25 mg of REVLIMID orally once daily on Days 1 to 21 and a matching placebo capsule once daily on Days 22 to 28 of each 28-day cycle. Patients in the placebo/dexamethasone group took 1 placebo capsule on Days 1 to 28 of each 28-day cycle. Patients in both treatment groups took 40 mg of dexamethasone orally once daily on Days 1 to 4, 9 to 12, and 17 to 20 of each 28-day cycle for the first 4 cycles of therapy.

The dose of dexamethasone was reduced to 40 mg orally once daily on Days 1 to 4 of each 28-day cycle after the first 4 cycles of therapy. In both studies, treatment was to continue until disease progression.

In both studies, dose adjustments were allowed based on clinical and laboratory findings.   Sequential dose reductions to 15 mg daily, 10 mg daily and 5 mg daily were allowed for toxicity *[see Dosage and Administration (2.1)]*.

Table 8 summarizes the baseline patient and disease characteristics in the two studies. In both studies, baseline demographic and disease-related characteristics were comparable between the REVLIMID/dexamethasone and placebo/dexamethasone groups.

**Table 8: Baseline Demographic and Disease-Related Characteristics – Studies 1 and 2**

|  | Study 1 | | Study 2 | |
|---|---|---|---|---|
|  | REVLIMID/Dex N=177 | Placebo/Dex N=176 | REVLIMID/Dex N=176 | Placebo/Dex N=175 |
| **Patient Characteristics** | | | | |
| Age (years)<br>Median<br>Min, Max | 64<br>36, 86 | 62<br>37, 85 | 63<br>33, 84 | 64<br>40, 82 |
| Sex<br>Male<br>Female | 106 (60%)<br>71 (40%) | 104 (59%)<br>72 (41%) | 104 (59%)<br>72 (41%) | 103 (59%)<br>72 (41%) |
| Race/Ethnicity<br>White<br>Other | 141(80%)<br>36 (20%) | 148 (84%)<br>28 (16%) | 172 (98%)<br>4 (2%) | 175(100%)<br>0  (0%) |
| ECOG Performance<br>Status 0-1 | 157 (89%) | 168 (95%) | 150 (85%) | 144 (82%) |
| **Disease Characteristics** | | | | |

Confidential

| | | | | |
|---|---|---|---|---|
| Multiple Myeloma Stage (Durie-Salmon) | | | | |
| I | 3% | 3% | 6% | 5% |
| II | 32% | 31% | 28% | 33% |
| III | 64% | 66% | 65% | 63% |
| B2-microgbulin (mg/L) | | | | |
| ≤ 2.5 mg/L | 52 (29%) | 51 (29%) | 51 (29%) | 48 (27%) |
| > 2.5 mg/L | 125 (71%) | 125 (71%) | 125 (71%) | 127 (73%) |
| **Number of Prior Therapies** | | | | |
| 1 | 38% | 38% | 32% | 33% |
| ≥ 2 | 62% | 62% | 68% | 67% |
| **Types of Prior Therapies** | | | | |
| Stem Cell Transplantation | 62% | 61% | 55% | 54% |
| Thalidomide | 42% | 46% | 30% | 38% |
| Dexamethasone | 81% | 71% | 66% | 69% |
| Bortezomib | 11% | 11% | 5% | 4% |
| Melphalan | 33% | 31% | 56% | 52% |
| Doxorubicin | 55% | 51% | 56% | 57% |

The primary efficacy endpoint in both studies was time to progression (TTP). TTP was defined as the time from randomization to the first occurrence of progressive disease.

Preplanned interim analyses of both studies showed that the combination of REVLIMID/dexamethasone was significantly superior to dexamethasone alone for TTP. The studies were unblinded to allow patients in the placebo/dexamethasone group to receive treatment with the REVLIMID/dexamethasone combination. For both studies, the extended follow-up survival data with crossovers were analyzed. In study 1, the median survival time was 39.4 months (95%CI: 32.9, 47.4) in REVLIMID/dexamethasone group and 31.6 months (95%CI: 24.1, 40.9) in placebo/dexamethasone group, with a hazard ratio of 0.79 (95% CI: 0.61-1.03). In study 2, the median survival time was 37.5 months (95%CI: 29.9, 46.6) in REVLIMID/dexamethasone group and 30.8 months (95%CI: 23.5, 40.3) in placebo/dexamethasone group, with a hazard ratio of 0.86 (95% CI: 0.65-1.14).

**Table 9. TTP Results in Study 1 and Study 2**

| | Study 1 | | Study 2 | |
|---|---|---|---|---|
| | **REVLIMID/Dex N=177** | **Placebo/Dex N=176** | **REVLIMID/Dex N=176** | **Placebo/Dex N=175** |
| **TTP** | | | | |
| Events n (%) | 73 (41) | 120 (68) | 68 (39) | 130 (74) |
| Median TTP in months [95% CI] | 13.9 [9.5, 18.5] | 4.7 [3.7, 4.9] | 12.1 [9.5, NE] | 4.7 [3.8, 4.8] |
| Hazard Ratio [95% CI] | 0.285 [0.210, 0.386] | | 0.324 [0.240, 0.438] | |
| Log-rank Test p-value 3 | <0.001 | | <0.001 | |

Confidential

CELBRN3791179

| Response | | | | |
|---|---|---|---|---|
| Complete Response (CR) n (%) | 23 (13) | 1 (1) | 27 (15) | 7 (4) |
| Partial Response (RR/PR) n (%) | 84 (48) | 33 (19) | 77 (44) | 34 (19) |
| Overall Response n (%) | 107 (61) | 34 (19) | 104 (59) | 41 (23) |
| p-value | <0.001 | | <0.001 | |
| Odds Ratio [95% CI] | 6.38 [3.95, 10.32] | | 4.72 [2.98, 7.49] | |

**Figure 1:  Kaplan-Meier Estimate of Time to Progression — Study 1**



Confidential

Figure 2:   Kaplan-Meier Estimate of Time to Progression — Study 2



## 14.2.    Myelodysplastic Syndromes (MDS) with a Deletion 5q Cytogenetic Abnormality

The efficacy and safety of REVLIMID were evaluated in patients with transfusion-dependent anemia in low- or intermediate-1- risk MDS with a 5q (q31-33) cytogenetic abnormality in isolation or with additional cytogenetic abnormalities, at a dose of 10 mg once daily or 10 mg once daily for 21 days every 28 days in an open-label, single-arm, multi-center study. The major study was not designed nor powered to prospectively compare the efficacy of the 2 dosing regimens. Sequential dose reductions to 5 mg daily and 5 mg every other day, as well as dose delays, were allowed for toxicity *[Dosage and Administration (2.2)]*.

This major study enrolled 148 patients who had RBC transfusion dependent anemia. RBC transfusion dependence was defined as having received $\geq$ 2 units of RBCs within 8 weeks prior to study treatment. The study enrolled patients with absolute neutrophil counts (ANC) $\geq$ 500/mm$^3$, platelet counts $\geq$ 50,000/mm$^3$, serum creatinine $\leq$ 2.5 mg/dL, serum SGOT/AST or SGPT/ALT $\leq$ 3.0 x upper limit of normal (ULN), and serum direct bilirubin $\leq$ 2.0 mg/dL. Granulocyte colony-stimulating factor was permitted for patients who developed neutropenia or fever in association with neutropenia. Baseline patient and disease-related characteristics are summarized in Table 10.

Table 10: Baseline Demographic and Disease-Related Characteristics in the MDS Study

| | Overall (N=148) | |
|---|---|---|
| **Age (years)** | | |
| Median | 71.0 | |
| Min, Max | 37.0, 95.0 | |
| **Gender** | n | (%) |
| Male | 51 | (34.5) |
| Female | 97 | (65.5) |
| **Race** | n | (%) |
| White | 143 | (96.6) |
| Other | 5 | (3.4) |
| **Duration of MDS (years)** | | |
| Median | 2.5 | |
| Min, Max | 0.1, 20.7 | |
| **Del 5 (q31-33) Cytogenetic Abnormality** | n | (%) |
| Yes | 148 | (100.0) |
| Other cytogenetic abnormalities | 37 | (25.2) |
| **IPSS Score** [a] | n | (%) |
| Low (0) | 55 | (37.2) |
| Intermediate-1  (0.5-1.0) | 65 | (43.9) |
| Intermediate-2  (1.5-2.0) | 6 | (4.1) |
| High ($\geq$2.5) | 2 | (1.4) |
| Missing | 20 | (13.5) |
| **FAB Classification** [b] **from central review** | n | (%) |

Confidential

CELBRN3791181

| | | |
|---|---|---|
| RA | 77 | (52.0) |
| RARS | 16 | (10.8) |
| RAEB | 30 | (20.3) |
| CMML | 3 | (2.0) |

[a] IPSS Risk Category: Low (combined score = 0), Intermediate-1 (combined score = 0.5 to 1.0), Intermediate-2 (combined score = 1.5 to 2.0), High (combined score ≥ 2.5); Combined score = (Marrow blast score + Karyotype score + Cytopenia score)

[b] French-American-British (FAB) classification of MDS.

The frequency of RBC transfusion independence was assessed using criteria modified from the International Working Group (IWG) response criteria for MDS. RBC transfusion independence was defined as the absence of any RBC transfusion during any consecutive "rolling" 56 days (8 weeks) during the treatment period.

Transfusion independence was seen in 99/148 (67%) patients (95% CI [59, 74]). The median duration from the date when RBC transfusion independence was first declared (i.e., the last day of the 56-day RBC transfusion-free period) to the date when an additional transfusion was received after the 56-day transfusion-free period among the 99 responders was 44 weeks (range of 0 to >67 weeks). Ninety percent of patients who achieved a transfusion benefit did so by completion of three months in the study.

RBC transfusion independence rates were unaffected by age or gender.

The dose of REVLIMID was reduced or interrupted at least once due to an adverse event in 118 (79.7%) of the 148 patients; the median time to the first dose reduction or interruption was 21 days (mean, 35.1 days; range, 2-253 days), and the median duration of the first dose interruption was 22 days (mean, 28.5 days; range, 2-265 days). A second dose reduction or interruption due to adverse events was required in 50 (33.8%) of the 148 patients. The median interval between the first and second dose reduction or interruption was 51 days (mean, 59.7 days; range, 15-205 days) and the median duration of the second dose interruption was 21 days (mean, 26 days; range, 2-148 days).

## 15.    REFERENCES

1.    NIOSH Alert: Preventing occupational exposures to antineoplastic and other hazardous drugs in healthcare settings. 2004. U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, DHHS (NIOSH) Publication No. 2004-165.

2.    OSHA Technical Manual, TED 1-0.15A, Section VI: Chapter 2. Controlling Occupational Exposure to Hazardous Drugs. OSHA, 1999. http://www.osha.gov/dts/osta/otm/otm_vi/otm_vi_2.html

3.    American Society of Health-System Pharmacists. ASHP Guidelines on Handling Hazardous Drugs: *Am J Health-Syst Pharm.* 2006;63:1172-1193.

4.    Polovich M., White JM, Kelleher LO (eds). Chemotherapy and biotherapy guidelines and recommendations for practice (2nd ed.) 2005. Pittsburgh, PA: Oncology Nursing Society.

## 16.    HOW SUPPLIED/STORAGE AND HANDLING

Care should be exercised in the handling of REVLIMID. REVLIMID capsules should not be opened or crushed. If a powder from REVLIMID contacts the skin, wash the skin immediately and thoroughly with soap and water. If REVLIMID contacts the mucous membranes, flush thoroughly with water.

Procedures for the proper handling and disposal of anticancer drugs should be considered. Several guidelines on the subject have been published.[1-4]

White and blue-green opaque hard capsules imprinted "REV" on one half and "2.5 mg" on the other half in black ink:

2.5 mg bottles of 28    (NDC 59572-402-28)

2.5 mg bottles of 100 (NDC 59572-402-00)

White opaque capsules imprinted "REV" on one half and "5 mg" on the other half in black ink:

5 mg bottles of 28      (NDC 59572-405-28)

5 mg bottles of 100    (NDC 59572-405-00)

Blue/green and pale yellow opaque capsules imprinted "REV" on one half and "10 mg" on the other half in black ink:

10 mg bottles of 28    (NDC 59572-410-28)

10 mg bottles of 100  (NDC 59572-410-00)

Powder blue and white opaque capsules imprinted "REV" on one half and "15 mg" on the other half in black ink:

15 mg bottles of 21    (NDC 59572-415-21)

15 mg bottles of 100  (NDC 59572-415-00)

White opaque capsules imprinted "REV" on one half and "25 mg" on the other half in black ink:

25 mg bottles of 21     (NDC 59572-425-21)

25 mg bottles of 100   (NDC 59572-425-00)

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature].

Dispense no more than a 28-day supply.

**17.        PATIENT COUNSELING INFORMATION**

*See Medication Guide*

**17.1      Importance of Preventing Pregnancy**

**Females of Childbearing Potential**

Patients must be counseled on lenalidomide's potential risk of teratogenicity due to its structural similarity to thalidomide and data from an embryofetal development study showing treatment with lenalidomide produced malformations in the offspring of female monkeys who received the drug during pregnancy.

REVLIMID treatment should only be initiated in females of childbearing potential following a negative pregnancy test.  Females of childbearing potential must be informed of the importance of monthly pregnancy tests and the need to use two different forms of contraception including at least one highly effective form simultaneously during REVLIMID therapy, during therapy interruption and for 4 weeks after she has completely finished taking REVLIMID. Highly effective forms of contraception other than tubal ligation include IUD and hormonal (birth control pills, injections, patch or implants) and a partner's vasectomy. Additional effective contraceptive methods include latex condom, diaphragm and cervical cap. Patient must be instructed to immediately stop taking REVLIMID and contact her doctor if she becomes pregnant while taking this drug, if she misses her menstrual period, or experiences unusual menstrual bleeding, if she stops taking birth control, or if she thinks FOR ANY REASON that she may be pregnant. The patient understands that if her doctor is not available, she can call 1-888-668-2528 for information on emergency contraception *[see Use in Specific Populations (8.1)]*.

REVLIMID treatment should only be initiated in a female not of childbearing potential if she confirms that she is not now pregnant, nor of childbearing potential as she has been postmenopausal naturally for at least 24 months (been through the change of life); or she has had a hysterectomy or bilateral oophorectomy. The patient or guardian certifies that a prepubertal female child is not now pregnant, nor is of childbearing potential as menstruation has not yet begun, and/or the child will not be engaging in heterosexual sexual contact for at least 4 weeks before REVLIMID therapy, during therapy, during therapy interruption and for at least 4 weeks after stopping REVLIMID therapy.

REVLIMID treatment should only be initiated in men who agree to either completely abstain from sexual contact with women who are pregnant or able to become pregnant, or use a latex condom every time he engages in any sexual contact with women who are pregnant or may become pregnant. The patient should inform his doctor if he has had unprotected sexual contact with a woman who can become pregnant. He understands that if his doctor is not available, he can call 1-888-668-2528 for information on emergency contraception.

**17.2        Hematologic Toxicity**

REVLIMID is associated with significant neutropenia and thrombocytopenia *[see Boxed Warnings and Warnings and Precautions (5.3)]*

**17.3        Deep Vein Thrombosis and Pulmonary Embolism**

REVLIMID/dexamethasone has demonstrated significant increased risk of DVT and PE in patients with multiple myeloma *[see Boxed Warnings and Warning and Precautions (5.4)]*

**17.4        Dosing Instructions**

Inform patients to take REVLIMID once daily at about the same time each day, either with or without food. The capsules should not be opened, broken, or chewed. REVLIMID should be swallowed whole with water.

Instruct patients that if they miss a dose of REVLIMID, they may still take it up to 12 hours after the time they would normally take it. If more than 12 hours have elapsed, they should be instructed to skip the dose for that day. The next day, they should take REVLIMID at the usual time. Warn patients not to take 2 doses to make up for the one that they missed.

Manufactured for:     Celgene Corporation
                                Summit, NJ 07901

REVLIMID®, RevAssist®, and THALOMID® are registered trademarks of Celgene Corporation.

Reference ID: 3100785

Confidential

CELBRN3791183

U.S. Pat. Nos. 5,635,517; 6,045,501; 6,281,230; 6,315,720; 6,555,554; 6,561,976; 6,561,977; 6,755,784; 6,908,432; 7,119,106; 7,189,740; 7,465,800; 7,855,217; 7,968,569

©[2005-201x] Celgene Corporation, All Rights Reserved.

RevPlyPI.01X/MG.01X   XX/1X

Reference ID: 3100785

Confidential

CELBRN3791184

**MEDICATION GUIDE**
**REVLIMID®** (rev-li-mid)
(lenalidomide)
Capsules

Read the Medication Guide that comes with REVLIMID before you start taking it and each time you get a new prescription. There may be new information. This Medication Guide does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**What is the most important information I should know about REVLIMID?**

- Before you begin taking REVLIMID, you must read and agree to all of the instructions in the RevAssist® program.

- REVLIMID may cause serious side effects including:

  **Possible birth defects (deformed babies) or death of an unborn baby.** Females who are pregnant or who plan to become pregnant must not take REVLIMID.

  **REVLIMID is similar to the medicine thalidomide (THALOMID®).** We know thalidomide can cause severe life-threatening birth defects. REVLIMID has not been tested in pregnant women. REVLIMID has harmed unborn animals in animal testing.

  **Females must not get pregnant:**
  o for 4 weeks before starting REVLIMID
  o while taking REVLIMID
  o during any breaks (interruptions) in your treatment with REVLIMID
  o for 4 weeks after stopping REVLIMID

  **If you become pregnant while taking REVLIMID, stop taking it right away and call your healthcare provider.** If your healthcare provider is not available, you can call 1-888-668-2528 for medical information. Healthcare providers and patients should report all cases of pregnancy to:
  o FDA MedWatch at 1-800-FDA-1088, and
  o Celgene Corporation at 1-888-423-5436

  **It is not known if REVLIMID passes into semen, so:**

  o Males, including those who have had a vasectomy, must use a latex condom during any sexual contact with a pregnant female or a female that can become pregnant while taking REVLIMID, during any breaks (interruptions) in your treatment with REVLIMID, and for 4 weeks after stopping REVLIMID. (If you or your partner are allergic to latex, please consult with your healthcare provider)

Reference ID: 3100785

Confidential

○ Do not have unprotected sexual contact with a female who is or could become pregnant. Tell your healthcare provider if you do have unprotected sexual contact with a female who is or could become pregnant.

○ Do not donate sperm while taking REVLIMID, during any breaks (interruptions) in your treatment, and for 4 weeks after stopping REVLIMID. If a female becomes pregnant with your sperm, the baby may be exposed to REVLIMID and may be born with birth defects.

**Men, if your female partner becomes pregnant, you should call your healthcare provider right away.**

**Low white blood cells (neutropenia) and low platelets (thrombocytopenia).** REVLIMID causes low white blood cells and low platelets in most patients. You may need a blood transfusion or certain medicines if your blood counts drop too low. If you are being treated for del 5q myelodysplastic syndromes (MDS) your blood counts should be checked weekly during the first 8 weeks of treatment with REVLIMID, and at least monthly thereafter. If you are being treated for multiple myeloma, your blood counts should be checked every 2 weeks for the first 12 weeks and then at least monthly thereafter.

**A higher chance for blood clots in your veins and lungs.** Call your healthcare provider or get medical help right away if you get any of these signs or symptoms:

○ shortness of breath
○ chest pain
○ arm or leg swelling

## What is REVLIMID?

REVLIMID is a prescription medicine taken by mouth to treat certain patients who have myelodysplastic syndromes (MDS). People with MDS have bone marrow that does not produce enough mature blood cells. This causes a lack of healthy blood cells that can function properly in the body. There are different types of MDS. REVLIMID is for the type of MDS with a chromosome problem where part of chromosome 5 is missing. This type of MDS is known as deletion 5q MDS. People with this type of MDS may have low red blood cell counts that require treatment with blood transfusions.

REVLIMID is also used with dexamethasone to treat people with multiple myeloma who have already had another treatment. Multiple myeloma is a cancer of plasma cells. Plasma cells are found in the bone marrow. Normal plasma cells produce proteins called antibodies. Some antibodies can attack and kill disease causing germs. People with multiple myeloma may have low blood cell counts and immune problems giving them a higher chance for getting infections such as pneumonia. They may also have bone pain and breaks (fractures).

Confidential

CELBRN3791186

**Who should not take REVLIMID?**

- **Do not take REVLIMID if you are pregnant, plan to become pregnant, or become pregnant during REVLIMID treatment.** See "What is the most important information I should know about REVLIMID?"

- **Do not take REVLIMID if you are allergic to anything in it.** See the end of this Medication Guide for a complete list of ingredients in REVLIMID.

**What should I tell my healthcare provider before taking REVLIMID?**

Tell your healthcare provider about all of your medical conditions, including if you:

- **are pregnant or breastfeeding.** REVLIMID must not be used by women who are pregnant or breastfeeding. See "What is the most important information I should know about REVLIMID?" It is not known if REVLIMID passes into your breast milk and harms your baby.

**Tell your healthcare provider about all the medicines you take including prescription and non-prescription medicines, vitamins and herbal supplements.** REVLIMID and other medicines may affect each other causing serious side effects.

Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist.

**How should I take REVLIMID?**

Take REVLIMID exactly as prescribed and follow all the instructions of the RevAssist program.

Before prescribing REVLIMID, your healthcare provider will:
- explain the RevAssist program to you
- have you sign the Patient-Physician Agreement Form

- Swallow REVLIMID capsules whole with water once a day. **Do not break, chew, or open your capsules.**

- Do not open the REVLIMID capsules or handle them any more than needed. If you touch a broken REVLIMID capsule or the medicine in the capsule, wash the area of your body with soap and water.

- If you miss a dose of REVLIMID, and it has been less than 12 hours since your regular time, take it as soon as you remember. If it has been more than 12 hours, just skip your missed dose. Do **not** take 2 doses at the same time.

Reference ID: 3100785

Confidential

CELBRN3791187

- If you take too much REVLIMID or overdose, call your healthcare provider or poison control center right away.

Females who can become pregnant:

- will have pregnancy tests weekly for 4 weeks, then every 4 weeks if your menstrual cycle is regular, or every 2 weeks if your menstrual cycle is irregular.

  If you miss your period or have unusual bleeding, you will need to have a pregnancy test and receive counseling.

- must agree to use 2 different forms of effective birth control at the same time, for 4 weeks before, while taking, during any breaks (interruptions) in your treatment, and for 4 weeks after stopping REVLIMID.

Males who take REVLIMID, even those who have had a vasectomy, must agree to use a latex condom during sexual contact with a pregnant female or a female who can become pregnant. (If you or your partner is allergic to latex, please consult with your healthcare provider.)

**What should I avoid while taking REVLIMID?**

- **Females: Do not get pregnant and do not breastfeed while taking REVLIMID. Males: Do not donate sperm,** See "What is the most important information I should know about REVLIMID?", "Who should not take REVLIMID?", and "What should I avoid while taking REVLIMID?".

- **Do not share REVLIMID with other people.** It may cause birth defects and other serious problems.

- **Do not donate blood** while you take REVLIMID, during any breaks (interruptions) in your treatment, and for 4 weeks after stopping REVLIMID. If someone who is pregnant gets your donated blood, her baby may be exposed to REVLIMID and may be born with birth defects.

**What are the possible side effects of REVLIMID?**

- **REVLIMID may cause serious side effects.**

- See "What is the most important information I should know about REVLIMID?"

- **Serious skin reactions**. Serious skin reactions can happen with REVLIMID and may cause death. Call your healthcare provider right away if you have any skin reaction while taking REVLIMID.

- **Tumor lysis syndrome.** Metabolic complications that can occur during treatment of cancer and sometimes even without treatment. These complications are caused by the

Confidential

breakdown products of dying cancer cells and may include the following: changes to blood chemistry, high potassium, phosphorus, uric acid, and low calcium consequently leading to changes in kidney function, heart beat, seizures, and sometimes death.

Common side effects of REVLIMID are:

- diarrhea
- itching
- rash
- tiredness

These are not all the possible side effects of REVLIMID. Tell your healthcare provider about any side effect that bothers you or that does not go away.

Call your healthcare provider for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store REVLIMID?**

- Store REVLIMID at room temperature, 59°F to 86°F (15°C to 30°C).

**Keep REVLIMID and all medicines out of the reach of children.**

**General information about REVLIMID**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. **Do not** take REVLIMID for conditions for which it was not prescribed. **Do not** give REVLIMID to other people, even if they have the same symptoms you have. It may harm them and may cause birth defects.

This Medication Guide provides a summary of the most important information about REVLIMID. If you would like more information, talk with your healthcare provider. You can ask your healthcare provider or pharmacist for information about REVLIMID that is written for healthcare professionals. You can also call 1-888-423-5436 or visit www.REVLIMID.com.

**What are the ingredients in REVLIMID?**

Active ingredient: lenalidomide

Inactive ingredients: lactose anhydrous, microcrystalline cellulose, croscarmellose sodium, and magnesium stearate.

The 5 mg and 25 mg capsule shells contain gelatin, titanium dioxide and black ink. The 10 mg capsule shell contains gelatin, FD&C blue #2, yellow iron oxide, titanium dioxide and black ink. The 15 mg capsule shell contains gelatin, FD&C blue #2, titanium dioxide and black ink.

Confidential

CELBRN3791189

Manufactured for: Celgene Corporation
Summit, NJ 07901

This Medication Guide has been approved by the US Food and Drug Administration.

REVLIMID®, RevAssist®, and THALOMID® are registered trademarks of Celgene Corporation.

U.S. Pat. Nos. 5,635,517; 6,045,501; 6,281,230; 6,315,720; 6,555,554; 6,561,976; 6,561,977; 6,755,784; 6,908,432; 7,119,106; 7,189,740; 7,465,800; 7,855,217

©[2005-201x] Celgene Corporation, All Rights Reserved.

RevPlyMG.0XX  XX/1X

Confidential

CELBRN3791190

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ROBERT C KANE

03/12/2012

Reference ID: 3100785

Confidential

CELBRN3791191

# EXHIBIT "16"

## FILED UNDER SEAL

# EXHIBIT "17"

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

Blood First Edition Paper, prepublished online May 13, 2010; DOI 10.1182/blood-2010-02-334755
#:11371

CLINICAL TRIALS AND OBSERVATIONS

# Lenalidomide, bortezomib, pegylated liposomal doxorubicin, and dexamethasone in newly diagnosed multiple myeloma: a phase 1/2 Multiple Myeloma Research Consortium trial

Andrzej J. Jakubowiak,[1] Kent A. Griffith,[1] Donna E. Reece,[2] Craig C. Hofmeister,[3] Sagar Lonial,[4] Todd M. Zimmerman,[4] Erica L. Campagnaro,[5] Robert L. Schlossman,[6] Jacob P. Laubach,[6] Noopur S. Raje,[7] Tara Anderson,[1] Melissa A. Mietzel,[1] Colleen K. Harvey,[1] Sandra M. Wear,[8] Jennifer C. Barrickman,[9] Craig L. Tendler,[10] Dixie-Lee Esseltine,[11] Susan L. Kelley,[8] Mark S. Kaminski,[1] Kenneth C. Anderson,[6] and Paul G. Richardson[6]

[1]University of Michigan, Ann Arbor, MI; [2]Princess Margaret Hospital, Toronto, ON, Canada; [3]The Ohio State University, Columbus, OH; [4]University of Chicago, Chicago, IL; [5]University Hospital Case Medical Center, Cleveland, OH; [6]Dana-Farber Cancer Institute, Boston, MA; [7]Massachusetts General Hospital, Boston, MA; [8]Multiple Myeloma Research Consortium, Norwalk, CT; [9]Celgene Corporation, Summit, NJ; [10]Johnson & Johnson Pharmaceutical Research & Development, Raritan, NJ; [11]Millennium Pharmaceuticals, The Takeda Oncology Company, Cambridge, MA

Correspondence: Andrzej J. Jakubowiak, University of Michigan, 1500 E. Medical Center Dr., Room 4216 Cancer Center, SPC 5936, Ann Arbor, MI 48109-5936; e-mail: ajakubow@umich.edu.
Tel.: 734-615-1482; Fax: 734-647-9654.

1

Copyright © 2011 American Society of Hematology

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

## Abstract

This phase 1/2 trial evaluated combination lenalidomide, bortezomib, pegylated liposomal doxorubicin, and dexamethasone (RVDD) in newly diagnosed multiple myeloma (MM) patients. Patients received RVDD at 4 dose levels including the maximum tolerated dose (MTD). Patients with a very good partial response or better (≥ VGPR) after cycle 4 proceeded to autologous stem-cell transplantation or continued treatment. The primary objectives were MTD evaluation and response to RVDD after 4 and 8 cycles. Seventy-two patients received a median of 4.5 cycles. The MTDs were lenalidomide 25 mg, bortezomib 1.3 mg/m$^2$, pegylated liposomal doxorubicin 30 mg/m$^2$, and dexamethasone 20/10 mg, as established with 3-week cycles. The most common adverse events were fatigue, constipation, sensory neuropathy, and infection; there was no treatment-related mortality. Response rates after 4 and 8 cycles were 96% and 95% partial response or better, 57% and 65% ≥ VGPR, and 29% and 35% complete or near-complete response, respectively. After a median follow-up of 15.5 months, median progression-free survival (PFS) and overall survival (OS) were not reached. Estimated 18-month PFS and OS are 80.8% and 98.6%, respectively. RVDD was generally well tolerated and highly active, warranting further study in newly diagnosed MM patients. This trial was registered at www.clinicaltrials.gov as #NCT00724568.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

## Introduction

Recent studies suggest that the achievement of a superior response to initial treatment is associated with improved outcomes in patients with multiple myeloma (MM).[1-5] Three-drug combinations with bortezomib and/or either thalidomide or lenalidomide appear superior to most 2-drug combinations of the same agents in patients with newly diagnosed MM. The lenalidomide, bortezomib  plus dexamethasone (RVD) regimen and the bortezomib, pegylated liposomal doxorubicin (PLD) plus dexamethasone (VDD) regimen are among the most active in this setting, producing high rates of very good partial response (VGPR), complete response (CR), and near CR (nCR).[4,6,7] Other 3-drug regimens producing high rates of CR and VGPR in patients with newly diagnosed MM include bortezomib, thalidomide plus dexamethasone (VTD)[5,8,9]; cyclophosphamide, thalidomide plus dexamethasone (CTD)[10]; bortezomib, cyclophosphamide plus dexamethasone (VCD)[11-13]; and bortezomib, doxorubicin plus dexamethasone (PAD)[14]. Furthermore, the 4-drug regimen of bortezomib, dexamethasone, cyclophosphamide plus lenalidomide (VDCR) has recently been shown to be highly active and generally well tolerated in patients with newly diagnosed MM, although some additional toxicity was noted .[15,16]

We hypothesized that combining the four active drugs from the RVD and VDD regimens into one regimen, specifically RVDD (lenalidomide, bortezomib, PLD plus dexamethasone) might further increase CR/nCR and VGPR rates and so potentially improve outcome. In preclinical studies, the combination of lenalidomide, bortezomib, dexamethasone plus doxorubicin demonstrated a 2- to 4-fold higher activity compared with 2- and 3-drug combinations of the component drugs,[17] with earlier studies demonstrating synergy between these agents.[18] Here we report the results of a prospective, multicenter phase 1/2 study of the RVDD regimen in patients with newly diagnosed MM. The primary objectives of this study were to determine the maximum tolerated dose (MTD) and to evaluate the VGPR rate ($\geq$ 90% disease reduction) after 4 and 8 cycles.

3

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

## Methods

### Patient population

Eligible patients had to be $\geq 18$ years of age, have newly diagnosed MM requiring first-line therapy according to the International Myeloma Foundation diagnostic criteria,[19] have measurable disease per International Myeloma Working Group criteria,[20] have an adequate Karnofsky performance status score ($\geq 60$) or an Eastern Cooperative Oncology Group performance status score of 0-2, and have a left ventricular ejection fraction (LVEF) of $\geq 50\%$ by multi-gated acquisition scan, or an echocardiography with an LVEF higher than or equal to the lower limit of normal for the testing facility. Patients were excluded if they had: grade $\geq 2$ peripheral neuropathy; absolute neutrophil count (ANC) of $< 1000$ cells/mm$^3$; hemoglobin level of $< 8.0$ g/dL; platelet count of $> 50,000$ (or unable to maintain platelet count of $> 50,000$ with platelet transfusions); creatinine level of $> 2.5$ mg/dL; aspartate aminotransferase of $\geq 2.5 \times$ upper limit of normal; total bilirubin level of $\geq 1.5 \times$ upper limit of normal; or serious comorbidities (eg, myocardial infarction $< 6$ months before enrollment, clinically relevant and active infection, severe chronic obstructive or chronic restrictive pulmonary disease, documented hepatic cirrhosis).

This study was conducted in accordance with the Declaration of Helsinki and the International Conference of Harmonization for Good Clinical Practice. The protocol was approved by the Institutional Review Boards or Independent Ethics Committees. All participating patients provided written informed consent.

### Study design and treatment

A total of 6 Multiple Myeloma Research Consortium centers (5 in the US and 1 in Canada) participated in this open-label phase 1/2 study, with enrollment from May 2008 to October 2009. The primary endpoints were to determine the MTD for RVDD and to evaluate the $\geq$ VGPR rate after 4 and after 8 cycles for patients who continued on treatment. Secondary endpoints were to determine the overall response rate (defined as partial response or better [$\geq$ PR]), time to progression, duration of response, progression-free

4

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

survival (PFS), overall survival (OS), and safety. The flow of patients through this phase 1/2 trial is presented in Figure 1. Patients were treated with escalating doses of lenalidomide (15, 20, and 25 mg/d) on days 1-14 of each 21-day cycle, for a total of 4-8 cycles; bortezomib 1.3 mg/m$^2$ on days 1, 4, 8, and 11; PLD at escalating doses (20 and 30 mg/m$^2$) on day 4; and oral dexamethasone 20 mg on days 1, 2, 4, 5, 8, 9, 11, and 12 during cycles 1-4, reduced to 10 mg on the same schedule for cycles 5-8.[6] Patients who achieved $\geq$ PR could stop treatment at any point after 4 cycles and proceed to stem cell (SC) mobilization as per institutional guidelines and autologous SC transplantation (ASCT). After SC collection, patients were allowed to resume protocol treatment as per discretion of investigator, but the study protocol did not explicitly require the continuation of treatment for patients who achieved $\geq$ PR but less than VGPR; VGPR was a primary efficacy endpoint. Patients not undergoing ASCT could receive up to 8 cycles of RVDD. Patients with at least stable disease and acceptable toxicity who were not transplantation candidates or opted not to undergo ASCT after 8 cycles could continue treatment on a maintenance schedule until disease progression, unacceptable toxicity, or consent withdrawal.

Maintenance therapy consisted of lenalidomide at the dose level tolerated at the end of 8 cycles given on days 1-14; bortezomib at the dose level tolerated at the end of cycle 8 given on days 1 and 8; and dexamethasone 10 mg given on days 1, 2, 8, and 9 of each 21-day cycle (Figure 2). The protocol mandated dose-reduction steps for lenalidomide (5 mg decrements), bortezomib (1.3, 1.0, 0.7 mg/m$^2$), PLD (30, 20, 15, 10 mg/m$^2$), and dexamethasone (20, 10, 10 mg/d on a reduced schedule [ie, given only on days 1, 4, 8, and 11—a 50% dose reduction compared with the starting dose]); subsequent treatment discontinuation was initiated if adverse events (AEs) did not resolve following dose reductions. All patients received acyclovir or an equivalent antiviral therapy for herpes zoster prophylaxis, and for deep-vein thrombosis (DVT) prophylaxis either aspirin (81 or 325 mg daily) or low-molecular-weight-heparin or full anticoagulation with Coumadin. The protocol did not mandate or recommend antibiotic prophylaxis. Use of an IV bisphosphonate was recommended.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

**Dose escalation and determination of phase 2 dosing**

Four dose levels were planned to determine the MTD (Table 1). In phase 1, patients were assigned to dose levels 1-4 according to the time-to-event continual reassessment method (TITE-CRM) algorithm.[21,22] Prior probabilities of dose-limiting toxicity (DLT) were estimated to be 8, 15, 20, and 25% for dose levels 1-4, respectively. The first patient was assigned to dose level 1. Subsequent dose assignments were made by calculating the posterior probability estimate for toxicity at each dose level. This was based on the prior probabilities for toxicity and the incidence of toxicity in patients already treated, weighted by the time those patients were observed. Weights were calculated as the proportion of the 21-day cycle observed, with full weight given to patients observed for the full 21-day cycle. Dose escalations, but not dose reductions, were restricted to one dose level between patients; intra-patient dose escalation was not permitted. At least 2 patients had to complete a full 21-day cycle of therapy at a dose level before allowing dose escalation. Eligible patients were continuously accrued to the trial, as available, and were assigned the dose level estimated to be closest to, but not exceeding, the 20% DLT target rate.

DLTs were defined as: grade $\geq 3$ nonhematologic toxicity attributed to one or more of the study drugs; grade 4 hematologic toxicity (thrombocytopenia with platelet count of $< 25,000$ on more than one occasion; grade 4 neutropenia [ANC of $< 500$ cells/mm$^3$] resulting in neutropenic fever with elevated temperature [defined as $\geq 100.5°F$ on one occasion]; grade 4 neutropenia without fever with confirmation within 5 days); or inability to receive day 1 dose for cycle 2 because of continued drug-related toxicity from cycle 1 or drug-related toxicity newly encountered on day 1 of cycle 2. Dose modifications were not allowed during cycle 1 of the phase 1 portion of the study unless a patient experienced a DLT.

**Assessments**

AEs were graded using the National Cancer Institute Common Terminology Criteria for Adverse Events version 3.0. Patients were evaluable for safety assessment if they received one dose of study treatment. Patients were assessed for treatment response by modified European Group for Blood and Marrow Transplant[23] and International Myeloma Working Group Uniform Criteria (modified to include nCR,

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

defined as CR but immunofixation-positive for M-protein[20,24]) every cycle after cycle 2, and for full disease response after cycles 4 and 8.

Cytogenetic studies were performed using standard banding by metaphase analysis and fluorescence in situ hybridization (Mayo Clinic Test 83358, plasma cell proliferative disorder; Rochester, MN). Probes included del(13q14), t(4,14), t(14,16), t(11,14), and del(17p).[4]

**Statistical analysis**

The phase 1 portion of the study was designed to accrue 40 patients, with the expectation that most patients would be treated at, or near to, the MTD because of the TITE-CRM design. The phase 2 sample size included patients treated at the MTD in phase 1 and additional patients to meet a goal of 38 patients in total. The sample size was required in order to statistically distinguish the achievement of a 70% ≥ VGPR rate to the treatment versus a rate of 45% (which would not have been deemed worthy of further study), using a two-side Chi-squared test with 85% power and 5% type I error. The intent-to-treat population comprised all patients who received at least one dose of any of the component drugs of the RVDD regimen and did not exhibit hypersensitivity to PLD. Primary efficacy results were based on the intent-to-treat population. Exploratory analyses included the evaluation of outcome in transplantation (ASCT) versus non-transplantation (non-ASCT) patients and the evaluation of the subgroup of patients with cytogenetic abnormalities.

**Results**

**Patients**

A total of 74 patients were enrolled in this phase 1/2 study; 42 in phase 1 and 32 in phase 2 (Table 1). Seven patients were treated at dose level 4 (the MTD) during phase 1. Two patients (one each at dose levels 2 and 3) were not evaluable for DLT per protocol and were replaced; one patient had a rapidly progressive myeloma and the other had a hypersensitivity reaction to PLD. Baseline demographic and disease characteristics are listed in Table 2.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

Of 72 evaluable patients, 49 represented the ASCT group and 23 the non-ASCT group in this study. Sixteen patients (70% of those not proceeding to ASCT) were not ASCT candidates due to either their age or comorbidities. The remaining non-ASCT patients included one patient who was considered too early to proceed to ASCT by the treating physician, and seven who deferred or declined early ASCT. Non-ASCT candidates had higher-stage disease than either ASCT cases or ASCT candidates deferring transplantation (International Staging System [ISS] stage II/III, 69% versus 51% and 29%, respectively), though this was not statistically significant due to the small sample sizes (P = .22). However, high-risk cytogenetic abnormalities were more frequent in ASCT cases (51%) than either non-ASCT candidates (31%) or ASCT candidates deferring transplantation (29%); the difference again was not statistically significant (P = .32).

**Determination of MTD**

During the phase 1 study, 5 patients developed DLTs (two DLTs at level 2 and three DLTs at level 3); consisting of two grade 3 asymptomatic neutropenia events on day 1 of cycle 2, one grade 3 elevation of transaminases, one grade 3 drug fever, and one grade 3 hypophosphatemia. There were no DLTs at levels 1 and 4. Based on the definition of MTD and the prior estimates for the probability of DLT at each dose level, the posterior probability estimates for DLTs were calculated as 4.7%, 9.7%, 13.7%, and 17.9%, for levels 1-4, respectively. The maximum planned dose level 4 (lenalidomide 25 mg/d, bortezomib 1.3 mg/m$^2$, PLD 30 mg/m$^2$, and dexamethasone 20/10 mg/d) was selected as the MTD for the phase 2 study because it was the closest to, but not exceeding, a target rate of 20% of DLTs.

**Treatment exposure and safety**

Median treatment duration was 4.5 cycles (range, 2-31). Seventy patients (97%) completed ≥ 4 cycles and 20 patients (28%) completed ≥ 8 cycles; 11 patients (15%) remained on treatment. Forty-nine patients (68%) proceeded to ASCT after a median of 4 cycles (range, 3-12). Non-ASCT patients received a median of 13 cycles (range 2-31).Two patients (3%) discontinued treatment prior to study completion;

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

one from the ASCT group after 3 cycles because of personal choice and another from the non-ASCT group, who was not a transplantation candidate due to age, after 2 cycles due to progressive disease. None of the patients discontinued treatment prior to study completion due to safety concerns alone.

Overall, AEs proved manageable. The most common all-grade AEs were fatigue (83.3%), constipation (69.4%), sensory neuropathy (65.3%), and infections (56.9%) (Table 3). Grade $\geq$ 3 AEs included neutropenia (19.4%), infections (13.9%), thrombocytopenia (11.1%), and DVT/pulmonary embolism (2.8%). Importantly, 4 patients (5.6%) experienced grade 3 sensory neuropathy but none had grade 4. Eighteen patients (25%) had grade 1-2 palmar-plantar erythrodysesthesia and one patient (1%) experienced grade 2 asymptomatic and reversible decrease in LVEF with a fall in ejection fraction from 65% to 45%, which was attributed to PLD and required dose reduction and treatment delay. There was no treatment-related mortality. No significant decline of ANC or platelet count was observed in consecutive cycles.

**Response to treatment**

Overall, 96% of patients achieved $\geq$ PR, 67% $\geq$ VGPR, and 39% CR/nCR as their best response to RVDD (Table 4). Per-protocol defined efficacy assessment of response rates at the end of cycles 4 and 8 are listed in Table 4. At the MTD, 95% of patients obtained $\geq$ PR, 64% $\geq$ VGPR, and 33% CR/nCR. Among the 33 patients with poor-risk chromosomal abnormalities, 97% had $\geq$ PR, 73% $\geq$ VGPR, and 48% CR/nCR as their best response, including 19% stringent CR (sCR).

Of the 49 patients who underwent ASCT, 46 were evaluable for response 3 months post-transplantation. Of these patients, 39% had CR/nCR and 67% had $\geq$VGPR following induction therapy with RVDD. After ASCT, 61% of these patients achieved CR/nCR and 85% had $\geq$ VGPR (Figure 2). For the nonevaluable patients, one had ASCT following documented disease progression prior to transplantation, one did not have data available at 3 months post-transplantation, and one patient died following ASCT prior to their 3-month assessment.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

**Harvesting of SC and engraftment**

SC harvest was performed for 58 patients after completion of a median of 4 cycles (range, 3-8) of RVDD, as per institutional standards of care. Thirty-four patients collected off cyclophosphamide + G-CSF (C+G), 12 off G alone, 6 off G + plerixafor (G+P), 2 off C+G+P, 1 off G+P + sargramostim, and for 3 patients the method was not recorded. Fifty-six (97%) of the 58 patients for whom stem cell harvest was attempted were successfully harvested for peripheral blood SCs. Two patients required a second attempt: 1 patient who initially failed G and had subsequently collected using G+P, and 1 patient who failed G+P and had subsequently collected using etoposide+G.  The mean and median total CD34$^+$ cell count was 8.2 × 10$^6$ and 7.5 × 10$^6$ cells/kg, respectively, after a median of 4.5 days (range, 3-6). Forty-nine patients completed at least a single ASCT. There were no unexpected AEs during transplantation.

**Time-to-event outcomes**

After a median 15.2 months (range, 6-25) of follow-up, the median PFS and OS were not reached (Figure 3A). The estimated 18-month PFS for all patients was 81.6% (95% confidence interval [CI], 65.5-90.6) and OS was 98.6% (95% CI, 90.5-99.8). At the time of manuscript preparation, 3 patients are known to have died; 2 non-transplantation patients died after disease progression at 19.2 and 22.7 months following treatment initiation, and a transplantation patient died while in disease remission at 6.6 months following treatment initiation (1.9 months after transplantation).

After nonrandomized allocation of patients to ASCT or continued treatment, 18-month estimates for PFS were 93.3% (95% CI, 80.5-97.8) in transplantation patients compared with 64.3% (95% CI, 33.3-83.8) for non-transplantation patients, respectively, which was statistically significant (log-rank $P$ = .01; Figure 3B). OS was similar in this population by ASCT status (log-rank $P$ = .3). Subgroup analysis according to cytogenetic risk (defined as in footnote to Table 2) showed statistically comparable PFS and OS in both patient populations (not shown).

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

## Discussion

Results from this phase I/II study of the RVDD regimen in patients with newly diagnosed MM show that RVDD is highly active and was generally well tolerated, both as a short-term pre-transplantation induction, and as an extended treatment. There was no treatment-related mortality, although incorporation of PLD to RVD resulted in some additional AEs compared with RVD, including palmar-plantar erythrodysesthesia. Among patients who proceeded to ASCT and were evaluable for post-transplantation response, response rates further improved, reaching 85% of patients with ≥ VGPR and 61% CR/nCR (including 37% CR and 24% sCR) at 3 months post-ASCT. To the best of our knowledge, these rates represent some of the best reported at 3 months post-ASCT. In patients who continued RVDD treatment beyond 4 cycles, the depth of response also further improved, reaching 65% ≥ VGPR and 35% CR/nCR (including 25% CR and 15% sCR) at the completion of 8 cycles. These rates are also among the best reported with this duration of initial treatment in newly diagnosed MM patients, and are comparable with our experience with RVD.[6]

The phase 1 portion of the study showed that PLD can be safely added at a maximum planned dose[4] to established doses of the RVD regimen,[6] without exceeding the study-defined maximum rate of DLTs. In this regard, the TITE-CRM design used in the present study allowed for a rapid, continued escalation of dose levels in a multi-site setting, while preserving safety and accuracy in arriving at a dose level closest to, but not exceeding, the maximum planned rate of DLTs. After analysis of overall toxicity data, some increase in AEs was observed, including the degree of peripheral neuropathy as well as palmar-plantar erythrodysthesia compared with RVD. Cardiac dysfunction was rare and rates of DVT were similar. Moreover, this additional toxicity did not compromise overall safety and the favorable tolerability profile encountered supports the rationale of selecting a fourth drug partner to RVD with limited or no overlapping toxicity. In contrast, as reported in other recent studies, overlapping toxicities may significantly increase the rate of AEs, such as that seen with VDCR, but may also contribute to less than expected efficacy results of regimens, presumably due to treatment delays and discontinuations.[15,16,25]

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

The results presented here further validate the very high quality of responses seen with the RVD regimen.[6,15,16,26] Furthermore, the results suggest that the addition of a fourth drug, specifically PLD, may improve the depth and duration of response for all patients when compared with RVD. Within the limitations of a historical comparison, it is notable that the RVDD regimen produced higher responses after 4 and 8 cycles compared with RVD (Table 5),[6] suggesting a potentially more rapid cytoreduction, although ultimately, the rate of best responses was comparable between the two trials overall. This may reflect a difference in the disposition of patients, including longer duration on treatment in RVD (10 cycles) compared to RVDD (4.5 cycles) as the depth of response improves with the duration of treatment.[6] In this context, comparisons at equivalent time points may better reflect similarities or differences between these regimens.

Patients in the present study had an estimated 18-month PFS of 81.6% and OS of 98.6%. This is similar, with some trend toward better PFS, to the results seen with RVD, where 18-month PFS and OS estimates of 75% and 97%, respectively, were reported.[6] Response rates prior to ASCT after ≥ 4 cycles were better for RVDD (39% of patients CR/nCR and 64% ≥ VGPR) versus RVD (21% of patients CR/nCR and 57% ≥ VGPR). The ASCT group of patients in the RVDD study showed a 93.3% estimated 18-month PFS, similar to that seen with RVD. Although a randomized study would clearly be needed to better define the future role of RVDD in the treatment of newly diagnosed MM, preliminary results suggest that the addition of PLD to RVD results in a rapid reduction of disease burden.

While overall response rate was comparable at 4 cycles in ASCT and non-ASCT groups, the non-ASCT group required longer duration of treatment for similar depth of response. In addition, in our analysis, a significant PFS benefit was seen in transplantation patients compared with non-transplantation patients ($P$ = .01; Figure 3B). This finding is surprising and inconsistent with the observation seen in the RVD study where PFS was not statistically different between ASCT and non-ASCT groups. This may be related to differences in patient disposition between studies as neither study randomly assigned ASCT-candidate patients to transplantation; therefore, the potential for selection bias is important. Indeed, patients not undergoing ASCT in our study were significantly older (65 versus 56 years), and had more

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

comorbidities preventing them from undergoing transplantation. There was a higher proportion of patients with ISS stage II/III, but there was a comparable proportion of patients with high-risk cytogenetic abnormalities. In addition, this was a smaller subset of enrolled patients overall, with a smaller proportion of candidates deferring ASCT in the RVDD study as compared with that seen in the RVD study. With these reservations notwithstanding, as well as recognizing the limitations of across-trial comparisons, this could still potentially be an important observation. A trend toward significantly shorter PFS for non-transplantation patients has been reported in high ISS patients as defined by the International Staging System within the RVD study as well as other studies.[6,27] The hypothesis that ASCT may improve the duration of response and PFS is currently being investigated in a prospective, randomized phase 3 study (IFM/DFCI2009; ClinicalTrials.gov identifier #NCT01191060) which is comparing RVD induction followed by ASCT and consolidation plus continued lenalidomide as maintenance for up to 2 years in patients aged ≤ 65 years. While we are awaiting results from this study, the findings from our study appear to imply that addition of PLD may not substitute for a high-dose alkylator, although the regimen was generally well tolerated by older patients. If delayed ASCT or no ASCT is considered, a novel regimen without cytotoxic or alkylating agent may be more appropriate at this time. On the other hand, RVDD may be better suited for treating younger ASCT candidates without significant comorbidities and without cardiac risk factors who wish to proceed to ASCT. In this regard, achieving deeper response after shorter duration of treatment may ultimately be beneficial, especially because the achievement of ≥ VGPR at the completion of induction treatment prior to ASCT is typically associated with improved PFS[4] and OS.[28]

The hypothesis that the addition of a fourth drug to an active 3-drug regimen can improve efficacy has been investigated by others, as a next logical step after a number of studies have shown improved efficacy when comparing 3-drug with 2-drug combinations in patients with newly diagnosed MM in the pre-ASCT setting.[5,29,30] In the phase 1 portion of the EVOLUTION study, patients receiving VDCR showed promising activity with response rates of 20% CR, 40% CR/nCR, and 68% ≥ VGPR.[15] However, recently reported results from the phase 2 portion of this study, which enrolled both

13

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

transplantation and non-transplantation candidates, showed no significant difference between the best-response rates, PFS, or OS of 3- and 4-drug combinations.[16] Multiple factors may have contributed to this result. First, the treatment period in this study was 9 months and may have been too brief to detect a possible difference between the combinations. Second, the duration of treatment of each of the three arms and the timing of disposition to ASCT were not mandated in the EVOLUTION study, limiting the endpoint of comparison of these regimens to best-response rates. Finally, VDCR was associated with higher hematologic toxicities and worse nonhematologic side-effects, including treatment-related mortality, versus the comparator 3-drug regimens of RVD and VCD.[15,16]

In another approach, the GIMEMA investigators found that the 4-drug combination of bortezomib, melphalan, prednisone, and plus thalidomide followed by maintenance with bortezomib and thalidomide (VMPT-VT), when compared the 3-drug combination of bortezomib, melphalan plus prednisone (VMP) without maintenance in the non-transplantation setting for older patients, significantly improved $\geq$ VGPR rates (59% vs 50%, respectively; $P = .03$) and CR rate (38% vs 24%; $P < .001$).[31] In updated results, differences in overall response rates and CR for VMPT-VT versus VMP were statistically significant ($P = .01$ and $P < .001$, respectively).[25] This study also reported a 3-year PFS benefit (median follow-up 23.2 months; VMPT-VT 56% vs VMP 41%; $P = .008$). This difference reflected both the superior depth of response to initial cytoreduction and the significant maintenance effect with bortezomib and thalidomide, which was limited to the VMPT-VT arm. In the context of these two studies, our results appear to be more consistent with the results from the GIMEMA study, perhaps in part because our study also allowed prolonged maintenance. Nevertheless, taken together, these results support the hypothesis that novel 4-drug constructs may have the potential for higher efficacy than 3-drug novel regimens in selected patients.

Subsequent to laboratory studies which have demonstrated synergy, several investigators have recently started to explore the role of adding new, promising investigational agents to active 2- or 3-drug regimens.[32] This is being explored as a possible alternative to adding a cytotoxic drug or an established novel agent to prior active regimens. Currently, various new dexamethasone plus lenalidomide or

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

bortezomib based 3- or 4-drug combinations with new agents, such as carfilzomib,[33,34] panobinostat,[35] vorinostat,[27,36] and elotuzomab,[37] are being investigated in patients with relapsed/refractory MM and newly diagnosed MM, with promising results to date. These novel combinations thus have the potential to be next evaluated in newly diagnosed MM patients accordingly.[38]

In conclusion, results from this phase 1/2 study show that the addition of PLD to combination lenalidomide, bortezomib plus dexamethasone appears to significantly augment the depth and duration of response in patients with newly diagnosed MM. These data provide the rationale for considering further studies with this 4-drug regimen, including randomized trials in this setting.

## Acknowledgments

The authors would like to thank Dominik Dytfeld and Brian Nordgren, from the University of Michigan (Ann Arbor, MI) for contributing to data collection and analysis, and Diane Durecki from the University of Michigan for assistance with the preparation of the manuscript. CCH is a Paul Calabresi scholar on K12CA133250 from the National Cancer Institute. The content is solely the responsibility of the authors and does not represent the official views of the National Cancer Institute or the National Institutes of Health. The authors received editorial support from Adriana Stan, PhD with Excerpta Medica in the preparation of this manuscript, funded by Celgene. The authors were fully responsible for content and editorial decisions for this manuscript.

This study was supported by Celgene, Ortho Pharmaceuticals, Millennium Pharmaceuticals, and the Multiple Myeloma Research Consortium.

## Authorship

Contribution: *AJJ*, *KAG*, *JCB*, *CLT*, *D-LE*, *MSK*, *KCA*, and *PGR* designed the research; *AJJ*, *DER*, *CCH*, *SL*, *TMZ*, *ELC*, *RLS*, *JPL*, *NSR*, *TA* and *PGR* performed the research; *MAM* and *CKH* collected and assembled the data; *AJJ*, *KAG*, and *PGR* analyzed and interpreted the data; *KAG* performed statistical

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

analyses; *AJJ*, *KAG*, and *PGR* wrote the manuscript; and all authors reviewed and approved the manuscript. All authors had access to the primary clinical data.

Conflict-of-interest disclosure: *AJJ*: Consultancy**:** Ortho Biotech, Celgene Corporation, Millennium Pharmaceuticals, Onyx Pharmaceuticals, BMS, Exelixis; Honoraria: Ortho Biotech, Celgene Corporation, Millennium Pharmaceuticals, BMS, Exelixis – all discontinued as of August 2010; Membership on speakers bureau: Celgene, Ortho Biotech, and Millennium Pharmaceuticals – all discontinued as of August 2010; advisory committee: Millennium Pharmaceuticals, BMS, Onyx. *DER*: Research funding: Celgene Corporation, Johnson & Johnson, Ortho Biotech; Membership on advisory board: Celgene Corporation, Ortho Biotech; Unrestricted educational talks: Celgene Corporation, Ortho Biotech. SL: Consultancy: Celgene Corporation, Millennium Pharmaceuticals, Novartis, BMS, Onyx; Membership on advisory board: Merck. *TMZ*: Membership on Board of Directors, speakers bureau, advisory committee: Celgene Corporation, Millennium Pharmaceuticals. *NSR*: Consultancy: Amgen, Celgene Corporation, Novartis; Research funding: AstraZeneca, Acetylon. *TA*: Membership on speakers bureau: Celgene Corporation, Millennium Pharmaceuticals; *JCB*: Ownership interest: Celgene Corporation; Employee, Celgene. *CLT*: Ownership interest: Johnson & Johnson. *D-LE*: Employment: Millennium Pharmaceuticals; Ownership interest: Johnson & Johnson. *SLK*: Employment: The Multiple Myeloma Research Consortium. *KCA*: Ownership interest: Acetylon; Membership on advisory board: Celgene Corporation, Novartis, Millennium Pharmaceuticals, Onyx, BMS, Merck. *PGR*: Membership on advisory board: Millennium Pharmaceuticals, Celgene Corporation, Novartis, Johnson & Johnson, BMS. *KAG*, *CCH*, *ELC*, *RLS*, *JPL*, *MAM*, *CKH*, *SMW*, *MSK*: No conflict of interest to declare.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

# References

1.      Harousseau JL, Avet-Loiseau H, Attal M, et al. Achievement of at least very good partial response is a simple and robust prognostic factor in patients with multiple myeloma treated with high-dose therapy: long-term analysis of the IFM 99-02 and 99-04 trials. *J Clin Oncol.* 2009;27(34):5720-5726.

2.      Harousseau JL, Palumbo A, Richardson PG, et al. Superior outcomes associated with complete response in newly diagnosed multiple myeloma patients treated with non-intensive therapy: analysis of the phase 3 VISTA study of bortezomib plus melphalan-prednisone versus melphalan-prednisone. *Blood.* 2010;116(19):3743-3750.

3.      Niesvizky R, Richardson PG, Rajkumar SV, et al. The relationship between quality of response and clinical benefit for patients treated on the bortezomib arm of the international, randomized, phase 3 APEX trial in relapsed multiple myeloma. *Br J Haematol.* 2008;143(1):46-53.

4.      Jakubowiak AJ, Kendall T, Al-Zoubi A, et al. Phase II trial of combination therapy with bortezomib, pegylated liposomal doxorubicin, and dexamethasone in patients with newly diagnosed myeloma. *J Clin Oncol.* 2009;27(30):5015-5022.

5.      Cavo M, Tacchetti P, Patriarca F, et al. Bortezomib with thalidomide plus dexamethasone compared with thalidomide plus dexamethasone as induction therapy before, and consolidation therapy after, double autologous stem-cell transplantation in newly diagnosed multiple myeloma: a randomised phase 3 study. *Lancet.* 2010;376(9758):2075-2085.

6.      Richardson PG, Weller E, Lonial S, et al. Lenalidomide, bortezomib, and dexamethasone combination therapy in patients with newly diagnosed multiple myeloma. *Blood.* 2010;116(5):679-686.

7.      Wang M, Delasalle K, Giralt S, Alexanian R. Rapid control of previously untreated multiple myeloma with bortezomib-lenalidomide-dexamethasone (BLD). *Hematology.* 2010;15(2):70-73.

8.      Eom HS, Kim YK, Chung JS, et al. Bortezomib, thalidomide, dexamethasone induction therapy followed by melphalan, prednisolone, thalidomide consolidation therapy as a first line of

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

treatment for patients with multiple myeloma who are non-transplant candidates: results of the Korean Multiple Myeloma Working Party (KMMWP). *Ann Hematol.* 2010;89(5):489-497.

9.   Wang M, Giralt S, Delasalle K, Handy B, Alexanian R. Bortezomib in combination with thalidomide-dexamethasone for previously untreated multiple myeloma. *Hematology.* 2007;12(3):235-239.

10.  Yang DH, Kim YK, Sohn SK, et al. Induction treatment with cyclophosphamide, thalidomide, and dexamethasone in newly diagnosed multiple myeloma: a phase II study. *Clin Lymphoma Myeloma Leuk.* 2010;10(1):62-67.

11.  Bensinger WI, Jagannath S, Vescio R, et al. Phase 2 study of two sequential three-drug combinations containing bortezomib, cyclophosphamide and dexamethasone, followed by bortezomib, thalidomide and dexamethasone as frontline therapy for multiple myeloma. *Br J Haematol.* 2010;148(4):562-568.

12.  Reeder CB, Reece DE, Kukreti V, et al. Cyclophosphamide, bortezomib and dexamethasone induction for newly diagnosed multiple myeloma: high response rates in a phase II clinical trial. *Leukemia.* 2009;23(7):1337-1341.

13.  Knop S, Liebisch P, Wandt H, et al. Bortezomib, IV cyclophosphamide, and dexamethasone (VelCD) as induction therapy in newly diagnosed multiple myeloma: Results of an interim analysis of the German DSMM Xia trial [abstract]. *J Clin Oncol.* 2009;27(15S):Abstract 8516.

14.  Popat R, Oakervee HE, Hallam S, et al. Bortezomib, doxorubicin and dexamethasone (PAD) front-line treatment of multiple myeloma: updated results after long-term follow-up. *Br J Haematol.* 2008;141(4):512-516.

15.  Kumar SK, Flinn I, Noga SJ, et al. Bortezomib, dexamethasone, cyclophosphamide and lenalidomide combination for newly diagnosed multiple myeloma: phase 1 results from the multicenter EVOLUTION study. *Leukemia.* 2010;24(7):1350-1356.

16.  Kumar S, Flinn IW, Richardson PG, et al. Novel three- and four-drug combination regimens of bortezomib, dexamethasone, cyclophosphamide, and lenalidomide, for previously untreated

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

multiple myeloma: results from the multi-center, randomized phase 2 EVOLUTION study [abstract]. *Blood.* 2010;114(11):Abstract 621.

17.   Hari M, Hector-Word Z, Lebovic D, Soengas M, Jakubowiak A. Pre-clinical evaluation of bortezomib, doxorubicin, dexamethasone, and lenalidomide in multiple myeloma (MM) [abstract]. *J Clin Oncol.* 2008;26(15S):Abstract 19513.

18.   Mitsiades N, Mitsiades CS, Richardson PG, et al. The proteasome inhibitor PS-341 potentiates sensitivity of multiple myeloma cells to conventional chemotherapeutic agents: therapeutic applications. *Blood.* 2003;101(6):2377-2380.

19.   Durie BG, Kyle RA, Belch A, et al. Myeloma management guidelines: a consensus report from the Scientific Advisors of the International Myeloma Foundation. *Hematol J.* 2003;4(6):379-398.

20.   Durie BG, Harousseau JL, Miguel JS et al. International uniform response criteria for multiple myeloma. *Leukemia.* 2006;20(9):1467-1473.

21.   Cheung YK, Chappell R. Sequential designs for phase I clinical trials with late-onset toxicities. *Biometrics.* 2000;56(4):1177-1182.

22.   Normolle D, Lawrence T. Designing dose-escalation trials with late-onset toxicities using the time-to-event continual reassessment method. *J Clin Oncol.* 2006;24(27):4426-4433.

23.   Bladé J, Samson D, Reece D, et al. Criteria for evaluating disease response and progression in patients with multiple myeloma treated by high-dose therapy and haemopoietic stem cell transplantation. Myeloma Subcommittee of the EBMT. European Group for Blood and Marrow Transplant. *Br J Haematol.* 1998;102(5):1115-1123.

24.   Richardson PG, Barlogie B, Berenson J, et al. A phase 2 study of bortezomib in relapsed, refractory myeloma. *N Engl J Med.* 2003;348(26):2609-2617.

25.   Palumbo A, Bringhen S, Rossi D, et al. Bortezomib-melphalan-prednisone-thalidomide followed by maintenance with bortezomib-thalidomide compared with bortezomib-melphalan-prednisone for initial treatment of multiple myeloma: a randomized controlled trial. *J Clin Oncol.* 2010;28(34):5101-5109.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

26.     Roussel M, Avet-Loiseau H, Moreau P, et al. Frontline therapy with bortezomib, lenalidomide, and dexamethasone (VRD) induction followed by autologous stem cell transplantation, VRD consolidation and lenalidomide maintenance in newly diagnosed multiple myeloma patients: primary results of the IFM 2008 phase II study [abstract]. *Blood.* 2010;116(11):Abstract 624.

27.     Dytfeld D, Griffith KA, Friedman, J, et al. Superior overall survival of myeloma patients achieving very good partial response or better to initial treatment with bortezomib, pegylated liposomal doxorubicin, and dexamethasone, predicted after two cycles by a free light chain- and M-protein-based model: Extended follow-up of a phase II trial. *Leuk Lymphoma.* 2011; In press.

28.     Richardson PG, Weber DM, Mitsiades CS, et al. Phase I study of combined vorinostat (V), lenalidomide (L), and dexamethasone (D) in patients (pts) with relapsed or refractory multiple myeloma (MM) [abstract]. *J Clin Oncol.* 2010;28(15S):Abstract 8031.

29.     Harousseau JL, Avet-Loiseau H, Facon T, et al. Bortezomib plus dexamethasone (VD) versus reduced-dose bortezomib plus thalidomide plus dexametasone (vTD) as induction treatment prior to autologous stem-cell transplantation (ASCT) in newly diagnosed multiple myeloma (MM) [abstract]. *Blood.* 2009;114(11):Abstract 354.

30.     Moreau P, Facon T, Attal M, et al., Comparison of reduced-dose bortezomib plus thalidomide plus dexamethasone (vTD) to bortezomib plus dexamethasone (VD) as induction treatment prior to ASCT in de novo multiple myeloma (MM): Results of IFM2007-02 study. *J Clin Oncol.* 2010 ASCO Annual Meeting Proceedings (Post-Meeting Edition). 2010;28(15):8014.

31.     Boccadoro M, Bringhen S, Gaidano G, et al. Bortezomib, melphalan, prednisone, and thalidomide (VMPT) followed by maintenance with bortezomib and thalidomide (VT) for initial treatment of elderly multiple myeloma patients [abstract]. *J Clin Oncol.* 2010;28(15S):Abstract 8013.

32.     Richardson PG, Mitsiades C, Schlossman R, Munshi N, Anderson K. New drugs for myeloma. *Oncologist.* 2007;12(7):664-689.

33.     Niesvizky R, Bensinger W, Vallone M, Gutierrez A, Kunkel L. PX-171-006: Phase Ib multicenter dose escalation study of carfilzomib (CFZ) plus lenalidomide (LEN) and low-dose

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

dexamethasone (loDex) in relapsed and refractory multiple myeloma (MM): preliminary results [abstract]. *J Clin Oncol.* 2009;27(15S):Abstract 8541.

34.   Jakubowiak AJ, Dytfeld D, Jagannath S, et al. Carfilzomib, lenalidomide, and dexamethasone in newly diagnosed multiple myeloma: initial results of phase I/II MMRC trial [abstract]. *Blood.* 2010;116(11):Abstract 862.

35.   Mateos M, Spencer A, Taylor K, et al. Phase Ib study of oral panobinostat (LBH589) plus lenalidomide (LEN) plus dexamethasone (DEX) in patients (Pts) with relapsed (Rel) or Rel and refractory (Ref) multiple myeloma (MM) [abstract]. *J Clin Oncol.* 2010;28(15S):Abstract 8030.

36.   Siegel DS, Weber DM, Mitsiades CS, et al. Vorinostat in combination with lenalidomide and dexamethasone in patients with relapsed/refractory multiple myeloma: a phase I study [abstract]. *J Clin Oncol.* 2009;27(15S):Abstract 8586.

37.   Lonial S, Vij R, Harousseau J, et al. Elotuzumab in combination with lenalidomide and low-dose dexamethasone in relapsed or refractory multiple myeloma: a phase I/II study [abstract]. *J Clin Oncol.* 2010;28(15S):Abstract 8020.

38.   Richardson PG, Mitsiades CS, Schlossman R, et al. Bortezomib in the front-line treatment of multiple myeloma. *Expert Rev Anticancer Ther.* 2008;8(7):1053-1072.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

**Table 1. Patient disposition by dose level in the phase 1 and phase 2 portions, and number of patients experiencing DLT\***

| Dose level | Lenalidomide dose, mg/d | Bortezomib dose, mg/m$^2$ | Dexamethasone dose,[†] mg | PLD dose, mg/m$^2$ | No. of patients enrolled | DLT, n |
|---|---|---|---|---|---|---|
| **Phase 1: Dose escalation (n = 40)** | | | | | | |
| 1 | 15 | 1.3 | 20 | 20 | 4 | 0 |
| 2 | 20 | 1.3 | 20 | 20 | 10 | 2 |
| 3 | 25 | 1.3 | 20 | 20 | 19 | 3 |
| 4 | 25 | 1.3 | 20 | 30 | 7 | 0 |
| **Phase 2: After MTD determination (n = 32)[‡]** | | | | | | |
| 4 | 25 | 1.3 | 30 | 30 | 32 | NA |

*Two patients were not evaluable for DLT per protocol and were replaced.

[†]20 mg/d dexamethasone cycles 1-4 and 10 mg/d dexamethasone cycles 5-8 and maintenance.

[‡]Including 7 patients treated at level 4 (MTD).

NA indicates not applicable.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

**Table 2. Patient baseline demographics and disease characteristics**

| Characteristic | All treated patients (n = 72) | Patients treated at MTD (n = 39) |
|---|---|---|
| Median age, y (range) | 59 (29-77)¶ | 60 (29-77) |
| Male | 41 (56.9) | 19 (48.7) |
| Race | | |
| White | 58 (80.6) | 31 (79.5) |
| Black | 6 (8.3) | 3 (7.7) |
| Other | 8 (11.1) | 5 (12.8) |
| MM subtype | | |
| IgG | 56 (77.8) | 32 (82.1) |
| IgA | 14 (19.4) | 7 (18.0) |
| κ light chain | 5 (6.9) | 0 |
| λ light chain | 4 (5.6) | 0 |
| ISS stage II/III | 38 (52.8) | 21 (53.8) |
| Durie-Salmon stage II/III | 59 (81.9) | 32 (82.1) |
| del(13)/del(13q)/hypodiploid, t(4;14), t(14;16), or 17p† | 33 (45.8) | 19 (48.7) |
| del(13)/hypodiploid, t(4;14), t(14;16), or 17p†† | 19 (26.4) | 10 (25.6) |
| Karnofsky performance status ≤ 80% | 29 (40.3) | 19 (48.7) |
| Lytic lesions | | |
| None | 19 (26.4) | 11 (28.2) |
| 1-3 bones | 17 (23.6) | 11 (28.2) |
| > 3 bones | 36 (50.0) | 17 (43.6) |

Values are expressed as n (%) except for age.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

¶Age (mean ± standard deviation) of ASCT patients, 56 ± 10 years, n = 49; non-ASCT patients, 65 ± 9 years, n = 23( $P$ = .0009).

†Poor-prognosis abnormalities (patients without any of these abnormalities represent standard risk).[4]

††High-risk abnormalities (excludes patients with del(13q) by FISH as the sole cytogenetic risk). n values for poor-prognosis and high-risk abnormalities were 67 for all patients and 37 for phase 2 population.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

**Table 3. AEs reported for ≥ 15% of patients in the overall treated population (N = 72) and all grade 3 or 4 events**

| AE | n, (%) | | |
|---|---|---|---|
| | **All grades** | **Grade 3** | **Grade 4** |
| Fatigue | 60 (83.3) | 6 (8.3) | 0 |
| Constipation | 50 (69.4) | 1 (1.4) | 0 |
| Sensory neuropathy | 47 (65.3) | 4 (5.6) | 0 |
| Thrombocytopenia | 35 (48.6) | 7 (9.7) | 1 (1.4) |
| Nausea/diarrhea | 46 (63.9) | 1 (1.4) | 0 |
| Pneumonia/infections | 41 (56.9) | 10 (13.9) | 0 |
| Palmar-plantar erythrodysesthesia | 18 (25.0) | 0 | 0 |
| Neutropenia | 21 (29.2) | 12 (16.7) | 2 (2.8) |
| Cardiovascular | 11 (15.3) | 2 (2.8) | 0 |
| Painful neuropathy | 8 (11.1) | 0 | 0 |
| DVT/pulmonary embolism | 4 (5.6) | 1 (1.4) | 1 (1.4) |

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

**Table 4. Best response to treatment for all patients and responses achieved after 4 and 8 cycles of RVDD therapy**

| Response | Best response to treatment, n (%) | | Responses after 4 and 8 cycles, n (%) | |
|---|---|---|---|---|
| | **All** **(N = 72)** | **At MTD** **(n = 39)** | **At 4 cycles** **(n = 70)** | **At 8 cycles** **(n = 20)[†]** |
| CR + nCR | 28 (39) | 13 (33) | 20 (29) | 7 (35) |
| CR | 21 (29) | 11 (28) | 14 (20) | 5 (25) |
| sCR | 11 (15) | 5 (13) | 1 (1) | 3 (15) |
| nCR | 7 (10) | 2 (5) | 6 (9) | 2 (10) |
| ≥ VGPR | 48 (67) | 25 (64) | 40 (57) | 13 (65) |
| ≥ PR | 69 (96) | 37 (95) | 67 (96) | 19 (95) |

[†]Of 20 patients who completed 8 cycles, 3 subsequently proceeded to ASCT.

**Table 5.** Outcomes of **RVD and RVDD regimens***

| | Response after 4 cycles, % | | | Response after 8 cycles, % | | | Estimated PFS at 18 months, % |
|---|---|---|---|---|---|---|---|
| | ≥ PR | ≥ VGPR | CR/nCR | ≥ PR | ≥ VGPR | CR/nCR | |
| RVD[6] | 75 | 11 | 6 | 96 | 53 | 23 | 75 |
| RVDD | 96 | 57 | 29 | 95 | 65 | 35 | 82 |

*Includes all patients (phase 1/2). Best-response rates for RVD after median 10 cycles: ≥ PR 100%, ≥ VGPR 67%, CR/nCR 39%. Best-response rates for RVDD after median 4.5 cycles: ≥ PR 96%, ≥ VGPR 67%, CR/nCR 39%.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

JAKUBOWIAK et al                                          RVDD COMBINATION THERAPY IN NEWLY DIAGNOSED MM

**Figure legends**

**Figure 1. CONSORT diagram.**

**Figure 2. Response rates in the non-ASCT and ASCT groups of patients. For simplicity, CR and nCR rates were combined. In the non-ASCT group, at 4 cycles CR rate was 8.6% and at best response 26%, including 4% sCR. In the ASCT group, at 4 cycles CR rate was 22% and after ASCT 37%, including 22% sCR.**

**Figure 3. Kaplan-Meier estimates for: (A) OS and PFS among all patients treated with RVDD; and (B) PFS among patients who did or did not go on to transplantation.**

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

JAKUBOWIAK et al                                    RVDD COMBINATION THERAPY IN NEWLY DIAGNOSED MM

Figure 1



[a]42 patients in phase 1 and 32 patients in phase 2

From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

JAKUBOWIAK et al                                    RVDD COMBINATION THERAPY IN NEWLY DIAGNOSED MM

Figure 2



From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

JAKUBOWIAK et al

Figure 3





From www.bloodjournal.org by guest on January 10, 2016. For personal use only.

Case 2:10-cv-03165-RGK-SS Document 268-12 Filed 02/17/16 Page 105 of 248 Page ID #:11402



Prepublished online May 19, 2011;
doi:10.1182/blood-2011-02-334755

# Lenalidomide, bortezomib, pegylated liposomal doxorubicin, and dexamethasone in newly diagnosed multiple myeloma: a phase 1/2 Multiple Myeloma Research Consortium trial

Andrzej J. Jakubowiak, Kent A. Griffith, Donna E. Reece, Craig C. Hofmeister, Sagar Lonial, Todd M. Zimmerman, Erica L. Campagnaro, Robert L. Schlossman, Jacob P. Laubach, Noopur S. Raje, Tara Anderson, Melissa A. Mietzel, Colleen K. Harvey, Sandra M. Wear, Jennifer C. Barrickman, Craig L. Tendler, Dixie-Lee Esseltine, Susan L. Kelley, Mark S. Kaminski, Kenneth C. Anderson and Paul G. Richardson

---

Information about reproducing this article in parts or in its entirety may be found online at:
http://www.bloodjournal.org/site/misc/rights.xhtml#repub_requests

Information about ordering reprints may be found online at:
http://www.bloodjournal.org/site/misc/rights.xhtml#reprints

Information about subscriptions and ASH membership may be found online at:
http://www.bloodjournal.org/site/subscriptions/index.xhtml

---

Advance online articles have been peer reviewed and accepted for publication but have not yet appeared in the paper journal (edited, typeset versions may be posted when available prior to final publication). Advance online articles are citable and establish publication priority; they are indexed by PubMed from initial publication. Citations to Advance online articles must include digital object identifier (DOIs) and date of initial publication.

Blood (print ISSN 0006-4971, online ISSN 1528-0020), is published weekly by the American Society of Hematology, 2021 L St, NW, Suite 900, Washington DC 20036.
Copyright 2011 by The American Society of Hematology; all rights reserved.

EXHIBIT

"18"

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

CLINICAL TRIALS AND OBSERVATIONS

# BiRD (Biaxin [clarithromycin]/Revlimid [lenalidomide]/dexamethasone) combination therapy results in high complete- and overall-response rates in treatment-naive symptomatic multiple myeloma

Ruben Niesvizky,[1] David S. Jayabalan,[1,2] Paul J. Christos,[3] Jessica R. Furst,[1] Tara Naib,[1] Scott Ely,[2] Jessica Jalbrzikowski,[1] Roger N. Pearse,[1] Faiza Zafar,[1] Karen Pekle,[1] April LaRow,[1] Richard Lent,[2] Tomer Mark,[1] Hearn J. Cho,[1] Tsiporah Shore,[1] Jeffrey Tepler,[1] John Harpel,[1] Michael W. Schuster,[1] Susan Mathew,[2] John P. Leonard,[1] Madhu Mazumdar,[3] Selina Chen-Kiang,[2] and Morton Coleman[1]

[1]Center of Excellence for Lymphoma and Myeloma, Division of Hematology and Medical Oncology, Department of Medicine, [2]Department of Pathology, and [3]Division of Biostatistics and Epidemiology, Department of Public Health, Weill-Cornell Medical College, New York Presbyterian Hospital-Cornell Medical Center, New York, NY

This trial determined the safety and efficacy of the combination regimen clarithromycin (Biaxin), lenalidomide (Revlimid), and dexamethasone (BiRD) as first-line therapy for multiple myeloma. Patients received BiRD in 28-day cycles. Dexamethasone (40 mg) was given orally once weekly, clarithromycin (500 mg) was given orally twice daily, and lenalidomide (25 mg) was given orally daily on days 1 to 21. Objective response was defined by standard criteria (ie, decrease in serum monoclonal protein [M-protein] by at least 50%, and a decrease in urine M-protein by at least 90%). Of the 72 patients enrolled, 65 had an objective response (90.3%). A combined stringent and conventional complete response rate of 38.9% was achieved, and 73.6% of the patients achieved at least a 90% decrease in M-protein levels. This regimen did not interfere with hematopoietic stem-cell harvest. Fifty-two patients who did not go on to receive transplants received continued therapy (complete response, 37%; very good partial response, 33%). The major adverse events were thromboembolic events, corticosteroid-related morbidity, and cytopenias. BiRD is an effective regimen with manageable side effects in the treatment of symptomatic, newly diagnosed multiple myeloma. This trial was registered at www.clinicaltrials.gov as #NCT00151203. (Blood. 2008;111: 1101-1109)

© 2008 by the American Society of Hematology

## Introduction

Multiple myeloma (MM) is a fatal neoplasm characterized by the uncontrolled proliferation of monoclonal plasma cells. Historically, the standard chemotherapy regimen for patients with advanced MM was the combination of oral melphalan and prednisone.[1,2] Recently, the addition of thalidomide to this regimen has improved response rates and overall survival, especially in older patients.[3,4] Initial therapy for younger patients has evolved into a 2-phase approach that consists of induction therapy designed to produce meaningful responses and to reduce myeloma-related comorbidities, followed by consolidation therapy with high-dose melphalan and subsequent autologous stem-cell rescue. At the outset of the 2-phase model, transplantation candidates would receive dexamethasone-based regimens as induction therapy, most notably thalidomide and dexamethasone (Thal/Dex).[5-9] Thal/Dex yields superior responses compared with dexamethasone monotherapy, or vincristine/Adriamycin/dexamethasone combination.[10] In fact, Thal/Dex produces response rates of between 63% and 76%.[7,10-13] The most serious adverse events in the Thal/Dex studies are peripheral neuropathy, thromboembolic events (TEs; such as deep-vein thrombosis, pulmonary embolism, or myocardial infarction), somnolence, constipation, and hypersensitivity. Despite these adverse events, Thal/Dex has become the standard induction therapy because of its high objective response rate (ORR) and compatibility with hematopoietic stem-cell harvest and autologous transplantation.[13]

Previously, our group reported that the BLT-D combination (clarithromycin [Biaxin], low-dose thalidomide, and dexamethasone) yielded an ORR of 93% and a complete response (CR) rate of 13%.[14,15] Responses were even observed in patients who had previously been resistant to Thal/Dex. Clarithromycin appears to optimize the pharmacologic effect of glucocorticoids by increasing the area under the curve and the maximum concentration levels of certain corticosteroids.[16-20] Clarithromycin has immunomodulatory properties, partially mediated by the suppression of interleukin-6 and other inflammatory cytokines.[21] There may also be a direct antineoplastic effect mediated by clarithromycin.[21,22]

Lenalidomide (Revlimid; Celgene Corporation, Summit, NJ), an immunomodulatory drug effective in treating relapsed or refractory MM, is more potent and better tolerated than thalidomide.[23-25] In a phase 2 trial of lenalidomide/dexamethasone (Rev/Dex) for initial therapy, 31 (91%) of 34 patients achieved an objective response (decrease in M-protein by ≥ 50%).[26] However,

Submitted May 16, 2007; accepted October 28, 2007. Prepublished online as Blood First Edition paper, November 7, 2007; DOI 10.1182/blood-2007-05-090258.

The online version of this article contains a data supplement.

Presented in abstract form at the 47th annual meeting of the American Society of Hematology, Atlanta, GA, December 10-13, 2005[43] and at the 2006

annual meeting of the American Society of Clinical Oncology, Atlanta, GA, June 2-6, 2006.[44]

The publication costs of this article were defrayed in part by page charge payment. Therefore, and solely to indicate this fact, this article is hereby marked "advertisement" in accordance with 18 USC section 1734.

© 2008 by the American Society of Hematology

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

47% of patients experienced grade 3 or higher nonhematologic toxicities, mainly attributable to dexamethasone. As an extension of the BLT-D studies, it was hypothesized that the addition of clarithromycin to Rev/Dex might enhance efficacy and permit reduction of the corticosteroid dose.

The goal of this phase 2 clinical trial was to assess the response rate and toxicity of a combination regimen of clarithromycin (Biaxin), lenalidomide (Revlimid), and dexamethasone (BiRD) for the treatment of newly diagnosed, symptomatic MM.

## Methods

### Eligibility

After informed consent was obtained, patients were eligible to participate if they had symptomatic MM of Durie-Salmon stage II or III. Measurable disease was defined as M-protein of at least 10 g/L, or serum-free light chains of at least 1 g/L, or urinary M-protein excretion of at least 0.2 g/24 hours, and/or measurable plasmacytomas. Other eligibility criteria included a Karnofsky performance status of at least 70%, no prior treatment, or less than one cycle of first-line therapy, and a negative pregnancy test within 7 days before commencing treatment in women of childbearing potential.

Laboratory markers required for patient eligibility included an absolute neutrophil count of at least $10^9$/L (1000 cells/mm³), a platelet count of at least $75.0 \times 10^9$/L (75 000/mm³), serum glutamic oxaloacetic transaminase/aspartate aminotransferase of less than $3.0\times$ the upper limit of normal (ULN), serum glutamic pyruvic transaminase/alanine aminotransferase of less than $3.0\times$ the ULN, serum creatinine of less than 221 μmol/L (2.5 mg/dL), and serum total bilirubin of less than 34.2 μmol/L (2.0 mg/dL).

Patients with nonsecretory MM were excluded, as were patients with a history of TEs or other conditions currently requiring anticoagulation with warfarin. Also excluded were pregnant or lactating women; patients known to be HIV-positive; those with active infections; and patients with a known hypersensitivity to clarithromycin, lenalidomide, dexamethasone, or thalidomide. The study was approved by the Institutional Review Board of the Weill Medical College of Cornell University, New York Presbyterian Hospital–Cornell Medical Center, in accordance with federal regulations and the Declaration of Helsinki.

### Treatment schedule

All patients received clarithromycin, lenalidomide, and dexamethasone in 28-day cycles. Dexamethasone (40 mg) was given orally on days 1, 2, 3, 8, 15, and 22 during cycle 1 and weekly on days 1, 8, 15, and 22 of each subsequent cycle. Clarithromycin (500 mg) was given orally twice daily, beginning on day 2 of cycle 1. Lenalidomide (25 mg) was given orally daily on days 3 to 21 of cycle 1 and on days 1 to 21 of subsequent cycles. Dose adjustments were permitted according to the toxicity criteria described in Table S1 (available on the *Blood* website; see the Supplemental Materials link at the top of the online article).

Prophylactic treatments included aspirin 81 mg once daily, omeprazole 20 mg once daily, and one double-strength tablet of trimethoprim/sulfamethoxazole twice daily, 3 times a week.

### Cytogenetics

Overnight, unstimulated bone marrow cultures were performed, and slides were G-banded according to standard protocols. Twenty cells were analyzed for each case. No specific growth factors were used for conventional cytogenetic analysis.

Fluorescence in situ hybridization (FISH) was performed using the LSI FGFR3 (Spectrum Orange [SO])–IGH (Spectrum Green [SG]) dual-color dual-fusion probes, CCND1/MYEOV (SO)–IGH (SG) dual-color dual-fusion probes, LSI 13q (SG), and p53 (SO) probes (Abbott Molecular Inc, Des Plaines, IL) to rule out the translocations t(4;14)(p16;q32) and

t(11;14)(q13;q32) and the deletions of 13q14 region and p53 gene, respectively. FISH was performed according to the manufacturer's protocols with minor modifications. Two hundred interphase nuclei were evaluated for each probe.

### Adverse events

The National Cancer Institute Common Terminology Criteria for Adverse Events version 3.0 was used to grade adverse events. Data from all patients who received any combination of the study drugs are included in the safety analysis. The frequency of patients experiencing a specific adverse event was tabulated.

### Response and study end points

The end points of this trial were response, time to first and maximum response, and adverse events. Response criteria were adopted from the International Myeloma Working Group criteria.[27] In addition, the modified European Bone Marrow Transplantation Registry/International Bone Marrow Transplantation Registry criteria of Bladé et al[28] were used for comparison purposes only.

### Dose reductions, relative dose intensity, and dose delivered

This was an open-ended protocol, and no maintenance program was prospectively designed. This approach allowed us to determine the duration of therapy necessary for maximum response and the maximum duration of therapy tolerated because all dose reductions were recorded. Dose modifications were prescribed in accordance with the detailed data in Table S1. Briefly, for clarithromycin, there were 2 levels of dose reduction for at least grade 3 toxicity: level 1 reduced the dose from 500 mg twice daily to 250 mg twice daily, and level 2 was discontinuation of the drug. Dexamethasone also had 2 levels of dose reduction for at least grade 2 toxicity. Level 1 reduced dexamethasone from 40 mg on days 1, 8, 15, and 22, to 20 mg on days 1, 8, 15, and 22. Level 2 was a reduction to 20 mg on days 1 and 15 only. Lenalidomide had 4 levels of dose reduction for at least grade 3 toxicity. For neutropenia, level 1 was lenalidomide 25 mg on days 1 to 21, with the addition of granulocyte colony-stimulating factor 5 μg/kg per day. For all other toxicities, dose reduction started at level 2, which was 15 mg on days 1 to 21. Level 3 was 10 mg and level 4 was 5 mg, both on days 1 to 21. Both the dose delivered and the patient compliance were prospectively calculated by patient diaries and amount of drug returned, and dose delivered was also confirmed by physician and patient records. The relative dose intensity for lenalidomide, dexamethasone, and clarithromycin was calculated as a function of total dose intended per 28-day cycle, divided by the actual dose received at a given cycle. An index of relative dose intensity was calculated per cycle, and we report the mean, median, and SD.

### Statistical design

A Simon 2-stage optimal design was used to test the null hypothesis that the objective CR rate is less than 10% versus the alternative hypothesis that the CR rate is greater than 30%.[29] With a significance level of 0.05 and a power equal to 80%, a maximum of 29 evaluable patients were required to assess the objective CR rate. Overall, a total of 35 patients were required to ensure that 29 evaluable patients would be available for the primary efficacy analysis. After the enrollment of 35 patients, the sample size was increased to 70 evaluable patients to allow for a 95% confidence interval (CI) for the CR rate to extend no more than plus or minus 11% around the observed CR rate.

### Statistical analysis methods

The primary efficacy analyses were performed according to the intent-to-treat (ITT) principle, which included all enrolled patients. Progression-free survival time was estimated as the time from the enrollment date to the date of progression or to last known date without evidence of progression. The duration of response (eg, stringent CR [sCR], CR, partial response [PR], very good PR [VGPR]) was defined as the time from achieving a response to the date of progressive disease or to last known remission date without

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

**Table 1. Patient and clinical characteristics (N = 72)**

| Characteristic | No. of patients (males/females) | % |
|---|---|---|
| **Sex** | | |
| Male | 41 | 57 |
| Female | 31 | 43 |
| **Durie-Salmon classification** | | |
| Stage IIA | 32 | 44.4 |
| Stage IIB | 1 | 1.4 |
| Stage IIIA | 36 | 50.0 |
| Stage IIIB | 3 | 4.2 |
| **International Staging System classification** | | |
| Stage I | 33 | 45.8 |
| Stage II | 26 | 36.1 |
| Stage III | 13 | 18.1 |
| **Immunoglobulins, heavy-chain type** | | |
| IgA | 16 (7/9) | 22.2 |
| IgG | 44 (28/16) | 61.1 |
| Bence Jones protein | 12 (6/6) | 16.7 |
| **Karnofsky performance status** | | |
| 90 | 31 | 43.1 |
| 80 | 25 | 34.7 |
| 70 | 12 | 16.7 |
| 60 | 4 | 5.6 |

Ig indicates immunoglobulin.

**Table 2. Baseline laboratory values for hematologic and prognostic parameters**

| Marker | Mean | Median (range) |
|---|---|---|
| White blood cell count, 1000/$\mu$L | 6.2 | 5.5 (2.6-25.6) |
| Hemoglobin level, g/dL | 10.8 | 10.9 (7.5-15.0) |
| Serum creatinine level, mg/dL | 1.2 | 1.1 (0.6-3.1) |
| Platelet count, 1000/$\mu$L | 251.6 | 239.5 (72-584) |
| Absolute neutrophil count, 1000/$\mu$L | 3.9 | 3.1 (1.2-23) |
| Albumin level, g/dL | 3.4 | 3.35 (2.3-4.9) |
| Lactate dehydrogenase level, U/L | 190.1 | 169 (78-589) |
| C-reactive protein level, mg/dL | 1.03 | 0.38 (0.02-14.2) |
| $\beta$-2 microglobulin level, mg/L | 3.93 | 3.0 (1.1-17.6) |
| IgA level, mg/dL | 702 | 35.5 (6.67*-6530) |
| IgG level, mg/dL | 3292.4 | 2795 (162-10 100) |
| Serum free light chain-$\kappa$ level, mg/dL | 93.3 | 3.17 (0-1730) |
| Serum free light chain-$\lambda$ level, mg/dL | 23.7 | 0.95 (0.36-443) |
| Ratio of $\kappa$ to $\lambda$ | 160.8 | 4.18 (0-1875) |

Ig indicates immunoglobulin.
*Below detectable levels.

evidence of relapse. Progression-free survival time was analyzed using the Kaplan-Meier method, and 95% CIs were constructed using the formula by Greenwood. Fisher exact test and Student $t$ test (or Wilcoxon rank-sum test) were used for associating categories of response with potential risk factors such as sex, disease stage, C-reactive protein (CRP), $\beta$-2 microglobulin ($\beta_2$M), lactate dehydrogenase (LDH), and albumin (alb). All $P$ values are 2 sided with statistical significance evaluated at the 0.05 $\alpha$ level. The precision of the obtained estimates was assessed by calculating 95% CIs. All analyses were performed in SAS version 9.1 (SAS Institute, Cary, NC) and Stata version 8.0 (Stata Corporation, College Station, TX).

## Results

### Patient characteristics

A total of 72 patients were enrolled from December 21, 2004, through November 6, 2006. All patients were assessed for response. Three patients withdrew from treatment before completing the first cycle of therapy (2 patients withdrew consent for personal reasons, 1 because of early toxicity–cytopenia). The response analysis is based on ITT and therefore includes data from these 3 patients. Patient characteristics are listed in Table 1. The median age was 63 years (range, 36-83 years). The sex and isotype distribution is typical for population studies in advanced MM. A total of 54% of patients had Durie-Salmon stage III, and 54% had intermediate- or high-risk disease as defined by the International Staging System (ISS) (Table 1). The average baseline values for serum $\beta_2$M, alb, LDH, and CRP are shown in Table 2.

Baseline conventional cytogenetic and FISH analyses were performed on 66 of 72 patients. Conventional cytogenetic analysis identified 8 patients (12%) with abnormal karyotypes (Table S2). Six of these patients had multiple chromosomal abnormalities, whereas 2 patients showed a single abnormality.

Molecular cytogenetic analysis showed abnormalities in 48 patients (72%) (Table S2). Five patients (7.6%) showed *FGFR3-IGH* gene rearrangements, whereas 13 patients (20%) showed *CCND1-IGH* gene rearrangements. Deletion of the 13q14 region was found in 23 patients (35%), whereas trisomy 11 was

found in 25 patients (38%). Tetrasomy 11 was identified in 7 patients (11%). More than one abnormality was found in 25 patients (38%) (Table S2). Five patients (7.5%) showed 13q14 deletion and t(11;14) translocation, whereas 3 (4.5%) patients showed 13q14 deletion and t(4;14) translocation. Deletion 13q14 and trisomy 11 were found together in 11 patients (16.6%). One patient showed deletion of 13q14 region as well as loss of wild-type IGH allele. Unusual signal patterns for CCND1 and FGFR3 were also observed in this sample. These may represent complex chromosomal rearrangements. Three additional patients also showed loss or partial deletion of the wild-type IGH allele.

### Response to therapy

Mean time on treatment was 368 days (range, 29-944 days) with a mean duration of response of 333 days (range, 15-920). A total of 65 (90.3%) of 72 patients achieved an objective response (at least PR) to therapy (Table 3). Of the 72 patients, 22 (30.6%) achieved an sCR (including complete absence of M-protein by immunofixation, normal free light chain ratio, and a marrow biopsy negative by immunohistochemistry) and 6 (8.3%) achieved a CR, giving a total CR plus sCR of 38.9%. One third (25 of 72) achieved a VGPR, 12 (16.7%) achieved a PR, and 4 (5.6%) a minor response (> 25% drop in M-protein level) (Table 3); 3 patients could not be evaluated for response because they received less than 1 full cycle of therapy. Mean time to first response, as defined by a greater than 50% decrease of M-protein, was 53.9 days (range, 21-816 days), whereas mean time to maximum response was 209 days (range, 27-850 days) (Figure 1B). A total of 73.6% of patients achieved a greater than 90% reduction (sCR + CR + VGPR) in M-protein (mean time to VGPR, 158 days; range, 28-786 days). At the end of cycle 1, 51 (71%) of 72 patients had a greater than 50% decrease in M-protein (Figure 1A-B). Six patients (8%) had a 90% drop in M-protein level, whereas another 3 (4%) had a 100% decrease in M-protein. Five patients (7%) had progression of disease, in whom 3 were manifested only by the asymptomatic reappearance of the original M-protein by serum immunofixation. None of these 3 patients have evidence of either end-organ dysfunction or changes in the bone marrow or positron emission tomographic or computed tomographic scan suggestive of disease activity. Two patients had clear progression of disease that required second-line therapy with bortezomib. The median event-free survival has not been reached (Figure 1A, inset), and the actuarial 2-year event-free survival has reached 97.2%.

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

**Table 3. Clinical response to treatment (N = 72)**

|  | No. of patients | % (95% CI) | Average time to response, d (range) |
|---|---|---|---|
| **Response*** | | | |
| Complete response | 28 | 38.89 (28.2-50.5) | 266.7 (62-640) |
| Near-complete response | 10 | 13.89 (7.3-23.4) | 155.3 (30-563) |
| Very good partial response | 15 | 20.83 (12.6-31.3) | 158 (28- 786) |
| Partial response | 12 | 16.67 (9.4-26.6) | 44.4 (27-255) |
| Minor response | 4 | 5.56 (1.8-12.9) | — |
| Stable disease | 0 | 0 | — |
| Nonevaluable patients | 3 | 4.17 (1.1- 10.9) | — |
| Overall response | 65 | 90.3 (81.7- 95.6) | — |
| Total, intent-to-treat | 72 | 100 | — |
| **Response* with New Unified Response Criteria** | | | |
| Stringent complete response | 22 | 30.6 (20.8- 41.9) | 266.7 (62- 640) |
| Complete response | 6 | 8.3 (3.4- 16.5) | 155.3 (30-563) |
| Very good partial response | 25 | 34.72 (24.4- 46.2) | 158 (28-786) |
| Partial response | 12 | 16.7 (9.4-26.6) | 44.4 (27-255) |
| Minor response | 4 | 5.6 (1.8-12.9) | — |
| Stable disease | 0 | 0 | — |
| Nonevaluable patients | 3 | 4.17 (1.1- 10.9) | — |
| Overall response | 65 | 90.3 (81.7- 95.6) | — |
| Total, intent-to-treat | 72 | 100 | — |

— indicates not measured.
*Sustained for at least 6 weeks.

BiRD treatment did not impede stem-cell mobilization or consolidation therapy with autologous transplantation. The criteria for high-dose chemotherapy were the following: aged younger than 65 years, Karnofsky performance status more than 60, diffusing capacity of the lung for carbon monoxide more than 50%, ejection fraction more than 50%, responsive disease (≥ PR), normal liver function tests, HIV negativity, and no active viral or bacterial infections. As of June 30, 2007, 18 patients underwent stem-cell





**Figure 1. Patterns of response in 72 patients on BiRD per treatment cycle.** (A) Tumor mass reduction and event-free survival (inset) and (B) cumulative response; mean time on treatment, 368 days (range, 29-944 days); mean duration of response, 333 days (range, 15-920 days). Mean time to first response, 53.9 days (range, 21-816 days); mean time to maximum response, 209 days (range, 27-850 days). A total of 74% of patients achieved a greater than 90% reduction in M-protein level (mean time to very good partial response, 158 days; range, 28-786 days). Fifty-one (71%) of 72 patients had a more than 50% decrease in M-protein level at the end of the first cycle.

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

**Table 4. Patients who had stem cells harvested or received a stem cell transplant or both**

| Patient | CD34 collected, agent 1 (agent 2), CD34⁺/kg | Time to platelet recovery, d, untransfused 20 000/mm³ | Time to ANC recovery, d, 1500/mm³ | Mobilization regimen 1 (regimen 2) | Infused CD34⁺ × 10⁶/1000 (adjusted for post-thaw washing and recovery) |
|---|---|---|---|---|---|
| 4 | 10.65 | 12 | 9 | Cyclophosphamide + G-CSF | 5.9 (5.33) |
| 6 | 14.41 | 24 | 13 | Bortezomib/cyclophosphamide + G-CSF | 6.63 (6.09) |
| 7 | 59.97 | 13 | 10 | Cyclophosphamide + G-CSF | 10.43 (6.2) |
| 9 | 50 | 13 | 11 | Bortezomib/cyclophosphamide + G-CSF | 12.38 (11.85) |
| 10 | 3.1 (5.7) | 11 | 15 | AMD (cyclophosphamide + G-CSF) | 3.1 (NA) |
| 13 | 15.82 | 15 | 10 | Cyclophosphamide + G-CSF | 6.57 (6.33) |
| 16* | 9.5 | GF | GF | Cyclophosphamide + G-CSF | 6.00 + 3.5 |
| 18 | 4.93 | 15 | 9 | Cyclophosphamide + G-CSF | 5.09 (4.06) |
| 19 | 19.05 | 15 | 10 | Bortezomib/cyclophosphamide + G-CSF | 9 (8.86) |
| 22 | 9.53 | 18 | 11 | Bortezomib/cyclophosphamide + G-CSF | 4.01 (3.38) |
| 23 | 47.48 | 14 | 13 | Bortezomib/cyclophosphamide + G-CSF | 7.15 (6.95) |
| 24 | 38.7 | 21 | 11 | Bortezomib/cyclophosphamide + G-CSF | 9.18 (8.43) |
| 25 | 50.78 | 21 | 13 | Bortezomib/cyclophosphamide + G-CSF | 8.70 (7.79) |
| 32 | 236.31 | 17 | 10 | Bortezomib/cyclophosphamide + G-CSF | 21.56 (17.74) |
| 33 | 10.6 | 15 | 11 | Cyclophosphamide + G-CSF | 4.5 (4.27) |
| 35 | 13.07 | Not indicated (platelet sustained >20 000) | 9 | Cyclophosphamide + G-CSF | 6.15 (5.67) |
| 53 | 13.88 | 17 | 12 | Cyclophosphamide + G-CSF | 5.07 (4.92) |
| 63 | 21.38 | 16 | 13 | Bortezomib/cyclophosphamide + G-CSF | 9.35 (8.63) |

ANC indicates absolute neutrophil count; G-CSF, granulocyte colony-stimulating factor; GF, graft failure; and NA, not available.

*Patient 16 died of transplantation-related complications.

mobilization and harvest (Table 4). Mean time to stem-cell mobilization was 353 days (range, 137-651 days), whereas mean time to transplantation was 382 days (range, 137-651 days). Of these, all patients successfully completed high-dose chemotherapy, except one patient with baseline thrombocytopenia, who failed to engraft and ultimately died of bone marrow failure. Two patients relapsed or had disease progression after transplantation. The median event-free survival time has not been reached, with an actuarial 2-year event-free survival of 85.2% (95% CI, 51.9-96.2; Figure 2).

Fifty-two patients did not go on to receive a stem-cell transplant and instead received continued therapy (mean cycles, 14; range, 1-33 cycles), achieving a CR of 37% and VGPR of 33%. Of these 52 patients, 36 patients were ineligible to receive a transplant because of advanced age, and 7 refused transplantation because of personal reasons. The remaining 9 patients are still responding to therapy. Nine events occurred in this group (4 deaths and 5 relapses



**Figure 2. Event-free survival by transplantation status.** The response analysis is based on the intent-to-treat population, and includes data from the 3 patients who withdrew from treatment before completing the first cycle of therapy (2 patients withdrew consent for personal reasons, 1 because of early toxicity–cytopenia). The median event-free survival times have not been reached for the transplantation or nontransplantation groups, with an actuarial 2-year event-free survival of 85.2% and 75.2%.

or disease progression). The median event-free survival time for the nontransplantation group has not been reached, with an actuarial 2-year event-free survival of 75.2% (95% CI, 54.6%-87.4%; Figure 2).

The results of a comprehensive review of potential risk factors, including stage (Durie-Salmon [$P = .76/P = .62$] and ISS [$P = .98/P = .66$]), alb ($P = .41$), $\beta_2 M$ ($P = .70/P = .98$), LDH ($P = .38/P = .95$), CRP ($P = .92/P = .97$), free light chain ratio ($P = .85/P = .70$), cytogenetic abnormalities (all $P > .05$), and history of prior monoclonal gammopathy of unknown significance ($P = .80/P = .27$) did not predict the response type or duration of response or the event-free survival, respectively.

### Adverse events and deaths

Most adverse events were manageable. The most common grade 3 or higher hematologic toxicities were neutropenia (19.4%), anemia (13.8%), and thrombocytopenia (22.2%; Table 5). These cytopenias necessitated 14% of patients to receive red blood cell transfusions and 6% to receive platelet transfusions. Because of myelosuppression, 45% of patients received erythropoietin and 17% received granulocyte colony-stimulating factor. All but 3 lenalidomide dose reductions were due to cytopenias (2 patients had a rash, and 1 had anorexia). Seventeen patients (23.6%) required at least 1 lenalidomide dose reduction. Of those 17 patients, 7 required a further dose reduction to level 2, 4 patients were reduced to level 3, and 1 patient was reduced to level 4 (Figure 3). The mean time to the first lenalidomide dose reduction was 110 days (range, 13-279 days), mean time to level 2 was 169 days (range, 27-286 days), mean time to level 3 was 246 days (range, 95-356 days), and the level 4 dose reduction occurred after 309 days of treatment. Mean time to follow-up for patients on BiRD who did not require dose reductions was 101 days. Of the 14 patients who had at least grade 3 myelosuppression and required dose reduction, 8 had a baseline creatinine clearance of 40 mL/minute or less. Kaplan-Meier survival analysis with the log-rank test showed a significant association between renal

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

                                  BLOOD, 1 FEBRUARY 2008 · VOLUME 111, NUMBER 3

**Table 5. Grade 3 and higher adverse events**

| | Grade 3, no. | Grade 4, no. | Grade 5, no. | Total, no. |
|---|---|---|---|---|
| **Hematologic adverse events** | | | | |
| Anemia | 9 | 1 | — | 10 |
| Thrombocytopenia | 5 | 11 | — | 16 |
| Neutropenia | 10 | 4 | — | 14 |
| Leukopenia | 11 | 3 | — | 14 |
| **Nonhematologic adverse events** | | | | |
| Gastrointestinal | — | — | — | |
| Dyspepsia | 1 | — | — | 1 |
| Constipation | 2 | — | — | 2 |
| Nausea | 1 | — | — | 1 |
| Decreased appetite | 2 | — | — | 2 |
| Diarrhea | 1 | — | — | 1 |
| Diverticular abscess, perforated colon, abdominal abscess | 4 | — | — | 4 |
| Dehydration | 1 | — | — | 1 |
| Metabolic | | | | |
| Hypocalcemia | 3 | — | — | 3 |
| Hyperglycemia | — | 2 | — | 2 |
| Hyponatremia | — | 1 | — | 1 |
| Constitutional | | | | |
| Insomnia | 1 | — | — | 1 |
| Generalized weakness | 2 | — | — | 2 |
| Neurologic | | | | |
| Neuromood | 3 | — | — | 3 |
| Tremor | 3 | — | — | 3 |
| Syncope | 2 | — | — | 2 |
| Steroid-induced psychosis | 1 | — | — | 1 |
| Mood swings | 2 | — | — | 2 |
| Depression | 1 | — | — | 1 |
| Vascular | | | | |
| Edema | 2 | — | — | 2 |
| Thrombosis | 6 | 1 | — | 7 |
| Pulmonary embolism | 1 | — | 1 | 2 |
| Musculoskeletal | | | | |
| Muscle spasms/cramps | 1 | — | — | 1 |
| Myopathy | 7 | 1 | — | 8 |
| Muscle weakness | 1 | — | — | 1 |
| Dermatology/skin | | | | |
| Rash | 4 | — | — | 4 |
| Basal cell carcinoma | 1 | — | — | 1 |
| Ocular/visual: blurry vision | 1 | — | — | 1 |
| Cardiac: myocardial infarction | — | 1 | — | 1 |
| Renal/genitourinary | | | | |
| Hematuria | 1 | — | — | 1 |
| Renal failure | 1 | 1 | — | 2 |
| Pulmonary/upper respiratory | | | | |
| Dyspnea | 1 | — | — | 1 |
| Pneumonia | 1 | — | — | 1 |
| Infection | | | | |
| Sepsis | 1 | — | — | 1 |
| Neutropenic fever | 1 | — | — | 1 |
| Staphylococcus infection | 1 | — | — | 1 |

The higher grade is reported as the maximum grade for each patient.

— indicates not applicable.

insufficiency and time to myelosuppression (hazard ratio, 8.4; 95% CI, 2.9-24.7; $P < .001$).[30]

All grade 3 or higher adverse events are summarized in Table 5. The most common grade 3 or higher nonhematologic adverse events were myopathy (11.1%), rash (5.6%), diverticular abscess (5.6%), hypocalcemia (4.2%), neuromood (4.2%), tremor (4.2%), and thrombosis (9.7%). TEs occurred in 9 patients (12.5%) of which 5 events (55.5%) occurred in the context of aspirin interruption or poor compliance.[28]

Dexamethasone and clarithromycin dose reductions were due to nonhematologic adverse events. Sixteen patients (34%) were dose-reduced to level 1 on dexamethasone, and 4 of these patients (9%) were further reduced to level 2. The mean time to dexamethasone dose reduction level 1 was 183 days (range, 27-290 days), and mean time to level 2 was 160 days (range, 103-222 days). Six patients (13%) were dose-reduced on clarithromycin and 2 (4%) discontinued the drug. Mean time to clarithromycin dose reduction level 1 was 178 days (range,

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

**Figure 3. Cumulative dose reduction (versus time on lenalidomide) because of toxicity in 17 of 72 patients.** Patient 13 was dose-reduced to 15 mg lenalidomide because of grade 3 gastrointestinal toxicity. Patients 7 and 10 were dose-reduced to 15 mg lenalidomide because of grade 3 skin toxicity (rash). The remaining patients were dose-reduced because of myelosuppression according to the guidelines in Table S1. G-CSF indicates granulocyte colony-stimulating factor.



53-331 days), and mean time to clarithromycin discontinuation was 300 days (range, 290-309 days).

**Maintenance, relative dose intensity, and long-term administration**

The relative dose intensity (RDI) for lenalidomide, dexamethasone, and clarithromycin is shown in Figure 4. Analysis of RDI per cycle shows that lenalidomide mean RDI was maintained above 75% throughout therapy, once patients achieved a maximum response. At least 80% of patients maintained the intended lenalidomide dose, and 75% maintained the intended dose for dexamethasone and clarithromycin.

## Discussion

The novel combination of clarithromycin, lenalidomide, and dexamethasone (BiRD) in this phase 2 trial for treatment-naive, symptomatic MM showed a 90.3% ORR, with a combined sCR and CR rate of 38.9%. The combination therapy was well tolerated; 69 of 72 patients achieved evaluable milestones, and there were only 3 early withdrawals from the study. Profound and meaningful responses were readily seen with 73.6% of patients achieving at least a VGPR. Prompt responses were documented with 70% of patients achieving at least a PR within the first cycle of therapy. Furthermore, mean time to achieve a first response was 43 days. The major grade 3 or higher toxicities were cytopenias, TEs, myopathy, rash, and diverticular abscess. This regimen did not

interfere with stem cell harvest or autologous transplantation. Furthermore, patients who were not deemed suitable for high-dose chemotherapy continued on the study therapy with modest dose reductions and similar response rates to those who underwent high-dose chemotherapy and autologous transplantation.

Rajkumar et al[26] published results of a phase 2 trial of Rev/Dex done concomitantly with BiRD. In their population of 34 evaluable patients (47% Durie-Salmon stage III, 12% ISS stage III), they observed an ORR (CR + near-CR [nCR]/VGPR + PR) of 91%, comparable to the ITT ORR (90.3%) reported here for similar-risk patients receiving BiRD (44% Durie-Salmon stage III, 18% ISS stage III). However, a comparison of the subset response data reveals intriguing differences between these 2 regimens. Rev/Dex resulted in a 6% CR rate and 32% nCR/VGPR rate, for a combined CR + nCR/VGPR rate of 38%. In contrast, CR, nCR, and VGPR rates for BiRD were 38.9%, 13.9%, and 20.8%, respectively (Table 6).[26,31] When the more stringent New Unified Response Criteria (NURC)[27] are used, the combined sCR + CR + VGPR rate exceeded 70% for the BiRD regimen. Furthermore, most BiRD-achieved CRs fulfilled the NURC for sCR (22 of 28), indicating the regimen's association with complete normalization of the bone marrow immunohistochemistry and free light chain ratio.

The incorporation of clarithromycin into the BiRD regimen allowed for a higher complete remission response (RR) and significant reduction of the dexamethasone dosage compared with Rev/Dex. When used as a single agent in advanced myeloma, clarithromycin yields mixed results.[17,32,33] Durie et al[17] reported 6 CRs and 7 PRs from 23 evaluable patients, whereas Stewart et



**Figure 4. Relative dose intensity (dose intended/dose delivered/time) of lenalidomide, clarithromycin, and dexamethasone.** Lenalidomide mean relative dose intensity was maintained above 75% throughout therapy, once patients achieved a maximum response. At least 80% of patients maintained the intended lenalidomide dose, and 75% maintained the intended dose for dexamethasone and clarithromycin.

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

**Table 6. Comparison of trials**

| Response | Rajkumar et al,[26] % (N = 34) | BiRD, % (N = 72) | Lacy et al,[31] % (N = 34) |
|---|---|---|---|
| Complete response | 6 | 38.9 | 18 |
| Near-complete response | NA | 13.9 | NA |
| Very good partial response | 32 | 20.8 | 38 |
| Partial response | 53 | 16.7 | 35 |
| Minor response | 6 | 5.6 | NA |
| No response | 3 | 0 | NA |
| Nonevaluable patients | NA | 4.2 | NA |
| Overall response | 91 | 90.3 | 91 |
| Total | 100 | 100 | — |

Rajkumar et al and Lacy et al: Durie-Salmon stage III, 47%; International Staging System stage III, 12%.

BIRD: Durie-Salmon stage III, 44%; International Staging System stage III, 18%. NA indicates not available; and —, not applicable.

al[34] found single-agent clarithromycin to have no efficacy in a phase 2 pilot study of 23 patients. However, the Stewart et al[34] study included patients with chemotherapy-insensitive disease (smoldering, plateau-phase, refractory myeloma) and only 5 treatment-naive patients. The applicability of these results to the BiRD study is therefore limited, because all BiRD patients were treatment naive, and clarithromycin was given in combination with dexamethasone. The persistence of some corticosteroid-related complications with the BiRD regimen suggests that the addition of clarithromycin to weekly dexamethasone enhances the corticosteroid effect and may therefore increase both the ORR and toxicity.[14-20]

Recently, investigators from the Eastern Cooperative Oncology Group randomly assigned patients with newly diagnosed disease to receive lenalidomide in combination with standard-intensity corticosteroids (40 mg, days 1-4, 9-12, and 17-20) versus our schedule of dexamethasone once a week (40 mg).[14,15,19,20,35,36] That study confirms that the higher doses of dexamethasone in standard Rev/Dex lead to increased adverse events, and these morbidities can be reduced significantly by limiting the dose intensity of corticosteroids. The extent to which the reduction of dexamethasone dose intensity affects RRs remains to be determined; however, it appears to improve survival.[35,36] Therefore, it remains possible that the high RRs observed with the BiRD regimen are attributable to the use of low-dose dexamethasone and the prolonged use of lenalidomide rather than to the addition of clarithromycin to the regimen.

High-dose chemotherapy in single- or tandem-treatment programs yielded a CR/VGPR rate of approximately 50% to 60%.[37] Conversely, older patients receiving oral melphalan, prednisone, and thalidomide achieve a CR of 15.5% and a VGPR ranging from 8.5% to 50%.[38,39] More than 70% of patients on BiRD who did not undergo consolidation with high-dose therapy and peripheral blood stem-cell transplantation achieved more than a 90% reduction in baseline M-protein (> VGPR). Their baseline characteristics did not differ from the overall study population; however, their older age and comorbidities led them to decline high-dose chemotherapy (data not shown). As shown by data in Figure 1, long-term therapy with lenalidomide is feasible and can contribute to the robustness of the response. Similar results have been reported by a recent update of the data by Rajkumar et al[26] and Lacy et al[31] (Table 6). The results obtained with BiRD and Rev/Dex regimens suggest that lenalidomide-based therapy can be used long term in selected patient populations, when high-dose chemotherapy is declined. The prolongation of lenalidomide-based therapy may lead to more complete responses. Given that the mean relative dose intensity was maintained above 75% throughout the treatment, most patients can receive long-term lenalidomide without the fear or risk of cumulative toxicity. Furthermore, dose reductions for maintenance programs appear

not to be justified. Maintenance programs beyond maximum response should be prospectively evaluated.

Hematologic toxicity seen in this trial was modest and well controlled with growth factor support. Myelosuppression was significantly associated with renal dysfunction because most patients who required growth factor support or dose reduction had a creatinine clearance of less than 40%.[30] The major nonhematologic adverse side effect of the BiRD therapy was myopathy, which was likely associated with lenalidomide in combination with corticosteroid use. TEs were associated with either poor compliance or interruption of aspirin prophylaxis. These results underscore the critical importance of thromboprophylaxis both during and for at least 10 days after BiRD treatment.[40-42]

The results of this study support further exploration of BiRD for induction therapy, because it produces high RRs and may increase disease-free and overall survival when used in conjunction with autologous transplantation. In addition, prolonged use of BiRD with judicious corticosteroid dose modifications may be a reasonable option for the treatment of older patients ineligible for aggressive consolidation strategies.

## Acknowledgments

We thank Drs Stanley Ostrow and Roy Berger for patient care and referral, Drs Ruthee-Lu Bayer (North Shore University Hospital, Manhasset, NY) and Adam Cohen (Memorial Sloan-Kettering Cancer Center, Long Island, NY) for providing follow-up transplantation information, and Mr Larry Lyons and Mr Udi Gelbshtein with special gratitude for data coordination assistance.

This work was supported in part by The Leukemia and Lymphoma Society SCOR grant, Hermione Foundation, and an National Cancer Institute K23 award (CA109260-01).

## Authorship

Contribution: R.N. conceived the treatment program, wrote and implemented the protocol, coordinated data and database, coordinated input from all the authors, conceived the figures, and wrote the manuscript; D.S.J. generated the database, coordinated translational efforts and marrow samples and generated figures; P.J.C. performed biostatistical analysis; J.R.F. and J.J. coordinated data and database; T.N. performed further biostatistical analysis and generated dose reduction and dose intensity analysis; S.E. provided immunohistochemistry analysis of marrow; R.N.P. provided significant input on trial design and expert patient care; F.Z., K.P., T.M., J.T., and M.W.S. provided significant contribution in patient care; A.L. contributed clinical research nursing and patient care; R.L. provided expert analysis of immunoprotein analysis; H.J.C. helped with writing the manuscript and provided expert care of patients; T.S. and J.H. provided analysis of stem-cell collection and expert patient care; J.P.L. coordinated the clinical research office; M.M. oversaw biostatistical analysis; S.C.-K. coordinated translational research and gave direction in science; S.M. contributed with cytogenetic analysis; M.C. contributed in original idea generation and treatment program concept, reviewed the manuscript, and contributed with expert patient care.

Conflict-of-interest disclosure: R.N., M.C., J.P.L., and M.W.S. have served as consultants and participate as lecturers in the speaker's bureau for Celgene. R.N. received research support and

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.

drug for the implementation of this trial. The other authors declare no competing financial interests.

Correspondence: Ruben Niesvizky, Multiple Myeloma Service, Division of Hematology and Medical Oncology, Weill-Cornell Medical College, New York Presbyterian Hospital-Cornell Medical Center, 525 East 68th Street, Payson Pavilion, 3rd Floor, New York, NY 10021; e-mail: run9001@med.cornell.edu.

## References

1. Myeloma Trialists' Collaborative Group. Combination chemotherapy versus melphalan plus prednisone as treatment for multiple myeloma: an overview of 6,633 patients from 27 randomized trials. J Clin Oncol. 1998;16:3832-3842.

2. Coleman M, Silver RT. The chemotherapy of plasma cell myeloma and related disorders. Antibiot Chemother. 1974;18:112-147.

3. Palumbo A, Bringhen S, Caravita T, et al; Italian Multiple Myeloma Network, GIMEMA. Oral melphalan and prednisone chemotherapy plus thalidomide compared with melphalan and prednisone alone in elderly patients with multiple myeloma: randomised controlled trial. Lancet. 2006;367:825-831.

4. Facon T, Mary JY, Hulin C, et al. Major superiority of melphalan − prednisone (MP) + thalidomide (THAL) over MP and autologous stem cell transplantation in the treatment of newly diagnosed elderly patients with multiple myeloma [abstract]. Blood. 2005;106. Abstract 780.

5. Kyle RA, Rajkumar SV. Multiple myeloma. N Engl J Med. 2004;351:1860-1873.

6. Niesvizky R, Siegel D, Glassman J, et al. Impact of early response to sequential high-dose chemotherapy on outcome of patients with advanced myeloma and poor prognostic features. Leuk Lymphoma. 2002;43:607-612.

7. Rajkumar SV. Multiple myeloma: the death of VAD as initial therapy [comment]. Blood. 2005;106:2-3.

8. Anagnostopoulos A, Weber D, Rankin K, Delasalle K, Alexanian R. Thalidomide and dexamethasone for resistant multiple myeloma. Br J Haematol. 2003;121:768-771.

9. Alexanian R, Dimopoulos MA, Delasalle K, Barlogie B. Primary dexamethasone treatment of multiple myeloma. Blood. 1992;80:887-890.

10. Cavo M, Zamagni E, Tosi P, et al; Bologna 2002 Study. Superiority of thalidomide and dexamethasone over vincristine-doxorubicin-dexamethasone (VAD) as primary therapy in preparation for autologous transplantation for multiple myeloma. Blood. 2005;106:35-39.

11. Rajkumar SV, Hayman S, Gertz MA, et al. Combination therapy with thalidomide plus dexamethasone for newly diagnosed myeloma. J Clin Oncol. 2002;20:4319-4323.

12. Weber D, Rankin K, Gavino M, Delasalle K, Alexanian R. Thalidomide alone or with dexamethasone for previously untreated multiple myeloma. J Clin Oncol. 2003;21:16-19.

13. Rajkumar SV, Blood E, Vesole D, Fonseca R, Greipp PR. Eastern Cooperative Oncology Group. Phase III clinical trial of thalidomide plus dexamethasone compared with dexamethasone alone in newly diagnosed multiple myeloma: a clinical trial coordinated by the Eastern Cooperative Oncology Group. J Clin Oncol. 2006;24:431-436.

14. Coleman M, Leonard J, Lyons L, et al. BLT-D (clarithromycin [Biaxin], low-dose thalidomide, and dexamethasone) for the treatment of myeloma and Waldenström's macroglobulinemia. Leuk Lymphoma. 2002;43:1777-1782.

15. Coleman M, Leonard J, Lyons L, Szelenyi H, Niesvizky R. Treatment of Waldenström's macroglobulinemia with clarithromycin, low-dose thalidomide, and dexamethasone. Semin Oncol. 2003;30:270-274.

16. Spahn JD, Fost DA, Covar R, et al. Clarithromycin potentiates glucocorticoid responsiveness in patients with asthma: results of a pilot study. Ann Allergy Asthma Immunol. 2001;87:501-505.

17. Durie BG, Villarete L, Farvard A, et al. Clarithromycin (Biaxin) as primary treatment for myeloma [abstract]. Blood. 1997;10 (suppl 1):579a.

18. Vescio RA, Sjak-Shie NN, Manyak SJ, Yang H, Berenson JR. Clarithromycin (Biaxin) adds to the efficacy and toxicity of steroid therapy in multiple myeloma [abstract]. Blood. 2001;98. Abstract 5007.

19. Niesvizky R, Pekle K, Lyons L, et al. Dexamethasone alone, or in combination with low-dose thalidomide as induction therapy for advanced multiple myeloma, and the effect of the addition of clarithromycin (Biaxin) on response rate. Interim results of a prospective, sequential, randomized trial [abstract]. Blood. 2003;102. Abstract 832.

20. Niesvizky R, Bergsagel PL, Pearse RN, et al. Clarithromycin potentiates the response to dexamethasone in chemotherapy naive multiple myeloma patients: a prospective, sequential, randomized trial [abstract]. Blood. 2002;100:389b.

21. Ohara T, Morishita T, Suzuki H, Masaoka T, Ishii H, Hibi T. Antibiotics directly induce apoptosis in B cell lymphoma cells derived from BALB/c mice. Anticancer Res. 2004;24:3723-3730.

22. Nakamura M, Kamimoto T, Yoshimori T, Mitsuya H, Hata H. Clarithromicin induces autophagy in myeloma cells [abstract]. Blood. 2006;108. Abstract 3509.

23. Bartlett JB, Dredge K, Dalgleish AG. The evolution of thalidomide and its IMiD derivatives as anticancer agents. Nat Rev Cancer. 2004;4:314-322.

24. Dimopoulos MA, Spencer A, Attal M, et al. Study of lenalidomide plus dexamethasone versus dexamethasone alone in relapsed or refractory multiple myeloma (MM): results of a phase 3 study (MM-010) [abstract]. Blood. 2005;106. Abstract 6.

25. Weber D, Wang M, Chen C, et al. Lenalidomide plus high-dose dexamethasone provides improved overall survival compared to high-dose dexamethasone alone for relapsed or refractory multiple myeloma (MM): results of 2 phase III studies (MM-009, MM-010) and subgroup analysis of patients with impaired renal function [abstract]. Blood. 2006;108. Abstract 3547.

26. Rajkumar SV, Hayman SR, Lacy MQ, et al. Combination therapy with lenalidomide plus dexamethasone (Rev/Dex) for newly diagnosed myeloma. Blood. 2005;106:4050-4053.

27. Durie BG, Harousseau JL, Miguel JS, et al International Myeloma Working Group. International uniform response criteria for multiple myeloma. Leukemia. 2006;20:1467-1473.

28. Bladé J, Samson D, Reece D, et al. Criteria for evaluating disease response and progression in patients with multiple myeloma treated by high-dose therapy and haemopoietic stem cell transplantation. Myeloma Subcommittee of the EBMT. European Group for Blood and Marrow Transplant. Br J Haematol. 1998;102:1115-1123.

29. Simon R. Optimal two-stage designs for phase II clinical trials. Control Clin Trials. 1989;10:1-10.

30. Niesvizky R, Naib T, Christos PJ, et al. Lenalidomide-induced myelosuppression is associated with renal dysfunction: adverse events evaluation of treatment naïve patients undergoing front-line lenalidomide and dexamethasone therapy. Br J Haematol. 2007;138:640-643.

31. Lacy M, Gertz M, Dispenzieri A, et al. Long term results of response to therapy, time to progression and survival with lenalidomide plus dexa-

methasone in newly diagnosed myeloma. Mayo Clinic Proc. 2007;82:1179-1184.

32. Moreau P, Huynh A, Facon T, et al. Lack of efficacy of clarithromycin in advanced multiple myeloma. Intergroupe Français du Myélome (IFM). Leukemia. 1999;13:490-491.

33. Musto P, Falcone A, Sanpaolo G, Bodenizza C, Carotenuto M, Carella AM. Inefficacy of clarithromycin in advanced multiple myeloma: a definitive study. Haematologica. 2002;87:658-659.

34. Stewart AK, Trudel S, Al-Berouti BM, Sutton DM, Meharchand J. Lack of response to short-term use of clarithromycin (BIAXIN) in multiple myeloma. Blood. 1999;93:4441.

35. Rajkumar SV, Jacobus S, Callander N, et al. A randomized trial of lenalidomide plus high-dose dexamethasone (RD) versus lenalidomide plus low-dose dexamethasone (Rd) in newly diagnosed multiple myeloma (E4A03): a trial coordinated by the Eastern Cooperative Oncology Group [abstract]. Blood. 2007;110. Abstract 74.

36. Low-dose steroid combined with lenalidomide prolongs survival compared with high-dose steroid for multiple myeloma treatment [press release]. Bethesda, MD: NCI; April 4, 2007. Available: http://www.cancer.gov/newscenter/pressreleases/MultipleMyelomaDexamethasone. Accessed September 4, 2007.

37. Attal M, Harousseau JL, Facon T, et al; Inter-Groupe Francophone du Myélome. Single versus double autologous stem-cell transplantation for multiple myeloma. N Engl J Med. 2003;349:2495-2502.

38. Palumbo A, Bringhens S, Caravita T, et al; Italian Multiple Myeloma Network, GIMEMA. Oral melphalan and prednisone chemotherapy plus thalidomide compared with melphalan and prednisone alone in elderly patients with multiple myeloma: randomised controlled trial. Lancet. 2006;367:825-831.

39. Facon T, Mary J, Harousseau J, et al; Inter-Groupe Francophone du Myélome. Superiority of melphalan-prednisone (MP) + thalidomide (THAL) over MP and autologous stem cell transplantation in the treatment of newly diagnosed elderly patients with multiple myeloma [abstract]. J Clin Oncol. 2006;24(18 suppl):1.

40. Niesvizky R, Martinez-Banos DM, DeSancho TM, et al. Prophylactic low-dose aspirin is effective antithrombotic therapy for combination treatments of thalidomide or lenalidomide based therapy. Leuk Lymphoma. 2007;48:2330-2337.

41. Zangari M, Barlogie B, Anaissie E, et al. Deep vein thrombosis in patients with multiple myeloma treated with thalidomide and chemotherapy: effects of prophylactic and therapeutic anticoagulation. Br J Haematol. 2004;126:715-721.

42. Minnema MC, Breitkreutz I, Auwerda JJ, et al. Prevention of venous thromboembolism with low molecular-weight heparin in patients with multiple myeloma treated with thalidomide and chemotherapy [letter]. Leukemia. 2004;18:2044-2046.

43. Niesvizky R, Pekle K, Gelbshtein U, et al. BiRD (Biaxin®/Revlimid®/dexamethasone) combination therapy (Rx) results in high complete remissions (CR) and overall responses in myeloma (MM) with poor prognostic features. Blood. 2005;106. Abstract 642.

44. Niesvizky R, Jayabalan DS, Furst JR, et al. Clarithromycin, lenalidomide and dexamethasone combination therapy as primary treatment of multiple myeloma. J Clin Oncol. 2006;24(18 Suppl):7545.

From www.bloodjournal.org by guest on December 12, 2015. For personal use only.



2008 111: 1101-1109
doi:10.1182/blood-2007-05-090258 originally published online November 7, 2007

# BiRD (Biaxin [clarithromycin]/Revlimid [lenalidomide]/dexamethasone) combination therapy results in high complete- and overall-response rates in treatment-naive symptomatic multiple myeloma.

Ruben Niesvizky, David S. Jayabalan, Paul J. Christos, Jessica R. Furst, Tara Naib, Scott Ely, Jessica Jalbrzikowski, Roger N. Pearse, Faiza Zafar, Karen Pekle, April LaRow, Richard Lent, Tomer Mark, Hearn J. Cho, Tsiporah Shore, Jeffrey Tepler, John Harpel, Michael W. Schuster, Susan Mathew, John P. Leonard, Madhu Mazumdar, Selina Chen-Kiang and Morton Coleman

Updated information and services can be found at:
**http://www.bloodjournal.org/content/111/3/1101.full.html**

Articles on similar topics can be found in the following Blood collections
Clinical Trials and Observations (4224 articles)
Free Research Articles (3493 articles)

Information about reproducing this article in parts or in its entirety may be found online at:
**http://www.bloodjournal.org/site/misc/rights.xhtml#repub_requests**

Information about ordering reprints may be found online at:
**http://www.bloodjournal.org/site/misc/rights.xhtml#reprints**

Information about subscriptions and ASH membership may be found online at:
**http://www.bloodjournal.org/site/subscriptions/index.xhtml**

Blood (print ISSN 0006-4971, online ISSN 1528-0020), is published weekly by the American Society of Hematology, 2021 L St, NW, Suite 900, Washington DC 20036.
Copyright 2011 by The American Society of Hematology; all rights reserved.

# EXHIBIT "19"

# Maintenance Therapy for B-Chronic Lymphocytic Leukemia

Susan O'Brien, MD, and Neil E. Kay, MD

Dr. O'Brien is a Professor in the Department of Leukemia at The University of Texas M.D. Anderson Cancer Center in Houston, Texas. Dr. Kay is a Professor of Medicine in the Division of Hematology, Department of Medicine, Mayo Clinic College of Medicine in Rochester, Minnesota.

Address correspondence to:
Susan O'Brien, MD
Division of Hematology
The University of Texas M.D. Anderson Cancer Center
1515 Holcombe Blvd
Houston, TX 77030
E-mail: sobrien@mdanderson.org
Phone: 713-792-7543
Fax: 713-794-4297

**Abstract:** Although modern treatment options for B-chronic lymphocytic leukemia (CLL) produce high response rates, virtually all patients relapse, presumably due to the persistence of minimal residual disease (MRD). Novel approaches that maintain response and therefore delay growth of MRD may ultimately improve survival outcomes. In CLL, any type of continued therapy must be not only well tolerated but also convenient to ensure compliance. There has been some exploration of rituximab as maintenance therapy in CLL; however, given its limited clinical activity as a single agent, other options need to be studied. One such agent is the immunomodulatory drug lenalidomide, which has demonstrated clinical activity both in patients with relapsed or refractory CLL and in the frontline setting. Other attractive agents being explored in the maintenance setting include epigallocatechin gallate, curcumin, and the citrus pectin-derived galectin-3 inhibitor GCS-100. These naturally occurring compounds are well tolerated, and they inhibit survival signals in the microenvironment necessary for tumor development, making them well suited for evaluation as maintenance therapy for CLL.

## Introduction

Chronic lymphocytic leukemia (CLL) is the most common form of leukemia in the United States, affecting over 15,000 people and causing more than 4,000 deaths each year.[1] Although purine nucleoside-based chemotherapy regimens produce high overall response rates (ORRs),[2-5] virtually all patients will eventually relapse, presumably due to the persistence of residual leukemia cells. Initial phase II studies of triple-drug regimens that combined rituximab (Rituxan, Genentech) with chemotherapy, consisting of purine analogues and alkylating agents, significantly improved ORRs and progression-free survival (PFS) relative to historical controls in both the frontline setting[6] and in patients with relapsed/refractory disease.[5,7,8] These results were recently validated with data from 2 phase III studies. The REACH (Rituximab in the Study of Relapsed Chronic Leukemia) study showed that fludarabine, cyclophosphamide, and

Keywords
Chronic lymphocytic leukemia, maintenance therapy, immunomodulatory drugs, lenalidomide

rituximab (FCR) significantly improved ORRs, including complete response (CR) rates, and PFS relative to chemotherapy alone (fludarabine and cyclophosphamide [FC]) in 522 relapsed patients.[9] Patients receiving FCR attained a 10-month benefit in PFS compared with patients who received FC (30.6 vs 20.6 months; $P$<.01). In the first-line setting, definitive results on the clinical activity of FCR were presented by the German CLL Study Group.[10] At a median observation time of 37.7 months, the CR rate in the FCR arm was more than double that achieved by patients treated with FC (44.1% vs 21.8%), which appeared to ultimately translate into not only a PFS benefit but also a significant improvement in overall survival (OS; 84.1% in FCR arm vs 79.0% in FC arm; $P$=.01). However, even in this relatively younger patient population (median age, 61 years), more than 76% of patients in the FCR arm developed a grade 3/4 adverse event (62.9% in the FC arm). Also noteworthy is that infection rates were comparable between treatment arms (21.5% and 25.5% in the FC and FCR arms, respectively). Given that the median age of a typical CLL patient is 71 years, these safety results suggest that not every patient with CLL may be a candidate for fludarabine-based combination therapy, and that alternate, less-intensive strategies may need to be considered for older patients who are infirm or have comorbidities.

Despite the significant clinical activity of FCR, many patients will still relapse, and it is yet to be determined whether use of such aggressive first-line therapies changes the natural disease course of these patients.[11] A 6-year follow-up of approximately 300 patients who received first-line therapy with FCR in a study at M.D. Anderson Cancer Center showed an actuarial 6-year failure-free survival rate of 51%.[6] Further analysis of 114 patients in first relapse after FCR revealed that patients with PFS of less than 36 months had significantly worse outcomes with subsequent therapies versus patients with a 36-month or longer response to first-line therapy. Many relapsed patients exhibited characteristics associated with poor prognostic risk: 16% of patients had del(17p) and 24% had del(11q) cytogenetic mutations, 65% had unmutated immunoglobulin variable region heavy chain (IgVH) status, and 67% were ZAP-70 positive.[11] It is clear that patients who relapse are likely to relapse again, and that there is a need for safe and effective strategies that prolong response durations and delay both clinical relapse and disease progression in patients with CLL.

For patients who either do not qualify for first-line treatment with FCR or who are more likely to relapse, one potential strategy to improve survival outcomes is to improve response durability. This approach has been used with some success in the treatment of other B-cell malignancies. Similarly, in CLL, maintenance therapy has the potential to control the proliferative activity of residual leukemic cells and suppress their potential to reemerge, and to prevent clinical relapse. Perhaps, more importantly, therapy with the ability to modulate the host cell microenvironment or the immune response to CLL cells has the potential to create sustained conditions that prevent or potentially suppress the expansion of the leukemic cell clone. This change in the tumor cell microenvironment may translate into a prevention of relapse and prolongation of a patient's response, irrespective of the initial level of response, and ultimately the attainment of a survival benefit.

## Drug Candidates for Maintenance Therapy in CLL

Maintenance therapy should be effective, have an acceptable safety profile, and be easy to administer to minimize the burden on the patient and on healthcare resources. Although purine analogue-based combinations are currently the most active treatments available, long-term use of these agents is associated with hematologic toxicity and increased risk of infectious complications, which precludes their use in the maintenance setting. Several studies have evaluated the effects of various types of immunotherapy as maintenance therapy or as part of other postinduction treatment strategies. These included interferon-alpha[12,13] and rituximab.[14,15] Alemtuzumab (Campath, Genzyme) has been studied in the consolidation setting, where it demonstrated a significant improvement in PFS,[16,17] but also resulted in a significant incidence of infectious complications.

These relatively small studies of postinduction approaches in CLL have failed to show a consistent improvement in response duration or OS without a significant increase in toxicity. Another drawback associated with many of the available agents in the maintenance setting is that they require intravenous or subcutaneous administration, which reduces the ease of administration and, especially in the context of long-term treatment, may have a negative effect on patient adherence to treatment.

### Rituximab

The monoclonal antibody rituximab is directed against the cell surface protein CD20. Addition of rituximab to chemotherapy regimens has yielded significant improvements in survival outcomes in patients with diffuse large B-cell lymphoma (DLBCL) and in patients with follicular lymphoma (FL). Rituximab maintenance has shown no benefit after rituximab-containing induction therapies for patients with DLBCL. In 2 trials in patients with low-grade lymphoma, rituximab maintenance was shown to increase both PFS and OS.[18,19] However, rituximab was

not part of the initial regimen, and the recently presented PRIMA (Primary Rituximab and Maintenance) trial addressed the value of rituximab maintenance in patients receiving rituximab plus chemotherapy. Results from this trial demonstrated that maintenance therapy has the potential to improve PFS for patients with indolent lymphoma. The 2-year PFS rate was 82% with rituximab maintenance compared to 66% with observation (*P*<.001).[20] With limited follow-up, no difference in OS has yet been shown.

Clinical activity in indolent non-Hodgkin lymphoma (NHL) prompted an exploration of rituximab maintenance in patients with CLL. In a study led by Hainsworth and colleagues,[14] 44 previously untreated patients received rituximab as both first-line and maintenance treatment, consisting of 4-week rituximab courses at 6-month intervals, for a total of 4 courses. The ORR was 58%, and 9% of patients achieved a CR. At a median follow-up of 20 months, median PFS was 18.6 months.[14] This median PFS was also significantly shorter than the 36–40-month PFS achieved with rituximab maintenance in FL. These data suggest that outcomes after maintenance therapy may be partially dictated by the quality of response achieved with induction therapy.

An analysis of whether maintenance therapy can improve response duration achieved with induction chemotherapy was recently reported by Del Poeta and coworkers.[15] Responders to induction therapy with fludarabine followed by 4 weekly doses of rituximab (375 mg/m²) were included (N=54). Those who remained minimal residual disease (MRD)-positive (n=38) were consolidated with 4 monthly cycles of rituximab followed by a maintenance regimen of 12 monthly doses of rituximab administered at a lower dose (150 mg/m²). The group that had received postinduction therapy with rituximab achieved a significantly longer response duration compared to those who received no postinduction treatment (n=16; 75% vs 9% at 4 years; *P*<.00001). OS was also significantly shorter among patients who were MRD-positive but received no additional therapy after induction (0% vs 79% at 15 years; *P*=.0007). Although these data suggest a benefit to maintaining a good response through postinduction therapeutic approaches, such as consolidation and maintenance, it is important to note that the 2 treatment arms analyzed in this study were not balanced in terms of patient numbers or patient characteristics, and the study was not randomized. Therefore, it is difficult to draw a definitive conclusion regarding the benefit of rituximab maintenance based on the data reported.

### Thalidomide

Thalidomide (Thalomid, Celgene) and the structurally related compound lenalidomide (Revlimid, Celgene)

belong to the immunomodulatory class of agents; they are immunomodulatory drugs that are active in CLL, and have the added advantage of oral administration. As reviewed in Chanan-Khan and Cheson,[21] thalidomide and lenalidomide each have unique effects on the host microenvironment and immune response that may sustain a clinical response in patients with CLL. However, clinical trials evaluating thalidomide in patients with CLL have produced mixed results.[22-25] The combination of thalidomide and fludarabine yielded an ORR of 100% and a CR rate of 55% in a phase I dose-escalating study involving 13 previously untreated patients.[22] The most common adverse events were fatigue, constipation, peripheral neuropathy, and tumor flare reaction (TFR). Another early report indicated that thalidomide was active in patients with relapsed/refractory disease when given alone or in combination with fludarabine.[23] However, in a subsequent report, 4 of 5 heavily pretreated patients receiving the combination of thalidomide, fludarabine, and cyclophosphamide discontinued treatment due to disease progression; the fifth patient stopped due to neuropathy.[24] The largest trial reported to date to evaluate thalidomide in patients with CLL was coordinated by the North Central Cancer Treatment Group.[25] This study, which evaluated thalidomide monotherapy in patients with relapsed/refractory disease, was closed early due to slow accrual. Among the 28 evaluable patients, the ORR was 11%. Of note is that 22 of 28 patients (79%) experienced a significant drop in their absolute lymphocyte counts (ALC), suggesting some level of clinical activity. The most common adverse events were fatigue, myelosuppression, and TFRs. Given the relatively modest activity of thalidomide in CLL and its toxicity profile, particularly with regard to cumulative peripheral neuropathy, thalidomide is not an ideal candidate for evaluation as maintenance therapy.

### Lenalidomide

Lenalidomide is an immunomodulatory agent that was primarily selected based on its more potent immunomodulatory activity relative to its parent compound thalidomide. Recent laboratory studies demonstrate that the mechanism of action of lenalidomide in CLL involves the enhancement of immune-cell function and proliferation, including that of T cells and natural killer (NK) cells,[21,26-30] and enhancement of antibody-dependent cell-mediated cytotoxicity.[31] Lenalidomide-mediated restoration of immune function is further supported by upregulation in the expression of costimulatory molecules, such as CD80 and CD86, which are involved in improving immune recognition of CLL cells and enhancing immune synapse formation between CLL B cells and T cells or natural killer NK cells.[29,30]

The activity of lenalidomide in CLL was initially observed in 2 phase II studies conducted in patients with relapsed/refractory CLL. In the first study, 45 patients received lenalidomide administered at 25 mg/day on days 1–21 of a 28-day cycle, a dose and schedule picked based on its approved indication in relapsed multiple myeloma (MM). The initial ORR was 47%, and 9% of patients achieved a CR.[32] With further follow-up, the ORR increased to 53% and the CR rate increased to 18%, suggesting that continued therapy may be required to attain maximum benefit and that optimum responses may take longer to achieve with lenalidomide than with traditional chemotherapy.[33,34] With the 25 mg/day dose, 2 patients developed tumor lysis syndrome (TLS), requiring hospitalization; grade 3/4 neutropenia and thrombocytopenia were seen in 76% and 51% of patients, respectively, and severe fatigue and TFR occurred in 10% and 8% of patients, respectively. In an effort to improve tolerability, the second study evaluated lenalidomide at a lower dose (10 mg/day), administered in a continuous schedule to 44 heavily pretreated patients.[35] The ORR was 32%, including a 7% CR rate. With the 10 mg dose, no patient developed TLS; adverse events remained primarily myelosuppression, fatigue, and TFRs.

Several studies have explored lenalidomide in the frontline setting. In the first of these, lenalidomide was initiated at a dose of 10 mg daily on days 1–21 of a 28-day cycle, with the aim of escalating the dose in 5-mg increments weekly to the target dose of 25 mg daily.[36] When 2 initial patients developed TLS, the protocol was amended to reduce both the starting and target doses to 2.5 mg and 10 mg, respectively. With the amended protocol, no further cases of TLS were observed. For 25 patients accrued to the amended study, the ORR was 56%, and at a median follow-up of 13.7 months, the median response duration was 13 months.[36] Interestingly, rebound lymphocytosis was observed during cycle days 22–28 (off therapy), which suggested that continuous dosing may be required to maintain consistent therapeutic pressure, particularly if lenalidomide is administered at low doses.

Another phase II study explored the clinical utility of lenalidomide in 60 patients older than 65 years of age with previously untreated CLL.[37] Lenalidomide was initiated at 5 mg daily for the first 56 days, after which the dose could be increased in 5-mg increments every 28 days up to a maximum of 25 mg daily. For 54 patients who completed 15 cycles of therapy, the ORR was 57%, which included a 6% CR rate, a 7% nodular partial response (nPR) rate, and a 44% partial response (PR) rate. Responses to therapy were slower than with traditional chemotherapy; the majority of CRs and nPRs were achieved between treatment cycles 9 and 15. At a median follow-up of 19 months, the median time to treatment failure had not been reached.[37] Correlative analyses were conducted to monitor changes in the lymphocyte population. Lenalidomide increased the percentage of CD4+ and CD8+ lymphocytes as well as the number of T lymphocytes in the bone marrow. Although there was a reduction in ALC, the population of normal CD19+ B cells did not change significantly, suggesting that the lymphocyte decline mostly occurred in the leukemic CD19+/CD5+ cell population. Additionally, after 15 cycles of therapy, a significant increase (from 724 mg/dL at baseline to 941 mg/dL; $P<.001$) in median serum immunoglobulin (Ig) levels was observed.[37] Eight of 16 patients with hypogammaglobulinemia at baseline had normalized their IgG levels after 15 cycles of lenalidomide.[37]

Clinical data are not yet available on the use of lenalidomide in the maintenance setting for patients with CLL. However, experience with lenalidomide in other hematologic malignancies suggests that lenalidomide may be particularly well suited for long-term use. In patients with relapsed/refractory MM treated with lenalidomide-based therapy, prolonged treatment has been associated with improved treatment outcomes. Based on an analysis of pooled data from 2 large phase III trials, prolonged treatment with lenalidomide plus dexamethasone (>10 months) after achievement of best response was associated with significantly longer median time to progression and OS.[38] Furthermore, survival outcomes were inferior in patients who achieved a clinical response but subsequently discontinued treatment due to adverse events. In a study by Dimopoulos and associates,[39] a lower maintenance dose of lenalidomide after 12 months of full-dose therapy for relapsed/refractory patients improved long-term patient tolerability and extended the treatment duration, thereby improving long-term outcomes.

The known effects of lenalidomide on the host microenvironment and immune effector cells in conjunction with its demonstrated clinical activity in patients with CLL suggest that this agent may be a good candidate for maintenance therapy. Clinical studies evaluating lenalidomide in this setting are currently under way. In an actively accruing, multinational, randomized, placebo-controlled study known as the CONTINUUM (A Study to Evaluate the Efficacy and Safety of Lenalidomide as Maintenance Therapy for Patients With B-Cell CLL Following Second Line Therapy; CLL-002; NCT00774345) trial, patients with CLL who achieved PR or better to second-line therapy are randomized to receive either placebo or maintenance with lenalidomide initiated at a dose of 2.5 mg/day on days 1–28 of a 28-day cycle, escalated to 5 mg/day on days 1–28 of the second cycle if the 2.5 mg/day dose level is well tolerated (Figure 1). The primary endpoints are OS and PFS.



**Figure 1.** Design of the CONTINUUM trial (NCT00774345).

B-CLL=B-cell chronic lymphocytic leukemia; ECOG PS=Eastern Cooperative Oncology Group performance status; MRD=minimal residual disease; po=orally; qd=daily.

**Table 1.** Pharmacologic Targets of Naturally Occurring Compounds

| Natural Compound | Mechanism of Action | Food Source Example |
|---|---|---|
| Epigallocatechin-3-gallate | Tumor evasion Tumor metastasis Angiogenesis Growth factor signalling | Green tea |
| Curcumin, resveratrol | Inflammatory enzymes (eg, cyclooxygenase-2) Transcription factor activity (eg, nuclear factor-κB, activator protein-1) | Turmeric, grapes |
| GCS-100 | Tumor proliferation Tumor metastasis Angiogenesis | Citrus fruits |
| Delphinidin, ellagic acid | Growth factor receptor-mediated signal transduction | Pigmented fruits and vegetables |
| Diallyl disulfide | Multidrug resistance | Garlic |
| Genistein | Estrogenic actions Angiogenesis Tumor proliferation | Soy |
| Indole-3-carbinol | Metabolic activation of carcinogens via phase I enzymes | Cabbage |
| Phenethyl isothiocyanate | Tumor-cell apoptosis | Cabbage, watercress |
| Lentinan | Immune-system function | Shiitake mushrooms |
| Sulforaphane | Detoxification via phase II enzymes | Broccoli |

Adapted from Béliveau and Gingras. *Can Fam Physician.* 2007;53:1905-1911.

## Naturally Occurring Compounds as Candidates for Maintenance Therapy

Other novel compounds may be particularly well suited for evaluation as long-term maintenance therapy in patients with CLL based on their excellent tolerability profiles and promise of clinical activity in CLL. Like lenalidomide, these novel compounds appear to have pleiotropic and biologic effects on CLL cells and their microenvironment. By virtue of being naturally occurring, these compounds may have diminished toxicity profiles relative to currently

established therapies, which make them good candidates for further study in the long-term maintenance setting. Although they are still in early clinical development, a number of naturally occurring compounds have shown promising results as therapeutic agents (Table 1).[40]

Delphinidin is an anthocyanin that has been recently investigated in colon,[41] breast,[42] and hepatocellular cancer models.[43] Ellagic acid is the main polyphenol found in pomegranates and it inhibits prostate cancer cell proliferation.[44] As reviewed by Powolny and colleagues, diallyl disulfide is derived from allium vegetables and exerts anti-

**Figure 2.** The chemical structures of epigallocatechin-3-gallate (EGCG) and flavopiridol.

malignant effects through various mechanisms.[45] Indole-3-carbinol appears to exert chemosensitization effects on a number of different human cancers.[46] Sulforaphane exhibits antiapoptotic properties in cervical, colon, and breast cancer cells.[47-49] The resveratrol monograph describes resveratrol as a polyphenol molecule derived from grapes, which has been investigated in various cancer models.[50] In an in vitro model of CLL, resveratrol showed antiproliferative and apoptotic effects on leukemic B cells.[51] Finally, lentinan is a beta-glucan polysaccharide that exerts immune-stimulating and anticarcinogenic effects[52]; specifically in CLL patients, lentinan caused a dose-dependent increase in NK and in antibody-dependent cellular cytotoxicity activity.[53]

The natural compounds that have been investigated for the treatment of CLL are discussed in detail below. These include the green tea component epigallocatechin-3-gallate (EGCG); the natural compound curcumin, which is found in the spice turmeric; phenethyl isothiocyanate (PEITC), which is found in cruciferous vegetables (eg, cabbage and watercress); and the galectin-3 inhibitor GCS-100.

### EGCG

EGCG is a polyphenolic compound found in green tea. Its structure is similar to flavopiridol (Figure 2), a cyclin-dependent kinase inhibitor, which has both proapoptotic and antiangiogenic effects, and is under clinical development for the treatment of CLL.[54,55] In an in vitro study by Higashi and coauthors,[56] EGCG was shown to suppress activation of a member of the Rho family of small G proteins (ie, Rho in the human hepatic stellate cell line TWNT-4). Given that Rho has been shown to promote cell survival by regulating the Akt pathway,[57] and that EGCG has been reported to inhibit Akt phosphorylation in platelet-derived growth factor–treated hepatic stellate cells,[58] the naturally occurring compound EGCG is a

promising potential therapeutic agent for maintenance therapy. Additionally, this compound has been reported to inhibit Hep G2 cell proliferation and induce apoptosis through p53-dependent and Fas-mediated pathways.[59] These data suggest that one mechanism of action of EGCG is the induction of apoptosis via p53-dependent and Fas-mediated pathways, or through inhibition of the Akt pathways.

In B-CLL cells, EGCG also induces apoptosis in vitro by partially inhibiting vascular endothelial cell growth factor (VEGF) receptor phosphorylation, thereby suppressing VEGF-dependent angiogenesis.[60,61] Additionally, in an in vitro study, EGCG seemed to decrease viability of CLL cells when combined with alkylating agents, purine nucleoside analogues, or the combination of both.[62] Primarily based on these laboratory observations and, to a lesser extent, anecdotal evidence that over-the-counter green tea extracts can yield responses in patients with CLL,[63] a phase I/II study of EGCG (also designated Polyphenon E) was conducted in 33 patients with asymptomatic early-stage CLL.[64] Eight dose levels were evaluated, ranging from 400–2,000 mg twice daily. Most adverse events were grade 1 and 2 in severity, and included nausea, abdominal pain, dyspepsia, and transaminitis. Grade 3 abdominal pain and diarrhea occurred in only 2 patients. Clinical activity was observed, particularly at the higher dose levels studied (1,200–2,000 mg twice daily). Although only 1 patient responded according to the National Cancer Institute Working Group criteria, signs of clinical activity were evident in 11 patients (33%), with a sustained 20% or greater reduction in ALC, and in 11 of 12 patients (92%), showing 50% or greater reduction in palpable nodes.[64] Based on data from pill diaries, it is important to note that median overall compliance was 99%. In the recently completed phase II portion of this study, early-stage CLL patients (n=42) were treated with 2,000 mg of EGCG twice daily for 6 months to

further evaluate response rate and response duration.[65] These patients received a median of 6 cycles (range, 1–6 cycles). Thirty-one patients have completed the study, and 11 patients are still on treatment. Grade 1 and 2 adverse events included transaminitis (43%), abdominal pain (28%), and nausea (57%). Only 2 of 48 (4.8%) patients experienced grade 3 toxicities, which included transaminitis (2%), abdominal pain (2%), and fatigue (2%). A sustained 20% or higher reduction in ALC was observed in 31% of patients, and 66% of patients with palpable adenopathy experienced a 50% or greater reduction in the sum of the products of all nodal areas during treatment. In total, 67% of patients attained either a sustained 20% or greater decline in ALC and/or a 50% or greater reduction in the sum of the products of all nodal areas at some point during the 6 months of active treatment, suggesting that green tea extracts may have potential as disease-stabilizing agents in patients with early-stage CLL.[65]

### Curcumin

Curcumin is a naturally occurring compound that is one of the active ingredients in turmeric, which is a member of the ginger family. It has been used for centuries as a remedy for several disorders, including aches, pains, wounds, sprains, and liver disorders, and has more recently been studied extensively for its antitumor, anti-inflammatory, and antioxidative properties.[66] In primary CLL cells, curcumin has been shown to induce apoptosis through inhibition of prosurvival molecules, including signal transducer STAT3, Akt, and nuclear factor-$\kappa$B (NF-$\kappa$B), as well as the antiapoptotic protein myeloid cell leukemia-1 (Mcl-1).[60,66-68] Curcumin also induces caspase-mediated apoptosis, as evidenced by poly (ADP-ribose) polymerase (PARP) cleavage in primary B-CLL cells.[60] Notably, when given sequentially with EGCG, curcumin appears to overcome stromal cell-mediated drug resistance in CLL cells.[60] Thus, antagonism towards cell growth was observed when samples from patients with CLL were treated first with EGCG and then with curcumin. Sequential use of these agents led to a substantial increase in CLL B-cell death, and was shown to overcome stromal protection.[67] Clinical trials with curcumin and EGCG as individual agents, or in combination with standard chemotherapy, are already under way in a number of therapeutic areas. For example, single-agent curcumin is being investigated in advanced pancreatic cancer (NCT00094445), and the combination of curcumin and chemotherapy is currently under investigation in colorectal cancer (NCT00973869). Single-agent EGCG is under investigation in both breast cancer (NCT00917735) and prostate cancer (CT00459407).

### PEITC

PEITC is an isothiocyanate found in cabbage, watercress, and other common cruciferous vegetables. This compound has been shown to inhibit carcinogenesis and tumorigenesis, and as such may be useful as a chemopreventive agent. PEITC was shown to effectively disable the glutathione antioxidant system and preferentially kill ovarian cancer cells with increased reactive oxygen species (ROS) generation.[69]

Compared to normal B cells, B-CLL cells display a substantial increase in ROS, which is associated with oxidative DNA damage and mitochondrial DNA mutations.[70-73]

A recent study by Trachootham and colleagues[74] investigated whether the biologic difference in ROS levels between normal B cells and fludarabine-refractory B-CLL cells could be exploited using the redox-modulating agent PEITC as a therapeutic agent. This study showed that PEITC treatment induced severe glutathione depletion, ROS accumulation, and oxidation of mitochondrial cardiolipin, leading to massive cell death in fludarabine-refractory B-CLL cells in vitro. Additionally, increased ROS accumulation resulted in the rapid degradation of antiapoptotic proteins due to oxidative stress. These results warrant further clinical evaluation of the therapeutic potential of PEITC in refractory B-CLL.

### Genistein

Genistein is a known isoflavone that is found in a number of plants, such as fava beans, kudzu, and soy. It functions as an antioxidant and has been shown to interact with animal and human estrogen receptors. Additional mechanisms of action of genistein and other isoflavones may include antiangiogenic effects, antiproliferative effects (ie, blocking of growth factors), and direct proapoptotic effects. However, genistein primarily functions as a tyrosine kinase inhibitor, which is implicated in many cell growth and proliferation cascades.

In a study by Uckun and associates,[75] administration of genistein as an immunoconjugate with anti-CD19 was well tolerated and even showed some efficacy in patients with therapy-refractory B-lineage acute lymphoblastic leukemia. More recently, the sensitivity of ex vivo B-CLL cells to fludarabine in the presence of genistein was assessed.[76] This study showed a significant increase in B-CLL apoptosis ex vivo with the combination of genistein and fludarabine relative to fludarabine alone. Moreover, a positive correlation was found between apoptosis and the signal transduction molecule ZAP-70, which is expressed in a subset of CLL patients. In this respect, genistein was shown to inhibit ZAP-70 tyrosine kinase activity, resulting in enhanced cell death.[76]

### GCS-100

GCS-100 is a modified citrus pectin (MCP) that binds to and inhibits galectin-3, whose presence is associated with poor prognosis and evasion of apoptosis in MM cells.[77]

Exposure to MCPs has been shown to inhibit cancer cell growth, angiogenesis, and metastasis in vivo, presumably via its effects on galectin-3 function.[78] GCS-100 has been shown to induce apoptosis in myeloma cells.[77] In patients with solid tumors, treatment with GCS-100 at a dose of 30–200 mg/m[2] was extremely well tolerated: treatment-related adverse events included rash, nausea, and fatigue.[79] Similar results were seen in a phase II trial of 24 elderly patients (median age, 67 years) with relapsed CLL who received GCS-100 at a dose of 160 mg/m[2] intravenously for 5 days of a 21-day cycle.[80] In a preliminary efficacy assessment, 6 patients (25%) achieved a PR and 12 (50%) had stable disease; 3 patients had more than 50% shrinkage of lymph node lesions. Nine patients discontinued therapy, 6 due to progressive disease. Although GCS-100 appears to have a good tolerability profile, the parenteral administration may not be as convenient over protracted courses of therapy.

## Summary

Maintenance therapy has the potential to improve treatment outcomes in CLL through multiple mechanisms; a particularly attractive one is sustaining a microenvironment that discourages tumor regrowth or expansion in patients who respond to initial therapy. Standard chemotherapy agents like fludarabine and chlorambucil, and now more recently approved agents, such as bendamustine (Treanda, Cephalon), are highly active in CLL, but their toxicity profiles preclude long-term use as maintenance therapy. Rituximab and other monoclonal antibodies may be effective in delaying disease progression, but these agents require frequent parenteral administration, which will hinder long-term compliance. The orally administered immunomodulatory drug lenalidomide has demonstrated activity in patients with CLL and has an acceptable toxicity profile that does not appear to worsen as the number of treatment cycles increases. Lenalidomide has multiple effects on the tumor microenvironment and immune response, which may help sustain a growth-inhibiting environment. In total, these observations suggest that lenalidomide is well-suited for evaluation as maintenance therapy in CLL. Data from ongoing phase II studies and the phase III CONTINUUM trial will provide further insight into the potential role of lenalidomide as maintenance therapy in CLL. Lastly, naturally occurring compounds currently under investigation for CLL have clinical activity and good tolerability profiles. Natural agents such as EGCG, curcumin, and GCS-100 have also demonstrated promising preclinical activity in CLL. In conclusion, these naturally occurring compounds and immunomodulatory drugs such as lenalidomide are a novel and promising approach to maintain a clinical response by delaying relapse via modulation of the tumor microenvironment. In combination with their favorable safety profile, these agents may be well suited as maintenance therapy for patients with CLL.

### Acknowledgment

*The authors are fully responsible for all content and editorial decisions and received no form of compensation related to the development of this article. The authors received copyediting and formatting support from Excerpta Medica, which was funded by the Celgene Corporation.*

## References

1. Jemal A, Siegel R, Ward E, et al. Cancer statistics, 2009. *CA Cancer J Clin*. 2009;59:225-249.

2. Rai KR, Peterson BL, Appelbaum FR, et al. Fludarabine compared with chlorambucil as primary therapy for chronic lymphocytic leukemia. *N Engl J Med*. 2000;343:1750-1757.

3. Flinn IW, Neuberg DS, Grever MR, et al. Phase III trial of fludarabine plus cyclophosphamide compared with fludarabine for patients with previously untreated chronic lymphocytic leukemia: US Intergroup trial E2997. *J Clin Oncol*. 2007;25:793-798.

4. Catovsky D, Richards S, Matutes E, et al. Assessment of fludarabine plus cyclophosphamide for patients with chronic lymphocytic leukaemia (the LRF CLL4 Trial): a randomized controlled trial. *Lancet*. 2007;370:230-239.

5. Kay NE, Geyer SM, Call TG, et al. Combination chemoimmunotherapy with pentostatin, cyclophosphamide, and rituximab shows significant clinical activity with low accompanying toxicity in previously untreated B chronic lymphocytic leukemia. *Blood*. 2007;109:405-411.

6. Tam CS, O'Brien S, Wierda W, et al. Long-term results of the fludarabine, cyclophosphamide, and rituximab regimen as initial therapy of chronic lymphocytic leukemia. *Blood*. 2008;112:975-980.

7. Byrd JC, Peterson BL, Morrison VA, et al. Randomized phase 2 study of fludarabine with concurrent versus sequential treatment with rituximab in symptomatic, untreated patients with B-cell chronic lymphocytic leukemia: results from Cancer and Leukemia Group B 9712 (CALGB 9712). *Blood*. 2003;101:6-14.

8. Wierda W, O'Brien S, Wen S, et al. Chemoimmunotherapy with fludarabine, cyclophosphamide, and rituximab for relapsed and refractory chronic lymphocytic leukemia. *J Clin Oncol*. 2005;23:4070-4078.

9. Robak T, Dmoszynska A, Solal-Céligny P, et al. Rituximab plus fludarabine and cyclophosphamide prolongs progression-free survival compared with fludarabine and cyclophosphamide alone in previously treated chronic lymphocytic leukemia. *J Clin Oncol*. 2010;28:1756-1765.

10. Hallek M, Fingerle-Rowson G, Fink A-M, et al. First-line treatment with fludarabine (F), cyclophosphamide (C), and rituximab (R) (FCR) improves overall survival (OS) in previously untreated patients (pts) with advanced chronic lymphocytic leukemia (CLL): results of a randomized phase III trial on behalf of an International Group of Investigators and the German CLL Study Group. *Lancet*. 2010;376:1164-1174.

11. Keating MJ, Wierda WG, Tam CS, et al. Long term outcome following treatment failure of FCR chemoimmunotherapy as initial therapy for chronic lymphocytic leukemia. *Blood* (ASH Annual Meeting Abstracts). 2009;114:Abstract 2381.

12. O'Brien S, Kantarjian H, Beran M, et al. Interferon maintenance therapy for patients with chronic lymphocytic leukemia in remission after fludarabine therapy. *Blood*. 1995;86:1298-1300.

13. Zinzani PL, Bendandi M, Magagnoli M, et al. Results of a fludarabine induction and alpha-interferon maintenance protocol in pretreated patients with chronic lymphocytic leukemia and low-grade non-Hodgkin's lymphoma. *Eur J Haematol*. 1997;59:82-88.

14. Hainsworth JD, Litchy S, Barton JH, et al. Single-agent rituximab as first-line and maintenance treatment for patients with chronic lymphocytic leukemia or small lymphocytic lymphoma: a phase II trial of the Minnie Pearl Cancer Research Network. *J Clin Oncol*. 2003;21:1746-1751.

15. Del Poeta G, Del Principe MI, Buccisano F, et al. Consolidation and maintenance immunotherapy with rituximab improve clinical outcome in patients with B-cell chronic lymphocytic leukemia. Cancer. 2008;112:119-128.

16. Wendtner C-M, Ritgen M, Schweighofer CD, et al. Consolidation with alemtuzumab in patients with chronic lymphocytic leukemia (CLL) in first remission—experience on safety and efficacy within a randomized multicenter phase III trial of the German CLL Study Group (GCLLSG). Leukemia. 2004;18:1093-1101.

17. Thieblemont C, Bouafia F, Hornez E, et al. Maintenance therapy with a monthly injection of alemtuzumab prolongs response duration in patients with refractory B-cell chronic lymphocytic leukemia/small lymphocytic lymphoma (B-CLL/SLL). Leuk Lymphoma. 2004;45:711-714.

18. Hochster H, Weller E, Gascoyne RD, et al. Maintenance rituximab after cyclophosphamide, vincristine, and prednisone prolongs progression-free survival in advanced indolent lymphoma: results of the randomized phase III ECOG1496 Study. J Clin Oncol. 2009;27:1607-1614.

19. Forstpointner R, Unterhalt M, Dreyling M, et al. Maintenance therapy with rituximab leads to a significant prolongation of response duration after salvage therapy with a combination of rituximab, fludarabine, cyclophosphamide, and mitoxantrone (R-FCM) in patients with recurring and refractory follicular and mantle cell lymphomas: results of a prospective randomized study of the German Low Grade Lymphoma Study Group (GLSG). Blood. 2006;108:4003-4008.

20. Salles GA, Seymour JF, Feugier P, et al. Rituximab maintenance for 2 years in patients with untreated high tumor burden follicular lymphoma after response to immunochemotherapy. J Clin Oncol (ASCO Annual Meeting Abstracts). 2010; 28:Abstract 8004.

21. Chanan-Khan AA, Cheson BD. Lenalidomide for the treatment of B-cell malignancies. J Clin Oncol. 2008;26:1544-1552.

22. Chanan-Khan A, Miller KC, Takeshita K, et al. Results of a phase 1 clinical trial of thalidomide in combination with fludarabine as initial therapy for patients with treatment-requiring chronic lymphocytic leukemia (CLL). Blood. 2005;106:3348-3352.

23. Furman RR, Leonard JP, Allen SL, et al. Thalidomide alone or in combination with fludarabine are effective treatments for patients with fludarabine-relapsed and refractory CLL. J Clin Oncol (ASCO Annual Meeting Abstracts). 2005;23:Abstract 6640.

24. Laurenti L, Piccioni P, Tarnani M, et al. Low-dose thalidomide in combination with oral fludarabine and cyclophosphamide is ineffective in heavily pretreated patients with chronic lymphocytic leukemia. Leuk Res. 2007;31:253-256.

25. Kay NE, Shanafelt TD, Call TG, et al. N9986: a phase II trial of thalidomide in patients with relapsed chronic lymphocytic leukemia. Leuk Lymphoma. 2009;50:588-592.

26. Gorgun G, Ramsay AG, Holderried TA, et al. E(mu)-TCL1 mice represent a model for immunotherapeutic reversal of chronic lymphocytic leukemia-induced T-cell dysfunction. Proc Natl Acad Sci USA. 2009;106:6250-6255.

27. Davies FE, Raje N, Hideshima T, et al. Thalidomide and immunomodulatory derivatives augment natural killer cell cytotoxicity in multiple myeloma. Blood. 2001;98:210-216.

28. Chang DH, Liu N, Klimek V, et al. Enhancement of ligand-dependent activation of human natural killer T cells by lenalidomide: therapeutic implications. Blood. 2006;108:618-621.

29. Ramsay AG, Johnson AJ, Lee AM, et al. Chronic lymphocytic leukemia T cells show impaired immunological synapse formation that can be reversed with an immunomodulating drug. J Clin Invest. 2008;118:2427-2437.

30. James DF, Choi MY, Betty M, et al. Primary chronic lymphocytic leukemia (CLL) cells survival support from NLC and SDF-1a (CXCL-12) in vitro and the effect of lenalidomide (LEN). J Clin Oncol (ASCO Annual Meeting Abstracts). 2008;26:Abstract 7070.

31. Wu L, Adams M, Carter T, et al. Lenalidomide enhances natural killer cell and monocyte-mediated antibody-dependent cellular cytotoxicity of rituximab-treated CD20+ tumor cells. Clin Cancer Res. 2008;14:4650-4657.

32. Chanan-Khan A, Miller KC, Musial L, et al. Clinical efficacy of lenalidomide in patients with relapsed or refractory chronic lymphocytic leukemia: results of a phase II study. J Clin Oncol. 2006;24:5343-5349.

33. Chanan-Khan A, Miller KC, Whitworth A, et al. Clinical activity of lenalidomide in relapsed or refractory chronic lymphocytic leukemia (CLL) patients: updated results of a phase II clinical trial. Leuk Lymphoma. 2007;48(suppl 1):S166.

34. Chanan-Khan A, Miller KC, Lawrence D, et al. Tumor flare reaction associated with lenalidomide treatment in chronic lymphocytic leukemia predicts clinical response. Cancer. 2010. Epub ahead of print.

35. Ferrajoli A, Lee B-N, Schlette EJ, et al. Lenalidomide induces complete and partial remissions in patients with relapsed and refractory chronic lymphocytic leukemia. Blood. 2008;111:5291-5297.

36. Chen CI, Paul H, Xu W, et al. Safety and efficacy of slow dose-escalation of lenalidomide for frontline treatment in chronic lymphocytic leukemia (CLL)—results of a phase II study. Haematologica. 2009;94(suppl 3):Abstract 10.29.

37. Badoux X, Wierda WG, O'Brien SM, et al. A phase II study of lenalidomide as initial treatment of elderly patients with chronic lymphocytic leukemia. J Clin Oncol (ASCO Annual Meeting Abstracts). 2010;28(15 suppl):Abstract 6508.

38. San Miguel JF, Dimopoulos MA, Stadtmauer EA, et al. Longer duration of treatment and maintenance of best response with lenalidomide and dexamethasone prolongs overall survival in patients with relapsed or refractory multiple myeloma. Blood (ASH Annual Meeting Abstracts). 2008;112:Abstract 3702.

39. Dimopoulos MA, Hussein M, Swern AS, Weber D. Full dose of lenalidomide for 12 months followed by a lower maintenance dose improves progression-free survival in patients with relapsed/refractory multiple myeloma. Blood (ASH Annual Meeting Abstracts). 2009;114:Abstract 2874.

40. Béliveau R, Gingras D. Role of nutrition in preventing cancer. Can Fam Physician. 2007;53:1905-1911.

41. Cvorovic J, Tramer F, Granzotto M, et al. Oxidative stress-based cytotoxicity of delphinidin and cyanidin in colon cancer cells. Arch Biochem Biophys. 20101;501:151-157.

42. Fernandes I, Faria A, Azevedo J, et al. Influence of anthocyanins, derivative pigments and other catechol and pyrogallol-type phenolics on breast cancer cell proliferation. J Agric Food Chem. 2010;58:3785-3792.

43. Feng R, Wang SY, Shi YH, et al. Delphinidin induces necrosis in hepatocellular carcinoma cells in the presence of 3-methyladenine, an autophagy inhibitor. J Agric Food Chem. 2010;58:3957-3964.

44. Bell C, Hawthorne S. Ellagic acid, pomegranate and prostate cancer—a mini review. J Pharm Pharmacol. 2008;60:139-144.

45. Powolny AA, Singh SV. Multitargeted prevention and therapy of cancer by diallyl trisulfide and related Allium vegetable-derived organosulfur compounds. Cancer Lett. 2008;269:305-314.

46. Ahmad A, Sakr WA, Rahman KM. Anticancer properties of indole compounds: mechanism of apoptosis induction and role in chemotherapy. Curr Drug Targets. 2010;11:652-666.

47. Sharma C, Sadrieh L, Priyani A, et al. Anti-carcinogenic effects of sulforaphane in association with its apoptosis-inducing and anti-inflammatory properties in human cervical cancer cells. Cancer Epidemiol. 2010 Oct 16. [Epub ahead of print]

48. Kim MJ, Kim SH, Lim SJ. Comparison of the apoptosis-inducing capability of sulforaphane analogues in human colon cancer cells. Anticancer Res. 2010;30:3611-3619.

49. Kanematsu S, Uehara N, Miki H, et al. Autophagy inhibition enhances sulforaphane-induced apoptosis in human breast cancer cells. Anticancer Res. 2010;30:3381-3390.

50. Resveratrol monograph. Altern Med Rev. 2010;15:152-158.

51. Billard C, Izard JC, Roman V, et al. Comparative antiproliferative and apoptotic effects of resveratrol, epsilon-viniferin and vine-shots derived polyphenols (vineatrols) on chronic B lymphocytic leukemia cells and normal human lymphocytes. Leuk Lymphoma. 2002;43:1991-2002.

52. Rop O, Mlcek J, Jurikova T. Beta-glucans in higher fungi and their health effects. Nutr Rev. 2009;67:624-631.

53. Péter G, Károly V, Imre B, János F, Kaneko Y. Effects of lentinan on cytotoxic functions of human lymphocytes. Immunopharmacol Immunotoxicol. 1988;10:157-163.

54. Byrd JC, Shinn C, Waselenko JK, et al. Flavopiridol induces apoptosis in chronic lymphocytic leukemia cells via activation of caspase-3 without evidence of bcl-2 modulation or dependence on functional p53. Blood. 1998;92:3804-3816.

55. Lee YK, Bone ND, Strege AK, et al. VEGF receptor phosphorylation status and apoptosis is modulated by a green tea component, epigallocatechin-3-gallate (EGCG), in B-cell chronic lymphocytic leukemia. Blood. 2004;104:788-794.

56. Higashi N, Kohjima M, Fukushima M, et al. Epigallocatechin-3-gallate, a green-tea polyphenol, suppresses Rho signaling in TWNT-4 human hepatic stellate cells. J Lab Clin Med. 2005;145:316-322.

57. Aznar S, Fernández-Valerón P, Espina C, Lacal JC. Rho GTPases: potential candidates for anticancer therapy. Cancer Lett. 2004;206:181-191.

58. Sakata R, Ueno T, Nakamura T, et al. Green tea polyphenol epigallocatechin-3-gallate inhibits platelet-derived growth factor-induced proliferation of human hepatic stellate cell line LI90. J Hepatol. 2004;40:52-59.

59. Kuo PL, Lin CC. Green tea constituent (-)-epigallocatechin-3-gallate inhibits Hep G2 cell proliferation and induces apoptosis through p53-dependent and Fas-mediated pathways. J Biomed Sci. 2003;10:219-227.

60. Ghosh AK, Kay NE, Secreto CR, Shanafelt TD. Curcumin inhibits pro-survival pathways in chronic lymphocytic leukemia B cells and may overcome

their stromal protection in combination with EGCG. *Clin Cancer Res.* 2009;15:1250-1258.

61. Lamy S, Gingras D, Béliveau R. Green tea catechins inhibit vascular endothelial growth factor receptor phosphorylation. *Cancer Res.* 2002;62:381-385.

62. Lesnick C, Kay NE, LaPlant B, Shanafelt TD. The green tea extract EGCG demonstrates synergist activity against CLL B-cells when combined with fludarabine and chlorambucil. *Blood* (ASH Annual Meeting Abstracts). 2009;114:Abstract 3452.

63. Shanafelt TD, Lee YK, Call TG, et al. Clinical effects of oral green tea extracts in four patients with low grade B-cell malignancies. *Leuk Res.* 2006;30:707-712.

64. Shanafelt TD, Call TG, Zent CS, et al. Phase I trial of daily oral Polyphenon E in patients with asymptomatic Rai stage 0 to II chronic lymphocytic leukemia. *J Clin Oncol.* 2009;27:3808-3814.

65. Shanafelt TD, Call T, Zent CS, et al. Phase II trial of daily, oral green tea extract in patients with asymptomatic, Rai stage 0-II chronic lymphocytic leukemia (CLL). *J Clin Oncol.* 2010;28(15 Suppl):Abstract 6522.

66. Everett PC, Meyers JA, Makkinje A, et al. Preclinical assessment of curcumin as a potential therapy for B-CLL. *Am J Hematol.* 2007;82:23-30.

67. Angelo LS, Kurzrock R. Turmeric and green tea: a recipe for the treatment of B-chronic lymphocytic leukemia. *Clin Cancer Res.* 2009;15:1123-1125.

68. Hatcher H, Planalp R, Cho J, et al. Curcumin: from ancient medicine to current clinical trials. *Cell Mol Life Sci.* 2008;65:1631-1652.

69. Trachootham D, Zhou Y, Zhang H, et al. Selective killing of oncogenically transformed cells through a ROS-mediated mechanism by beta-phenylethyl isothiocyanate. *Cancer Cell.* 2006;10:241-252.

70. Carew JS, Nawrocki ST, Xu RH, et al. Increased mitochondrial biogenesis in primary leukemia cells: the role of endogenous nitric oxide and impact on sensitivity to fludarabine. *Leukemia.* 2004;18:1934-1940.

71. Pelicano H, Feng L, Zhou Y, et al. Inhibition of mitochondrial respiration: a novel strategy to enhance drug-induced apoptosis in human leukemia cells by a reactive oxygen species-mediated mechanism. *J Biol Chem.* 2003;278:37832-37839.

72. Oltra AM, Carbonell F, Tormos C, et al. Antioxidant enzyme activities and the production of MDA and 8-oxo-dG in chronic lymphocytic leukemia. *Free Radic Biol Med.* 2001;30:1286-1292.

73. Hileman EO, Liu J, Albitar M, et al. Intrinsic oxidative stress in cancer cells: a biochemical basis for therapeutic selectivity. *Cancer Chemother Pharmacol.* 2004;53:209-219.

74. Trachootham D, Zhang H, Zhang W, et al. Effective elimination of fludarabine-resistant CLL cells by PEITC through a redox-mediated mechanism. *Blood.* 2008;112:1912-1922.

75. Uckun FM, Messinger Y, Chen CL, et al. Treatment of therapy-refractory B-lineage acute lymphoblastic leukemia with an apoptosis-inducing CD19-directed tyrosine kinase inhibitor. *Clin Cancer Res.* 1999;5:3906-3913.

76. Mansour A, Chang VT, Srinivas S, et al. Correlation of ZAP-70 expression in B cell leukemias to the ex vivo response to a combination of fludarabine/genistein. *Cancer Immunol Immunother.* 2007;56:501-514.

77. Chauhan D, Li G, Podar K, et al. A novel carbohydrate-based therapeutic GCS-100 overcomes bortezomib resistance and enhances dexamethasone-induced apoptosis in multiple myeloma cells. *Cancer Res.* 2005;65:8350-8358.

78. Nangia-Makker P, Hogan V, Honjo Y, et al. Inhibition of human cancer cell growth and metastasis in nude mice by oral intake of modified citrus pectin. *J Natl Cancer Inst.* 2002;94:1854-1862.

79. Grous JJ, Redfern CH, Mahadevan D, Schindler J. GCS-100, a galectin-3 antagonist, in refractory solid tumors: a phase I study. *J Clin Oncol* (ASCO Annual Meeting Abstracts). 2006;24(18 suppl):Abstract 13023.

80. Cotter F, Smith DA, Boyd TE, et al. Single-agent activity of GCS-100, a first-in-class galectin-3 antagonist, in elderly patients with relapsed chronic lymphocytic leukemia. *J Clin Oncol* (ASCO Annual Meeting Abstracts). 2009;27(15 suppl):Abstract 7006.

# EXHIBIT

# "20"

OPEN
Leukemia (2014) 28, 1573–1585
© 2014 Macmillan Publishers Limited   All rights reserved 0887-6924/14
www.nature.com/leu



## REVIEW

# Expert panel consensus statement on the optimal use of pomalidomide in relapsed and refractory multiple myeloma

MA Dimopoulos[1], X Leleu[2], A Palumbo[3], P Moreau[4], M Delforge[5], M Cavo[6], H Ludwig[7], GJ Morgan[8], FE Davies[8], P Sonneveld[9], SA Schey[10], S Zweegman[11], M Hansson[12], K Weisel[13], MV Mateos[14], T Facon[2] and JFS Miguel[15]

In this report, a panel of European myeloma experts discuss the role of pomalidomide in the treatment of relapsed and refractory multiple myeloma (RRMM). Based on the available evidence, the combination of pomalidomide and low-dose dexamethasone is a well-tolerated and effective treatment option for patients with RRMM who have exhausted treatment with lenalidomide and bortezomib. The optimal starting dose of pomalidomide is 4 mg given on days 1–21 of each 28-day cycle, whereas dexamethasone is administered at a dose of 40 mg weekly (reduced to 20 mg for patients aged > 75 years). The treatment should continue until evidence of disease progression or unacceptable toxicity. Dose-modification schemes have been established for patients who develop neutropenia, thrombocytopaenia and other grade 3–4 adverse events during pomalidomide therapy. Guidance on the prevention and management of infections and venous thromboembolism is provided, based on the available clinical evidence and the experience of panel members. The use of pomalidomide in special populations, such as patients with advanced age, renal impairment or unfavourable cytogenetic features, is also discussed.

*Leukemia* (2014) **28**, 1573–1585; doi:10.1038/leu.2014.60

## INTRODUCTION

Despite recent treatment advances, multiple myeloma (MM) remains an incurable disease in the majority of patients. The management of patients who have already received multiple prior therapies poses a distinct clinical challenge.[1] Because of the advanced nature of the disease, these patients often have significant disease-related comorbidity, such as thrombocytopaenia, bone disease or renal impairment,[2,3] as well as indications of marked immunosuppression.[2,4–8] Patients may have poor quality of life[9] because of disease-related symptoms, adverse events from prior therapies or cumulative toxicity, such as impaired bone marrow reserve[2] or neuropathy.[10] Periods of remission become increasingly shorter with each subsequent therapy,[11] and the prognosis for patients who have exhausted treatment with immunomodulatory drugs (thalidomide or lenalidomide) and bortezomib is poor: the expected median event-free survival is 5 months and median overall survival (OS) is 9 months.[1] Thus, there is an unmet need for effective and well-tolerated novel antimyeloma therapies that improve outcomes in patients with advanced myeloma.

Pomalidomide (Imnovid, Celgene Europe Ltd, Uxbridge, UK; Pomalyst, Celgene Corporation, Summit, NJ, USA) is an IMiDs(R) immunomodulatory compound that has demonstrated activity in MM patients with disease refractory to lenalidomide and bortezomib.[12–16] Pomalidomide was approved by the FDA (Food

and Drug Administration) in February 2013 and the EMA (European Medicines Agency) in August 2013 for use alone (in the United States) or in combination with dexamethasone in patients with MM who have received at least two prior therapies including lenalidomide and bortezomib and have demonstrated disease progression on their last therapy[17] (within 60 days of the last treatment for the United States).[18] The aim of this review is to provide practical guidance to help haematologists and oncologists maximise efficacy and minimise safety risks through appropriate dosing, monitoring and intervention for adverse events with pomalidomide treatment.

## POMALIDOMIDE

### Mechanism of action

Pomalidomide is a distinct IMiDs(R) immunomodulatory compound with multiple cellular effects that inhibit the growth of myeloma cells.[19] Pomalidomide has direct effects on myeloma cells by inhibiting their growth and survival,[20–30] and it also inhibits stromal support from the bone marrow microenvironment that can promote myeloma cell growth.[2,31–39] In addition, pomalidomide has potent immunomodulatory effects that enhance the immune response to myeloma cells by stimulating natural killer cells[40–42] and by inhibiting regulatory T cells.[43] Recent evidence suggests that the effects of pomalidomide may

[1]University of Athens School of Medicine, Athens, Greece; [2]Service des Maladies du Sang, Hôpital Huriez, CHRU Lille, Lille, France; [3]Divisione di Ematologia dell'Università di Torino, Azienda Ospedaliera S Giovanni Battista, Turin, Italy; [4]Service d'Hematologie, CHU, Nantes, France; [5]University Hospital Leuven, Leuven, Belgium; [6]Seràgnoli Institute of Hematology, Bologna University School of Medicine, Bologna, Italy; [7]1st Department of Internal Medicine, Center for Oncology and Hematology, Wilhelminenhospital, Vienna, Austria; [8]Institute of Cancer Research, Royal Marsden Hospital, London, UK; [9]Department of Hematology, University Hospital Rotterdam, Rotterdam, The Netherlands; [10]Department of Haemato-oncology, King's College Hospital and King's College London, London, UK; [11]Department of Hematology, VU University Medical Center, Amsterdam, The Netherlands; [12]Department of Hematology, Skåne University Hospital, Lund University, Lund, Sweden; [13]University of Tuebingen, Tuebingen, Germany; [14]Hospital Universitario de Salamanca, CIC, IBMCC (USAL-CSIC), Salamanca, Spain and [15]Clinica Universidad de Navarra, Centro Investigaciones Medicas Aplicada (CIMA), Pamplona, Spain. Correspondence: Professor MA Dimopoulos, Department of Clinical Therapeutics, University of Athens School of Medicine, Alexandra Hospital, 80 Vas. Sofias, Athens 11528, Greece.
E-mail: mdimop@med.uoa.gr
Received 16 December 2013; revised 16 January 2014; accepted 21 January 2014; accepted article preview online 5 February 2014; advance online publication, 4 March 2014



1574

be partially mediated by cereblon, a component of the E3 ubiquitin ligase complex.[44–46] Preclinical data indicate that pomalidomide is active in drug-resistant myeloma cell lines,[44,47] including lenalidomide-resistant cells,[48,49] and produces synergistic effects when combined with dexamethasone.[50]

### Efficacy in clinical trials

In a phase I/II study (MM-002), the combination of pomalidomide and low-dose dexamethasone was assessed in patients with relapsed and refractory multiple myeloma (RRMM) who had received prior lenalidomide and bortezomib.[14,51] The median number of prior therapies was 5 (range 1–13); all patients had received prior steroids, lenalidomide and bortezomib, and 62% were refractory to both lenalidomide and bortezomib.[14,51] In phase I of the study, the dose-limiting toxicity (grade 4 neutropenia) occurred at a pomalidomide dose of 5 mg; the maximum tolerated dose of pomalidomide was, therefore, 4 mg given on days 1–21 of each 28-day cycle in combination with low-dose dexamethasone (40 mg weekly for patients ⩽ 75 years; 20 mg weekly for patients > 75 years).[51] With this dose and schedule and in the pivotal phase II trial, pomalidomide plus low-dose dexamethasone was associated with an overall response rate of 33% and median duration of response of 8.3 months. With a median follow-up of 14.2 months, the median progression-free survival (PFS) and OS were 4.2 and 16.5 months, respectively.[14] In comparison, response to single-agent pomalidomide was 18% with a median duration of response, PFS and OS of 10.7, 2.7 and 13.6 months, respectively, indicating that the addition of low-dose dexamethasone to pomalidomide improves efficacy.[14] Subanalyses indicated that the efficacy of pomalidomide plus low-dose dexamethasone was similar regardless of whether the patient was refractory to lenalidomide or bortezomib as last prior therapy.[52]

In a randomised phase II trial (IFM 2009-02), two different schedules of pomalidomide administration were compared in combination with low-dose dexamethasone (40 mg weekly) in patients who were refractory to, or had never achieved a response to, lenalidomide and bortezomib.[15] Patients received pomalidomide (4 mg) for either 21 days or 28 days of each 28-day cycle, plus dexamethasone, using a similar schedule as in

the MM-002 trial. The schedule of administration did not affect the overall response rate (35% vs 34%) or time to progression (TTP; 5.4 months overall), and the median PFS and OS for the total study population were 4.6 and 14.9 months, respectively. The investigators concluded that the 21/28-day schedule is preferred because it provided equivalent efficacy while facilitating long-term management by requiring less growth-factor support compared with the 28/28-day schedule (median number of treatment cycles: 8 vs 6). Notably, the TTP achieved with pomalidomide plus low-dose dexamethasone in responding patients was better than that achieved with the last prior therapy before entering the study,[15] suggesting that pomalidomide may have the potential to change the natural course of the disease (characterised by progressively shorter remissions with each subsequent treatment).[11]

In a randomised and pivotal phase III trial (MM-003), pomalidomide plus low-dose dexamethasone was compared with high-dose dexamethasone in patients who had failed both bortezomib and lenalidomide treatment.[16] With a median follow-up of 10 months, pomalidomide plus low-dose dexamethasone decreased the rate of progression by 52% (PFS 4.0 vs 1.9 months; hazard ratio (HR) = 0.48; 95% confidence interval (CI) 0.39–0.60; P < 0.001) and significantly improved OS (12.7 vs 8.1 months; HR = 0.74; 95% CI 0.56–0.97; P = 0.03). However, the impact on OS is probably underestimated because of the confounding effect of crossover that occurred in the high-dose dexamethasone arm. At the time of the analysis, 50% of patients assigned to high-dose dexamethasone had received pomalidomide, and by month 16 of study treatment, it was estimated that all patients assigned to high-dose dexamethasone would have received pomalidomide as salvage therapy, underscoring the superiority of the combination regimen.[16] Similar efficacy was seen for pomalidomide plus low-dose dexamethasone vs high-dose dexamethasone in patients with disease refractory to both lenalidomide and bortezomib (PFS 3.7 vs 2.0 months; HR = 0.52; P < 0.001 and OS 11.1 vs 7.7 months; HR = 0.77; P = 0.096) and in those who received lenalidomide as last prior therapy (PFS 4.6 vs 1.9 months; HR = 0.38; P < 0.001 and OS 12.3 vs 7.3 months; HR = 0.53; P = 0.01).[16]

Data from these two large multicentre trials support the use of pomalidomide plus low-dose dexamethasone in patients with RRMM who have received prior lenalidomide and bortezomib.



**Figure 1.** Treatment algorithm for patients who have failed prior therapy for RRMM. BORT, bortezomib; LEN, lenalidomide; POM/LoDEX, pomalidomide plus low-dose dexamethasone.

© 2014 Macmillan Publishers Limited

Optimal use of pomalidomide in RRMM
MA Dimopoulos et al

Practical issues regarding the optimal use of pomalidomide in this setting are discussed below.

## CANDIDATES FOR POMALIDOMIDE PLUS LOW-DOSE DEXAMETHASONE THERAPY

Determining whether a patient is eligible for treatment with pomalidomide plus low-dose dexamethasone requires careful consideration of multiple factors, particularly the type of prior therapy, the quality of response and the tolerability of the prior therapy (Figure 1).[53] In general, for patients who respond to prior therapy, tolerate it well and have a period of unmaintained remission not inferior to the median TTP or PFS expected with prior therapy, retreatment may be considered. For patients who have a poor response to prior therapy or do not tolerate it well, switching to an alternative novel agent is recommended.[53] For patients who have exhausted novel therapies (lenalidomide and bortezomib), treatment options include pomalidomide plus low-dose dexamethasone or enrolment in a clinical trial or palliative care.[53] The proteasome inhibitor carfilzomib is approved in the United States but not currently approved for use in the European Union.

Candidates for pomalidomide plus low-dose dexamethasone therapy must have received at least two prior therapies and have documented disease progression on their last therapy.[17] In the MM-003 trial, the proportion of patients treated with pomalidomide plus low-dose dexamethasone who had disease refractory to lenalidomide, bortezomib or both was 95%, 79% and 75%, respectively,[16] per available hospital records of prior treatment. The trial also stratified the patients based on patient-reported data at study entry. Most patients (82%) were classified as having disease refractory to lenalidomide and bortezomib, whereas smaller proportions of patients were intolerant to bortezomib (15%) or had relapsed on lenalidomide and/or bortezomib and were refractory to any subsequent therapy (3%). In the clinical setting, appropriate candidates for pomalidomide therapy are, therefore: patients who have received prior lenalidomide and bortezomib and have become refractory to these agents; patients who have relapsed on lenalidomide and/or bortezomib and are refractory to their subsequent therapy; and patients unresponsive or intolerant to existing agents.

## OPTIMAL DOSE AND SCHEDULE

### Optimal pomalidomide dose and schedule

Based on the available clinical evidence, the recommended starting dose of pomalidomide is 4 mg given on days 1–21 of each 28-day cycle until disease progression.[17] This dose was used in the MM-002 trial,[14,51] MM-003 trial[16] and IFM 2009-02 trial[15] and represents the most robust data on pomalidomide currently available in RRMM. Early studies explored various doses and schedules of pomalidomide.[54,55] This led to a series of cohort studies conducted by the Mayo Clinic (Rochester, MN, USA) using pomalidomide doses of 2 or 4 mg given either continuously or for 21 days of each 28-day cycle;[12,13,56,57] however, these were not dose-finding studies. In the phase I dose-escalation portion of the MM-002 trial, response and duration of response tended to increase with increasing doses of pomalidomide, and the maximum tolerated dose was determined to be 4 mg when given for 21 days of each 28-day cycle.[51] In the IFM 2009-02 trial, pomalidomide 4 mg with a less intensive 21/28-day schedule, rather than continuous dosing, was recommended for further investigation, because the 1-week treatment break allowed for bone marrow recovery, leading to improved tolerability.[15]

Based on clinical trial experience, RRMM patients should have adequate blood cell counts, including absolute neutrophil count

≥1000/µl before starting pomalidomide plus low-dose dexamethasone.[16] Platelet count should be ≥75 000/µl if <50% of bone marrow nucleated cells are plasma cells or ≥30 000/µl if ≥50% of bone marrow nucleated cells are plasma cells.[16] For patients with absolute neutrophil count and blood cell counts below these thresholds, pomalidomide plus low-dose dexamethasone may be considered with the provision of adequate growth factor support and platelet transfusion.

---

*Expert panel opinion*

- The optimal starting dose for pomalidomide is 4 mg daily, given orally
- The optimal schedule is 21 days of each 28-day cycle

---

### Optimal dexamethasone dose and schedule

High-dose dexamethasone (40 mg daily on days 1–4, 9–12 and 17–20) of each 28-day cycle) is often used as rescue therapy in heavily pretreated patients with RRMM, and has been used as a comparator in registrational studies of novel therapies, including lenalidomide[58,59] and bortezomib.[60] However, evidence suggests that low-dose dexamethasone (40 mg weekly) may be more effective and better tolerated than high-dose dexamethasone when combined with lenalidomide in newly diagnosed patients.[61] The three main trials of pomalidomide in RRMM (MM-002, MM-003 and IFM 2009-02) therefore evaluated low-dose dexamethasone in combination with pomalidomide. Notably, in all three trials, the dose of dexamethasone was reduced to 20 mg weekly in patients aged >75 years to improve the tolerability of the regimen for these patients, particularly with regard to the risk of infection. In clinical practice, patients' vulnerabilities, comorbidities and age, both biological and chronological, should also be examined before initiating dexamethasone.[62] Some experts recommend a lower age threshold of 70 years.

---

*Expert panel opinion*

- When used in combination with pomalidomide, current evidence suggests that dexamethasone should be given at a dose of 40 mg weekly for patients aged ≤75 years and 20 mg weekly for patients aged >75 years. The age threshold can be lower in some patients at the discretion of the treating physician, considering patient comorbidities and disabilities

---

### Optimal duration of therapy

In clinical trials, pomalidomide plus low-dose dexamethasone therapy was given until evidence of disease progression or unacceptable toxicity, and it is recommended to continue pomalidomide plus low-dose dexamethasone treatment until disease progression.[17] In the IFM 2009-02 trial, 10 of 85 patients (12%) received therapy for more than 30 months, supporting the long-term safety of pomalidomide-based therapy.[63] Currently, there is no evidence to support stopping or reducing the dose of pomalidomide in responding patients. However, it is the opinion of the panel members that reducing the dose of dexamethasone may be considered to improve long-term tolerability, based on the known safety profile of dexamethasone and experience with lenalidomide and dexamethasone.[61] An ongoing Australian randomised trial evaluating four courses of pomalidomide plus dexamethasone followed by either pomalidomide monotherapy or pomalidomide plus dexamethasone will provide useful information on the duration of dexamethasone therapy in nonprogressing patients.[64]

© 2014 Macmillan Publishers Limited



Expert panel opinion

- Continuous treatment with pomalidomide plus low-dose dexamethasone at the best tolerated doses is recommended until there is evidence of disease progression or unacceptable toxicity
- Continue treatment in patients without disease progression; once a response plateau has been reached, consider reducing the dose of dexamethasone to improve the long-term tolerability of treatment with pomalidomide plus low-dose dexamethasone

## MANAGING ADVERSE EVENTS

The types of adverse events seen with pomalidomide are similar to those seen with lenalidomide. The most common grade 3–4 adverse event associated with pomalidomide plus low-dose dexamethasone is myelosuppression. In clinical trials, the incidence of grade 3–4 neutropenia, thrombocytopaenia and anaemia ranged from 41 to 62%, from 19 to 27% and from 22 to 36%, respectively.[15,16,65] Neutropenia and other adverse events of clinical interest, as well as recommended dose adjustments for pomalidomide, are discussed below.

### Neutropenia

Based on clinical experience with lenalidomide,[58,59] neutropenia was anticipated to be a primary adverse event of pomalidomide therapy. Indeed, neutropenia is one of the most common adverse events observed in patients treated with pomalidomide plus low-dose dexamethasone.[15,16,65] The reported incidence of grade 3–4 neutropenia with pomalidomide plus low-dose dexamethasone ranges from 41 to 62%.[15,16,65] In MM-003, 26% of patients developed grade 3 neutropenia and 22% had grade 4 neutropenia,[16] with most cases occurring within the first few cycles of therapy.[66] Few patients (<10%) experienced febrile neutropenia.[16,65]

Depending on its severity, neutropenia may be managed with dose interruptions, dose modifications and/or growth factor support. In MM-002, 46% of all patients treated with pomalidomide plus low-dose dexamethasone received growth factor support; most cases of neutropenia resolved (49 of 55 patients with any grade neutropenia (89%)) in the pomalidomide plus low-dose dexamethasone group after a median of 1.4 months.[65] In MM-003, the median time to onset of neutropenia was 0.7 months (range 0.03–8.7 months).[66] Growth factor support was used in 43% of patients treated with pomalidomide plus low-dose dexamethasone,[16] whereas 23% of patients required pomalidomide dose interruption because of neutropenia, and only 8% required a reduction in pomalidomide dose.[66]

Given the inherent risk of infection in patients with RRMM,[4,67] those treated with pomalidomide should be monitored closely for neutropenia and other haematological adverse events. Unlike the long-lasting neutropenia associated with cytotoxic chemotherapy, the neutropenia with pomalidomide is usually short-lived. Recommended dose modifications for pomalidomide-related neutropenia and thrombocytopaenia have been established (Figures 2 and 3, respectively). Growth factors may be considered for patients who develop neutropenia during pomalidomide therapy.[17] There is limited evidence available regarding prophylactic use of growth factors in patients receiving pomalidomide. For lenalidomide, some evidence suggests that prophylactic use of granulocyte colony-stimulating factor (300 µg/kg for 3 days (days 22–24 of each 28-day cycle)) during the first few treatment cycles may reduce the risk of further neutropenia, treatment delays, dose modifications and infection.[68,69] Guidelines have been developed on the use of growth factor support in cancer patients in general[70–73] and for RRMM patients receiving lenalidomide therapy.[69] Based on the above data, prophylactic granulocyte colony-stimulating factor administration (that is, twice a week)

could be considered in patients with baseline extensive bone marrow involvement and/or low neutrophil count.

Expert panel opinion

- Perform a complete blood count at baseline, every 1–2 weeks (depending on the condition of the patient) for the first 8 weeks of therapy, and monthly thereafter
- Follow the recommended dose-modification scheme for pomalidomide-related neutropenia and thrombocytopaenia (Figures 2 and 3, respectively)
- Prophylactic use of granulocyte colony-stimulating factor at the physician's discretion during the first few treatment cycles may reduce the risk of neutropenia
- Consider growth factor use for cases of neutropenia with the goal of maintaining patients on therapy

### Infection

Increased susceptibility to bacterial infection is one of the most common clinical problems in patients with myeloma: >75% of patients will develop a serious infection at some time in the course of the disease.[74] The most common types of infection are respiratory and urinary tract infections; the most frequently encountered pathogens are *Streptococcus pneumoniae*, *Haemophilus influenza*, *Staphylococcus aureus* and *Klebsiella pneumoniae* in the lungs and *Escherichia coli* and other Gram-negative bacteria in the urinary tract.[74] Various factors contribute to the increased risk of infection. Disease-related factors include B-cell dysfunction (manifested as hypogammaglobulinaemia), low CD4+ cell count and natural killer cell dysfunction, all of which contribute to immunodeficiency that is often present even in untreated myeloma patients.[4,67] The advanced age of most myeloma patients (the median age at diagnosis is ~70 years[75]) is associated with reduced physiological reserve of various organ systems and several physical, cognitive and social conditions that can predispose patients to opportunistic infections.[67] Lastly, patients with RRMM may develop cumulative immunodeficiency after exposure to multiple therapies that increase infection risk.[67]

Infection is a commonly reported adverse event in trials of pomalidomide. In IFM 2009-02, 23% of patients had grade 3–4 infection (19% with the 21/28-day schedule and 27% with 28/28-day schedule).[15] In MM-003, grade 3–4 infection occurred in 30% and 24% of patients treated with pomalidomide plus low-dose dexamethasone and high-dose dexamethasone, respectively.[16] The reported incidence of grade 3–4 pneumonia ranged from 13 to 22%.[15,16,51,65] Notably, the occurrence of neutropenia in MM-003 did not appear to affect the incidence of infection, and most infections occurred in the absence of neutropenia (66% with pomalidomide plus low-dose dexamethasone vs 86% with high-dose dexamethasone); few patients (2%) discontinued treatment because of infection.[16]

Given the increased risk of infection, routine vaccinations are recommended for the patients and their contacts, and antibiotic prophylaxis should be considered for all patients receiving pomalidomide.[53,71] Prophylaxis should be given for a minimum of the first 3 months of therapy, when the risk of infection is the highest.[53,69] For patients at high risk of infection, such as those with low blood counts or a previous history of infection or both, antibiotic prophylaxis is recommended for the complete duration of pomalidomide plus dexamethasone therapy. An optimal antibiotic prophylaxis regimen has not been determined, but several options are available (trimethoprim–sulfamethoxazole, quinolones, penicillin, amoxicillin and so on); clinicians should follow standard protocols as established by their institution.[53,71] Caution is warranted when using the quinolones ciprofloxacin and enoxacin because they strongly inhibit the activity of CYP1A2, the

© 2014 Macmillan Publishers Limited

Optimal use of pomalidomide in RRMM
MA Dimopoulos *et al*



1577



**Figure 2.** Recommended pomalidomide dose modifications for neutropenia.[17] The minimum blood levels required to start treatment with pomalidomide at the full dose of dose 4 mg are ANC $\geqslant 1 \times 10^9$/l; platelets $\geqslant 75/10^9$/l or $\geqslant 30$ if $\geqslant 50\%$ of bone marrow nucleated cells are plasma cells. It is not recommended to give pomalidomide in doses <1 mg. ANC, absolute neutrophil count; CBC, complete blood count; G-CSF, granulocyte colony-stimulating factor. [a]Febrile neutropenia is defined as fever $\geqslant 38.5\,^\circ$C and ANC $<1 \times 10^9$/l. [b]G-CSF cycle; 300 µg/kg for 3 days (days 22–24 of each 28-day cycle).

cytochrome *P*450 isoform primarily responsible for the metabolism of pomalidomide (Table 1) and can therefore increase exposure to pomalidomide.[76] If these quinolones are administered concurrently with pomalidomide, patients should be monitored closely for adverse events. Importantly, the quinolones norfloxacin, ofloxacin, levofloxacin, moxifloxacin and gemifloxacin have little or no effect on CYP1A2 (refs. 77,78) and are therefore not expected to affect pomalidomide metabolism; these agents are preferred when quinolones must be administered concurrently with pomalidomide.

For patients who develop infection during pomalidomide therapy, treatment should be interrupted (regardless of the presence or absence of neutropenia) until the infection resolves and then may be restarted. Treatment of infection in patients receiving pomalidomide should follow standard protocols and include immediate empirical antibiotic treatment that may be adapted as needed, when results from blood cultures and other tests become available.[53,71]

*Expert panel opinion*

- Antibiotic prophylaxis should be considered for the first three cycles of pomalidomide therapy for all patients, because of the high risk of infection in this period

(Continued)

*Expert panel opinion*

- For patients with a very high risk of infection (low blood counts, prior history of infection or both), consider antibiotic prophylaxis for the duration of pomalidomide therapy
- Caution is warranted when pomalidomide is administered concurrently with strong inhibitors of CYP1A2, such as ciprofloxacin and enoxacin, as these agents may increase exposure to pomalidomide and therefore increase the risk of adverse events
- Early intervention is warranted for patients who develop infection, including treatment interruption and immediate initiation of empirical antibiotic treatment

Venous thromboembolism (VTE)

VTE, including deep vein thrombosis and pulmonary embolism, is a rare but potentially serious adverse event that has been reported with immunomodulatory drug therapy.[58,59,79,80] In both MM-002 and MM-003, the reported incidence of deep vein thrombosis in patients treated with pomalidomide plus low-dose dexamethasone was 2%, although thromboprophylaxis was given,[14,16] and, in IFM 2009-02, the incidence was 4% among those who received aspirin prophylaxis.[15] The incidence of deep

© 2014 Macmillan Publishers Limited



**Figure 3.** Recommended pomalidomide dose modifications for thrombocytopaenia.[17] The minimum blood levels required to start treatment with pomalidomide at the full dose of dose 4 mg are ANC $\geq 1 \times 10^9$/l; platelets $\geq 75/10^9$/l or $\geq 30$ if $\geq 50\%$ of bone marrow nucleated cells are plasma cells. It is not recommended to give pomalidomide in doses <1 mg. CBC, complete blood count. [a]Consider frequent platelet transfusions.

**Table 1.** Pharmacokinetic properties of lenalidomide and pomalidomide[17,88]

| Pharmacokinetic property | Lenalidomide | Pomalidomide |
|---|---|---|
| Absorption (time to $C_{max}$, h) | 0.5–2 | 2–3 |
| *Elimination (median plasma half-life, h)* | | |
| Healthy volunteers | ~3 | ~9.5 |
| Myeloma patients | ~3–5 | ~7.5 |
| Excretion (% excreted unchanged in urine) | 82 | 2 |
| *Key drug–drug interactions* | | |
| P-gp substrate | Yes; monitor closely if co-administered with P-gp inhibitors[a] | Yes; but no clinically relevant effect seen when co-administered with the P-gp inhibitor ketoconazole |
| CYP inhibitor/inducer | No; unlikely to affect exposure of other drugs | No; unlikely to affect exposure of other drugs |
| CYP substrate | No | Yes; monitor closely if co-administered with strong CYP1A2 inhibitors[b] |

Abbreviations: CYP, cytochrome *P450*; P-gp, P-glycoprotein. [a]Common P-gp inhibitors include cyclosporine, clarithromycin, itraconazole, ketoconazole, quinidine and verapamil. [b]Common strong inhibitors of CYP1A2 include ciprofloxacin, enoxacin and fluvoxamine.

vein thrombosis in patients treated with pomalidomide appears to be lower than that reported historically for lenalidomide,[58,59] although this may reflect increased thromboprophylaxis use that was mandatory in trials of pomalidomide.

All patients with MM treated with immunomodulatory drugs, including pomalidomide, should receive thromboprophylaxis. The optimal approach to thromboprophylaxis has not been established, but it is generally agreed that the type of thromboprophylaxis selected depends on the risk of VTE, as determined by the

individual patient's characteristics and the proposed treatment regimen.[79–81] Aspirin prophylaxis is generally recommended for patients with standard risk of VTE, and low-molecular-weight heparin (prophylactic dose) or vitamin K antagonists (international normalised ratio 2–3) are recommended for patients with high risk of VTE (Figure 4). Several risk factors for VTE have been identified for patients with cancer[82] and for MM specifically.[81] Possible risk factors include treatment-related factors (high-dose dexamethasone, doxorubicin, multi-agent chemotherapy, IMiDs

© 2014 Macmillan Publishers Limited



**Figure 4.** Recommendations for determining appropriate thrombosis prophylaxis in patients with RRMM treated with POM/LoDEX. LMWH, low-molecular-weight heparin; POM/LoDEX, pomalidomide plus low-dose dexamethasone; VTE, venous thromboembolism.

immunomodulatory compounds, erythropoietin) and patient-related factors (obesity, prior VTE, central venous catheter or pacemaker, infection, immobilisation, surgery, trauma, organ dysfunction, blood-clotting disorders).[82,83] In a large multicentre observational study (MELISSE), factors that predicted VTE in MM patients treated with immunomodulatory drugs (thalidomide or lenalidomide) include shorter time from diagnosis and concomitant use of erythropoietin.[79] Evidence also suggested that development of deep vein thrombosis was unlikely to negatively affect survival outcomes.[79] In 200 consecutive MM patients treated with lenalidomide at a single institution, the incidence of VTE was higher in previously untreated patients than in RRMM patients (9.4% vs 4.5%); among RRMM patients, the incidence of VTE was increased in patients aged >65 years compared with younger patients (8.1% vs 1.6%), despite increased use of low-molecular-weight heparin or vitamin K antagonists in older patients.[84] In the 108 patients who received aspirin prophylaxis, a single-nucleotide polymorphism in the NFkB1 gene was identified that was associated with increased risk of VTE.[84] From a practical point of view, in patients treated with pomalidomide and low-dose dexamethasone, the main high-risk features for VTE are: a history of prior VTE, immobilisation and concomitant use of an erythropoiesis-stimulating agent. For patients who develop VTE during pomalidomide-based therapy, treatment should be interrupted temporarily and anticoagulation therapy should be initiated.[65] Treatment may be resumed, probably within a few weeks, although the optimal timing has not been determined.

Expert panel opinion

- Follow existing guidelines on thromboprophylaxis during immunomodulatory drug therapy (Figure 4), that is, aspirin prophylaxis for patients with standard risk and low-molecular-weight heparin for patients with at least one risk factor, to reduce the incidence of VTE to <5%
- Patients at high risk for VTE because of concomitant medical condition should continue to receive anticoagulation as prescribed
- For patients with high risk because of reasons other than comorbidity, VTE risk can be reassessed after 4 months, and those with standard risk can switch to aspirin

**Peripheral neuropathy**

Peripheral neuropathy is a common and potentially treatment-limiting adverse event associated with thalidomide and bortezomib, but lenalidomide does not appear to cause substantial neurotoxicity.[85] Although patients with grade ≥2 peripheral neuropathy were excluded from pomalidomide trials, the incidence of newly occurring or worsening peripheral neuropathy during pomalidomide treatment was low. In MM-002,

no cases of grade 3–4 peripheral neuropathy were observed despite the fact that 73% of patients in the pomalidomide plus low-dose dexamethasone arm had a history of peripheral neuropathy.[65] In MM-003, 15% of patients treated with pomalidomide plus low-dose dexamethasone developed any-grade treatment-emergent peripheral neuropathy; 52% of these cases had grade 1 peripheral neuropathy at baseline.[66] The incidence of grade 3–4 peripheral neuropathy was ≤2% in both treatment arms.[16]

For patients who develop grade 3 peripheral neuropathy, pomalidomide treatment should be interrupted, but may be resumed at a lower dose if the neuropathy resolves to grade 0–1; pomalidomide should be discontinued in patients who develop grade 4 peripheral neuropathy (Figure 5).[65,66]

Expert panel opinion

- There are no concerns related to peripheral neuropathy for pomalidomide treatment

**Other adverse events**

Other clinically relevant nonhaematological adverse events observed with pomalidomide plus low-dose dexamethasone include fatigue, gastrointestinal disorders, muscle cramps and rash. In MM-003, fatigue was reported in 34% of patients, although only 5% had grade 3 fatigue and no cases of grade 4 fatigue were observed.[16] Any-grade diarrhoea, constipation and nausea occurred in 22%, 22% and 15% of patients, respectively, but grade 3 events were uncommon (1%, 2% and 1%, respectively). Muscle cramps and rash, which occurred in 16% and <10% of patients treated with pomalidomide plus low-dose dexamethasone, respectively, appear to be less common with pomalidomide than with lenalidomide.[58,59] Acute pulmonary toxicity is a rare, but serious, adverse event that manifests itself as acute interstitial pneumonitis. This complication needs to be recognised and treated promptly with corticosteroids.[86]

In most cases, nonhaematological grade 1–2 adverse events can be managed with standard interventions; patients with grade 3–4 adverse events may require pomalidomide dose modifications or discontinuation, as described in Figure 5. Anecdotally, calcium and magnesium supplementation or quinine may ameliorate muscle cramps. Caution is warranted when using pomalidomide in patients who developed rash during prior treatment with thalidomide or lenalidomide. For patients with mild-to-moderate maculopapular eruption or erythema, treatment with low-dose prednisone and antihistamines may be considered; for those with symptomatic and generalised rash, pomalidomide dose delay or reduction should be considered. Pomalidomide should be

npg

1580



| Event | Pomalidomide dose modification |
|---|---|
| Grade 3 rash (severe, generalised erythroderma or macular, papular or vesicular eruption; desquamation covering ≥50% body surface area) | • Hold dose<br>• If rash resolves to grade ≤1, decrease by 1 dose level at next cycle |
| Grade 4 rash (generalised exfoliative, ulcerative or bullous dermatitis) or rash with blistering | • Discontinue pomalidomide |
| Grade 3 peripheral sensory neuropathy (sensory alteration or paraesthesia interfering with activities of daily living) | • Hold dose<br>• If neuropathy resolves to grade ≤1, decrease by 1 dose level at next cycle |
| Grade 4 peripheral sensory neuropathy (disabling) | • Discontinue pomalidomide |
| Grade ≥3 constipation (symptoms interfering with activities of daily living; obstipation with manual evacuation indicated; or life-threatening consequences) | • Hold dose and initiate bowel regimen<br>• If constipation resolves to grade ≤2, decrease by 1 dose level at next cycle |
| Other pomalidomide-related grade ≥3 events | • Hold dose<br>• If event resolves to grade ≤2, decrease by 1 dose level at next cycle |

Pomalidomide dose levels: 4 mg → 3 mg → 2 mg → 1 mg → discontinuation

**Figure 5.**   Recommended pomalidomide dose modifications for other nonhaematological adverse events.[65,66]

discontinued in the rare but severe cases of generalised exfoliative, ulcerative or bullous dermatitis.

---

*Expert panel opinion*

- Follow the recommended renal dose modification scheme for other pomalidomide-related adverse events (Figure 5)

---

**IMPACT ON QUALITY OF LIFE**
In MM-003, quality-of-life scores for Global Health Status and Physical Functioning worsened significantly by cycle 2 in patients treated with high-dose dexamethasone.[87] In comparison, treatment with pomalidomide plus low-dose dexamethasone significantly prolonged the time to worsening of Global Health Status and Physical Functioning scores. In addition, fewer patients treated with pomalidomide plus low-dose dexamethasone experienced worsening in Fatigue scores, compared with those treated with high-dose dexamethasone. These findings suggest that, in terms of overall quality of life, the improved antimyeloma efficacy of pomalidomide plus low-dose dexamethasone may outweigh the negative impact of treatment-related adverse events compared with high-dose dexamethasone.

**USE IN SPECIAL POPULATIONS**
Patients with renal impairment
Lenalidomide is mainly eliminated unchanged via the kidneys, and renal impairment has been shown to reduce clearance of lenalidomide. As a result, lenalidomide dose adjustments are needed in patients with renal impairment to avoid excessive and potentially toxic levels of the drug.[3,88] In contrast, pomalidomide is metabolised extensively before excretion; only 2% of pomalidomide is excreted unchanged in the urine, compared with 82% of lenalidomide.[76] Compared with lenalidomide, pomalidomide also has a slower rate of absorption and a longer elimination phase in healthy volunteers and in patients with MM (Table 1). It is therefore hypothesised that renal function will not have a major effect on drug exposure.[89]

The available clinical data support the efficacy and safety of pomalidomide plus low-dose dexamethasone in patients with creatinine clearance ≥45 ml/min using the standard starting doses. In a subanalysis of data from MM-002 in which patients were classified according to creatinine clearance, the safety and efficacy of pomalidomide plus low-dose dexamethasone appeared similar irrespective of the degree of renal function.[52,90] A preplanned renal assessment in MM-003 showed that treatment with pomalidomide plus low-dose dexamethasone significantly extended PFS and OS compared with high-dose dexamethasone in patients with or without moderate renal impairment.[91,92] However, these results should be interpreted

© 2014 Macmillan Publishers Limited



**Figure 6.** Considerations for initiation of pomalidomide plus low-dose dexamethasone therapy. G-CSF, granulocyte colony-stimulating factor; VTE, venous thromboembolism. [a]Patients >75 years of age should receive dexamethasone 20 mg weekly; younger patients should receive a dose of 40 mg weekly. [b]G-CSF use may be considered for the first three cycles to prevent neutropenia. [c]The recommended starting dose of pomalidomide is 4 mg/day, regardless of the presence of comorbidity. [d]Antibiotic prophylaxis may be considered for the first three cycles of therapy to reduce the risk of infection. [e]Thromboprophylaxis should be considered for all patients receiving pomalidomide plus low-dose dexamethasone to reduce the risk of VTE.

with caution because the number of patients in each subgroup was small, and patients with severe renal impairment (serum creatinine >3 mg/dl in MM-002 and creatinine clearance <45 ml/min in MM-003) were excluded from these studies.[16,52,90] An ongoing phase I study (MM-008) will help determine the optimal dose of pomalidomide when given with low-dose dexamethasone in patients with severe renal impairment (creatinine clearance <30 ml/min).[89,93] Preliminary data from this study indicate that pomalidomide plus low-dose dexamethasone is well tolerated, and dose escalation continues. A larger, phase IV study (MM-013) has been initiated in Europe to assess the safety and efficacy of pomalidomide plus low-dose dexamethasone in patients with RRMM and moderate-to-severe renal impairment, including those undergoing dialysis.

*Expert panel opinion*

- It is not necessary to adjust the dose of pomalidomide 4 mg in patients with mild-to-moderate renal impairment (creatinine clearance ⩾45 ml/min)
- More data are needed on the use of pomalidomide plus low-dose dexamethasone in patients with severe renal impairment
- Monitor closely for adverse events in patients with renal impairment who are being treated with pomalidomide

Patients with unfavourable cytogenetics

In MM-002, pomalidomide plus low-dose dexamethasone showed promising activity in the subset of patients with unfavourable cytogenetics (del[17p] and/or t[4;14])[94] and, in MM-003, treatment with pomalidomide plus low-dose dexamethasone resulted in significantly better PFS and OS than with high-dose dexamethasone, regardless of cytogenetic risk group.[95] However, in IFM 2009-02, the presence of high-risk cytogenetics (del[17p] and/or t[4;14]) negatively affected outcomes: the 1-year OS rate in this cohort was 27% compared with 67% in patients with no cytogenetic abnormalities.[15] In a phase II confirmatory

trial (IFM 2010-02) evaluating pomalidomide plus low-dose dexamethasone in 50 patients with del(17p) and/or t(4;14), the median TTP and OS were 3 and 12 months, respectively.[96] Notably, patients with del(17p) appeared to benefit more from treatment with pomalidomide plus low-dose dexamethasone than did those with t(4;14): the median TTP was 8 months vs 3 months and median OS was not reached vs 9 months, respectively. In another phase II study of 71 patients with high-risk disease, defined by gene-expression profiling (GEP70 or GEP80 signatures), increased lactate dehydrogenase levels or metaphase cytogenetic abnormalities, pomalidomide-based therapy had good antimyeloma activity: 28% of patients had a partial response or better; 82% had stable disease or better; and the 1-year PFS and OS rates were 13% and 63%, respectively.[97] These data need to be interpreted with caution because of the relatively small number of patients, and additional data are needed.

*Expert panel opinion*

- Although more data are needed on the efficacy of pomalidomide plus low-dose dexamethasone in patients with unfavourable cytogenetics, this regimen is an appropriate option

Patients with advanced age

In IFM 2009-02, response to pomalidomide plus low-dose dexamethasone was not affected by age, and its safety profile in the subset of patients aged ⩾65 years (n = 26) was acceptable.[15] Survival outcomes were generally less favourable in older patients in both arms, compared with younger patients, as is usually the case in myeloma patients. Similarly, in MM-002, response to pomalidomide plus low-dose dexamethasone was not affected by age, and the safety profile was generally similar in patients aged ⩽65 and >65 years.[98,99] The incidence of pneumonia, however, was increased in older patients (29% vs 16%), underscoring the need for appropriate antibiotic prophylaxis in patients at risk of pneumonia. In MM-003, a subanalysis indicated that

© 2014 Macmillan Publishers Limited

1582

the efficacy and safety profiles of pomalidomide plus low-dose dexamethasone were not affected by age ($<65$ vs $\geqslant65$ years).[16] It should be noted that in MM-002 and MM-003, a reduced dose of dexamethasone (20 mg weekly) was used in patients $>75$ years of age[14,16] as is generally recommended for older patients with MM.[75] Future trials should assess the use of alternative steroids (that is, prednisone) in elderly myeloma patients treated with pomalidomide.

---

*Expert panel opinion*

- No dose adjustments of pomalidomide according to age are required
- Reduce the dose of dexamethasone to 20 mg weekly in patients $>75$ years of age

---

## CONCLUSIONS AND FUTURE DIRECTIONS

The pomalidomide plus low-dose dexamethasone regimen represents an important new treatment option for patients with RRMM refractory to lenalidomide and bortezomib. The improvements in PFS and OS indicate that pomalidomide plus low-dose dexamethasone has the potential to change the course of the disease,[16] and corresponding improvements in patient condition[16,87] are helping to expand therapeutic options after treatment with pomalidomide plus low-dose dexamethasone. These encouraging results highlight the importance of the appropriate use of pomalidomide, including adequate dose and prophylaxis for neutropenia, infection and VTE (Figure 6). Addressing these factors can help haematologists and oncologists maximise efficacy and minimise safety risks during pomalidomide treatment.

The optimal sequence and choice of agents in RRMM has not yet been established, and treatment decisions are left to the treating physician based on the needs of the individual patient and the availability of drugs. For patients who have exhausted lenalidomide- and bortezomib-based therapies, pomalidomide plus low-dose dexamethasone is an effective treatment option. Evidence suggests that pomalidomide is equally effective in patients whose last therapy was lenalidomide or bortezomib.[16] Pomalidomide plus low-dose dexamethasone could be an option for second-line therapy in patients with disease that failed first-line therapies with a combination of proteasome inhibitors and immunomodulatory drugs such as lenalidomide, bortezomib and dexamethasone.

More data are needed on the use of pomalidomide plus low-dose dexamethasone in certain subpopulations of patients with RRMM, including those with renal impairment or unfavourable cytogenetic features. The ongoing MM-008 and MM-013 studies will provide much-needed data on the use of pomalidomide in patients with renal impairment (including dialysis patients) that will help develop an evidence-based dose-modification strategy for pomalidomide in this setting.[89,93] Ongoing studies, IFM 2010-02 (NCT01745640) and MM-010 (NCT01712789), will provide further data on the impact of cytogenetic features and may help identify markers of response. Currently, data on the role of cereblon as a biomarker are not strong enough to recommend its use in clinical practice.

Novel pomalidomide-based regimens continue to be explored. Preliminary evidence from phase I/II trials indicates that the combination of pomalidomide, cyclophosphamide and prednisone is feasible in RRMM[100] as is the combination of clarithromycin, pomalidomide and dexamethasone[101] and pegylated liposomal doxorubicin, pomalidomide and dexamethasone.[102] Trials evaluating proteasome inhibitors in combination with pomalidomide and dexamethasone are also underway.[103–104] These studies will help further define the role of pomalidomide in the management of RRMM.

## CONFLICT OF INTEREST

MAD had a consultant role for and has received honoraria from, Celgene. XL has received honoraria from Janssen-Cilag, Celgene Corporation, Amgen, Novartis, Onyx, LeoPharma and Sanofi-aventis. AP had a consultant role for, and has received honoraria from, Amgen, Bristol-Myers Squibb, Celgene, Janssen-Cilag, Millennium and Onyx. PM had a consultancy or advisory role and has received honoraria from Celgene, Millennium and Janssen. MD is an advisory board member of, and has received honoraria as a speaker from, Celgene. MC is an advisory board member of and a speakers' bureau member of Janssen and Celgene and has received honoraria from Millennium, Amgen, Bristol-Myers Squibb and Onyx. HL has received honoraria from, and is a speakers' bureau member of, Celgene, Mundipharma and Ortho Biotech. GJM received payment for lectures including service for speakers' bureaus from Novartis, Celgene and Ortho Biotech. FED has served as a speakers' bureau member of Celgene and Ortho Biotech and has participated in advisory boards of Celgene, Ortho Biotech and Novartis. PS is an advisory board member of Celgene, Janssen-Cilag and Onyx and has received research funding from Celgene and Janssen-Cilag. SAS is an advisory board member of, and has received honoraria as a speaker from, Celgene and NAPP Pharmaceuticals. SZ has received compensation as a scientific advisory board member of Celgene, Millennium and Janssen-Cilag. MH has nothing to declare. KW has received a research grant from Celgene and had a consultant role for, and has received honoraria from, Celgene and Janssen-Cilag. MVM is an advisory board member of Onyx Pharmaceuticals, GenMab, Janssen Pharmaceuticals and Millennium; she is also a member of the speaker's bureau for Celgene, Janssen Pharmaceuticals, Millennium, Mundipharma and Novartis. TF is an advisory board member of Janssen-Cilag, Celgene, Amgen, Novartis, Onyx and Millennium and is a speakers' bureau member of Janssen-Cilag and Celgene. JFSM has received compensation as a scientific advisory board member from Millennium, Celgene, Janssen-Cilag, Novartis, Onyx, BMS and MSD.

## ACKNOWLEDGEMENTS

We thank Anna Georgieva, MD, PhD (Excerpta Medica), for assistance in the preparation of the manuscript. Editorial support was funded by Celgene. The authors are fully responsible for all content and editorial decisions for this manuscript.

## AUTHOR CONTRIBUTIONS

MAD developed the concept for this article and wrote its first draft. All authors reviewed and commented on the drafts and approved the final manuscript.

## REFERENCES

1 Kumar SK, Lee JH, Lahuerta JJ, Morgan G, Richardson PG, Crowley J et al. Risk of progression and survival in multiple myeloma relapsing after therapy with IMiDs and bortezomib: a multicenter international myeloma working group study. *Leukemia* 2012; **26**: 149–157.

2 Laubach J, Richardson P, Anderson K. Multiple myeloma. *Ann Rev Med* 2011; **62**: 249–264.

3 Dimopoulos MA, Terpos E, Chanan-Khan A, Leung N, Ludwig H, Jagannath S et al. Renal impairment in patients with multiple myeloma: a consensus statement on behalf of the International Myeloma Working Group. *J Clin Oncol* 2010; **28**: 4976–4984.

4 Schütt P, Brandhorst D, Stellberg W, Poser M, Ebeling P, Müller S et al. Immune parameters in multiple myeloma patients: influence of treatment and correlation with opportunistic infections. *Leuk Lymphoma* 2006; **47**: 1570–1582.

5 Wang X, Ottosson A, Ji C, Feng X, Nordenskjöld M, Henter JI et al. Proteasome inhibition induces apoptosis in primary human natural killer cells and suppresses NKp46-mediated cytotoxicity. *Haematologica* 2009; **94**: 470–478.

6 Blanco B, Pérez-Simón JA, Sánchez-Abarca LI, Carvajal-Vergara X, Mateos J, Vidriales B et al. Bortezomib induces selective depletion of alloreactive T lymphocytes and decreases the production of Th1 cytokines. *Blood* 2006; **107**: 3575–3583.

7 Berges C, Haberstock H, Fuchs D, Miltz M, Sadeghi M, Opelz G et al. Proteasome inhibition suppresses essential immune functions of human CD4 + T cells. *Immunology* 2008; **124**: 234–246.

8 Uy GL, Goyal SD, Fisher NM, Oza AY, Tomasson MH, Stockerl-Goldstein K et al. Bortezomib administered pre-auto-SCT and as maintenance therapy post transplant for multiple myeloma: a single institution phase II study. *Bone Marrow Transplant* 2009; **43**: 793–800.

9 Lee SJ, Richardson PG, Sonneveld P, Schuster MW, Irwin D, San Miguel JF et al. Bortezomib is associated with better health-related quality of life than high-dose dexamethasone in patients with relapsed multiple myeloma: results from the APEX study. *Br J Haematol* 2008; **143**: 511–519.

© 2014 Macmillan Publishers Limited

Case 2:10-cv-03165-RGK-SS   Document 268-12   Filed 02/17/16   Page 139 of 248   Page ID
#:11430

Optimal use of pomalidomide in RRMM
MA Dimopoulos et al

npg

1583

10 Richardson PG, Delforge M, Beksac M, Wen P, Jongen JL, Sezer O et al. Management of treatment-emergent peripheral neuropathy in multiple myeloma. Leukemia 2012; 26: 595–608.

11 Kumar SK, Therneau TM, Gertz MA, Lacy MQ, Dispenzieri A, Rajkumar SV et al. Clinical course of patients with relapsed multiple myeloma. Mayo Clin Proc 2004; 79: 867–874.

12 Lacy MQ, Hayman SR, Gertz MA, Dispenzieri A, Buadi F, Kumar S et al. Pomalidomide (CC4047) plus low-dose dexamethasone as therapy for relapsed multiple myeloma. J Clin Oncol 2009; 27: 5008–5014.

13 Lacy MQ, Hayman SR, Gertz MA, Short KD, Dispenzieri A, Kumar S et al. Pomalidomide (CC4047) plus low dose dexamethasone (Pom/dex) is active and well tolerated in lenalidomide refractory multiple myeloma (MM). Leukemia 2010; 24: 1934–1939.

14 Richardson P, Siegel D, Vij R, Hofmeister C, Baz R, Jagannath S et al. Pomalidomide alone or in combination with low-dose dexamethasone in relapsed and refractory multiple myeloma: a randomized phase 2 study. Blood 2014; e-pub ahead of print 13 January 2014; doi:10.1182/blood-2013-11-538835.

15 Leleu X, Attal M, Arnulf B, Moreau P, Traulle C, Marit G et al. Pomalidomide plus low-dose dexamethasone is active and well tolerated in bortezomib and lenalidomide-refractory multiple myeloma: Intergroupe Francophone du Myélome 2009-02. Blood 2013; 121: 1968–1975.

16 San Miguel J, Weisel K, Moreau P, Lacy M, Song K, Delforge M et al. Pomalidomide plus low-dose dexamethasone versus high-dose dexamethasone for patients with relapsed and refractory multiple myeloma (MM-003): a randomised, open-label, phase 3 trial. Lancet Oncol 2013; 14: 1055–1066.

17 European Medicines Agency. Imnovid (pomalidomide). Summary of product characteristics. Available from http://www.ema.europa.eu (accessed August 2013).

18 U.S. Food and Drug Administration. POMALYST (pomalidomide). Approved Drugs. Available from http://www.fda.gov/Drugs (accessed December 2013).

19 Quach H, Ritchie D, Stewart AK, Neeson P, Harrison S, Smyth MJ et al. Mechanism of action of immunomodulatory drugs (IMiDS) in multiple myeloma. Leukemia 2010; 24: 22–32.

20 Fonseca R, Bergsagel PL, Drach J, Shaughnessy J, Gutierrez N, Stewart AK et al. International Myeloma Working Group molecular classification of multiple myeloma: spotlight review. Leukemia 2009; 23: 2210–2221.

21 Pratt G. Molecular aspects of multiple myeloma. Mol Pathol 2002; 55: 273–283.

22 Stewart AK, Bergsagel PL, Greipp PR, Dispenzieri A, Gertz MA, Hayman SR et al. A practical guide to defining high-risk myeloma for clinical trials, patient counseling and choice of therapy. Leukemia 2007; 21: 529–534.

23 Escoubet-Lozach L, Lin IL, Jensen-Pergakes K, Brady HA, Gandhi AK, Schafer PH et al. Pomalidomide and lenalidomide induce p21 WAF-1 expression in both lymphoma and multiple myeloma through a LSD1-mediated epigenetic mechanism. Cancer Res 2009; 69: 7347–7356.

24 Shaffer AL, Emre NC, Lamy L, Ngo VN, Wright G, Xiao W et al. IRF4 addiction in multiple myeloma. Nature 2008; 454: 226–231.

25 Verhelle D, Corral LG, Wong K, Mueller JH, Moutouh-de Parseval L, Jensen-Pergakes K et al. Lenalidomide and CC-4047 inhibit the proliferation of malignant B cells while expanding normal CD34+ progenitor cells. Cancer Res 2007; 67: 746–755.

26 Li S, Pal R, Monaghan SA, Schafer P, Ouyang H, Mapara M et al. IMiD immunomodulatory compounds block C/EBP[beta] translation through eIF4E downregulation resulting in inhibition of MM. Blood 2011; 117: 5157–5165.

27 De Benedetti A, Graff JR. eIF-4E expression and its role in malignancies and metastases. Oncogene 2004; 23: 3189–3199.

28 Mitsiades N, Mitsiades CS, Poulaki V, Chauhan D, Richardson PG, Hideshima T et al. Apoptotic signaling induced by immunomodulatory thalidomide analogs in human multiple myeloma cells: therapeutic implications. Blood 2002; 99: 4525–4530.

29 Herr I, Debatin KM. Cellular stress response and apoptosis in cancer therapy. Blood 2001; 98: 2603–2614.

30 Xu Y, Li J, Ferguson GD, Mercurio F, Khambatta G, Morrison L et al. Immunomodulatory drugs reorganize cytoskeleton by modulating Rho GTPases. Blood 2009; 114: 338–345.

31 Corral LG, Haslett PA, Muller GW, Chen R, Wong LM, Ocampo CJ et al. Differential cytokine modulation and T cell activation by two distinct classes of thalidomide analogues that are potent inhibitors of TNF-alpha. J Immunol 1999; 163: 380–386.

32 Jourdan M, Tarte K, Legouffe E, Brochier J, Rossi JF, Klein B. Tumor necrosis factor is a survival and proliferation factor for human myeloma cells. Eur Cytokine Netw 1999; 10: 65–70.

33 Hideshima T, Chauhan D, Schlossman R, Richardson P, Anderson KC. The role of tumor necrosis factor alpha in the pathophysiology of human multiple myeloma: therapeutic applications. Oncogene 2001; 20: 4519–4527.

34 Gupta D, Treon SP, Shima Y, Hideshima T, Podar K, Tai YT et al. Adherence of multiple myeloma cells to bone marrow stromal cells upregulates vascular endothelial growth factor secretion: therapeutic applications. Leukemia 2001; 15: 1950–1961.

35 Dredge K, Marriott JB, Macdonald CD, Man HW, Chen R, Muller GW et al. Novel thalidomide analogues display anti-angiogenic activity independently of immunomodulatory effects. Br J Cancer 2002; 87: 1166–1172.

36 Lu L, Payvandi F, Wu L, Zhang LH, Hariri RJ, Man HW et al. The anti-cancer drug lenalidomide inhibits angiogenesis and metastasis via multiple inhibitory effects on endothelial cell function in normoxic and hypoxic conditions. Microvasc Res 2009; 77: 78–86.

37 Bolzoni M, Abeltino M, Storti P, Bonomini S, Agnelli L, Todoerti K et al. The immunomodulatory drugs lenalidomide and pomalidomide inhibit multiple myeloma-induced osteoclast formation and RANKL/OPG ratio in myeloma microenvironment targeting the expression of adhesion molecules. Blood (ASH Annu Meet Abstr) 2010; 116: (abstract 448).

38 Anderson G, Gries M, Kurihara N, Honjo T, Anderson J, Donnenberg V et al. Thalidomide derivative CC-4047 inhibits osteoclast formation by down-regulation of PU.1. Blood 2006; 107: 3098–3105.

39 Görgün G, Calabrese E, Soydan E, Hideshima T, Perrone G, Bandi M et al. Immunomodulatory effects of lenalidomide and pomalidomide on interaction of tumor and bone marrow accessory cells in multiple myeloma. Blood 2010; 116: 3227–3237.

40 Hayashi T, Hideshima T, Akiyama M, Podar K, Yasui H, Raje N et al. Molecular mechanisms whereby immunomodulatory drugs activate natural killer cells: clinical application. Br J Haematol 2005; 128: 192–203.

41 Davies FE, Raje N, Hideshima T, Lentzsch S, Young G, Tai YT et al. Thalidomide and immunomodulatory derivatives augment natural killer cell cytotoxicity in multiple myeloma. Blood 2001; 98: 210–216.

42 Reddy N, Hernandez-Ilizaliturri FJ, Deeb G, Roth M, Vaughn M, Knight J et al. Immunomodulatory drugs stimulate natural killer-cell function, alter cytokine production by dendritic cells, and inhibit angiogenesis enhancing the anti-tumour activity of rituximab in vivo. Br J Haematol 2008; 140: 36–45.

43 Galustian C, Meyer B, Labarthe MC, Dredge K, Klaschka D, Henry J et al. The anti-cancer agents lenalidomide and pomalidomide inhibit the proliferation and function of T regulatory cells. Cancer Immunol Immunother 2009; 58: 1033–1045.

44 Lopez-Girona A, Mendy D, Ito T, Miller K, Gandhi AK, Kang J et al. Cereblon is a direct protein target for immunomodulatory and antiproliferative activities of lenalidomide and pomalidomide. Leukemia 2012; 26: 2326–2335.

45 Stewart AK. Cereblon is a target of thalidomide, lenalidomide and pomalidomide, predicts clinical outcomes and is mutated in some drug resistant multiple myeloma patients. Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13(Suppl 1): abstract S14-1.

46 Zhu YX, Braggio E, Shi CX, Bruins LA, Schmidt JE, Van Wier S et al. Cereblon expression is required for the antimyeloma activity of lenalidomide and pomalidomide. Blood 2011; 118: 4771–4779.

47 Hideshima T, Chauhan D, Shima Y, Raje N, Davies FE, Tai YT et al. Thalidomide and its analogs overcome drug resistance of human multiple myeloma cells to conventional therapy. Blood 2000; 96: 2943–2950.

48 Rychak E, Mendy D, Miller K, Schafer P, Chopra R, Daniel TO et al. Overcoming resistance; the use of pomalidomide (POM) and dexamethasone (DEX) in re-sensitizing lenalidomide (LEN)-resistant multiple myeloma (MM) cells. Haematologica (EHA Annu Meet Abstr) 2011; 96: (abstract P-328).

49 Ocio EM, Fernández-Lázaro D, San-Segundo L, Gonazález-Méndez L, Martín-Sánchez M, Garayoa M et al. Reversibility of the resistance to lenalidomide and pomalidomide and absence of cross-resistance in a murine model of MM. Blood (ASH Annu Meet Abstr) 2011; 118: (abstract 134).

50 Rychak E, Mendy D, Shi T, Ning Y, Leisten J, Raymon H et al. Pomalidomide and dexamethasone are synergistic in preclinical models of lenalidomide-refractory multiple myeloma (MM). Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13(Suppl 1): abstract P-294.

51 Richardson PG, Siegel D, Baz R, Kelley SL, Munshi NC, Laubach J et al. Phase 1 study of pomalidomide MTD, safety, and efficacy in patients with refractory multiple myeloma who have received lenalidomide and bortezomib. Blood 2013; 121: 1961–1967.

52 Vij R, Richardson PG, Siegel DS, Hofmeister CC, Jagannath S, Baz R et al. Pomalidomide plus low-dose dexamethasone (POM + LoDEX) in RRMM: analyses based on prior therapy and renal function. Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13(Suppl 1): abstract P-170.

53 Ludwig H, San Miguel JS, Dimopoulos MA, Palumbo A, Garcia Sanz R, Powles R et al. International Myeloma Working Group recommendations for global myeloma care. Leukemia 2014; 28: 981–992.


Case 2:10-cv-03165-RGK-SS   Document 268-12   Filed 02/17/16   Page 140 of 248   Page ID
#:11437
Optimal use of pomalidomide in RRMM
MA Dimopoulos et al

1584

54 Schey SA, Fields P, Bartlett JB, Clarke IA, Ashan G, Knight RD et al. Phase I study of an immunomodulatory thalidomide analog, CC-4047, in relapsed or refractory multiple myeloma. J Clin Oncol 2004; 22: 3269–3276.

55 Streetly MJ, Gyertson K, Daniel Y, Zeldis JB, Kazmi M, Schey SA. Alternate day pomalidomide retains anti-myeloma effect with reduced adverse events and evidence of in vivo immunomodulation. Br J Haematol 2008; 141: 41–51.

56 Lacy MQ, Allred JB, Gertz MA, Hayman SR, Short KD, Buadi F et al. Pomalidomide plus low-dose dexamethasone in myeloma refractory to both bortezomib and lenalidomide: comparison of 2 dosing strategies in dual-refractory disease. Blood 2011; 118: 2970–2975.

57 Lacy MQ, Kumar SK, LaPlant BR, Laumann K, Gertz MA, Hayman SR et al. Pomalidomide plus low-dose dexamethasone (Pom/Dex) in relapsed myeloma: long term follow up and factors predicting outcome in 345 patients. Blood (ASH Annu Meet Abstr) 2012; 120: (abstract 201).

58 Dimopoulos M, Spencer A, Attal M, Prince HM, Harousseau JL, Dmoszynska A et al. Lenalidomide plus dexamethasone for relapsed or refractory multiple myeloma. N Engl J Med 2007; 357: 2123–2132.

59 Weber DM, Chen C, Niesvizky R, Wang M, Belch A, Stadtmauer EA et al. Lenalidomide plus dexamethasone for relapsed multiple myeloma in North America. N Engl J Med 2007; 357: 2133–2142.

60 Richardson PG, Sonneveld P, Schuster MW, Irwin D, Stadtmauer EA, Facon T et al. Bortezomib or high-dose dexamethasone for relapsed multiple myeloma. N Engl J Med 2005; 352: 2487–2498.

61 Rajkumar SV, Jacobus S, Callander NS, Fonseca R, Vesole DH, Williams ME et al. Lenalidomide plus high-dose dexamethasone versus lenalidomide plus low-dose dexamethasone as initial therapy for newly diagnosed multiple myeloma: an open-label randomised controlled trial. Lancet Oncol 2010; 11: 29–37.

62 Palumbo A, Bringhen S, Ludwig H, Dimopoulos MA, Bladé J, Mateos MV et al. Personalized therapy in multiple myeloma according to patient age and vulnerability: a report of the European Myeloma Network (EMN). Blood 2011; 118: 4519–4529.

63 Leleu X, Roussel M, Arnulf B, Moreau P, Karlin L, Michallet M et al. Prolonged overall survival with pomalidomide and dexamethasone in myeloma characterized with end stage disease. Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13:(Suppl 1): abstract P-156.

64 Spencer A. personal communication.

65 Siegel DS, Richardson PG, Hofmeister C, Vij R, Baz R, Jagannath S et al. Adverse event management of pomalidomide + low-dose dexamethasone in relapsed and refractory multiple myeloma. Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13: abstract P-399.

66 Delforge M, Dimopoulos M, Weisel K, Moreau P, Lacy M, Song K et al. Adverse events and management in MM-003, a phase 3 study of pomalidomide + low-dose dexamethasone (POM + LODEX) vs high-dose dexamethasone (HIDEX) in relapsed/refractory multiple myeloma (RRMM). Haematologica (EHA Annu Meet Abstr) 2013; 98:(Suppl 1): abstract P788.

67 Nucci M, Anaissie E. Infections in patients with multiple myeloma in the era of high-dose therapy and novel agents. Clin Infect Dis 2009; 49: 1211–1225.

68 Mateos MV, García-Sanz R, Colado E, Olazábal J, San-Miguel J. Should prophylactic granulocyte-colony stimulating factor be used in multiple myeloma patients developing neutropenia under lenalidomide-based therapy? Br J Haematol 2008; 140: 324–326.

69 Dimopoulos MA, Palumbo A, Attal M, Beksaç M, Davies FE, Delforge M et al. Optimizing the use of lenalidomide in relapsed or refractory multiple myeloma: consensus statement. Leukemia 2011; 25: 749–760.

70 Smith TJ, Khatcheressian J, Lyman GH, Ozer H, Armitage JO, Balducci L et al. 2006 update of recommendations for the use of white blood cell growth factors: an evidence-based clinical practice guideline. J Clin Oncol 2006; 24: 3187–3205.

71 Flowers CR, Seidenfeld J, Bow EJ, Karten C, Gleason C, Hawley DK et al. Antimicrobial prophylaxis and outpatient management of fever and neutropenia in adults treated for malignancy: American Society of Clinical Oncology clinical practice guideline. J Clin Oncol 2013; 31: 794–810.

72 Crawford J, Caserta C, Roila F. Hematopoietic growth factors: ESMO Clinical Practice Guidelines for the applications. Ann Oncol 2010; 21(Suppl 5): v248–v251.

73 de Naurois J, Novitzky-Basso I, Gill MJ, Marti FM, Cullen MH, Roila F. Management of febrile neutropenia: ESMO Clinical Practice Guidelines. Ann Oncol 2010; 21(Suppl 5): v252–v256.

74 Longo DL, Fauci AS, Kasper DL, Hause SL, Jameson JL, Loscalzo J (eds). Plasma cell disorders. In: Harrison's Principles of Internal Medicine. 18th edn, Part 7, Section 2, Chapter 111. McGraw-Hill Education, LLC: Columbus, OH, USA. Available from http://accessmedicine.mhmedical.com/content.aspx?bookid=331&sectionid=40726850 (accessed, 2013).

75 Palumbo A, Anderson K. Multiple myeloma. N Engl J Med 2011; 364: 1046–1060.

76 Hoffmann M, Kasserra C, Reyes J, Schafer P, Kosek J, Capone L et al. Absorption, metabolism and excretion of [14C]pomalidomide in humans following oral administration. Cancer Chemother Pharmacol 2013; 71: 489–501.

77 Robson RA. The effects of quinolones on xanthine pharmacokinetics. Am J Med 1992; 92(Suppl 4A): 22S–25S.

78 Stahlmann R, Schwabe R. Safety profile of grepafloxacin compared with other fluoroquinolones. J Antimicrob Chemother 1997; 40(Suppl A): 83–92.

79 Leleu X, Rodon P, Hulin C, Daley L, Dauriac C, Hacini M et al. MELISSE, a large multicentric observational study to determine risk factors of venous thromboembolism in patients with multiple myeloma treated with immunomodulatory drugs. Thromb Haemost 2013; 110: 844–851.

80 Palumbo A, Rajkumar SV, Dimopoulos MA, Richardson PG, San Miguel J, Barlogie B et al. Prevention of thalidomide- and lenalidomide-associated thrombosis in myeloma. Leukemia 2008; 22: 414–423.

81 Zamagni E, Brioli A, Tacchetti P, Zannetti B, Pantani L, Cavo M. Multiple myeloma, venous thromboembolism, and treatment-related risk of thrombosis. Semin Thromb Hemost 2011; 37: 209–219.

82 Lyman GH, Khorana AA, Kuderer NM, Lee AY, Arcelus JI, Balaban EP et al. Venous thromboembolism prophylaxis and treatment in patients with cancer: American Society of Clinical Oncology clinical practice guideline update. J Clin Oncol 2013; 31: 2189–2204.

83 Kristinsson SY. Thrombosis in multiple myeloma. Hematology Am Soc Hematol Educ Program 2010; 2010: 437–444.

84 Bagratuni T, Kastritis E, Politou M, Roussou M, Kostouros E, Gavriatopoulou M et al. Clinical and genetic factors associated with venous thromboembolism in myeloma patients treated with lenalidomide-based regimens. Am J Hematol 2013; 88: 765–770.

85 Delforge M, Bladé J, Dimopoulos MA, Facon T, Kropff M, Ludwig H et al. Treatment-related peripheral neuropathy in multiple myeloma: the challenge continues. Lancet Oncol 2010; 11: 1086–1095.

86 Geyer HL, Viggiano RW, Lacy MQ, Witzig TE, Leslie KO, Mikhael JR et al. Acute lung toxicity related to pomalidomide. Chest 2011; 140: 529–533.

87 San Miguel J, Weisel KC, Moreau P, Lacy MQ, Song KW, Delforge M et al. Quality of life improvements for pomalidomide + low-dose dexamethasone (POM + LoDEX) in relapsed and refractory MM (RRMM). Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13:(Suppl 1): abstract P-430.

88 European Medicines Agency. Revlimid (lenalidomide). Summary of product characteristics. Available from http://www.ema.europa.eu (accessed October 2013).

89 Matous J, Siegel DSD, Duong HK, Kasserra C, Sternas L, Jacques C et al. MM-008 trial: pharmacokinetics (PK) and tolerability of pomalidomide plus low-dose dexamethasone (POM plus LoDEX) in relapsed/refractory multiple myeloma (RRMM) patients with renal impairment (RI). J Clin Oncol (ASCO Annu Meet Proc) 2013; 31(Suppl): abstract 8585.

90 Siegel DS, Richardson PG, Baz R, Chen M, Zaki M, Anderson KC. Pomalidomide (POM) with low-dose dexamethasone (LoDEX) in patients with relapsed and refractory multiple myeloma (RRMM): impact of renal function on patient outcomes. Blood (ASH Annu Meet Abstr) 2012; 120: (abstract 4072).

91 Weisel KC, Dimopoulos MA, Moreau P, Lacy M, Song KW, Delforge M et al. Pomalidomide plus low-dose dexamethasone (POM + LoDEX) versus high-dose dexamethasone (HiDEX) in relapsed/refractory multiple myeloma (RRMM): MM-003 analysis of patients (pts) with moderate renal impairment (RI). J Clin Oncol (ASCO Annu Meet Proc) 2013; 31:(Suppl): abstract 8527.

92 Weisel K, Dimopoulos MA, Moreau P, Lacy M, Song K, Delforge M et al. Analysis of MM-003 patients with moderate renal impairment using pomalidomide + low-dose dexamethasone (POM + LODEX) vs. high-dose dexamethasone (HIDEX) in relapsed/refractory multiple myeloma (RRMM). Haematologica (EHA Annu Meet Abstr) 2013; 98:(Suppl 1): abstract P244.

93 Matous J, Siegel D, Duong H, Kasserra C, Sternas L, Jacques C et al. MM-008: a phase 1 trial evaluating pharmacokinetics and tolerability of pomalidomide + low-dose dexamethasone in patients with relapsed/refractory multiple myeloma (RRMM) with renal impairment. Haematologica (EHA Annu Meet Abstr) 2013; 98:(Suppl 1): abstract P772.

94 Richardson PG, Lonial S, Jakubowiak A, Baz R, Bahlis N, Siegel DS et al. Impact of POM + LoDEX on disease parameters and cytogenetic status in relapsed and refractory multiple myeloma (RRMM). Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr) 2013; 13:(Suppl 1): abstract O-15.

95 Dimopoulos MA, Weisel KC, Song KW, Delforge M, Karlin L, Goldschmidt H et al. Final analysis, cytogenetics, long-term treatment, and long-term survival in MM-003, a phase 3 study comparing pomalidomide + low-dose dexamethasone (POM + LoDEX) vs high-dose dexamethasone (HiDEX) in relapsed/refractory multiple myeloma (RRMM). Blood (ASH Annu Meet Abstr) 2013; 122: (abstract 408).

96 Leleu X, Karlin L, Macro M, Hulin C, Garderet L, Roussel M et al. Pomalidomide plus low-dose dexamethasone in relapsed or refractory multiple myeloma (RRMM) with deletion (del)17p and/or translocation t(4;14). Blood (ASH Annu Meet Abstr) 2013; 122: abstract 689.

© 2014 Macmillan Publishers Limited



1585

97 Usmani SZ, Stratton K, Hansen E, Zhang Q, Panozzo SB, Petty NM et al. Final results of a phase II study of pomalidomide (Pom) in GEP-defined high risk relapsed and refractory multiple myeloma (RRMM). *Blood (ASH Annu Meet Abstr)* 2013; **122**: abstract 3191.

98 Jagannath S, Hofmeister CC, Baz RC, Siegel DSD, Vij R, Chen C et al. Pomalidomide (POM) with or without low-dose dexamethasone (LoDEX) in patients (Pts) with relapsed and refractory multiple myeloma (RRMM): MM-002 phase II age subgroup analysis. *J Clin Oncol (ASCO Annu Meet Proc)* 2013; **31**(Suppl): abstract 8532.

99 Jagannath S, Hofmeister C, Baz R, Siegel DS, Vij R, Chen C et al. The efficacy and safety of pomalidomide with or without low-dose dexamethasone is not impacted by age in patients with advanced relapsed and refractory multiple myeloma: MM-002 subgroup analysis. *Haematologica (EHA Annu Meet Abstr)* 2013; **98**(Suppl 1): abstract P778.

100 Larocca A, Montefusco V, Bringhen S, Rossi D, Crippa C, Mina R et al. Pomalidomide, cyclophosphamide, and prednisone for relapsed/refractory multiple myeloma: a multicenter phase 1/2 open-label study. *Blood* 2013; **122**: 2799–2806.

101 Rossi AC, Mark TM, Rodriguez M, Shah M, Quinn R, Pearse RN et al. Clarithromycin, pomalidomide, and dexamethasone (ClaPD) in relapsed or refractory multiple myeloma. *J Clin Oncol (ASCO Annu Meet Proc)* 2012; **30** (Suppl poster): abstract 8036.

102 Hilger JD, Berenson JR, Klein LM, Bessudo A, Rosen PJ, Eshaghian S et al. A phase I/II study (NCT01541332) of pomalidomide (POM), dexamethasone (DEX), and pegylated liposomal doxorubicin (PLD) for patients with relapsed/refractory (R/R) multiple myeloma (MM). *J Clin Oncol (ASCO Annu Meet Proc)* 2013; **31**(Suppl): abstract 8598.

103 Richardson PGG, Hofmeister CC, Siegel DSD, Lonial S, Laubach J, Efebera YA et al. MM-005: a phase I trial of pomalidomide, bortezomib, and low-dose dexamethasone (PVD) in relapsed and/or refractory multiple myeloma (RRMM). *J Clin Oncol (ASCO Annu Meet Proc)* 2013; **31**(Suppl): abstract 8584.

104 Stadtmauer E, Shah J, Abonour R, Cohen A, Bensinger W, Gasparetto C et al. Carfilzomib, pomalidomide and dexamethasone (CPomd) for relapsed/refractory multiple myeloma (RRMM): a phase I/II trial. *Clin Lymphoma Myeloma Leuk (IMW Annu Meet Abstr)* 2013; **13**(Suppl 1): abstract P-250.

This work is licensed under a Creative Commons Attribution 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by/3.0/

# EXHIBIT "21"

# FILED UNDER SEAL

# EXHIBIT "22"

# FILED UNDER SEAL

# EXHIBIT "23"

# FILED UNDER SEAL

# EXHIBIT "24"

## FILED UNDER SEAL

# EXHIBIT "25"

# FILED UNDER SEAL

# EXHIBIT "26"

# FILED UNDER SEAL

# EXHIBIT "27"

| | |
|---|---|
| **From:** | Marta Olesnyckyj |
| **Sent:** | Monday, March 30, 2009 2:42 PM |
| **To:** | Tom Cavanaugh; David Allmond; Philip Lewis; Mohamad Hussein; Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Priya Mahale; Robert Knight; Thomas Bock; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch |
| **Subject:** | RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 ** |

Dear all,

If we are going to allow vendors to be first and senior authors than should we not have Excerpta Medica staff listed as authors? They "drive" the work also and review all the drafts. Vendors are paid for their work and that should be enough. Why does he even have an opinion in the placement of the authors? Does he realize without the work of Dr. Knight there would be no 009 or 010 trials for any manuscript?

*Regards,*

*Marta*

Marta Olesnyckyj

Director, Clinical Science

Clinical R&D, Oncology

Phone 908-673-9643

Mobile 908-656-2199

molesnyckyj@celgene.com

---

**From:** Ishak, Jack [mailto:Jack.Ishak@unitedbiosource.com]
**Sent:** Monday, March 30, 2009 10:24 AM
**To:** Tom Cavanaugh; David Allmond; Philip Lewis; Mohamad Hussein; Marta Olesnyckyj; Mindy Yang; Benjamin Winograd Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Priya Mahale; Robert Knight; Thomas Bock; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** Caro, Jaime
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

1

CELBRN2237540

Dear All,

Prof Morgan and Dr. Knight were first authors on abstracts as presenters of the posters or talks.  The order of authors for the paper was based on the contributions to the work and the paper.  We feel the current order does this in a fair way.  Jaime Caro was listed in the last position as the senior author who advised and oversaw the work and will review the paper; as first author, I have been the lead person driving the work and drafting the paper.

Best regards,

Jack

---

**From:** Tom Cavanaugh [mailto:tcavanaugh@celgene.com]
**Sent:** Monday, March 30, 2009 8:24 AM
**To:** David Allmond; Philip Lewis; Mohamad Hussein; Marta Olesnyckyj; Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Priya Mahale; Robert Knight; Thomas Bock; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** Ishak, Jack
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

I think having Gareth as first author would be a great suggestion.

Thanks,

Tom

---

**From:** David Allmond
**Sent:** Monday, March 30, 2009 4:55 AM
**To:** Philip Lewis; Mohamad Hussein; Marta Olesnyckyj; Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Priya Mahale; Robert Knight; Thomas Bock; Tom Cavanaugh; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch

2

CELBRN2237541

**Cc:** 'Jack.Ishak@unitedbiosource.com'
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

Gareth also presented the data at an EHA symposium

---

**From:** Philip Lewis
**Sent:** 30 March 2009 08:21
**To:** Mohamad Hussein; Marta Olesnyckyj; Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; David Allmond; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Priya Mahale; Robert Knight; Thomas Bock; Tom Cavanaugh; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** 'Jack.Ishak@unitedbiosource.com'
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

Dear Mohamad,

Thank you very much for your very clear argumentation. I agree with what you are saying regarding the question of first author, and it is certainly not too late to change the sequence of authors for this manuscript.

One solution could be to select Gareth Morgan as first author, who was primary advisor during the process of setting up the concept of dexamethasone overall survival calibration. Jack could then be second author and therefore be mentioned last.

Please let me know whether this would work.

Let us also see what Cindy says.

Many thanks and best regards,

Philip

---

**Dr. Philip Lewis**
- Manager Market Access Europe -

Celgene GmbH
Joseph-Wild-Straße 20
81829 München (Germany)

3

CELBRN2237542

tel: +49 (0) 89 4 51 51 9 – 231

mobile:+49 (0) 173 70 23 699
fax: +49 (0) 89 4 51 51 9 - 019

e-mail: plewis@celgene.com
web: www.celgene.de


Geschäftsführer: Michael Pehl, Aart Brouwer
Sitz und Registergericht München HRB 156 716

---

**From:** Mohamad Hussein
**Sent:** Montag, 30. März 2009 06:04
**To:** Philip Lewis; Marta Olesnyckyj; Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; David Allmond; Elisabeth Kuenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Priya Mahale; Robert Knight; Thomas Bock; Tom Cavanaugh; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** 'Jack.Ishak@unitedbiosource.com'
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **


Thanks Philip for the clarification (like you can see I am behind on my emails). I am just concerned that the message out of this arrangement is we don't have capable statisticians-which is far from the truth!

Jack please don't take this the wrong way; there are so many freaken rules and regulations with perception a big deal!!

Having the name on an abstract is ok but doesn't necessarily mean we have to follow the same with the paper (SWOG staging system, I was first author on the abstract but  Joth became the first author on the paper as it was a strong stat paper).

Vendors are paid, so might make it a bit hard for the credibility? if he is first author they should not be paid (this was the rule at CCF when I used a vendor for a stat paper and the statistician realized that this would be critical for their career at the time he declined the pay to be a lead author and follow CCF rules).

Well this might be late in the game!


Mohamad

4

Confidential

CELBRN2237543

**From:** Philip Lewis
**Sent:** Monday, March 23, 2009 5:40 PM
**To:** Marta Olesnyckyj; Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; David Allmond; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Mohamad Hussein; Priya Mahale; Robert Knight; Thomas Bock; Tom Cavanaugh; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** Jack.Ishak@unitedbiosource.com
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

Dear Marta,


The rationale for Jack Ishak being lead author to this manuscript is that Jack, in his role as UBC statistician, has been pivotal in this challenging statistical modeling process and indeed in securing NICE reimbursement for Revlimid.

Jack is best entitled to describe the analysis undertaken and it was therefore agreed with Arran Shearer at the time, that he should be lead author to this publication. This has also been approved for previous abstract submissions on the same subject, so I do very much hope that there is no issue with this. In my view, this is also not something that uncommon. As a vendor involved in HTA submissions, I even believe that a vendor name adds to the manuscript's credibility -.would you not agree?



Best regards and speak to you soon,



Philip

_____

**Dr. Philip Lewis**
- Manager Market Access Europe -

Celgene GmbH
Joseph-Wild-Straße 20
81829 München (Germany)

tel: +49 (0) 89 4 51 51 9 – 231

mobile:+49 (0) 173 70 23 699
fax: +49 (0) 89 4 51 51 9 - 019

e-mail: plewis@celgene.com
web: www.celgene.de

5

CELBRN2237544

Geschäftsführer: Michael Pehl, Aart Brouwer
Sitz und Registergericht München HRB 156 716

---

**From:** Marta Olesnyckyj
**Sent:** Montag, 23. März 2009 20:35
**To:** Mindy Yang; Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; David Allmond; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Mohamad Hussein; Priya Mahale; Robert Knight; Thomas Bock; Tom Cavanaugh; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** Philip Lewis; Jack.Ishak@unitedbiosource.com
**Subject:** RE: **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

Why are vendors authors?

*Regards,*

*Marta*

Marta Olesnyckyj

Director, Clinical Science

Clinical R&D, Oncology

Phone 908-673-9643

Mobile 908-656-2199

molesnyckyj@celgene.com

---

**From:** Mindy Yang
**Sent:** Monday, March 23, 2009 3:33 PM
**To:** Benjamin Winograd; Braden Parker; Cara Thompson; Catriona Byrne; Christian Jacques; Cindy Duval; Cindy Hartung; Cynthia Chrystal; Cynthia Edlow; David Allmond; Elisabeth Kueenburg; Eulena Horne; Franz Lechner; Gavin Collins; Jane Thomas; John Berg; John Chin; Lisa Wisniewski; Marta Olesnyckyj; Mindy Yang; Mohamad Hussein; Priya Mahale; Robert Knight; Thomas Bock; Tom Cavanaugh; Tommy Fu; Tuomo Patsi; Zhinuan Yu; Kevin Lynch
**Cc:** Philip Lewis; Jack.Ishak@unitedbiosource.com
**Subject:** **Health Economics Manuscript Outline for Review by April 6: Ishak et al. Adjusting for Crossover in MM009/010 **

Confidential

CELBRN2237545

Dear MM Publication Team

Attached is a health economics manuscript outline for your review.

This manuscript is an initiative of our EU team with the following key points:

  Data sets from MM009/010 are used, patients who were randomized to placebo+dex crossed over to len+dex arm in these studies

  Describes the methodology of how to adjust for the impact of crossover in a predictive equation

  Data from historical UK Medical Research Council (MRC) data were used to derive the expected overall OS with dexamethasone treatment in the absence of crossovers

  The manuscript addresses the issue of crossover to subsequent lenalidomide-containing therapies as observed in MM009/010

  Provide a general description of the method and illustrate its application to addresses the issue of crossover in MM009/010

  The calibration method described in this manuscript is a simple approach to reduce the impact of crossover

This is a very important publication since Revlimid reimbursement in the UK has been conditional based on making this methodology referenceable in a peer-reviewed publication.

**Manuscript Title:**     Adjusting for Crossover in Trials Using External Data: A Case Study with Pivotal Trials for Lenalidomide + Dexamethasone in Relapsed/Refractory Multiple Myeloma

**Authors:**             Jack Ishak (UBC), Gareth Morgan, Mark Drayson, Meletios Dimopoulos, Donna Weber, Bradley Augustson, Tony Child, Robert Knight, Gulnaz Begum, Janet Dunn, Arran Shearer, Jaime Caro (UBC)

**Target Journal:**      Value in Health

Jack Ishak from United Biosource Corporation, our vendor for European Revlimid HTA submissions, is working on this manuscript, please copy him on your comments.

Best Regards

Confidential

CELBRN2237546

Mindy

**Mindy Yang, Pharm.D**

Director, Scientific Communications

Celgene Corporation

86 Morris Avenue.

Summit, New Jersey  07901

Tel: +1 908 673 9986

Mobile: +1 908 721 2965

Fax: +1 908 673 2779

mmyang@celgene.com

```
************************************************************
THIS ELECTRONIC MAIL MESSAGE AND ANY ATTACHMENT IS
CONFIDENTIAL AND MAY CONTAIN LEGALLY PRIVILEGED
INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
OR INDIVIDUALS NAMED ABOVE.
If the reader is not the intended recipient, or the
employee or agent responsible to deliver it to the
intended recipient, you are hereby notified that any
dissemination, distribution or copying of this
communication is strictly prohibited. If you have
received this communication in error, please reply to the
sender to notify us of the error and delete the original
message. Thank You.
************************************************************
```

Confidential

CELBRN2237547

EXHIBIT

"28"

*In the Matter Of:*

# United States of America, et al v Celgene Corporation

---

## Jerry Zeldis MD

## July 09, 2015

---

*A. William Roberts, Jr. and Associates*
*We're About Service... Fast, Accurate and Friendly*
*(800) 743-DEPO*
*www.scheduledepo.com*



**A. William Roberts, Jr. & Associates**
court reporting | videography | trial presentation | nationwide scheduling
**scheduledepo.com | 800-743-DEPO**

United States of America, et al v
Celgene Corporation

Jerry Zeldis MD
July 09, 2015

152

1      Q.       In other words, a supporter of the

2   trial; supplied the drugs, paid for the costs of the

3   trial, paid the doctors.

4                MS. DUNNE:  Objection.  Vague.

5                THE WITNESS:  So you're asking about

6        six questions in one.  Do you want me to break

7        that down?

8    BY MR. GUTTMAN:

9      Q.       Well, let's break it down, yeah.

10     A.       Okay.  No group could do research on

11  thalidomide unless they receive the drug from us --

12     Q.       Okay.

13     A.       -- because we were the only producers

14  of Thalomid in the United States.  So all research,

15  we were involved one way or another.

16                Some research was done by cooperative

17  groups.  They designed the trial.  They administered

18  the trial.  We had a CRADA, which is a research

19  agreement with the NCI, which allowed them to use

20  our drug under their IND, and they would pay for the

21  trials.  And the results would come in, they would

22  analyze the trials and they would publish the trial

23  on their timeline, no matter what we wanted.

24                There were some trials that were done

25  via the cancer cooperative groups where we were very

173

```
 1   do it their way, and sometimes they'd say, "Oh, I
 2   wasn't aware of this.  I will modify.  Thank you for
 3   letting me know."
 4        Q.      Okay.  Well, just so we're clear, when
 5   you're talking about less than 50 cc minimum, you're
 6   talking about glomerular filtration rate?
 7        A.      Yes.  That's the -- that's the
 8   creatinine clearance.  It's a reflection of the
 9   glomerular filtration rate.
10                (Brief reporter clarification.)
11    BY MR. GUTTMAN:
12        Q.      It's a function of how the kidneys
13   work, right?
14        A.      It explains how the kidneys work.
15        Q.      Okay.  So if you have a GFR up above
16   60, you're pretty much doing okay, right?
17        A.      I hope so, because my GF -- my
18   creatinine clearance is slightly under 60.
19        Q.      You don't look like you're the walking
20   dead.  You look okay to me.
21        A.      Yes.  But we're dealing with a drug,
22   Revlimid, which is excreted primarily by the kidney.
23   And, therefore, if your kidney function is below 50,
24   you're going to accumulate this drug in your system.
25   And the major adverse events that are of concern is
```

174

1    a low platelet count and a low white count.

2              And since at that juncture we had not

3    done studies in treating people with multiple

4    myeloma who had a low glomerular filtration rate,

5    this potentially could be dangerous.

6              And, therefore, I felt and I still

7    advise that the creatinine clearance be above 50.

8         Q.      In how many situations do you think you

9    weighed in and changed the protocol for who should

10   be part of the patient test population?

11             MS. DUNNE:  Objection.  Misstates the

12        evidence.

13             THE WITNESS:  Rephrase the question.

14    BY MR. GUTTMAN:

15        Q.      So in this situation when you say these

16   patients must not be the walking dead, right?

17        A.      Yes.

18        Q.      You're basically making a statement as

19   to who should be in the patient population that's

20   part of this study, right?

21        A.      Yes, I am.

22        Q.      Okay.  How many times did you actually

23   do that?

24        A.      Probably 100 percent of all the IITs, I

25   made a comment.  No IIT was approved by -- at

1   Celgene, up to around 2008-ish, without my approval.

2   And we had weekly -- we had monthly or bimonthly

3   meetings, teleconferences, where we discussed all

4   the suggestions for doing investigator-initiated

5   trials, and we went over it.

6          So the first cut would be which trials

7   we were not interested in supporting one way or

8   another.  And there's a whole variety of reasons why

9   we'd not support it.

10         And then the ones that we would

11   support, we'd make suggestions on how it should be

12   conducted.  And there are certain areas which were

13   -- they were just suggestions to consider, and

14   others we said no, based on XYZ information, we

15   think you need to seriously modify this because we

16   don't think it would be -- potentially it would not

17   be beneficial to people for the following reasons.

18         These are not arbitrary things but

19   based on evidence.  And it goes back to something I

20   said earlier about we learn from our drugs.  And if

21   we ignore what we learned, then we get into

22   problems.

23      Q.    Well, if Dr. Berenson wanted to test

24   the drug, this drug combination, on the walking dead

25   as an independent clinician who wanted to conduct a

United States of America, et al v
Celgene Corporation

Jerry Zeldis MD
July 09, 2015

289

```
 1              CERTIFICATE OF REPORTER

 2

 3       I, Goldy Gold, a Registered Professional

 4  Reporter and Notary Public for and within the State

 5  of New York at Large, do hereby certify that the

 6  foregoing transcript is a true, accurate, and

 7  complete record.

 8       I further certify that I am neither related to

 9  nor counsel for any party to the cause pending or

10  interested in the events thereof.

11       Witness my hand, I have hereunto affixed my

12  official seal this 15th day of July, 2015 at New York

13  City, New York.

14

15

16

17

18              Goldy Gold

19

20       _____
         GOLDY GOLD
21       Court Reporter
         My Commission expires
22       October 9, 2019

23

24

25
```

United States of America, et al v
Celgene Corporation

Jerry Zeldis MD
July 09, 2015

290

1                    SIGNATURE OF DEPONENT

2   DEPONENT:  Jerry Zeldis, MD
    DEPOSITION DATE:  July 9, 2015
3   REPORTER:  Goldy Gold
    CASE CAPTION:  USA vs. Celgene

4

        (Please return both Signature of Deponent pages)

5

        I, the undersigned, Jerry Zeldis, MD, do
6   hereby certify that I have read the foregoing
    deposition and find it to be a true and accurate
7   transcription of my testimony, with the following
    corrections, if any:

8

    PAGE    LINE    CHANGE              REASON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

United States of America, et al v
Celgene Corporation

Jerry Zeldis MD
July 09, 2015

291

1               SIGNATURE OF DEPONENT (Continued)

2    DEPOSITION DATE:  July 9, 2015
     REPORTER:  Goldy Gold
3    CASE CAPTION:  USA vs. Celgene

4
     PAGE   LINE        CHANGE              REASON
5

6

7

8

9

10

11
                    _____
12                   Jerry Zeldis, MD        DATE

13          I, Goldy Gold, Notary Public of the State of
     New York, at Large, do hereby certify that the
14   deponent was advised of his or her right to read and
     sign said deposition both verbally and in writing.
15   If the deponent fails to execute and return
     foregoing Signature of Deponent pages within the
16   thirty (30) days allowed pursuant to the Rules of
     Civil Procedure, the original transcript may be
17   filed with the court.

18

19

20

21
                    *Goldy Gold*
22

23
                    _____
24                   Goldy Gold
                     My commission expires:
25                   Date:  October 9, 2015

# EXHIBIT "29"

| | |
|---|---|
| **From:** | Jerry Zeldis |
| **Sent:** | Sunday, July 22, 2001 10:21 AM |
| **To:** | Doris Wong; Todd Hyde; Laura Vinci; Laura Higgin; Amy Cavers |
| **Cc:** | ██████████████ (E-mail) |
| **Subject:** | RE: ████████ TAD protocol |
| **Importance:** | High |

To All:

I **do not** want this trial initiated UNTIL I have spoken with ████ and we **both** agree on the protocol.  Until this happens, Celgene will not provide PTAP support.

A few points:

Based on unpublished data that I have seen from Arkansas,
- I do not want thalidomide used within a six to eight week period of adriamycin administration unless adequate anticoagulation is given.
- Coumadin is not adequate anticoagulation.
- We are just beginning to explore low molecular weight heparin; however we do not know if it works in reducing the incidence of DVT associated with adriamycin and thalidomide.

Since Dex/thalidomide gives an initial response of 72-76% in newly diagnosed symptomatic MM (based on MD Anderson and Mayo studies), it may make sense for ████ to sequentially treat his patients.  That is to say:
- Thal/Dex for 2-3 months, then
- Adriamycine/Dex for 2-3 cycles, then
- Back to thal/dex or thal alone

I would think that 100 to 200 mg a day of thalidomide should be sufficient.

Based on my previous interactions with ████, I am certain that we can work out a protocol that will make ████ happy and that will have a high probability of success for his patients.

Best regards,

Jerry

   -----Original Message-----
   **From:**      Doris Wong
   **Sent:**      Friday, July 20, 2001 10:31 AM
   **To:**        Todd Hyde; Jerry Zeldis; Laura Vinci; Laura Higgin; Amy Cavers
   **Subject:**   ████████ TAD protocol

   Hi Folks,

   Just to keep everyone in the loop.  ████████ is moving forward in opening up his TAD protocol again with some ammendments.  They are as follows:

   Dex will be given 40mg/day, days 1-4  (Dex was pulsed @40mg/day, days 1-4, 9-12 & 17-20 before)
   Adira will be given 9mg/m2 on days 21-24 on each 42 day cycle  (Adria was bolus 36mg/m2, day 1 of each 28-30 day cycle)
   Thalidomide will be initiated at 50mg po hs for 2 weeks, then increased to 100mg/hs throughout the study period. (Thal was 100mg for 2 wks, then increased to 200mg/day)
   3 cycles of TAD will be administered.(It was 4 cycles of TAD before)

   They also have added low-dose coumadin at 1-2mg daily.  Do we want to make this heparin of low molecular weight heparin?

1

CELDOJ1271586
CELBRN1271586

I am trying to get an appt with ███████ hopefully next week.  All of his ammendements were IRB approved last week.  I spoke to Laura and since they received their first payment already for the original study, we will not be sending them anything additional till they meet their next requirement.  No new contract is apparently necessary since it is still TAD with ammendments.  So, we will start at ground zero with patient accrual.  I know that Dr. ███████ is very enthusiastic and anxious to start this study again since his patients were responding and unfortunately, the DVTs were a problem.

Let me know if you have any comments or suggestions on this.

Dpros

2

CELDOJ1271587
CELBRN1271587

# EXHIBIT "30"

# FILED UNDER SEAL

# EXHIBIT "31"

| From: | Pankey, Deanna [DEPANKEY@8640] |
| Sent: | Tuesday, February 22, 2000 10:28 PM |
| To: | 'Benedict, Kimberly'; 'Deen, Vanessa'; 'Mintzer, Alana'; 'Murphy, Sheila'; 'Schwarz, Hank'; 'Shriver, Anne'; 'Zalutko, Suzanne' |
| Subject: | FW: THALOMID Compendia Review |

Hi Western Region-
Great news regarding the Compendia!
Please read and incorporate into your calls when you hear that reimbursement is an obstacle.  We are in an excellent position for 3rd party payers and you should mention this in accounts when appropriate.
Deanna

-----Original Message-----

| From: | Eileen Finnegan |
| Sent: | Friday, February 18, 2000 6:22 AM |
| To: | Bruce Williams; Jay Kaminski; Amy Cavers; Jerry Zeldis; John Jackson; Ken Resztak; Sharon Clover; Sol Barer; Robert Hugin |
| Cc: | Deanna Pankey; Jackie Rychel; Eddie Livingston; Kim Chase; Leslie Yendro; Todd Hyde; drosina@best.com |
| Subject: | THALOMID Compendia Review |

Great news.....

The 2000 AHFS (American Hospital Formulary Service) Drug Information, which is being released today from the printers, **has recognized THALOMID's effectiveness in several off-label indications including many cancer uses (breast, ovarian, head etc.).**  An earlier monograph update from 12/99 had listed multiple myeloma as the only un-labeled cancer indication. I do not have a copy of the 2000 edition yet, but will forward as soon as available.

Even better news....

I received a call from the Publications Director of the Compendia-Based Drug Bulletin advising me that they were going to press this afternoon with the February 2000 edition. The Publications Director had not seen any off-label cancer indications for THALOMID recognized by one of the compendia, not even multiple myeloma.  I was able to reach the AHFS Drug Information writer and because of the timing, **the  February Compendia-Based Drug Bulletin will include all of the Thalidomide (THALOMID) off-label cancer indications and assigned ICD-9 codes under the front section listed by drug.**  There was not enough time to change the back section which is listed by cancer type.

The Compendia-Based Drug Bulletin is a cancer index used by providers that assigns ICD-9 codes by cancer type for appropriate drug indications. **The code is used to secure 3rd party reimbursement for Compendia approved off-label uses.** The Bulletin is published four times a year. Inclusion in the February edition will be a big help in securing reimbursement for THALOMID with insurers.

Eileen

1

Confidential
Confidential

CELDOJ0317545
CELBRN0317545

# EXHIBIT "32"

## FILED UNDER SEAL

# EXHIBIT

# "33"

# FILED UNDER SEAL

# EXHIBIT "34"

duction of leukocyte migration into brain parenchyma and reduction of plaque formation detected by magnetic resonance imaging (MRI) following repeated administration of natalizumab. The clinical relevance of these findings to humans is unknown. However, there is evidence that CSF attained from natalizumab-treated MS patients has decreased levels of all major lymphocyte subsets.

## Advice to Patients

Importance of patients being counseled on and understanding the benefits and risks of natalizumab before the initial prescription is written. Patients must understand the risks of natalizumab treatment, including the risk of progressive multifocal leukoencephalopathy (PML) and other opportunistic infections.

Advise patients to read the natalizumab medication guide before therapy is initiated and before each dose of the drug.

Importance of promptly informing clinicians of any new or worsening symptoms (e.g., new or sudden change in thinking, eyesight, balance, strength) that have persisted over several days.

Importance of patients informing all their clinicians that they are receiving natalizumab.

Advise patients that they will need to be evaluated by their prescriber at 3 and 6 months after the first natalizumab infusion and at least once every 6 months during therapy.

Importance of discontinuing natalizumab and reporting any symptoms consistent with a hypersensitivity reaction (e.g., urticaria with or without associated symptoms such as itching or trouble breathing) that occur during or following IV infusion of the drug.

Importance of informing clinicians if fever or infection (including shingles or any unusually long-lasting infection) occurs.

Importance of informing clinicians of existing or contemplated concomitant therapy, including prescription and OTC drugs, and any concomitant illnesses.

Importance of women informing clinicians if they are or plan to become pregnant or plan to breast-feed.

Importance of informing patients of other important precautionary information. (See Cautions.)

Overview® (see Users Guide). For additional information on this drug until a more detailed monograph is developed and published, the manufacturer's labeling should be consulted. It is *essential* that the manufacturer's labeling be consulted for more detailed information on usual cautions, precautions, contraindications, potential drug interactions, laboratory test interferences, and acute toxicity.

## Preparations

Natalizumab is available only through a restricted distribution program (TOUCH® Prescribing Program). (See Dosage and Administration: Restricted Distribution Program.)

**Natalizumab**

**Parenteral**

For injection,   300 mg/15 mL          Tysabri®, Elan(manufactured by
concentrate,                            Biogen Idec)
for IV infusion
only

†Use is not currently included in the labeling approved by the US Food and Drug Administration

© Copyright, October 2006, American Society of Health-System Pharmacists, Inc.

---

# Thalidomide

▪ Thalidomide, a synthetic glutamic acid derivative, is an immunomodulatory agent with anti-inflammatory, antiangiogenic, and sedative and hypnotic activity; the drug is also a potent teratogen.

## Uses

▪ **Overview**   Thalidomide is labeled by the US Food and Drug Administration (FDA) for acute treatment of cutaneous manifestations of moderate to severe erythema nodosum leprosum (ENL) in leprosy patients and for maintenance therapy for prevention and suppression of cutaneous manifestations of ENL recurrence. The drug has been designated an orphan drug by the US Food and Drug Administration (FDA) for the treatment of ENL and treatment and maintenance of recurrent lepromatous leprosy. Thalidomide also has been designated an orphan drug by the FDA for treatment of wasting syndrome associated with human immunodeficiency virus (HIV) infection†; prevention and treatment of severe recurrent aphthous stomatitis in severely, terminally immunocompromised patients†; prevention and treatment of graft-versus-host disease in patients receiving bone marrow transplantation†; treatment of multiple myeloma†; treatment of clinical manifestations of mycobacterial infection caused by *Mycobacterium tuberculosis* and nontuberculous mycobacteria†; treatment of Crohn's disease†; and treatment of primary brain tumors†. In addition, thalidomide has been used for the treatment of a variety of inflammatory and/or dermatologic disorders, treatment of various HIV-associated conditions, and treatment of various malignancies.

*Restricted Distribution*   Because thalidomide is a known human teratogen and can cause severe, life-threatening birth defects or fetal death if

given during pregnancy (see Teratogenic Effects under Pregnancy, Fertility, and Lactation: Pregnancy, in Cautions), the drug was approved by the FDA for marketing in the US in 1998 only under a special restricted distribution program, the System for Thalidomide Education and Prescribing Safety (STEPS), designed to help ensure the safe and effective prescribing, dispensing, and use of commercially available thalidomide. In the US, the STEPS distribution program restricts access to commercially available thalidomide to prescribing clinicians, pharmacies, and patients who are registered in the program and mandates compliance with registration, education, and safety requirements of the program. (See Dosage and Administration: Restricted Distribution Program.) The STEPS program minimizes, but may not completely eliminate, the risk that thalidomide may inadvertently be given to a pregnant woman. Thalidomide also is available in the US for use in clinical trials under protocol conditions. *The risks versus benefits of thalidomide must be addressed each time use of the drug is being considered.*

*Past and Current Therapeutic Perspective*   In the late 1950s, thalidomide was marketed in several other countries, including the United Kingdom and Canada, and was available over-the-counter in some countries (e.g., Germany) for use as a sedative and for the treatment of various conditions, including asthma, hypertension, migraine, and common symptoms of early pregnancy (e.g., morning sickness), often in combination with other drugs. Thalidomide was being used in clinical studies in the US, but did not receive FDA approval at that time principally because of European reports of thalidomide-associated peripheral neuropathy that may be irreversible and unanswered questions about potential adverse effects on fetuses. Because of thalidomide's prompt sedative effects, lack of hangover, and apparent safety (in regards to overdosage), the drug was considered to be a safe alternative to barbiturates, and its manufacturer at that time promoted it as a nontoxic drug with no adverse effects, and completely safe for administration to pregnant women. However, reports of serious adverse effects soon appeared and use of thalidomide was linked to an epidemic of severe and often fatal fetal and neonatal malformations (most frequently phocomelia) that affected children in 46 countries.During that time, 17 babies were born in the US with thalidomide-associated phocomelia to mothers who received the drug from overseas sources or received premarketing samples distributed by drug company representatives. In 1961, the manufacturer withdrew thalidomide from the world market.

A few years later, there were reports that leprosy patients with inflammatory lesions related to ENL reactions had experienced improvement in these lesions while receiving thalidomide as a sedative. The discovery of thalidomide's therapeutic efficacy in the treatment of ENL led to investigations that revealed the anti-inflammatory and immunomodulatory effects of the drug and prompted studies evaluating the drug in various autoimmune or inflammatory diseases and various conditions in HIV-infected patients. In addition, after in vitro and animal studies indicated that thalidomide has anti-angiogenesis activity, investigations were initiated to evaluate use of the drug for a variety of neoplastic diseases. Most information to date regarding use of thalidomide for the treatment of inflammatory and immune disorders or for the treatment of patients with HIV infection or malignancy consists of case reports or data obtained from uncontrolled studies in a limited number of patients. Well-controlled clinical studies are needed to evaluate the safety and efficacy of thalidomide for the treatment of these various indications.

▪ **Erythema Nodosum Leprosum**   Thalidomide is used for acute treatment of cutaneous manifestations of moderate to severe erythema nodosum leprosum (ENL) reactions (lepra type 2 reactions) in leprosy patients, and also is used for maintenance therapy for prevention and suppression of cutaneous manifestations of ENL recurrence. Thalidomide has been used in conjunction with corticosteroid therapy for the acute treatment of ENL reactions that include moderate to severe neuritis in addition to cutaneous manifestations; however, thalidomide should *not* be used alone as monotherapy for treatment of ENL reactions complicated by neuritis. In these situations, thalidomide generally is initiated in conjunction with systemic corticosteroid therapy and the corticosteroid is slowly withdrawn if neuritis resolves.

ENL is a recurrent, immunologically mediated syndrome that occurs principally in patients with multibacillary leprosy. While ENL reactions have been reported to occur in 10–50% of lepromatous leprosy patients and 25–30% of borderline lepromatous patients, these reactions are being reported less frequently in patients receiving the currently recommended multidrug antileprosy regimens that include clofazimine than in those who received dapsone monotherapy. ENL usually occurs after initiation of anti-infective therapy for leprosy (generally within the first 2 years of treatment), although occasionally it may occur spontaneously in untreated lepromatous leprosy patients or after treatment is discontinued. These reactions are considered to be a manifestation of the disease rather than an adverse reaction to antileprosy regimens. Clinical symptoms include cutaneous papules or nodules that are painful or tender, erythematous, and histologically vasculitic; the papules may pustulate and ulcerate, appear as recurrent crops, and are widely distributed, generally appearing on extensor surfaces of the extremities and on the face. Cutaneous symptoms of ENL may be accompanied by peripheral neuritis (usually of the ulnar nerve), fever, malaise, wasting, uveitis, lymphadenitis orchitis, and glomerulonephritis. Histologically, ENL is an acute vasculitis or panniculitis that is thought to be secondary to immune (i.e., antigen-antibody) complex deposition.

Depending on the severity of manifestations, ENL reactions generally are treated using analgesics, corticosteroids, and/or thalidomide; clofazimine also has anti-inflammatory effects and is beneficial in the treatment of ENL reac-

tions. While mild ENL reactions in some patients may be adequately managed with a nonsteroidal anti-inflammatory agent (e.g., aspirin, indomethacin) and bedrest, moderate to severe ENL reactions generally are treated with corticosteroids and/or thalidomide, and hospitalization may be required. The antileprosy regimen usually is continued while the ENL reaction is treated. Corticosteroid therapy (usually prednisolone) generally is effective for the treatment of moderate and severe ENL and usually is necessary when ENL is complicated by neuritis; however, long-term therapy may be required and there is a risk that ENL patients (especially those with chronic ENL) may become steroid dependent.

In patients already receiving clofazimine as part of a multidrug antileprosy regimen, a temporary increase in clofazimine dosage may allow a reduction in corticosteroid requirements; clofazimine dosage effective for the treatment of ENL reactions is slightly higher than that usually recommended for the treatment of leprosy. However, clofazimine is not as effective or as rapidly acting as corticosteroids or thalidomide in the treatment of ENL and should not be initiated as the sole agent for the treatment of severe ENL.

Thalidomide is effective for the treatment of moderate to severe ENL reactions, and some clinicians suggest that thalidomide may be the drug of choice for the treatment of these reactions, especially severe, recurrent reactions, in part because a prompt response to thalidomide generally is obtained and because of concerns related to long-term use of corticosteroids in leprosy patients. However, the risks versus benefits of thalidomide therapy must be considered, especially in women of childbearing age. Early diagnosis and treatment of ENL is important since these reactions are associated with considerable morbidity, especially if chronic, recurrent ENL occurs. Therapy for leprosy and leprosy reactional states should be undertaken in consultation with an expert in the treatment of leprosy. In the US, the Gillis W. Long Hansen's Disease Center at800-642-2477 should be contacted for further information on the management of leprosy reactional states.

Information regarding safety and efficacy of thalidomide for the treatment of cutaneous manifestations of moderate to severe ENL is derived from more than 30 years of experience with the drug, open-label and controlled studies and case reports involving leprosy patients from many different countries, and a retrospective study of leprosy patients treated in the US by the US Public Health Service (USPHS). There is evidence that use of thalidomide in leprosy patients with moderate to severe ENL reactions can result in prompt resolution of the signs and symptoms of ENL, and the drug has been effective in patients with severe chronic ENL refractory to corticosteroid therapy. In one controlled study in patients with ENL cutaneous lesions who received 7-day regimens of thalidomide (400 mg daily) or placebo, a response (i.e., complete remission of symptoms or advanced remission of about 50% of existing ENL skin lesions) occurred in 66 or 9% of treatment courses in patients receiving thalidomide or placebo, respectively. In a similar study, a complete response (i.e., the absence of skin lesions) occurred in 75 or 25% of treatment courses in patients receiving thalidomide or aspirin, respectively. Efficacy of thalidomide for the treatment of chronic ENL reactions has been evaluated in 2 limited crossover studies of hospitalized, corticosteroid-dependent ENL patients who were receiving dapsone and were treated with a 4- to 6-week regimen of thalidomide (300 mg daily) or placebo. In the first crossover study, the weekly corticosteroid dosage could be reduced in about 89% of patients while thalidomide was administered, but corticosteroid dosage had to be increased when placebo was administered. In the second crossover study, 100 or 12.5% of patients decreased their weekly dosage of corticosteroids while receiving a 6-week regimen of thalidomide or placebo, respectively.

Information regarding safety and efficacy of thalidomide for the prevention of ENL relapse is limited, and labeling for this use is based on data obtained from a retrospective evaluation of ENL patients treated by the USPHS. A subset of these ENL patients receiving thalidomide had repeated relapse of ENL symptoms when thalidomide was discontinued, but remission of symptoms when treatment with the drug was reinitiated.

▣ **Inflammatory and/or Dermatologic Disorders**   Based on the beneficial effects of thalidomide in the treatment of inflammatory dermatoses associated with ENL, the drug has been used for the treatment of a variety of inflammatory and/or dermatologic disorders, including Behcet's syndrome†, erosive lichen planus†, erythema multiforme†, lupus erythematosus† (discoid lupus erythematosus, subacute or chronic cutaneous lupus erythematosus, cutaneous manifestations of systemic lupus erythematosus), prurigo nodularis†, actinic prurigo†, cutaneous Langerhans cell histiocytosis†, uremic pruritus†, porphyria cutanea tarda†, and pyoderma gangrenosum†. There is evidence that thalidomide can be beneficial and may result in improvements in the dermatologic and mucocutaneous manifestations of these conditions; however, there is recurrence of lesions and symptoms in many patients when the drug is discontinued and long-term maintenance therapy may be necessary. Most clinicians recommend that thalidomide be used for the treatment of inflammatory and/or dermatologic disorders only in selected patients with severe refractory disease unresponsive to other appropriate agents (e.g., corticosteroids).

*Behcet's Syndrome*   In patients with Behcet's syndrome†, a chronic inflammatory disease of unknown etiology characterized by recurrent orogenital ulceration, skin lesions, and arthritic symptoms that may be complicated by GI, ocular, and neurologic involvement, thalidomide therapy (100–400 mg daily) has resulted in resolution of dermatologic, mucocutaneous, and arthritic manifestations of the disease. However, symptoms and/or lesions generally recur within several weeks after the drug is discontinued. In a randomized,

double-blind, placebo-controlled study in adult males with Behcet's syndrome with mucocutaneous lesions (without major organ involvement), a complete response (resolution of orogenital ulcers and follicular lesions) was obtained in 6 or 16% of patients receiving thalidomide in a dosage of 100 or 300 mg daily, respectively; there were no complete responses in those receiving placebo. While there are some reports that GI, ophthalmic, and/or neurologic symptoms also may improve during thalidomide therapy, further study is needed to determine whether thalidomide has any clinically important effect on these manifestations of the disease.

*Other Dermatologic Disorders*   Thalidomide has *not* been effective when used for the treatment of toxic epidermal necrolysis†. In a limited placebo-controlled study in adults with toxic epidermal necrolysis, there was no evidence that thalidomide had any beneficial effect on necrolysis and patients receiving thalidomide had a higher mortality rate than those receiving placebo. In addition, there has been at least one reported case of a patient developing toxic epidermal necrolysis while receiving thalidomide.

▣ **Uses in HIV-infected Patients**   Thalidomide is being investigated for a variety of uses in HIV-infected patients, including treatment of HIV-associated aphthous ulcers†, HIV-associated diarrhea†, HIV-associated wasting syndrome†, and Kaposi's sarcoma†. The drug also has been used as an adjunct to anti-infective agents in the treatment of mycobacterial infections†, including *Mycobacterium tuberculosis* and *M. avium* complex (MAC) infections, in HIV-infected patients. While evidence is accumulating that thalidomide may provide some benefits in HIV-infected patients (e.g., promote healing of aphthous ulcers, ameliorate weight loss), further study is needed to evaluate safety and efficacy of thalidomide in HIV-infected patients and to determine whether the drug may increase viral load (i.e., plasma HIV-1 RNA levels) and/or may be associated with an increased incidence of adverse effects in this patient population.

*HIV-associated Aphthous Ulcers*   Thalidomide (100–300 mg once daily) has been effective for the treatment and prevention of oropharyngeal, esophageal, and anogenital aphthous ulcers in HIV-infected patients†. The drug has been effective for the treatment of severe recurrent aphthous stomatitis in HIV-infected patients, and also has been effective for the treatment of severe recurrent aphthous stomatitis in immunocompetent patients or patients who are immunocompromised but not HIV-infected† (see Uses: Recurrent Aphthous Stomatitis). Thalidomide is not considered a drug of first choice for the treatment of aphthous ulcers in HIV-infected patients, but may be effective in patients with recurrent aphthous ulcers refractory to other therapies (e.g., corticosteroids).

Efficacy of thalidomide for the treatment of oral and esophageal aphthous ulcers in HIV-infected patients has been evaluated in a phase II double-blind, placebo-controlled study through the National Institute of Allergy and Infectious Diseases (NIAID) AIDS Clinical Trials Group (ACTG) (study ACTG 251). HIV-infected patients with oral aphthous ulcers were randomized to receive a 4-week regimen of thalidomide (200 mg once daily) or placebo; if healing of ulcers was not complete after this regimen, an additional 4-week regimen of thalidomide was administered. At 4 weeks, a complete response was obtained in 55 or 7% of patients receiving thalidomide or placebo, respectively.

*HIV-associated Wasting Syndrome*   Thalidomide has been used for the treatment of wasting syndrome in a limited number of HIV-infected patients† and also has been used for the treatment of cachexia in other severely immunocompromised patients† (e.g., cancer patients). There is some evidence that thalidomide therapy (50–400 mg daily) may decrease elevated TNF-α plasma concentrations and may promote weight gain in HIV-infected patients. However, thalidomide may increase plasma TNF-α concentrations in some HIV-infected patients. The precise role of TNF-α in the wasting syndrome is unclear and additional study is necessary to evaluate the safety and efficacy of thalidomide in the treatment of HIV-associated wasting syndrome.

*HIV-associated Diarrhea*   Thalidomide has been used with some success in a limited number of patients for the treatment of HIV-associated diarrhea, including microsporidiosis†. In one group of HIV-infected patients with chronic diarrhea and weight loss caused by *Enterocytozoon bieneusi* infection that was not responsive to albendazole, use of thalidomide (100 mg daily for 4 weeks) had a beneficial effect (i.e., complete or partial clinical response including increased weight and decreased stool frequency) in 55% of patients. Although there is evidence that thalidomide may relieve some symptoms of microsporidian enteritis in some patients, results of an in vitro study indicate that the drug has no direct activity against microsporidia.

*Kaposi's Sarcoma*   There is at least one case report of improvement in cutaneous lesions of Kaposi's sarcoma† in HIV-infected patients receiving thalidomide for the treatment of aphthous ulcers and several patients enrolled in a phase I, dose-ranging, open-label study evaluating thalidomide in AIDS-related Kaposi's sarcoma had partial responses to the drug. However, safety and efficacy of thalidomide for the treatment of Kaposi's sarcoma have not been established, and further study is needed to determine whether thalidomide has any beneficial effect on regression of Kaposi's sarcoma. A phase II study has been initiated through the National Cancer Institute (NCI) to evaluate efficacy of thalidomide in HIV-infected patients who have cutaneous Kaposi's sarcoma lesions and evidence of disease progression in the 2 months prior to study enrollment; preliminary results indicate that some patients may have a partial response to the drug when given in dosages of 200–1000 mg daily.

▣ **Neoplastic Diseases**   Because there is evidence that thalidomide is an inhibitor of angiogenesis, the drug is being evaluated for the treatment of a

variety of malignancies, including advanced or metastatic breast cancer†, Kaposi's sarcoma†, melanoma†, multiple myeloma†, ovarian cancer†, primary brain tumors† (recurrent high-grade astrocytomas and mixed gliomas), androgen-independent prostate cancer†, and renal carcinoma†. There is some evidence that thalidomide may have antitumor activity; however, further study is needed to establish safety and efficacy of the drug in the treatment of various malignancies and identify optimal dosages of the drug in patients with cancer. Phase II studies have been initiated to evaluate efficacy of thalidomide for the treatment of Kaposi's sarcoma in HIV-infected patients (see Kaposi's Sarcoma under Uses: Uses in HIV-infected Patients), recurrent high-grade gliomas, androgen-independent prostate cancer, and metastatic breast cancer.

**Multiple Myeloma**   Several phase II studies have been initiated to evaluate use of thalidomide (usually as part of a combination regimen) for the treatment of refractory or relapsed multiple myeloma. In a study in patients whose myeloma had relapsed after high-dose chemotherapy, thalidomide therapy (titrated up to 800 mg daily, if tolerated) resulted in a 25 to at least 90% reduction in serum and urine paraproteins (myeloma protein, Bence Jones protein) in 32% of patients, with several achieving complete remission. This response was apparent within 2 months in about 80% of responders and was associated with decreased plasma cells in bone marrow (indicating a reduction in tumor burden) and increased hemoglobin concentrations; substantial changes in microvascular density of bone marrow were not apparent. At 1 year, estimates of mean event-free and overall survival were 22 and 58%, respectively. While ongoing study is necessary, including further elucidation of optimal dosage and schedule of therapy, thalidomide appears to induce marked and potentially durable responses in some patients with multiple myeloma, including those whose disease has relapsed. In addition, the role of the drug as monotherapy and as a component of chemotherapeutic regimens in earlier stages of the cancer remains to be determined.

**Cachexia**   Thalidomide also has been used for the treatment of cachexia† in patients with advanced cancer, and there is some evidence that the drug may provide benefits in these patients in terms of improvement in symptoms of insomnia, nausea, appetite, and feelings of well-being. (See Uses in HIV-infected Patients: HIV-associated Wasting Syndrome, in Uses.)

■ **Graft-versus-host Disease**   Thalidomide has been used with some success for the *treatment* of graft-versus-host disease† (GVHD) in adult and pediatric bone marrow transplant recipients, but has been associated with increased morbidity and mortality when used for *prophylaxis* of chronic GVHD in adult bone marrow transplant recipients.

Thalidomide generally has been used in allogeneic bone marrow transplant recipients for the *treatment* of chronic or refractory GVHD unresponsive to other therapies (e.g., corticosteroids, azathioprine, tacrolimus, cyclosporine, antithymocyte globulin); only limited information is available regarding use of the drug for the treatment of acute GVHD. In a study in adult and pediatric patients with chronic or refractory GVHD who received thalidomide therapy (800–1600 mg daily for a median duration of 240 days), a complete response was obtained in 32% and a partial response was obtained in 27%; the overall survival rate was 64%. Thalidomide has been effective when used for the treatment of chronic or corticosteroid-dependent GVHD in pediatric patients 0.5–17 years of age†.

When thalidomide was used for *prophylaxis* of chronic GVHD in a controlled study of adult allogeneic bone marrow transplant patients who had no evidence of active or chronic GVHD at study entry, those receiving thalidomide (200 mg twice daily beginning 80 days after transplant) experienced a higher incidence of chronic GVHD and had a substantially higher mortality rate compared with those receiving placebo. Chronic GVHD occurred in 64 or 38% of patients receiving thalidomide or placebo, respectively; overall mortality was about 39 or 8%, and mortality from GVHD was about 21 or 4% in those receiving thalidomide or placebo, respectively.

■ **Recurrent Aphthous Stomatitis**   Thalidomide has been effective when used for the treatment of severe aphthous oral ulcers in patients with recurrent aphthous stomatitis† (RAS). The drug has been used effectively for the treatment of RAS in immunocompetent adults and pediatric patients and also has been effective when used in immunocompromised patients, including cancer patients and HIV-infected patients (see Uses in HIV-infected Patients: HIV-associated Aphthous Ulcers, in Uses).In a placebo-controlled cross-over study in patients with severe RAS, a complete clinical remission was obtained in 48 or 9% of patients receiving thalidomide or placebo, respectively. Oral ulcers generally heal within 1–6 weeks after initiation of thalidomide therapy (100–300 mg daily), but higher dosage may be needed in some patients (400–600 mg daily) and ulcers may relapse when the drug is discontinued. In some patients, relapse may be prevented or treated using thalidomide maintenance therapy (50–100 mg daily).

■ **GI Disorders   Crohn's Disease**   Thalidomide has been used with some success in a limited number of patients for the treatment of refractory Crohn's disease† (e.g., in those with moderately to severely, chronically active or fistulizing disease). In patients who did not respond to or were intolerant of usually recommended therapies (e.g., corticosteroids, sulfasalazine, azathioprine, mercaptopurine, methotrexate), thalidomide therapy (50–300 mg daily) resulted in resolution of small bowel ulceration, bleeding, or pain and improvement related to quality of life or symptoms associated with fistulas. In at least one patient with Crohn's disease, thalidomide therapy also resulted in resolution of severe, recurrent oral aphthous ulcers.

Limited data indicate that thalidomide (100 mg daily) may be effective in maintaining response in patients with chronically active and fistulizing refractory Crohn's disease whose disease has responded to infliximab (dosage of 5 mg/kg administered as one or more infusions in patients with chronically active disease and 3 or more infusions in those with fistulizing disease). The median follow-up was 238 days from initiation of thalidomide therapy and 265 days after the last infusion of infliximab. Remission rates (full improvement) with thalidomide were 92, 83, or 83% at 3, 6, or 12 months, respectively, after the last dose of infliximab.

(For further information on the management of Crohn's disease, see Uses: Crohn's Disease, in Mesalamine 56:36).

■ **Other GI Disorder**   Thalidomide also has been used with some success in a limited number of patients for the treatment of ulcerative colitis†, but additional study is needed.

■ **Other Uses**   Thalidomide has been used in a limited number of patients for the treatment of refractory ankylosing spondylitis†, refractory rheumatoid arthritis†, or sarcoidosis†, but additional study and experience are needed.

Because thalidomide is an inhibitor of angiogenesis and there is some evidence that loss of vision in the severe, wet form of macular degeneration may be related to angiogenesis in the blood vessels behind the macula, the drug is being investigated for the treatment of macular degeneration†.

## Dosage and Administration

■ **Administration**   Thalidomide is administered orally. Because administration with a high-fat meal substantially delays the time to peak plasma concentrations of thalidomide, the drug should be administered with water at least 1 hour after a meal.

When thalidomide is given as a single daily dose, the manufacturer recommends that the dose preferably be given at bedtime (to minimize the sedative effects of the drug) with water and at least 1 hour after the evening meal. When high daily dosage of thalidomide is necessary (e.g., 400 mg daily), the daily dose may be given as a single dose at bedtime or, alternatively, in divided doses given with water at least 1 hour after meals.

■ **Dosage   Erythema Nodosum Leprosum**   For acute treatment of cutaneous manifestations of moderate to severe erythema nodosum leprosum (ENL) in adults and children 12 years of age or older, thalidomide should be initiated at a dosage of 100–300 mg daily. Patients weighing less than 50 kg should receive a low initial dosage of thalidomide (e.g., 100 mg daily). For the treatment of severe cutaneous ENL reactions or in patients who previously required high thalidomide dosages to control an ENL reaction, the drug may be initiated at a dosage up to 400 mg daily.

Thalidomide generally should be continued until signs and symptoms of active ENL reaction have subsided (usually at least 2 weeks), and dosage should then be gradually reduced. The manufacturer recommends that daily dosage of thalidomide be reduced in 50-mg increments every 2–4 weeks until the drug is discontinued or recurrence of ENL occurs. Patients who have recurrence of ENL while thalidomide dosage is being reduced and those who have a documented history indicating that prolonged maintenance treatment is necessary to prevent recurrence of cutaneous ENL should be maintained on the minimum dosage of the drug required to control the reaction. Thereafter, gradual decrease and discontinuance of maintenance dosage should be attempted every 3–6 months.

Patients with moderate to severe neuritis associated with severe ENL reactions may receive corticosteroid therapy concomitantly with thalidomide; corticosteroid dosage may be tapered and the corticosteroid discontinued when neuritis has ameliorated.

**Recurrent Aphthous Stomatitis**   For the treatment of recurrent aphthous stomatitis† in adults, including those who are HIV-infected, thalidomide dosages of 100–300 mg daily have been used. However, higher dosages (e.g., 400–600 mg daily) may be necessary in some patients. The optimum duration of thalidomide therapy has not been elucidated, but ulcers may relapse following discontinuance of the drug.

**Crohn's Disease**   For the management of refractory Crohn's disease† in adults, thalidomide dosages of 50–300 mg daily have been used. Thalidomide dosages of 100 mg daily have been used in maintenance therapy of chronically active or fistulizing refractory Crohn's disease† in patients whose disease has responded to infliximab.

**Graft-versus-host Disease**   For the *treatment* of graft-versus-host disease† (GVHD), thalidomide dosages of 800–1600 mg daily have been used. The drug should *not* be used for prophylaxis of chronic GVHD. (See Uses: Graft-versus-host Disease.)

**Multiple Myeloma**   The optimum dosage and schedule of thalidomide therapy for multiple myeloma† remain to be established. (See Neoplastic Diseases: Multiple Myeloma, in Uses.)

■ **Restricted Distribution Program**   *Because thalidomide is a known human teratogen and can cause severe, life-threatening birth defects if administered during pregnancy, commercially available thalidomide must be obtained through a restricted distribution program, the System for Thalidomide Education and Prescribing Safety (STEPS), designed to help ensure that fetal exposure to the drug does not occur.* Clinicians, pharmacies, and patients must be registered in the STEPS program before they can prescribe, dispense, and receive thalidomide, and compliance with all terms outlined in the program is

mandatory. The STEPS program controls access to thalidomide; educates STEPS participants (clinicians, pharmacists, patients) about the risks associated with thalidomide and the procedural requirements for safe use of the drug; and monitors compliance with the registration, education, and safety requirements of the program.

The STEPS program was created by Celgene in collaboration with the US Food and Drug Administration (FDA), the Birth Defects Branch of the US Centers for Disease Control and Prevention (CDC), and patient advocacy groups (e.g., the Thalidomide Victims Association of Canada). While the program was based on safety models currently in use for isotretinoin and clozapine, it incorporates additional controls and compliance monitoring not included in prior drug distribution programs. For information regarding the STEPS program, Celgene's customer service department should be contacted at 888-423-5436.

### Prescribing Clinicians

Before prescribing thalidomide, clinicians must be registered in the STEPS Prescriber Registry and must agree to prescribe the drug in accordance with the STEPS patient eligibility criteria and monitoring procedures. Clinicians can be registered by returning a completed, signed registration card to Celgene. Clinicians must agree to provide comprehensive patient counseling on the benefits and risks of thalidomide as outlined in the STEPS informed consent document; provide appropriate contraception counseling and pregnancy testing or refer the patient to a qualified obstetrics-gynecology specialist for such counseling; complete the prescriber portion of the patient monitoring survey; and submit a copy of the completed informed consent document (signed by the patient and prescriber) and a copy of the patient monitoring survey.

Clinicians must agree to write each prescription for no more than a 28-day supply of thalidomide at a time (with no refills), inform the patient that each prescription must be filled within 7 days of being written, and encourage the patient to return all unused thalidomide to the dispensing pharmacy. The STEPS program does not allow automatic prescription refills, and the clinician must ensure that patients return for monthly office visits to obtain subsequent prescriptions for thalidomide. At each monthly visit and before a new prescription for the drug is issued, the clinician must provide the patient with additional counseling about adverse effects of thalidomide and the use of appropriate contraceptive measures; ensure that a serum pregnancy test is performed in any female patient of childbearing potential; ask the patient to complete a patient survey form about their compliance with contraceptive measures, pregnancy testing, and drug therapy; and submit the completed patient survey form as directed by the STEPS program.

### Dispensing Pharmacies

To receive thalidomide from the manufacturer for dispensing, pharmacies must be registered in the STEPS Pharmacy Dispensing Registry and agree to comply with all requirements of the program. The director of pharmacy or head pharmacist registers the pharmacy by returning a completed, signed pharmacy registration card to Celgene. After the manufacturer enters all of the information provided by the pharmacist into the dispensing database, the pharmacy will be eligible to dispense thalidomide, and the manufacturer will provide a continuing education monograph to the pharmacy. The registering pharmacist must agree to inform all staff pharmacists of the dispensing procedures for thalidomide.

When a new patient presents an initial prescription for thalidomide to the pharmacy, the pharmacist must collect from the patient a copy of the STEPS informed consent document (signed by the patient and a registered prescriber) and a copy of the completed patient monitoring survey. The pharmacist will then register the patient into the STEPS distribution database using a patient registration form provided by the manufacturer. Subsequent to successful patient registration, the manufacturer will ship the drug to the registered pharmacy for arrival within 2 days.

All prescriptions for thalidomide must be presented to the pharmacist in person, and may not be communicated to the pharmacist over the phone. Before dispensing thalidomide, the pharmacist must activate the authorization number on every prescription by calling the Celgene® Customer Care Center at 1-888-423-5436 and obtaining a confirmation number; this number must be written on the thalidomide prescription.

The pharmacist may not fill a single thalidomide prescription for more than a 28-day supply of the drug; automatic refills are not allowed. The pharmacist must verify that each prescription was written within the preceding 7 days, and must not dispense the drug if the prescription was written more than 7 days previously, or if there is (or should be) more than a 7-day supply of the drug remaining from the preceding prescription. Blister packs containing the drug must be dispensed intact (i.e., the drug may not be repackaged). Pharmacists must encourage all patients to return all unused drug to the dispensing pharmacy, where it will be accepted and destroyed or returned to the manufacturer.

### Patients

To receive commercially available thalidomide, a patient must be registered in the STEPS program and agree to comply with all requirements of the program, including mandatory contraceptive measures, and participation in a telephone survey and patient registry while taking thalidomide. Patients can receive a prescription for thalidomide from the prescribing clinician only after the patient has received comprehensive counseling on the benefits and risks of thalidomide as outlined in the STEPS informed consent document, has demonstrated to the clinician that they are capable of understanding the risks associated with thalidomide and instructions on use of the drug, has received appropriate contraception counseling and pregnancy testing either from the prescribing clinician or a qualified obstetrics-gynecology specialist, has had

any questions answered by the clinician, and has signed the informed consent document and completed the patient monitoring survey. As part of the educational requirements of the program, the patient must view the patient-oriented video titled *Important Information for Men and Women Taking Thalomid® (thalidomide)* and/or read the patient brochure provided by the manufacturer and must understand their contents, including other possible health problems resulting from thalidomide adverse effects. The patient also must understand that thalidomide must be kept out of the reach of children, and must *never* be given to women who are able to have children. The patient must have been warned by the clinician that an unborn baby will almost certainly have serious birth defects and even die if a woman becomes pregnant or is pregnant while taking thalidomide. For minors 18 years of age or younger, a parent or legal guardian must be educated concerning the hazards of thalidomide and agree to ensure that the minor complies with all requirements of the STEPS program.

Female patients in the STEPS program who are of childbearing potential (i.e., adolescents and women who are sexually mature, have had menses at some time in the 24 consecutive months preceding initiation of thalidomide, have not undergone a hysterectomy) must agree to use effective contraceptive measures (which may include abstinence) for at least 4 weeks prior to, throughout, and for at least 4 weeks after completion of thalidomide therapy. These women must have a confirmed negative pregnancy test result prior to initiation of thalidomide therapy and also must agree to have regular, repeat pregnancy tests throughout therapy (i.e., once weekly during the first month and monthly or every 2 weeks in women with regular or irregular menstrual cycles, respectively). (See Pregnancy under Cautions: Pregnancy, Fertility, and Lactation.) Male patients in the STEPS program must agree to use a latex condom every time they have sexual contact with a woman of childbearing potential. All patients must agree to not share their thalidomide with anyone else (even if the other individual has similar symptoms); to keep the drug out of the reach of children; and to not donate blood or semen while receiving thalidomide.

The patient must present a copy of the completed informed consent document (signed by the patient and registered prescriber) and patient monitoring survey to the dispensing pharmacist who then registers the patient with Celgene. Once a patient is registered in the STEPS distribution database and has received their first 28-day supply of thalidomide, they must return to the prescribing clinician at monthly intervals to receive subsequent prescriptions for thalidomide; the program does not allow automatic refills. At each monthly visit to the prescribing clinician and before a new prescription for the drug is issued, the patient must receive additional counseling about adverse effects of thalidomide and the use of appropriate contraception, receive a serum pregnancy test (if female and of childbearing potential), and complete a patient monitoring survey.

### Monitoring and Compliance

Compliance with the educational, informed consent, and pregnancy-testing components of the STEPS program is monitored through the patient surveys that must be completed by prescribing clinicians and patients when each initial and subsequent prescription of thalidomide is written. The surveys are designed to monitor compliance with, and implementation and execution of STEPS safety procedures, and to analyze outcomes.

The STEPS program also is monitored by a quality assurance committee composed of Celgene employees, agents, and consultants. In addition, all aspects of the STEPS program are subject to FDA audits. Although the FDA is not directly responsible for the operation of the STEPS program registry, the FDA can verify that the STEPS program is operating appropriately by conducting periodic inspections of pharmacies, and by reviewing data from and procedures of the clinicians and patient registry. State boards of pharmacy have no regulatory oversight of the registry process.

The STEPS program is *not* designed to restrict prescribing and dispensing of commercially available thalidomide to only the FDA-labeled use of the drug. The registration system will collect information regarding any disease for which the drug is being used, regardless of FDA-approved labeling; therefore, clinicians registered in the STEPS program are not restricted from prescribing the drug for unlabeled (off-label) uses.

Although the STEPS program is highly restrictive and minimizes the risk that thalidomide may inadvertently be given to a pregnant woman, the risk of such exposure may not be completely eliminated. The FDA states that if there is even *one* fetal exposure to thalidomide, the entire distribution system will be reevaluated, and steps will be taken to ensure that all deficiencies are corrected.

## Cautions

Thalidomide is a known human teratogen and has caused severe, life-threatening birth defects or fetal death when used during pregnancy. (See Precautions and Contraindications: Teratogenic Precautions and Contraindications, in Cautions.) Another potentially serious adverse effect reported with thalidomide is peripheral neuropathy that may be irreversible. Other adverse effects reported with thalidomide generally are mild to moderate in severity, and usually do not require discontinuance of the drug. The most common adverse effects of thalidomide are CNS effects (e.g., drowsiness, somnolence, dizziness) and dermatologic effects (e.g., rash).

Information on adverse effects of thalidomide reported by the manufacturer was obtained principally from controlled clinical studies in leprosy patients who received thalidomide in a dosage of 50–300 mg daily for the treatment of erythema nodosum leprosum (ENL) and controlled clinical studies in patients

**Thalidomide**          BIOLOGIC RESPONSE MODIFIERS

with human immunodeficiency virus (HIV) infection who received thalidomide in a dosage of 100–200 mg daily. Additional information on adverse effects of thalidomide reported by the manufacturer was obtained from uncontrolled clinical studies in ENL patients, uncontrolled studies or case reports involving patients who received thalidomide for a wide variety of investigational uses, and spontaneous reports from other sources. The manufacturer states that the incidence of adverse effects reported in these uncontrolled studies and other sources is unknown, and a causal relationship between some of these effects and thalidomide has not been established. Although thalidomide received approval by the US Food and Drug Administration (FDA) in 1998 for use in the treatment of ENL in leprosy patients, data regarding the safety and efficacy of the drug have been accumulating since the drug first became available for use in Europe in the late 1950s.

■ **Nervous System Effects**   *Peripheral Neuropathy*   Thalidomide may cause potentially severe nerve damage (i.e., polyneuritis or peripheral neuropathy) that may be irreversible. The incidence of peripheral neuropathy in patients receiving thalidomide has been reported to range from less than 1% to more than 70%. Incidence data regarding this adverse effect has been difficult to obtain, in part because the drug often is used in patients with diseases that may be associated with neuropathy (e.g., leprosy patients with ENL, patients with HIV infection) and it may be difficult to differentiate the neuropathologic symptoms and changes caused by the underlying disease from those caused by the drug.

Despite long-term experience with use of thalidomide in leprosy patients with ENL, there have been few reports of thalidomide-associated peripheral neuropathy in these patients; in some studies, less than 1% of patients receiving the drug for treatment of ENL experienced peripheral neuropathy. It has been suggested that this may not be an accurate reflection of the incidence of this adverse effect in these patients since peripheral neuritis was not recognized as a potential adverse effect of thalidomide in early studies of the drug, in part because ENL patients frequently have neuropathy in association with their disease and may not have reported such effects while receiving the drug. Therefore, preexisting neuropathy in ENL patients may complicate recognition of thalidomide-associated peripheral neuropathy. In addition, such symptoms may be difficult to monitor since ENL neuritis may improve during thalidomide therapy, but relapse after therapy with the drug is discontinued.

In controlled studies in HIV-infected patients, neuropathy occurred in 7–8% of those receiving thalidomide. In one limited study in HIV-infected patients receiving thalidomide 400 mg daily for 3 months, 7% of patients experienced neuropathy symptoms requiring discontinuance of the drug. In other limited studies, 4% of HIV infected patients receiving 200–300 mg of thalidomide for 14–21 days experienced severe symptoms of neuropathy. It has been suggested that HIV-infected patients may be particularly susceptible to the development of thalidomide-associated polyneuritis. However, since axonal degeneration with clinical and electrophysiologic symptoms resembling those of thalidomide-associated polyneuropathies may occur in HIV-infected patients and other forms of polyneuropathy (including demyelinating and polyradiculopathy) also are reported in such patients, it may be difficult to differentiate neuropathologic changes caused by the underlying disease from those caused by thalidomide.

In a retrospective study of patients receiving thalidomide for a variety of dermatologic conditions, thalidomide-associated peripheral neuropathy occurred in 21–50% of patients and was most frequent in women and geriatric patients. Limited data indicate that peripheral neuropathy occurs in up to 75% of patients receiving thalidomide for the treatment of prurigo nodularis†.

Thalidomide-associated peripheral neuropathy generally has been reported with chronic use of the drug over a period of months, but also has been reported with relatively short-term use of the drug. The correlation between peripheral neuropathy and the cumulative thalidomide dose is unclear; symptoms have been reported to begin after a cumulative dose of 40–50 g in some patients, but also have occurred with no apparent relationship to cumulative dose. There have been some cases when symptoms of thalidomide-associated peripheral neuropathy were not apparent until after the drug was discontinued.

Polyneuropathic symptoms may improve in some patients when thalidomide is discontinued, but symptoms may resolve slowly or not at all after discontinuance of the drug. In a study of patients with thalidomide-induced peripheral neuropathy who were followed for 4–6 years after discontinuing the drug, 25% experienced full recovery, 25% had some improvement of symptoms, and 50% had no improvement in signs and symptoms of neuropathy.

Clinical symptoms of thalidomide-induced neuropathy include predominantly symmetric painful paresthesia of the hands and feet, often accompanied by sensory loss in lower limbs. Muscle weakness and cramps, signs of pyramidal tract involvement, and carpal tunnel syndrome have been reported often. An unpleasant pedal symptom, described as "lightness around the feet," was reported in 8–9% of patients in some studies. In early reports, thalidomide-associated peripheral neuropathies were characterized mostly by sensory symptoms, including hypoesthesia and hyperesthesia, hyperalgesia, impaired temperature sensitivity, and impaired vegetative (i.e., autonomic) nervous functions. These symptoms occasionally were accompanied by mild proximal muscle weakness, or evidence of pyramidal tract damage, but motor disturbances appeared to occur rarely. Muscle weakness rapidly improved after discontinuance of the drug, but sensory deficits were slow to improve, and occasionally worsened even while the patient was not receiving thalidomide. Because there was no substantial correlation between the severity of the condition and the total dose of the drug, and because discontinuance of thalidomide

did not result in improvement in many cases, initially it could not be established that such neurologic disturbances were actually caused by thalidomide. Subsequently, the association between thalidomide and peripheral neuropathies was established in clinical studies of patients with discoid lupus erythematosus, prurigo nodularis, and aphthous stomatitis; in these studies, the neurologic status of patients was assessed before and after initiation of thalidomide therapy.

Physiologically, thalidomide polyneuropathy is characterized by axonal degeneration without demyelinization (i.e., a "dying back process"). Electrophysiologic alteration principally is characterized by a decreased sensory action potential amplitude on medial nerves of the arm, and peroneal and sural (medial cutaneous) nerves of the leg, with relative conservation of conduction velocities; however, decreased sensory and motor conduction velocities have been observed. Also, increased somatosensory latency of activation after sural nerve stimulation may occur in the absence of clinical abnormalities in patients receiving thalidomide. Because electrophysiologic alterations may occur before the onset of subjective symptoms, the reported incidence of neuropathy in thalidomide studies is higher if neurophysiologic tests, rather than clinical symptoms, are used for diagnosis.

*Other Nervous System Effects*   Thalidomide exhibits sedative and hypnotic effects, and drowsiness and somnolence are common during therapy with the drug. In controlled clinical studies, adverse nervous system effects (other than peripheral neuritis) occurred in 54% of ENL patients receiving thalidomide, and 34–56 or 54% of HIV-infected patients receiving thalidomide or placebo, respectively. Drowsiness occurred in 38% and malaise occurred in 8% of ENL patients receiving thalidomide, and drowsiness occurred in 36–38 or 11% of HIV-infected patients receiving thalidomide or placebo, respectively. Headache occurred in about 12% of leprosy ENL patients receiving thalidomide, and 17–19 or 11% of HIV-infected patients receiving thalidomide or placebo, respectively. Vertigo occurred in 8% and dizziness occurred in 4–25% of ENL patients receiving thalidomide; dizziness occurred in 19% of HIV-infected patients receiving the drug. Paresthesia occurred in 6–16 or 11% of HIV-infected patients receiving thalidomide or placebo, respectively, and also has been reported when the drug was used in ENL patients. Tremor occurred in 4% of leprosy patients with ENL receiving thalidomide, and agitation or nervousness occurred in 3–9% of HIV-infected patients receiving the drug. Insomnia occurred in 9 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively.

Adverse nervous system effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include abnormal gait, abnormal thinking, amnesia, anxiety, ataxia, causalgia, circumoral paresthesia, confusion, decreased libido, decreased reflexes, dementia, dysesthesia, depression, emotional lability, euphoria,hypalgesia, hyperesthesia, hostility, hyperkinesia, incoordination, meningitis, neuralgia, neuritis, neurologic disorder, neuropathy, peripheral neuritis, and psychosis. Carpal tunnel disorder, foot drop, hangover effect, migraine, or suicide attempt was reported in at least one patient receiving thalidomide.

Seizures, including tonic-clonic (grand mal) seizures, have been reported during postmarketing experience with thalidomide. Because the reports of seizures in patients receiving thalidomide were submitted voluntarily from a population of unknown size, their frequency cannot be estimated. Most of the patients in whom seizures were reported had disorders that may have predisposed them to seizure activity, and it currently is not known whether thalidomide has any epileptogenic activity.

■ **Dermatologic and Sensitivity Reactions**   Adverse dermatologic effects occur commonly in patients receiving thalidomide. In controlled clinical studies, adverse dermatologic effects occurred in 42% of ENL patients receiving thalidomide, and 47–56 or 54% of HIV-infected patients receiving thalidomide or placebo, respectively. Rash occurred in 21% of ENL patients receiving thalidomide, and 25 or 31% of HIV patients receiving thalidomide or placebo, respectively. Maculopapular rash occurred in 4% of ENL patients receiving thalidomide, and 17–19 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively. Pruritus occurred in 3–8% of ENL patients receiving thalidomide, and 3–6 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively. Fungal dermatitis or nail disorder occurred in 4% of ENL patients receiving thalidomide, and 3–9% of HIV-infected patients receiving thalidomide. Peripheral edema occurred in 4–8% of ENL patients and 3–8% of HIV-infected patients receiving thalidomide. Facial edema occurred in 4% and urticaria occurred in 1–2% of ENL patients receiving thalidomide. Sweating occurred in 12 or 11% of HIV-infected patients receiving thalidomide or placebo, respectively. Acne occurred in 3–11% of HIV-infected patients receiving thalidomide.

Severe, potentially fatal skin reactions including Stevens-Johnson syndrome and toxic epidermal necrolysis, which may be fatal, have been reported. In one limited study in HIV-infected patients, 14% of those receiving thalidomide (400 mg daily for 3 months) experienced severe skin reactions; these reactions resulted in discontinuation of drug in 7%. In another limited study in HIV-infected patients (with or without tuberculosis) who received thalidomide (300 mg daily for 3 weeks), 30% experienced severe rash that was associated with low $CD4^+$ T-cell counts. The mean $CD4^+$ T-cell count was 17 or 216 cells/mm³ in those with or without rash, respectively. Thalidomide was discontinued and rash resolved in 25% of patients. However, one patient with rash continued to receive thalidomide because of a missed appointment and subsequently developed Stevens-Johnson syndrome with desquamation that resolved after discontinuance of the drug.

Hypersensitivity reactions characterized by cutaneous and/or febrile symptoms have been reported in HIV-infected patients receiving thalidomide. In some of these HIV-infected patients, rechallenge with thalidomide resulted in accelerated hypersensitivity, including hypotension. Therefore, some clinicians state that if thalidomide rechallenge in an HIV-infected patient is unavoidable (e.g., to elucidate a drug reaction in a patient receiving a complex drug regimen), the patient should be hospitalized when the drug is administered and for at least 24 hours following the rechallenge.

Adverse dermatologic and hypersensitivity reactions reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include allergic reaction, alopecia, angioedema, benign skin neoplasm, dry skin, eczema, exfoliative dermatitis, herpes simplex, ichthyosis, incomplete Stevens-Johnson syndrome, perifollicular thickening, photosensitivity, psoriasis, seborrhea, skin discoloration, skin disorder, skin necrosis, urticaria, and vesiculobullous rash. Erythema nodosum, myxedema, petechiae, or purpura was reported in at least one patient receiving thalidomide. In a glioblastoma patient who discontinued thalidomide therapy because of full-body maculopapular rash, toxic epidermal necrolysis occurred following rechallenge with a single 100-mg dose of the drug.

**▣ GI Effects**   In controlled clinical studies, adverse GI effects occurred in 21% of ENL patients receiving thalidomide, and 44–50 or 43% of HIV-infected patients receiving thalidomide or placebo, respectively. Diarrhea occurred in 4% and nausea occurred in 4–6% of ENL patients receiving thalidomide; diarrhea and nausea occurred in 17 and 12% of HIV-infected patients, respectively, receiving the drug. Vomiting has been reported in 1–2% of ENL patients receiving the drug. Abdominal pain and constipation occurred in 4–11% of ENL patients and 3–19% of HIV-infected patients receiving thalidomide. Oral candidiasis occurred in 4% of ENL patients and 6–11% of HIV-infected patients receiving thalidomide. Tooth pain occurred in 4% or 6% of patients receiving thalidomide. Dry mouth occurred in 8–9 or 6–72% of HIV-infected patients receiving thalidomide or placebo, respectively. Anorexia occurred in 3–9 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively. Flatulence occurred in 8 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively.

Adverse GI effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include enlarged abdomen, increased appetite and weight gain, colitis, dry mouth, dyspepsia, dysphagia, eructation, esophagitis, flatulence, gastroenteritis, GI disorder, GI hemorrhage, gum disorder, intestinal obstruction, parotid gland enlargement, periodontitis, stomatitis, taste perversion, tongue discoloration, tooth disorder, and vomiting. Aphthous stomatitis or stomach ulcer has been reported in at least one patient receiving thalidomide.

**▣ Respiratory Effects**   In controlled clinical studies, adverse respiratory effects occurred in 12% of ENL patients receiving thalidomide, and 19–25 or 26% of HIV-infected patients receiving thalidomide or placebo, respectively. Pharyngitis occurred in 4% of ENL patients, and 6–8 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively. Sinusitis or rhinitis occurred in 4% of ENL patients, and sinusitis occurred in 3–8 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively.

Adverse respiratory effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include apnea, bronchitis, cough, emphysema, epistaxis, lung disorder, lung edema, pneumonia (including that caused by *Pneumocystis carinii*), pulmonary embolus, rales, upper respiratory infection, and voice alteration. Also, dyspnea has been reported in at least one patient receiving thalidomide.

**▣ Genitourinary Effects**   In controlled clinical studies, adverse genitourinary effects occurred in 8% of ENL patients receiving thalidomide, and 6–17 or 11% of HIV-infected patients receiving thalidomide or placebo, respectively. Impotence occurred in 8% of ENL patients and 3–12% of HIV-infected patients receiving thalidomide or placebo, respectively. Albuminuria occurred in 3–8 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively. Hematuria occurred in 11 or 3% of HIV-infected patients receiving thalidomide or placebo, respectively.

Adverse genitourinary effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include hematuria, orchitis, proteinuria, pyuria, and urinary frequency. Acute renal failure, amenorrhea, enuresis, metrorrhagia, or oliguria has been reported in at least one patient receiving thalidomide.

**▣ Hematologic Effects**   In controlled clinical studies, adverse hematologic effects occurred in 22–41 or 29% of HIV-infected patients receiving thalidomide or placebo, respectively. Leukopenia occurred in 17–25 or 9% of HIV-infected patients receiving thalidomide or placebo, respectively; in one study, leukopenia occurred in 14% of ENL patients receiving the drug. Lymphadenopathy occurred in 6–12 or 9% of HIV-infected patients receiving thalidomide or placebo, respectively. Anemia occurred in 6–12 or 9% of HIV-infected patients receiving thalidomide or placebo, respectively.

Adverse hematologic effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include aplastic anemia, cyanosis, decreased $CD4^+$ T-cell count, erythrocyte sedimentation rate increase, eosinophilia, granulocytopenia, hypochromic anemia, leukemia, leukocytosis, leukopenia, macrocytic anemia, megaloblastic anemia, microcytic anemia, elevated mean corpuscular volume, abnormal erythrocyte count, and thrombocytopenia. Chronic myelogenous leukemia, erythroleukemia, nodular sclerosing Hodgkin's disease, lymphopenia, or pancytopenia has been reported in at least one patient receiving thalidomide.

**▣ Musculoskeletal Effects**   In controlled clinical studies, asthenia occurred in 8% of ENL patients receiving thalidomide, and 6–22 or 3% of HIV-infected patients receiving thalidomide or placebo, respectively. Back pain occurred in 4% of ENL patients and 6% of HIV-infected patients receiving thalidomide. Neck pain and neck rigidity each occurred in 4% of patients with ENL receiving thalidomide.

Adverse musculoskeletal effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include arthritis, bone tenderness, hypertonia, joint disorder, leg cramps, myalgia, myasthenia, periosteal disorder, and upper extremity pain.

**▣ Cardiovascular Effects**   Adverse cardiovascular effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include angina pectoris, arrhythmia, atrial fibrillation, bradycardia, cerebral ischemia, cerebrovascular accident, chest pain, congestive heart failure, deep thrombophlebitis, heart arrest, heart failure, hypertension, hypotension, murmur, myocardial infarction, palpitation, pericarditis, peripheral vascular disorder, postural (orthostatic) hypotension, syncope, tachycardia, thrombophlebitis, thrombosis, and vasodilation. Raynaud's syndrome has been reported in at least one patient receiving thalidomide.

The manufacturer states that, although bradycardia has been reported in patients receiving thalidomide, medical or other intervention was not required and the clinical importance and underlying etiology of bradycardia in these patients are unknown.

**▣ Hepatic Effects**   In controlled clinical studies, increased serum AST (SGOT) concentrations occurred in 3–12 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively; multiple abnormalities in liver function test results occurred in 9% of HIV-infected patients receiving thalidomide.

Adverse hepatic effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include increased liver function test results, increased serum ALT (SGPT) concentrations, bilirubinemia, cholangitis, cholestatic jaundice, enlarged liver, and hepatitis. Bile duct obstruction has occurred in at least one patient receiving thalidomide.

**▣ Ocular and Otic Effects**   Adverse ocular and otic effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include amblyopia, conjunctivitis, dry eye, ocular disorder, ocular pain, lacrimation disorder, retinitis, deafness, and tinnitus. Diplopia or nystagmus has occurred in at least one patient receiving thalidomide.

**▣ Effects on HIV Viral Load and Tumor Necrosis Factor**   Increased HIV viral load (i.e., increased plasma HIV-1 RNA levels) and increased levels of plasma tumor necrosis factor alpha (TNF-$\alpha$) and soluble TNF-$\alpha$ receptor type II have been reported in some HIV-infected patients receiving thalidomide. In one controlled study in HIV-infected patients, median plasma HIV-1 RNA levels increased by 0.42 $\log_{10}$ copies/mL in patients receiving thalidomide compared with a 0.05 $\log_{10}$-copies/mL increase in those receiving placebo. A similar trend of increased HIV load was reported in another study in HIV-infected patients. However, the clinical importance of these effects is unknown since the patients involved were not receiving the potent antiretroviral agent combination regimens currently recommended for HIV-infected patients. (See Pharmacology: Immunomodulatory Effects.)

**▣ Other Adverse Effects**   In controlled clinical studies, accidental injury occurred in 4% of ENL patients, and 6 or 3% of HIV-infected patients receiving thalidomide or placebo, respectively. Chills occurred in 4% of ENL patients, and 9 or 11% of HIV-infected patients receiving thalidomide or placebo, respectively. Pain occurred in 8% of ENL patients, and 3 or 6% of HIV-infected patients receiving thalidomide or placebo, respectively. Fever occurred in 19–22 or 17% of HIV-infected patients receiving thalidomide or placebo, respectively. Infection occurred in 6–8 or 3% of HIV-infected patients receiving thalidomide or placebo, respectively. Hyperlipidemia occurred in 6–9 or 3% of HIV-infected patients receiving thalidomide or placebo, respectively.

Other adverse effects reported in patients with ENL or HIV infection receiving thalidomide in uncontrolled studies include avitaminosis, altered hormone concentrations, altered alkaline phosphatase concentrations, dehydration, increased BUN, decreased creatinine clearance, inappropriate antidiuretic hormone concentrations, increased serum creatinine, electrolyte abnormalities, hypocalcemia, hypercholesterolemia, hyperglycemia, hyperkalemia, hyperlipidemia, hypoproteinemia, hyperuricemia, increased lactic dehydrogenase, increased lipase, decreased phosphorus, amyloidosis, ascites, chills and fever, cellulitis, cyst, diabetes, fever, flu-like syndrome, hernia, moniliasis, palpable spleen, pancreatitis, sarcoma, sepsis, and viral infection. Galactorrhea, gynecomastia, hypomagnesemia, hypothyroidism, and lymphedema have occurred in at least one patient receiving thalidomide.

**▣ Precautions and Contraindications**   *Teratogenicity Precautions and Contraindications*   Because thalidomide is a known human teratogen (see Teratogenic Effects under Pregnancy, Fertility, and Lactation: Pregnancy), the drug is commercially available in the US only through a restricted distribution program, the System for Thalidomide Education and Prescribing Safety (STEPS) designed to minimize the chance of fetal exposure and help ensure the safe and effective prescribing, dispensing, and use of thalidomide. Thalidomide may be prescribed only by licensed physicians who are

registered in the STEPS program and understand the risk of teratogenicity if thalidomide is used during pregnancy. For information on the distribution program, see Dosage and Administration: Restricted Distribution Program.

Thalidomide is contraindicated in pregnant women and should be used in females of childbearing potential only when alternative therapies are considered inappropriate and the patient is capable of understanding and complying with the patient registration, education, and safety requirements of the STEPS program, including mandatory contraceptive measures and pregnancy testing. Female patients should be advised to immediately discontinue taking thalidomide and inform their clinician if they become pregnant (or for any reason they think they might be pregnant), miss a menstrual period, experience unusual menstrual bleeding, or stop using contraceptive measures. (See Pregnancy, Fertility, and Lactation: Pregnancy, in Cautions.)

Thalidomide should be used in sexually mature males only when the patient is capable of understanding and complying with the patient registration, education, and safety requirements of the STEPS program, including mandatory contraceptive measures for men. Male patients receiving thalidomide should be instructed to inform their clinician if they have unprotected heterosexual sexual contact while receiving thalidomide or during the first 4 weeks after discontinuing the drug or if they think that their sexual partner may be pregnant.

Patients should be advised to take thalidomide only as prescribed, and in compliance with the requirements of the STEPS program. Patients should be warned not to share thalidomide with anyone else and to keep the drug out of the reach of children. In addition, patients should be instructed not to donate blood and male patients should be warned not to donate semen while taking thalidomide.

**Contraceptive Measures.** All women and adolescent females of childbearing potential and all sexually mature males receiving thalidomide must use effective contraceptive measures (which may include abstinence) to help ensure that fetal exposure to thalidomide does not occur. Contraceptive measures are indicated even in females with a history of infertility. The only females who do not need to observe mandatory contraceptive measures are those who have undergone hysterectomy or who are postmenopausal and have had no menses for at least 24 consecutive months.

All women and adolescent females of childbearing potential *must* use 2 reliable forms of contraception simultaneously (unless the patient chooses to remain continuously abstinent from engaging in heterosexual sexual contact) beginning 4 weeks prior to initiating thalidomide therapy and continuing until 4 weeks after thalidomide therapy is discontinued. The patient must use at least 2 birth control methods; preferably one should be a highly effective birth control method (intrauterine device [IUD]; oral, injectable, or implanted hormonal contraceptives; tubal ligation; vasectomized partner) *and* one should be an effective barrier method (latex condom, diaphragm, cervical cap). However, if either IUD or hormonal contraceptive use is contraindicated in the female, 2 other effective methods may be used. Females of childbearing potential receiving thalidomide concomitantly with any other drug that can reduce efficacy of oral contraceptives must use 2 *other* effective methods of contraception or abstain from heterosexual sexual contact. Drugs that may interfere with the effectiveness of oral contraceptives include protease inhibitors (e.g., amprenavir, indinavir, nelfinavir, ritonavir, saquinavir), griseofulvin, rifampin, rifabutin, phenytoin, or carbamazepine. (See Drug Interactions: Hormonal Contraceptives and Drugs that Interfere with Hormonal Contraceptives.)

Sexually mature males (including those who have successfully undergone vasectomy) receiving thalidomide must completely avoid unprotected sexual contact with women of childbearing potential because thalidomide is present in semen. While receiving thalidomide and for at least 4 weeks after discontinuing the drug, sexually mature males must use a latex condom each time they have sexual contact with a woman of childbearing potential.

All females of childbearing potential must be tested for pregnancy within the 24 hours immediately prior to the first dose of thalidomide using a reliable serum pregnancy test with the sensitivity to detect human serum chorionic gonadotropin (HCG) concentrations of 50 mIU/mL. The prescribing clinician should not provide the woman with a prescription for thalidomide until a written report of the pregnancy test is available indicating that results are negative. Serum pregnancy tests must then be repeated at regular intervals during thalidomide therapy (i.e., weekly during the first month, then every 2 or 4 weeks in women with irregular or regular menstrual cycles, respectively). Pregnancy tests also should be performed if a patient misses her period or if there is any abnormality in menstrual bleeding. If pregnancy occurs during thalidomide therapy, the drug should be discontinued immediately. (See Pregnancy under Cautions: Pregnancy, Fertility, and Lactation.)

*Peripheral Neuropathy Precautions and Contraindications*    Because thalidomide may cause peripheral neuropathy that can be irreversible, patients should be instructed to immediately report initial symptoms (e.g., numbness, tingling, pain or a burning sensation in the hands and feet) of peripheral neuropathy to their prescribing clinician. To ensure that early signs of neuropathy are detected, patients should be examined, counseled, and questioned regularly during thalidomide therapy (i.e., monthly for the first 3 months of thalidomide treatment, and periodically thereafter).

Early detection and differential diagnosis of thalidomide-induced neuritis may be difficult in leprosy patients with ENL and in HIV-infected patients because neuritis associated with these diseases may be similar to that caused by thalidomide.

To assist in detection of asymptomatic neuropathy, the manufacturer states that consideration should be given to using electrophysiologic testing, consist-

ing of sensory nerve action potential (SNAP) amplitude measurement at baseline and every 6 months thereafter. If manifestations of peripheral neuropathy develop, thalidomide should be discontinued immediately (if clinically appropriate) to minimize further damage. Usually, treatment with thalidomide should be resumed only if manifestations of neuropathy return to baseline.

Drugs known to be associated with peripheral neuropathy should be used with caution in patients receiving thalidomide. (See Drug Interactions: Drugs Associated with Peripheral Neuropathy.)

*CNS Precautions and Contraindications*    Patients should be warned that thalidomide frequently causes drowsiness and somnolence, and may impair their ability to perform hazardous activities requiring mental alertness or physical coordination (e.g., operating machinery, driving a motor vehicle). Patients also should be warned not to take any other drugs that may cause drowsiness without consulting their clinician. Patients should be advised that thalidomide may potentiate the drowsiness caused by alcohol. (See Drug Interactions: CNS Agents.)

Because seizures, including tonic-clonic (grand mal) seizures, have been reported during postmarketing experience with thalidomide, the manufacturer states that patients with a history of seizures or other risk factors for the development of seizures should be monitored closely for clinical changes that could precipitate acute seizure activity.

*Other Precautions and Contraindications*    Because thalidomide may cause dizziness and orthostatic hypotension, patients receiving the drug should be instructed to sit upright for a few minutes before standing up from a reclining position.

Because decreased leukocyte counts, including neutropenia, have been reported in patients receiving thalidomide, the drug should not be initiated in patients with absolute neutrophil counts (ANC) less than 750/mm³. Leukocyte counts and differentials should be routinely monitored, especially in patients who are prone to neutropenia (e.g., HIV-infected patients). If the ANC decreases to less than 750/mm³ while the patient is receiving thalidomide, the patient's drug regimen should be reevaluated and consideration given to withholding thalidomide if clinically appropriate.

Because increases in viral load (i.e., increased plasma HIV-1 RNA levels) have been reported when thalidomide was used in some HIV-infected patients, the manufacturer states that plasma HIV-1 RNA levels should be measured after the first and third months of thalidomide treatment and every 3 months thereafter.

Thalidomide is contraindicated in patients who are hypersensitive to the drug or any ingredient in the formulation. The drug should be discontinued if signs and symptoms of hypersensitivity (e.g., erythematous macular rash associated with fever, tachycardia, hypotension) occur and are severe; if thalidomide therapy is resumed and the reaction recurs, thalidomide should be permanently discontinued. Because hypersensitivity reactions characterized by cutaneous and/or febrile manifestations have been reported in HIV-infected patients receiving thalidomide and because rechallenge with the drug resulted in accelerated hypersensitivity (including hypotension) in some of these patients, some clinicians recommend that if thalidomide rechallenge is unavoidable in an HIV-infected patient (e.g., to elucidate a drug reaction in a patient receiving a complex drug regimen), the patient should be hospitalized when the drug is administered and for at least 24 hours following the rechallenge.

Because severe, potentially fatal skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis, have been reported with thalidomide therapy, the drug should be discontinued if a rash occurs and should be resumed only after appropriate clinical evaluation. If the rash is exfoliative, purpuric, or bullous or if Stevens-Johnson syndrome or toxic epidermal necrolysis is suspected, use of thalidomide should *not* be resumed.

■ **Pediatric Precautions**    Although safety and efficacy of thalidomide in pediatric patients younger than 12 years of age have not been established, the drug has been used in a limited number of children 6 months to 12 years of age†. The manufacturer states that when thalidomide was used in a limited number of patients 11–17 years of age (usually in a dosage of 100 mg daily), response rates and safety profile were similar to those observed in adults. When thalidomide was used for the treatment of graft-versus-host disease in a limited number of bone marrow transplant recipients 1.5–17 years of age†, adverse effects of the drug included somnolence (which required discontinuance of the drug in at least one child), constipation, and a syndrome of rash, eosinophilia, and pancreatitis (which resolved after the drug was discontinued).

Thalidomide is contraindicated in adolescent females of childbearing potential (i.e., those who are sexually mature, have had menses at some time during the 24 consecutive months preceding initiation of treatment with thalidomide, have not undergone a hysterectomy) unless alternative therapies are considered inappropriate and the patient is capable of complying with the contraceptive measures (which may include abstinence) designed to help ensure that fetal exposure to thalidomide does not occur. (See Teratogenic Precautions and Contraindications: Contraceptive Measures, in Cautions.)

For males and females 18 years of age and younger, a parent or legal guardian must be educated concerning the hazards of thalidomide and agree to ensure that the minor complies with all requirements of the STEPS program.

■ **Geriatric Precautions**    Safety and efficacy of thalidomide in geriatric patients have not been specifically studied to date. Thalidomide has been used in clinical studies that included patients up to 90 years of age, and adverse effects reported in those older than 65 years of age were similar to those reported in younger adults.

■ **Mutagenicity and Carcinogenicity**   There was no evidence of mutagenic effects when thalidomide was evaluated in vitro using bacterial test systems (Ames test using *Salmonella typhimurium* and *Escherichia coli*), in vitro using mammalian test systems (Chinese hamster ovary cells, AS52/XPRT mammalian cell forward gene mutation assay), in vitro using human lymphocytes (chromosome aberration assay, micronucleus assay), or in vivo using mammalian test systems (CD-1 mice, micronucleus test). While there have been a few unsubstantiated reports that positive results were obtained when thalidomide was tested for mutagenicity in *Salmonella* and mouse bone marrow cells, these results have not been confirmed.

Although thalidomide is teratogenic, the drug is *not* considered to be mutagenic in humans. A report that 2 men with birth defects attributed to thalidomide exposure each fathered a child with birth defects resulted in speculation that thalidomide may be mutagenic in addition to teratogenic and capable of causing second generation birth defects. However, there is no evidence to support such a hypothesis and experts state that the birth defects in both these children were *not* the result of parental thalidomide exposure but probably occurred because of genetic abnormalities related to spontaneous mutations that occurred in the parents. The fathers of both children may have had malformations caused in part by thalidomide exposure, but the father of one child had anomalies that were quite atypical from those associated with thalidomide exposure. While only limited information is available about one of the children, both appeared to have limb formation abnormalities similar to those of their respective fathers. Since mutagens attack genes at random, if thalidomide did have a mutagenic effect distinct from its teratogenic effect, it is unlikely that the mutations would result specifically in limb malformations. There is no evidence that the incidence of birth defects in children born to parents with birth defects related to thalidomide exposure is any higher than that reported in the general population and no evidence that thalidomide-associated birth defects are inheritable.

Long-term studies to evaluate the carcinogenic potential of thalidomide have not been performed to date.

■ **Pregnancy, Fertility, and Lactation**   *Pregnancy*   Thalidomide is a known human teratogen, and can cause severe, life-threatening birth defects or fetal death if taken during pregnancy. The drug can cause teratogenic effects even if only a single dose of the drug (e.g., 50–100 mg) is taken during pregnancy. Since the risks clearly outweigh any possible benefits in women who are or may become pregnant, thalidomide is contraindicated in such women. If the drug is inadvertently administered during pregnancy or if a patient becomes pregnant while receiving the drug, the drug should be discontinued immediately and the patient referred to an obstetrician-gynecologist experienced in reproductive toxicity for further evaluation and counseling. The patient should be informed that if their clinician is not available, information about emergency contraception (including information regarding clinicians who provide emergency contraceptive services) can be obtained by calling 888-668-2528 or by using other sources (e.g., http://www.opr.princeton.edu/ec). For information about postcoital contraception, see Estrogen-Progestin Combinations and Progestins in Contraceptives 68:12. Any suspected exposure of a fetus to thalidomide should be reported to the FDA MedWatch Program at 800-FDA-1088 and also reported to the manufacturer.

To minimize the chance of fetal exposure and help ensure the safe and effective use of thalidomide in the US, patients must be registered in the STEPS program before they can receive commercially available drug. (See Dosage and Administration: Restricted Distribution Program.) The STEPS program includes mandatory contraceptive measures for both men and women, as well as mandatory pregnancy testing to confirm that a woman is not pregnant before thalidomide therapy is initiated and did not become pregnant during or immediately after therapy with the drug. (See Contraceptive Measures under Precautions and Contraindications: Teratogenicity Precautions and Contraindications, in Cautions.)

Thalidomide is contraindicated in women of childbearing potential unless alternative therapies are considered to be inappropriate and the patient is capable of understanding and following the conditions of the STEPS program, including mandatory contraceptive measures designed to ensure that the woman is essentially unable to become pregnant while receiving thalidomide. Women of childbearing potential are considered to be women and adolescent females who are sexually mature, have had menses at some time in the 24 consecutive months preceding initiation of treatment with thalidomide (i.e., are not postmenopausal), and have not undergone a hysterectomy. It is mandatory that such women (even if they are infertile) agree *not* to try to become pregnant for at least 4 weeks after discontinuing thalidomide treatment, and comply with effective contraceptive measures (which may include abstinence) for at least 4 weeks prior to, throughout, and for at least 4 weeks after completion of thalidomide therapy. In addition, a reliable serum pregnancy test with the sensitivity to detect human serum chorionic gonadotropin (HCG) concentrations of 50 mIU/mL must be performed within 24 hours prior to beginning thalidomide therapy, and results must be negative. Serum pregnancy tests must then be repeated at regular intervals during thalidomide therapy (i.e., weekly during the first month, then every 2 or 4 weeks in women with irregular or regular menstrual cycles, respectively). Pregnancy testing and counseling should be performed if a patient misses her period or if there is any abnormality in menstrual bleeding during thalidomide therapy.

Thalidomide is contraindicated in sexually mature males unless the patient is capable of understanding and following the conditions of the STEPS program, including mandatory contraceptive measures. Because thalidomide is present in semen, sexually mature males (including those who have successfully undergone vasectomy) receiving thalidomide must not have unprotected sexual contact with women of childbearing potential. These males must use a latex condom each time sexual contact with a woman occurs during and for at least 4 weeks after discontinuing the drug.

*Teratogenic Effects*   It has been estimated that there were more than 10,000 reported cases of infants born with birth defects related to use of thalidomide in pregnant women in other countries between 1957 (when thalidomide was first introduced in the world market) and 1963 (several years after the drug was removed from the world market). Although thalidomide was not commercially available in the US at that time, there were at least 17 reports of infants with thalidomide-associated birth defects being born to women in the US during those years; these women had received the drug from overseas sources or received premarketing samples distributed by drug company representatives.

A variety of human fetal abnormalities related to thalidomide administration during pregnancy have been documented. The most common birth defects reported following fetal exposure to thalidomide are musculoskeletal fetal abnormalities involving the loss of all or part of one or more bones; however, fetal deformities may occur in almost any organ of the body and defects of internal organs have been reported with some skeletal deformities. The mortality rate at or shortly after birth in infants born with thalidomide-induced abnormalities has been reported to be about 40%; most fatalities are related to serious malformations of internal organs.

Skeletal deformities caused by thalidomide include amelia (absence of legs and/or arms) and absence of bones; phocomelia (short legs and/or arms) and bone hypoplasia; hand deformities (e.g., radial club hand); thumb aplasia, hypoplasia, triphalangia, and nonopposability; finger aplasia, hypoplasia, fixed flexion, and syndactyly; and hip dysplasia and dislocation. Skeletal deformities appear to follow the craniocaudal progression of fetal morphogenesis. Most individuals with thalidomide defects of the upper limbs have normal lower limbs, some have defects of all limbs, but those with normal upper limbs and deformed lower limbs are rare. When substantial parts of bones are missing, the muscles normally attached to them are hypoplastic, but the degree of muscle hypoplasia does not always correspond to the level of bone loss (e.g., marked hypoplasia of shoulder and upper arm muscles may occur in a patient with a humerus of normal length). In general, more pronounced shortness of stature than that associated only with short leg bones occurs, resulting from poor growth, spinal osteochondritis, and progressive kyphosis. Thalidomide-induced skeletal deformities usually are bilaterally symmetric, similar to malformations reported with other teratogenic drugs. However, the extent of symmetry varies with the nature of the defect, both in the number of appreciably asymmetric deformities and in the closeness of the match between left and right.

The next most common group of abnormalities reported following fetal exposure to thalidomide are craniofacial and orofacial fetal abnormalities involving the ear, eye, and nerve supplies to the face, external ocular muscles, and lacrimal glands; these deformities tend to occur in a variety of combinations and permutations. External ear deformities tend to be bilateral and symmetric, and include anotia, microtia or micropinna, and small or absent auditory canals. Individuals with anotia and a blind or absent external auditory canal (meatus) are profoundly deaf in the affected ear. Facial palsy may occur (usually unilaterally rather than bilaterally) and almost always is associated with anotia or microtia on the same side. Abnormalities of ocular structures occur frequently, including anophthalmos, microphthalmos coloboma of the iris and retina, and conjunctival dermoid cyst. Microphthalmos and coloboma often occur together, and are predominantly bilateral. Restricted ocular movements may occur; ocular movement defects are nearly always associated with otic defects, often associated with facial weakness, and tend to be bilateral. Tear-saliva syndrome (crocodile tears) has been reported, in which tears are secreted in association with eating (rather than saliva) but may not be secreted in association with crying. This syndrome results from incorrect neural connections (probably in the brain stem), is bilateral or unilateral, and usually is associated with otic abnormalities and ocular movement defects. Less common orofacial defects that have reported include cleft palate, high arched palate, bifid uvula, palatal palsy, cleft lip, choanal atresia, and mandibular and dental abnormalities.

Other fetal deformities that have been associated with thalidomide exposure during pregnancy include congenital heart defects and other cardiovascular malformations (e.g., patent ductus arteriosus, ventricular and/or atrial septal defects, pulmonary stenosis); renal and urinary tract malformations (e.g., defects of the kidney, ureter, and bladder); genital malformations (e.g., hypospadias, vaginal atresia, fallopian tube interruption, bicornate uterus, hypoplasia of the scrotum or labia, and undescended, small, or absent testis); GI tract malformations (e.g., duodenal atresia, duodenal stenosis, pyloric stenosis, anorectal stenosis, imperforate anus with fistula, anteriorly placed anus); gallbladder aplasia; and respiratory tract malformations.

Most teratogenic effects appear to have occurred as the result of exposure to thalidomide early in pregnancy, and there is some evidence that a distinct window of embryonic sensitivity to thalidomide's teratogenic effects exists (i.e., from about 34–50 days after the beginning of the last menstrual period). Some malformations appear to be associated with particular periods of embryonic exposure, including aplasia of the ear or stenosis of the rectum which appear to be associated with exposure to thalidomide at 34–38 or 49–50 days, respectively, after the beginning of the last menstrual period. However, incorrect reporting of the dates of last menstrual periods and/or thalidomide administration dates as well as atypical menstrual cycle duration may have resulted

in considerable inaccuracy in these data. It has been suggested that limb defects may be secondary to an inhibition of blood vessel growth in the developing fetal limb bud, and studies of thalidomide's effects in fetal animal tissues have suggested that neural as well as limb development effects occur. The risk of potentially severe birth defects occurring following fetal thalidomide exposure later in pregnancy is unknown, but may be substantial. Animal studies to characterize the effects of thalidomide on late stage pregnancy have not been conducted. While numerous mechanisms for thalidomide-induced fetal abnormality and mortality have been proposed, some have been refuted and others have not been adequately studied; additional study is required to elucidate how thalidomide causes teratogenic effects in fetuses.

*Fertility*   Animal studies have not been conducted to date to determine whether thalidomide affects fertility, and the effect of thalidomide on fertility in humans has not been determined. Thalidomide is present in semen.

*Lactation*   It is not known whether thalidomide is distributed into human milk. Because many drugs are distributed into milk, and because of the potential for serious thalidomide-related adverse effects in nursing infants, a decision should be made whether to discontinue nursing or the drug, taking into account the importance of the drug to the mother.

## Drug Interactions

▣ **Hormonal Contraceptives and Drugs that Interfere with Hormonal Contraceptives**   Concomitant administration of thalidomide and oral contraceptives containing ethinyl estradiol and norethindrone does not appear to affect the pharmacokinetics of the hormones. In 2 studies in healthy women 21–45 years of age who received a 3-week regimen of thalidomide (200 mg of thalidomide daily) followed by a single oral dose of an estrogen-progestin combination oral contraceptive (70 mcg of ethinyl estradiol and 2 mg of norethindrone), the pharmacokinetics of both ethinyl estradiol and norethindrone were the same as those obtained in these women when the contraceptive was administered without thalidomide.

While it is unlikely that thalidomide would affect efficacy of oral contraceptives since the drug does not appear to affect the pharmacokinetics of the hormones, other drugs that the patient may be receiving, including HIV protease inhibitors (e.g., amprenavir, indinavir, nelfinavir, ritonavir, saquinavir), griseofulvin, rifampin, rifabutin, phenytoin, or carbamazepine, may affect efficacy of oral contraceptives. Because it is mandatory that women of childbearing potential receiving thalidomide use *effective* contraceptive measures for at least 4 weeks prior to, throughout, and for at least 4 weeks after completion of thalidomide therapy, women of childbearing potential receiving thalidomide concomitantly with any other drug that can reduce efficacy of oral contraceptives must use 2 *other* effective methods of contraception or abstain from heterosexual sexual contact. (See: Contraceptive Measures under Precautions and Contraindications: Teratogenicity Precautions and Contraindications, in Cautions.)

▣ **CNS Agents**   Thalidomide has been reported to enhance the sedative effects of some drugs, including barbiturates, chlorpromazine, and reserpine, and may potentiate the somnolence caused by alcohol.

▣ **Drugs Associated with Peripheral Neuropathy**   Because of the potential for additive effects, drugs known to be associated with peripheral neuropathy (e.g., certain antiretroviral agents [e.g., didanosine], certain antineoplastic agents [e.g., paclitaxel; platinum-containing drugs such as cisplatin; vinca alkaloids such as vincristine]) should be used with caution in patients receiving thalidomide.

## Acute Toxicity

▣ **Pathogenesis**   Limited information is available on the acute toxicity of thalidomide in humans. The commercially available racemic mixture of thalidomide appears to have a low potential for acute toxicity, principally because racemic thalidomide has poor aqueous solubility and limited absorption as the result of interaction (i.e., hydrogen bonding) between carboxyl groups of the racemates. In addition, the drug is rapidly and spontaneously hydrolyzed in vivo to numerous metabolites and accumulation of the drug does not occur, even in patients with severe renal impairment. Although the $LD_{50}$ of either the levorotatory or dextrorotatory enantiomers of thalidomide is about 0.5 g/kg in rodents, animal studies indicate that racemic thalidomide is not fatal when given in doses of 10 g/kg.

▣ **Manifestations**   Overdosage of thalidomide may cause prolonged sleep as a result of the drug's sedative and hypnotic effects, but fatalities are unlikely since the drug does not cause respiratory depression. In 3 reported suicide attempts involving deliberate ingestion of up to 14.4 g of thalidomide, all 3 individuals recovered without reported sequelae.

## Chronic Toxicity

Physical and/or psychologic dependence have not been reported in individuals receiving thalidomide. However, the manufacturer states that, like other anxiolytic, sedative, and hypnotic drugs, it is possible that habituation to the sedative and hypnotic effects of thalidomide could occur.

Chronic use of thalidomide may result in potentially severe peripheral neuropathy, which can be irreversible. (See Cautions: Peripheral Neuropathy.) To ensure early detection of thalidomide-induced neuropathy, patients should be examined regularly (i.e., monthly for the first 3 months of thalidomide therapy,

and periodically thereafter). Consideration should be given to using electrophysiologic testing, consisting of sensory nerve action potential (SNAP) amplitude measurement at baseline and every 6 months thereafter.

## Pharmacology

▣ **Mechanism of Action**   Thalidomide is an immunomodulatory agent with anti-inflammatory activity. The drug also has anti-angiogenic effects and sedative and hypnotic effects.

The mechanism(s) of action of the immunomodulatory and anti-inflammatory effects of thalidomide are complex and have not been fully determined; these effects appear to result in part from modulation of tumor necrosis factor alpha (TNF-α) levels, costimulatory or adjuvant effect on T-cells resulting in increased T-cell proliferation and increased production of interleukin-2 and interferon-γ, and/or modulation of leukocyte migration and chemotaxis.

The immunomodulatory and anti-inflammatory effects of thalidomide differ from those of other immunosuppressive agents, including corticosteroids, cyclosporin (e.g., cyclosporine) or macrolide (e.g., tacrolimus) immunosuppressants, pentoxifylline, immunosuppressive purine analogs (e.g. azathioprine) and purine metabolism inhibitors (e.g., mycophenolic acid), and also differ from those of nonsteroidal anti-inflammatory agents. Thalidomide does not appear to interfere with important host antimicrobial mechanisms; the drug has no substantial inhibitory effect on lymphocyte proliferation, does not impair delayed-type hypersensitivity reactions, and does not impair granuloma formation.

Thalidomide has no direct antibacterial activity against *Mycobacterium leprae*. In addition, results of an in vitro study using *Enterocytozoon bieneusi*, *Encephalitozoon intestinalis*, and *E. cuniculi* indicate that thalidomide has no direct activity against microsporidia.

▣ **Immunomodulatory Effects**   Use of thalidomide in the management of erythema nodosum leprosum (ENL) reactions in leprosy patients and for the treatment of various inflammatory and/or dermatologic disorders is based on the drug's immunomodulatory effects. Thalidomide's immunomodulatory effects may result from modulation of TNF-α levels, costimulatory or adjuvant effect on T-cells resulting in increased T-cell proliferation and increased production of interleukin-2 and interferon-γ, and/or modulation of leukocyte extravascular migration mechanisms. However, in vitro studies and preliminary clinical studies indicate that the immunomodulatory effects of thalidomide vary considerably under different conditions, and some evidence indicates that effects of the drug may be species specific.

The difficulty in characterizing thalidomide's mechanism of action has been attributed in part to numerous in vivo metabolites that result from the combination of optical enantiomerism, hydrolysis, and hydroxylation of the drug. In studies of enantiomerically stable thalidomide analogs (with an α-methyl group attached to the chiral carbon), levorotatory analogs demonstrated more immunomodulatory, sedative, and teratogenic activity, and more inhibition of TNF-α release, than dextrorotatory analogs. Although apparent enantiomer-specific effects of thalidomide have been reported from in vitro and in vivo studies, data from such studies are limited by rapid racemization and the pharmacokinetics of the drug in the system being studied, and should be interpreted with caution. Spontaneous hydrolysis of thalidomide yields products that do not appear to have immunomodulatory activity; the extent of hepatic metabolism of the drug appears to be limited, and some experts state that insufficient evidence exists to support speculation that formation of active metabolites is required for thalidomide's effects.

The immunomodulatory effects of thalidomide may be related to suppression of excessive TNF-α production; however, there also is some evidence that thalidomide is capable of enhancing TNF-α synthesis. The drug selectively inhibits the production of TNF-α by cultured human monocytes (possibly by inhibiting production and/or enhancing the degradation of TNF-α messenger RNA) without influencing either general protein synthesis or the expression of other monocyte-derived cytokines (e.g., IL-1, IL-6, GM-CSF). Administration of thalidomide has been reported to decrease circulating TNF-α levels in patients with erythema nodosum leprosum (ENL).

Wasting syndrome and the associated systemic symptoms (e.g., anorexia, fever) also may be mediated by excessive TNF-α production, and there is limited evidence that thalidomide may reduce plasma TNF-α concentrations and ameliorate wasting in patients with HIV infection and/or tuberculosis. However, the role of TNF-α in HIV infection is unclear because evidence of TNF-α production in patients with HIV infection is inconsistent and includes reports of undetected, increased, or unchanged production of the cytokine. Also, serum and plasma TNF-α levels fluctuate because of the cytokine's short half-life, and may not accurately reflect the actual extent of TNF-α production and/or the degree of TNF-α-related toxicities. Such discrepancies in apparent TNF-α levels may result from the different assays used, or from defects in the methods used to determine in vitro and in vivo cytokine production. In addition, cytokines may be produced and act locally in tissue, and it is possible that circulating levels of TNF-α do not reflect tissue activity.

The effect of thalidomide on TNF-α levels, HIV replication, and HIV disease manifestations such as wasting is unclear. In one limited controlled study of patients with wasting syndrome associated with HIV-1 infection (with or without tuberculosis), those receiving thalidomide experienced a substantially greater weight gain than those receiving placebo; however, only the patients with HIV and tuberculosis experienced decreased plasma TNF-α and decreased plasma HIV-1 RNA levels while receiving thalidomide, and these patients ex-

perienced a higher mean weight gain than those with HIV infection alone. Data from some studies in patients with HIV infection indicate that thalidomide inhibited TNF-α activation of latent HIV-1 in monocytes and reduced replication of the virus; however, some evidence indicates that thalidomide *increases* plasma TNF-α and soluble TNF-α type II receptor levels in patients with HIV infection, and may increase HIV replication. In a placebo-controlled study in HIV-infected patients, thalidomide therapy (200 mg daily for 4 weeks) apparently had no inhibitory effect on HIV replication and no effect on plasma TNF-α levels, but did increase plasma levels of soluble IL-2 receptor, soluble CD8 antigen, and IL-12. In addition, in vitro studies using purified T-cells from these patients indicated that exposure to thalidomide resulted in a costimulatory effect resulting in increased production of IL-2 and interferon-γ.

There is evidence that thalidomide induces down-modulation of selected cell surface adhesion molecules involved in leukocyte migration, and the drug's immunomodulatory mechanism of action may result in part from modulation of cellular interactions involving direct physical contact (i.e., adhesion and detachment) of leukocytes with endothelial cells. Limited data indicate that thalidomide may modulate TNF-α induction of endothelial cell adhesion molecules; this effect may interfere with leukocyte adhesion to endothelium, and prevent the initiation of leukocytic extravasation into inflammatory foci. Also, once adhesion of leukocytes to vascular endothelium occurs, thalidomide may interfere with their detachment, and impede transmigration of leukocytes into extravascular tissue. Although thalidomide may up- or down-modulate different adhesion receptors, and its effects on various types of leukocytes is variable, treatment with thalidomide induces a prompt reduction in the number of neutrophils and CD4+ T-cells in the lesions of patients with ENL. Leukocyte infiltration and cytokine (especially TNF-α) responses are present in focal inflammatory lesions characterized by post-capillary vasculitis (e.g., ENL lesions and mucocutaneous aphthae), and these immunopathologic conditions are those most clearly responsive to thalidomide. Such antivasculitic effects also may be enhanced by thalidomide's modulation of TNF-α synthesis or release. However, the exact mechanism of action for the drug's clinical immunomodulatory activity is unclear, and further study is required to elucidate the drug's mechanism of action.

■ **Effects on Angiogenesis** Thalidomide inhibits angiogenesis, and it has been suggested that the teratogenic effects of thalidomide on fetal limbs may be related to inhibition of blood vessel growth in the developing fetal limb bud. Thalidomide's anti-angiogenic effects have been demonstrated in several animal angiogenesis models; however, there is evidence that the drug's anti-angiogenic effects may be species specific and possibly may be related to a species-specific metabolite and/or metabolic activation. Thalidomide reduced the area of vascularization in a rabbit corneal model of induced neovascularization. The drug also inhibited angiogenesis in a rat aorta model and in human aortic endothelial cells when human or rabbit microsomes were present, but not when rat microsomes were present.

The mechanism of thalidomide's anti-angiogenic effects is unknown. It has been suggested that inhibition of cytokine synthesis (especially that of TNF-α) may contribute to thalidomide's anti-angiogenic effect; however, there is some evidence from animal models that thalidomide's effect on angiogenesis is independent of the drug's effect on TNF-α and possibly may result from a direct inhibitory effect on some component of angiogenesis.

■ **Sedative and Hypnotic Effects** Thalidomide has CNS depressant effects and causes sedation. The drug has a prompt sedative effect, and does not cause a hangover. The glutarimide ring contained in thalidomide appears to be responsible for the sedative and hypnotic effects of the drug; the ring is structurally similar to ring moieties contained in some other sedative and hypnotic drugs (e.g., glutethimide). Thalidomide may activate a sleep center in the forebrain, a mechanism of action unlike that of barbiturates. Thalidomide has little acute CNS toxicity, and does not cause incoordination or respiratory depression even at large doses. (See Acute Toxicity.) While thalidomide initially was investigated for use as a sedative and hypnotic in the late 1950s, the drug is no longer promoted for use as a sedative and hypnotic because of its teratogenic risk. (See Uses: Overview.)

## Pharmacokinetics

The pharmacokinetics of thalidomide have been studied in healthy adults, adults with leprosy, adults with human immunodeficiency virus (HIV) infection, and geriatric men with prostate cancer. While there is some evidence that bioavailability of oral thalidomide (i.e., peak plasma concentrations, area under the plasma concentration-time curve [AUC]) may be greater in leprosy patients than in healthy individuals, results of a single-dose study indicate that the pharmacokinetics of thalidomide in HIV-infected individuals are similar to those in healthy individuals. Age-related changes in the pharmacokinetics of thalidomide have not been observed in healthy individuals, leprosy patients 20–69 years of age, or prostate cancer patients 55–80 years of age. The pharmacokinetics of thalidomide have not been studied to date in individuals younger than 18 years of age. While limited data indicate that the pharmacokinetics of thalidomide are similar in males and females, specific comparative studies have not been performed to determine whether there are any gender- or race-related differences in the pharmacokinetics of the drug. The pharmacokinetics of thalidomide in patients with renal or hepatic impairment have not been determined.

Based on studies in healthy adults and HIV-infected patients, the pharmacokinetics of thalidomide can best be described by a single-compartment model with first-order absorption and elimination. Results of studies in healthy adults indicate that accumulation of thalidomide does not occur, and pharmacokinetic parameters are similar following single or multiple doses of the drug.

■ **Absorption** The absolute bioavailability of thalidomide administered as the commercially available racemic mixture of the drug has not been determined to date, in part because racemic thalidomide has poor aqueous solubility. The limited aqueous solubility of racemic thalidomide does not appear to be due to a lipophilic structure, since the drug has a relative distribution between lipid and aqueous phases of about 2:1. However, the 4 carboxyl groups of the racemic form of the drug appear to interact through hydrogen bonding to result in relative aqueous insolubility. In contrast, the pure levorotatory or dextrorotatory enantiomers of thalidomide are 3–5 times more soluble than the racemic drug and are more readily absorbed.

Following oral administration of racemic thalidomide, the drug is slowly absorbed from the GI tract, and some interindividual variation in absorption has been reported. When thalidomide is administered in increasing doses in healthy individuals, the extent of absorption (as measured by the AUC) increases proportionally with increasing dose; however, peak plasma concentrations of the drug increase in a less than proportional manner and the time to peak plasma concentrations is delayed, indicating that thalidomide's poor aqueous solubility affects the rate of oral absorption.

Mean peak plasma concentrations of thalidomide generally are attained 2.5–6 hours after an oral dose. In a study in healthy men 21–43 years of age who received a single 200-mg dose of thalidomide given as tablets (not commercially available in the US), mean peak plasma concentrations of 1.15 mcg/mL were attained at a mean of 4.4 hours. In healthy women 21–45 years of age who received a single 200-mg dose of thalidomide given as 50- or 100-mg capsules (100-mg capsules not commercially available in the US), mean peak plasma concentrations of 2.3–3.2 mcg/mL were attained within about 6 hours. In healthy adults who received a single 50-, 200-, or 400-mg oral dose of thalidomide as 50-mg capsules, mean peak plasma concentrations of 0.62, 1.76, or 2.82 mcg/mL, respectively, were attained at 2.9, 3.5, or 4.3 hours, respectively, after the dose.

In adults with leprosy who received a single 400-mg oral dose of thalidomide as 50-mg capsules, peak plasma concentrations of 3.44 mcg/mL were attained 5.7 hours after the dose.

In adults with HIV infection (without active opportunistic infections or concomitant disease that potentially could alter drug absorption) who received a single 100- or 300-mg dose of thalidomide as capsules, mean peak plasma concentrations of the drug were 1.2 or 3.5 mcg/mL, respectively, and were attained at a mean of 3.4 hours after either dose. In another study in asymptomatic HIV-infected adults who received single 100- or 200-mg doses of the drug, peak plasma concentrations averaged 1.2 or 1.9 mcg/mL, respectively, and were attained at 2.5 or 3.3 hours, respectively.

In men 55–80 years of age with prostate cancer who received a single 200- or 800-mg oral dose of thalidomide as 50-mg capsules, median peak plasma concentrations were 1.97 or 4.42 mcg/mL, respectively, and were attained at a median of 3.32 or 4.42 hours, respectively, after the dose. When these patients received multiple doses of thalidomide, mean peak plasma concentrations at steady state were 1.8 mcg/mL in those receiving 200 mg once daily and 7.57 mcg/mL in those receiving 800 mg daily.

Food may delay but does not appear to substantially affect the extent of absorption of thalidomide. Administration of thalidomide with a high-fat meal increased the time to peak plasma concentration to approximately 6 hours, but resulted in less than a 10% change in either the AUC or peak plasma concentration of the drug.

■ **Distribution** Information on distribution of thalidomide in humans is not available. Although pharmacologic and adverse effects of thalidomide appear to be organ specific, such effects do not correspond well with pharmacokinetic distribution data obtained in animals. While results of some animal studies indicate that high concentrations of thalidomide are found in the GI tract, liver, and kidneys, and lower concentrations are found in muscle, brain, and adipose tissue, other distribution studies in animals have failed to detect substantial accumulation of the drug in any particular organ. When radiolabeled thalidomide was administered to animals in one study, there was an even distribution of radioactivity, except for slight enhancement of radioactivity in kidneys, liver, biliary tissue, white (but not grey) matter of the CNS, and peripheral nerve trunks. In rabbits, thalidomide concentrations in CSF are about 50% of concurrent plasma concentrations of the drug. Thalidomide is present in semen; in at least one study, the drug was detectable in the semen of HIV-infected men receiving thalidomide 100 mg daily.

Thalidomide crosses the placenta in humans and in animals. Malformations of human fetuses exposed to thalidomide during the first trimester of pregnancy exhibit striking organ specificity. Fetal skeletal deformities involving the loss of part or all of one or more bones are most common, but fetal deformities may occur in almost any organ of the body and defects of internal organs accompany some skeletal deformities (e.g., amelia, phocomelia). Seemingly isolated neurodevelopmental regions (e.g., the eyes, ears, and possibly some brain stem neurons innervating facial muscles) are affected in cases of thalidomide embryopathy, but other neurodevelopmental defects rarely occur, and the skin and the lymphatic organs are notably not affected by fetal exposure to thalidomide. (See Teratogenic Effects under Pregnancy, Fertility, and Lactation: Pregnancy, in Cautions.)

The apparent volume of distribution of thalidomide has been reported to be 69.9–82.7 L in HIV-infected adults.

Case 2:11-cv-03165-RGK-SS   Document 268-12   Filed 02/17/16   Page 185 of 248   Page ID #:...

enantiomers of thalidomide are 55 and 66%, respectively, bound to plasma proteins.

**Elimination**  The mean elimination half-life of thalidomide following a single 200-mg oral dose ranges from 3–6.7 hours, and the elimination half-life appears to be similar following multiple doses of the drug. In a study in healthy adults who received a single 50-, 200-, or 400-mg oral dose of the drug, the mean elimination half-life of thalidomide was 5.5, 5.5, or 7.3 hours, respectively. The mean elimination half-life of thalidomide was 6.9 hours in adults with leprosy who received a single 400-mg oral dose and 4.6–6.5 hours in HIV-infected adults who received a single 100- to 300-mg dose.

While the exact metabolic fate of thalidomide in humans is not known, numerous metabolites may be formed as a result of optical enantiomerism and hydrolysis and hydroxylation of the drug. Commercially available thalidomide is a 1:1 racemic mixture of the dextrorotatory and levorotatory enantiomers of the drug, and chiral inversion and spontaneous hydrolysis of the enantiomers occurs in vivo or in vitro. The half-life for racemization of an enantiomer in whole blood is about 2.25 hours. In vivo, chiral inversion appears to occur principally in the circulation and in albumin-rich extravascular sites. Chiral inversion and hydrolysis of thalidomide apparently occur by several different mechanisms.

Thalidomide does not induce or inhibit its own metabolism; when the drug was administered to healthy women at a dosage of 200 mg once daily for 18 days, similar pharmacokinetics were observed on the first and last day of dosage. Hepatic metabolism of thalidomide is limited, and only the parent compound appears to be metabolized by cytochrome P-450 (CYP) isoenzymes.

The principal metabolic pathway of thalidomide appears to be nonenzymatic spontaneous hydrolysis. All 4 amide bonds in thalidomide are susceptible to hydrolytic cleavage and, under physiologic conditions, ring opening occurs first in the phthalimide moiety. Spontaneous hydrolysis to form more than 10 metabolites occurs rapidly in vitro, with a mean half-life (dependent on incubation temperature and pH) of 2–5 hours for both optical isomers. There is evidence that thalidomide metabolites formed by spontaneous hydrolysis in vitro have no immunomodulatory activity; however, further study is required to characterize the pharmacologic activity, if any, of metabolites formed in vivo.

Hydroxylation can occur at 4 sites in thalidomide (i.e., 2 sites in each of the phthalimide and glutarimide moieties). Metabolism and some pharmacologic effects of thalidomide may be species specific. Hydroxylated metabolites have been identified in species sensitive to the teratogenic effects of thalidomide (e.g., rabbit), and there is evidence that rat (a species *not* sensitive to teratogenic effects of the drug) microsomes are not able to produce a metabolite that is toxic to lymphocytes in other species. Intermediary forms (i.e., arene oxides or epoxides) proposed to be responsible for the teratogenic effects of the drug have not been demonstrated, hydroxylated metabolites resulting from epoxide activation have not been confirmed in human samples, and in vitro human microsomal preparations do not appear to catalyze the formation of hydroxylated metabolites.

The exact route of elimination of thalidomide in humans is unknown. Thalidomide is not appreciably excreted via the kidneys in humans. Although total body clearance of the drug is about 170–207 mL/minute, unmetabolized thalidomide has a renal clearance of 1.15–1.38 mL/minute and less than 0.7% of the drug is excreted in urine as unchanged drug. Thalidomide is thought to be hydrolyzed to numerous metabolites; however, in individuals who received a single oral dose of the drug, only 0.02% of the dose was eliminated in urine as 4-hydroxy thalidomide 12–24 hours after administration. At 48 hours after a single oral dose, thalidomide is not detectable in urine.

### Chemistry and Stability

**Chemistry**  Thalidomide, a synthetic glutamic acid derivative, is an immunomodulatory agent. The drug is structurally similar to, but pharmacologically different from, glutethimide. Thalidomide contains a phthalimide ring and a glutarimide ring; the glutarimide ring is similar to that contained in glutethimide and may be responsible for the sedative and hypnotic effects of thalidomide. Because the glutarimide ring has a single asymmetric carbon (chiral center), thalidomide may exist as either an optically active levorotatory or dextrorotatory enantiomer. The enantiomers rapidly interconvert in vivo and in vitro; it is unknown whether the enantiomers have distinct pharmacologic properties. Thalidomide is commercially available as a 1:1 racemic mixture of the 2 enantiomers with a net optical rotation of zero.

Thalidomide occurs as a white to off-white, nearly odorless, crystalline powder. The drug has a solubility of 45–60 mcg/mL in water at 25°C. Thalidomide enantiomers are 3–5 times more soluble than the racemic drug. While the aqueous solubility of racemic thalidomide has been reported to be 50 mcg/mL, the aqueous solubility of the separate enantiomers has been reported to be 250 mcg/mL.

**Stability**  Commercially available thalidomide capsules should be stored at 15–30°C and protected from light.

In vitro in whole blood, serum, or plasma, thalidomide undergoes chiral inversion and spontaneous hydrolysis. All 4 amide bonds of the drug are susceptible to hydrolytic cleavage at pH exceeding 6. Inversion of the enantiomers occurs at a greater rate in vitro in blood at 37°C than in vivo. The rate of inversion and hydrolysis of thalidomide is pH dependent and increases with pH over the range of 7–7.5.

Because thalidomide is a known human teratogen and can cause severe birth defects or death in an unborn baby, commercially available thalidomide must be obtained through a restricted distribution program, the System for Thalidomide Education and Prescribing Safety (STEPS), designed to help ensure that fetal exposure to the drug does not occur. (See Restricted Distribution Program under Dosage and Administration.)

### Thalidomide

| Oral | | |
|---|---|---|
| Capsules | 50 mg | Thalomid®, Celgene |

†Use is not currently included in the labeling approved by the US Food and Drug Administration

*Selected Revisions January 2007.* © Copyright, November 1999, American Society of Health-System Pharmacists, Inc.

# BONE RESORPTION INHIBITORS

## Alendronate Sodium

Alendronate sodium, a synthetic bisphosphonate analog of pyrophosphate, is a bone resorption inhibitor.

### Uses

**Osteoporosis**  Alendronate is used in the treatment and prevention of osteoporosis in postmenopausal women and for the treatment of osteoporosis in men. Alendronate also is used in the treatment of corticosteroid-induced osteoporosis.

*Prevention in Postmenopausal Women*  Alendronate is used for the *prevention* of osteoporosis in postmenopausal women. Alendronate is used adjunctively with other measures (e.g., diet, calcium, vitamin D, weight-bearing exercise, physical therapy, avoidance of excessive cigarette smoking and/or alcohol consumption) to retard further bone loss and the progression of osteoporosis in postmenopausal women. The goal of preventive therapy is preservation of bone mass and a resultant decrease in fracture risk.

Osteoporosis, a systemic skeletal disease characterized by low bone mass and microarchitectural deterioration of bone tissue with consequent increased bone fragility and susceptibility to fracture, is observed in a large proportion of postmenopausal women. Adult women have less bone mass than men at all ages, and decreased production of estrogen at menopause is associated with accelerated bone loss, particularly from the lumbar spine, for about 5 years, during which time skeletal mass loss averages 3% per year. While the risk of postmenopausal osteoporosis cannot be quantified by a single clinical finding or test result, many risk factors have been identified, with the probability of developing osteoporosis increasing with multiple risk factors. Risk factors include premature ovarian failure; a family history of osteoporosis; a small, slim body frame; endocrine disorders such as thyrotoxicosis, hyperparathyroidism, Cushing's syndrome, hyperprolactinemia, insulin-dependent diabetes mellitus (type 1, IDDM); cigarette smoking; drinking excessive amounts of alcohol; a sedentary lifestyle and/or lack of physical exercise; low body weight; moderately low body mass (e.g., at least 1 standard deviation below the the mean for healthy young adult women); and low dietary calcium intake. White or Asian women, particularly those who are thin or small and have a positive family history of osteoporosis, are at a higher risk for the disease than are black women. Premature ovarian failure (surgical or nonsurgical) hastens the onset of osteoporosis, and estrogen deficiency in premenopausal women (e.g., secondary to anorexia nervosa- or exercise-induced amenorrhea or to hyperprolactinemia) induces bone loss and may reduce peak bone mass.

Alendronate has been evaluated for the prevention of osteoporosis in postmenopausal women in 2 double-blind, placebo-controlled studies of 2 or 3 years' duration that included 2056 women (40–60 years of age). In these studies, therapy with alendronate 5 mg daily increased bone mineral density (BMD), as determined by dual-energy radiographic absorption (DXA) measurements, in the lumbar spine, femoral neck, trochanter bone, and total body. While women receiving placebo lost approximately 1% of BMD per year, substantial increases in BMD were observed in women receiving alendronate. In one of the studies that included postmenopausal women who had experienced menopause 6–36 months before initiation of the study, administration of alendronate (5 or 10 mg daily given for 3 years or, alternatively, 20 mg daily given for 2 years, followed by administration of placebo daily for 1 year) at 3 years was associated with a 1–4% increase in lumbar spine, femoral neck, and trochanter BMD and 0.3–1% increase in total body BMD compared with baseline, while placebo recipients lost about 2–4% BMD in these sites; a lower dosage (1 mg daily) of alendronate for 3 years attenuated but did not fully prevent losses in BMD relative to those in women receiving placebo. Limited data indicate that alendronate (5 mg daily) reduced the rate of bone loss on forearm by about half relative to placebo. In a 1-year controlled study in postmenopausal women with osteoporosis, alendronate 70 mg once weekly produced increases in BMD similar to those observed with a dosage of 10 mg daily.

The effect of alendronate on BMD versus that of estrogen or raloxifene

Results of an in vitro study indicate that the dextrorotatory and levorotatory enantiomers of thalidomide are 55 and 66%, respectively, bound to plasma proteins.

**Elimination**   The mean elimination half-life of thalidomide following a single 200-mg oral dose ranges from 3–6.7 hours, and the elimination half-life appears to be similar following multiple doses of the drug. In a study in healthy adults who received a single 50-, 200-, or 400-mg oral dose of the drug, the mean elimination half-life of thalidomide was 5.5, 5.5, or 7.3 hours, respectively. The mean elimination half-life of thalidomide was 6.9 hours in adults with leprosy who received a single 400-mg oral dose and 4.6–6.5 hours in HIV-infected adults who received a single 100- to 300-mg dose.

While the exact metabolic fate of thalidomide in humans is not known, numerous metabolites may be formed as a result of optical enantiomerism and hydrolysis and hydroxylation of the drug. Commercially available thalidomide is a 1:1 racemic mixture of the dextrorotatory and levorotatory enantiomers of the drug, and chiral inversion and spontaneous hydrolysis of the enantiomers occurs in vivo or in vitro. The half-life for racemization of an enantiomer in whole blood is about 2.25 hours. In vivo, chiral inversion appears to occur principally in the circulation and in albumin-rich extravascular sites. Chiral inversion and hydrolysis of thalidomide apparently occur by several different mechanisms.

Thalidomide does not induce or inhibit its own metabolism; when the drug was administered to healthy women at a dosage of 200 mg once daily for 18 days, similar pharmacokinetics were observed on the first and last day of dosage. Hepatic metabolism of thalidomide is limited, and only the parent compound appears to be metabolized by cytochrome P-450 (CYP) isoenzymes.

The principal metabolic pathway of thalidomide appears to be nonenzymatic spontaneous hydrolysis. All 4 amide bonds in thalidomide are susceptible to hydrolytic cleavage and, under physiologic conditions, ring opening occurs first in the phthalimide moiety. Spontaneous hydrolysis to form more than 10 metabolites occurs rapidly in vitro, with a mean half-life (dependent on incubation temperature and pH) of 2–5 hours for both optical isomers. There is evidence that thalidomide metabolites formed by spontaneous hydrolysis in vitro have no immunomodulatory activity; however, further study is required to characterize the pharmacologic activity, if any, of metabolites formed in vivo.

Hydroxylation can occur at 4 sites in thalidomide (i.e., 2 sites in each of the phthalimide and glutarimide moieties). Metabolism and some pharmacologic effects of thalidomide may be species specific. Hydroxylated metabolites have been identified in species sensitive to the teratogenic effects of thalidomide (e.g., rabbit), and there is evidence that rat (a species *not* sensitive to teratogenic effects of the drug) microsomes are not able to produce a metabolite that is toxic to lymphocytes in other species. Intermediary forms (i.e., arene oxides or epoxides) proposed to be responsible for the teratogenic effects of the drug have not been demonstrated, hydroxylated metabolites resulting from epoxide activation have not been confirmed in human samples, and in vitro human microsomal preparations do not appear to catalyze the formation of hydroxylated metabolites.

The exact route of elimination of thalidomide in humans is unknown. Thalidomide is not appreciably excreted via the kidneys in humans. Although total body clearance of the drug is about 170–207 mL/minute, unmetabolized thalidomide has a renal clearance of 1.15–1.38 mL/minute and less than 0.7% of the drug is excreted in urine as unchanged drug. Thalidomide is thought to be hydrolyzed to numerous metabolites; however, in individuals who received a single oral dose of the drug, only 0.02% of the dose was eliminated in urine as 4-hydroxy thalidomide 12–24 hours after administration. At 48 hours after a single oral dose, thalidomide is not detectable in urine.

## Chemistry and Stability

**Chemistry**   Thalidomide, a synthetic glutamic acid derivative, is an immunomodulatory agent. The drug is structurally similar to, but pharmacologically different from, glutethimide. Thalidomide contains a phthalimide ring and a glutarimide ring; the glutarimide ring is similar to that contained in glutethimide and may be responsible for the sedative and hypnotic effects of thalidomide. Because the glutarimide ring has a single asymmetric carbon (chiral center), thalidomide may exist as either an optically active levorotatory or dextrorotatory enantiomer. The enantiomers rapidly interconvert in vivo and in vitro; it is unknown whether the enantiomers have distinct pharmacologic properties. Thalidomide is commercially available as a 1:1 racemic mixture of the 2 enantiomers with a net optical rotation of zero.

Thalidomide occurs as a white to off-white, nearly odorless, crystalline powder. The drug has a solubility of 45–60 mcg/mL in water at 25°C. Thalidomide enantiomers are 3–5 times more soluble than the racemic drug. While the aqueous solubility of racemic thalidomide has been reported to be 50 mcg/mL, the aqueous solubility of the separate enantiomers has been reported to be 250 mcg/mL.

**Stability**   Commercially available thalidomide capsules should be stored at 15–30°C and protected from light.

In vitro in whole blood, serum, or plasma, thalidomide undergoes chiral inversion and spontaneous hydrolysis. All 4 amide bonds of the drug are susceptible to hydrolytic cleavage at pH exceeding 6. Inversion of the enantiomers occurs at a greater rate in vitro in blood at 37°C than in vivo. The rate of inversion and hydrolysis of thalidomide is pH dependent and increases with pH over the range of 7–7.5.

## Preparations

Thalidomide is contraindicated in pregnancy. Thalidomide can cause severe, life-threatening birth defects if administered during pregnancy. Commercially available thalidomide must be obtained through a restricted distribution program, the System for Thalidomide Education and Prescribing Safety (STEPS), designed to help ensure that fetal exposure to the drug does not occur. (See Restricted Distribution Program under Dosage and Administration.)

### Thalidomide

| Oral | | | |
|------|------|------|------|
| Capsules | 50 mg | Thalomid®, | Celgene |

†Use is not currently included in the labeling approved by the US Food and Drug Administration

Selected Revisions January 2007, © Copyright, November 1999, American Society of Health-System Pharmacists, Inc.

# BONE RESORPTION INHIBITORS

## Alendronate Sodium

Alendronate sodium, a synthetic bisphosphonate analog of pyrophosphate, is a bone resorption inhibitor.

## Uses

**Osteoporosis**   Alendronate is used in the treatment and prevention of osteoporosis in postmenopausal women and for the treatment of osteoporosis in men. Alendronate also is used in the treatment of corticosteroid-induced osteoporosis.

*Prevention in Postmenopausal Women*   Alendronate is used for the *prevention* of osteoporosis in postmenopausal women. Alendronate is used adjunctively with other measures (e.g., diet, calcium, vitamin D, weight-bearing exercise, physical therapy, avoidance of excessive cigarette smoking and/or alcohol consumption) to retard further bone loss and the progression of osteoporosis in postmenopausal women. The goal of preventive therapy is preservation of bone mass and a resultant decrease in fracture risk.

Osteoporosis, a systemic skeletal disease characterized by low bone mass and microarchitectural deterioration of bone tissue with consequent increased bone fragility and susceptibility to fracture, is observed in a large proportion of postmenopausal women. Adult women have less bone mass than men at all ages, and decreased production of estrogen at menopause is associated with accelerated bone loss, particularly from the lumbar spine, for about 5 years, during which time skeletal mass loss averages 3% per year. While the risk of postmenopausal osteoporosis cannot be quantified by a single clinical finding or test result, many risk factors have been identified, with the probability of developing osteoporosis increasing with multiple risk factors. Risk factors include premature ovarian failure; a family history of osteoporosis; a small, slim body frame; endocrine disorders such as thyrotoxicosis, hyperparathyroidism, Cushing's syndrome, hyperprolactinemia, insulin-dependent diabetes mellitus (type 1, IDDM); cigarette smoking; drinking excessive amounts of alcohol; a sedentary lifestyle and/or lack of physical exercise; low body weight; moderately low body mass (e.g., at least 1 standard deviation below the mean for healthy young adult women); and low dietary calcium intake. White or Asian women, particularly those who are thin or small and have a positive family history of osteoporosis, are at a higher risk for the disease than are black women. Premature ovarian failure (surgical or nonsurgical) hastens the onset of osteoporosis, and estrogen deficiency in premenopausal women (e.g., secondary to anorexia nervosa- or exercise-induced amenorrhea or to hyperprolactinemia) induces bone loss and may reduce peak bone mass.

Alendronate has been evaluated for the prevention of osteoporosis in postmenopausal women in 2 double-blind, placebo-controlled studies of 2 or 3 years' duration that included 2056 women (40–60 years of age). In these studies, therapy with alendronate 5 mg daily increased bone mineral density (BMD), as determined by dual-energy radiographic absorption (DXA) measurements, in the lumbar spine, femoral neck, trochanter bone, and total body. While women receiving placebo lost approximately 1% of BMD per year, substantial increases in BMD were observed in women receiving alendronate. In one of the studies that included postmenopausal women who had experienced menopause 6–36 months before initiation of the study, administration of alendronate (5 or 10 mg daily given for 3 years or, alternatively, 20 mg daily given for 2 years, followed by administration of placebo daily for 1 year) at 3 years was associated with a 1–4% increase in lumbar spine, femoral neck, and trochanter BMD and 0.3–1% increase in total body BMD compared with baseline, while placebo recipients lost about 2–4% BMD in these sites; a lower dosage (1 mg daily) of alendronate for 3 years attenuated but did not fully prevent losses in BMD relative to those in women receiving placebo. Limited data indicate that alendronate (5 mg daily) reduced the rate of bone loss on forearm by about half relative to placebo. In a 1-year controlled study in postmenopausal women with osteoporosis, alendronate 70 mg once weekly produced increases in BMD similar to those observed with a dosage of 10 mg daily.

The effect of alendronate on BMD versus that of estrogen or raloxifene

# EXHIBIT "35"

Joan McClure
October 29, 2015                                    CONFIDENTIAL

```
              UNITED STATES DISTRICT COURT

        FOR THE CENTRAL DISTRICT OF CALIFORNIA

                    -   -   -

UNITED STATES OF AMERICA, :
EX REL. BEVERLY BROWN,    :
        Plaintiff,        :
                          :
    vs.                   :
                          :
CELGENE CORPORATION,      :  No. 10-cv-03165
        Defendant.        :  GHK (SSx)


                 -   -   -

             October 29, 2015

                 -   -   -

           *** CONFIDENTIAL ***


    Oral deposition of JOAN MCCLURE taken

pursuant to notice, held at the National

Comprehensive Cancer Network, 275 Commerce

Drive, Suite 300, Fort Washington, Pennsylvania

19034, commencing at 10:06 a.m., on the above

date, before Jennifer P. Miller, RPR, CCR, CRR,

and Notary Public for the Commonwealth of

Pennsylvania, State of Delaware and the State

of New Jersey.
```

1

```
 1   A P P E A R A N C E S:

 2   GUTTMAN, BUSCHNER & BROOKS PLLC

 3   JUSTIN S. BROOKS, ESQUIRE

 4   1515 Locust Street

 5   Suite 501

 6   Philadelphia, PA 19102

 7   (302) 327-9210

 8   Counsel for Plaintiff

 9

10   JONES DAY

11   TONI-ANN CITERA, ESQUIRE

12   222 East 41st Street

13   New York, NY  10017-6702

14   (212) 326-3939

15   tcitera@jonesday.com

16   Counsel for Defendant Celgene Corporation

17

18

19

20

21

22

23

24

25
```

2

1    A P P E A R A N C E S: (cont'd)

2    MORGAN LEWIS

3    MATTHEW J.D. HOGAN, ESQUIRE

4    1701 Market Street

5    Philadelphia, PA 19103

6    (215) 963-5254

7    matthew.hogan@morganlewis.com

8    Counsel for National Comprehensive Cancer

9    Network

10

11   ALSO PRESENT:  Scott Perloff, Videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1          A.   Yes.

2          Q.   -- as to affiliations with

3     pharmaceutical companies?

4          A.   Yes.

5          Q.   Why do you look at that?

6          A.   For the same reason we provide

7     disclosure information to our panels, to know

8     what possible other interests the authors might

9     have.

10         Q.   Do you do any independent review

11    whether they're accurately describing their

12    affiliations?

13         A.   No.

14         Q.   Have you ever had a situation where

15    you know that a disclosure has not been made?

16         A.   No, I don't remember one.

17         Q.   To your knowledge, has there been a

18    change in the disclosure requirements in

19    journals over time?

20         A.   I don't know.

21              MR. HOGAN:  Objection.

22    BY MR. BROOKS:

23         Q.   Okay.  Are you familiar with a

24    company named Excerpta Medica?

25         A.   No.

                                             161

1       Q.    Conflict of interest is something

2    that NCCN compendium tries to consider?

3                    MS. CITERA:   Objection to form.

4                    THE WITNESS:   What do you mean

5       by "consider"?

6    BY MR. HOGAN:

7       Q.    Well, you said you assess the

8    affiliation of authors to the extent the

9    information is available.

10      A.    Well, you want to know if the authors

11   are qualified to do the research, certainly.

12      Q.    And you want to know if they're

13   affiliated with a drug manufacturer?

14      A.    Mostly, you want to know whether they

15   are affiliated with an academic institution.

16      Q.    Why don't we briefly take a look at

17   Exhibit 6.  Actually, let's talk about the

18   conflict of interest policy for a second.

19      A.    Okay.

20      Q.    Why don't we go to Exhibit 13.

21      A.    Okay.

22      Q.    Okay.  Why don't we take a look at

23   section five.  It's in Roman numeral -- it's on

24   the third page of the document.

25      A.    Ineligibility?

                                                    162

Joan McClure
October 29, 2015                                    CONFIDENTIAL

1     Q.   Ineligibility, yes.

2     A.   Yes.

3     Q.   So am I reading it correctly when I

4  say if a member discloses more than $20,000 in

5  financial relationship, they are ineligible to

6  sit on a panel?

7              MS. CITERA:  Objection to form.

8              THE WITNESS:  Depending upon

9        what type of funding that is.  Clinical

10       trials funding and clinical trials related

11       activities we do not include in that

12       $20,000 typically because the funding goes

13       to the institution rather than the

14       individual.

15  BY MR. BROOKS:

16     Q.   How about speaker's fees?

17     A.   That's included.

18     Q.   Speaker's fees?

19     A.   That's included in the $20,000.

20     Q.   So, under this policy, if an

21  individual disclosed more than $20,000 in

22  speaker's fees, they would be ineligible?

23              MS. CITERA:  Objection to the

24       form.

25              THE WITNESS:  In the prior year,

163

Joan McClure
October 29, 2015                                    CONFIDENTIAL

```
 1        yes.
 2   BY MR. BROOKS:
 3        Q.   In the prior year.  Okay.
 4             Do you know when this policy
 5   went into effect?
 6        A.   I'm thinking in the early 2000s.
 7        Q.   The same $20,000 threshold to your
 8   knowledge?
 9        A.   I think so.  I'm not positive, but I
10   think so.
11        Q.   We looked at a disclosure document
12   earlier.
13        A.   Uh-hum.
14        Q.   When did those documents first start
15   to be provided to NCCN?
16        A.   You mean 14?
17        Q.   Yes?
18        A.   Exhibit 14?
19        Q.   Correct.
20        A.   Actually, they aren't provided to
21   NCCN.  We generate them from the results of the
22   disclosures made by the panel members.
23        Q.   Okay.
24        A.   So, as long as people have been
25   disclosing, we've had access to this
```

164

Joan McClure
October 29, 2015                                    CONFIDENTIAL

1    information.

2        Q.    Okay.  So, beginning in you believe

3    2003 --

4        A.    Thereabouts.

5        Q.    -- the panel members should have been

6    disclosing --

7        A.    Yes.

8        Q.    -- to you?

9        A.    And possibly before that, I just

10   can't remember.

11       Q.    Do you do anything to independently

12   review whether a panel member has appropriately

13   disclosed financial ties?

14       A.    We do not.  And we don't for a couple

15   of reasons, not the least of which because of

16   timing rules and what is reportable to various

17   organizations, they likely would not be

18   identical.

19       Q.    Are you familiar with the Sunshine

20   Act?

21       A.    We are.

22       Q.    Are you familiar that CMS records

23   financial relationships or payments?

24       A.    Yes.

25       Q.    For any panel members, has NCCN ever

1  looked at what those --

2      A.   We don't.  And that's actually a very

3  good example of things that probably would not

4  be identical.  Because, for instance, the

5  Sunshine Act requires reporting of travel

6  expenses to go to a particular meeting, and

7  that would not be something that we would

8  consider to be reimbursement to a panel member.

9      Q.   How about an actual fee for

10 delivering a speech, a promotional speech?

11     A.   We -- we -- we would ask them to

12 disclose that to us, but we wouldn't check it

13 independently.

14     Q.   If you could take a look at Exhibit

15 No. 6.

16     A.   What's that?

17     Q.   It is the multiple myeloma guidelines

18 for 2009.

19     A.   Oh, okay, yup.

20     Q.   Who is Kenneth Anderson?

21     A.   He is a physician at Dana Farber

22 Cancer Center in Boston, and he is the chair of

23 our panel.

24     Q.   Do you know whether Kenneth Anderson

25 received more than $20,000 in speaker fees from

166

Joan McClure
October 29, 2015                                            CONFIDENTIAL

1                        -   -   -

2                    (Whereupon, Exhibit 21 was

3         marked for identification.)

4                        -   -   -

5    BY MR. BROOKS:

6         Q.   Do you recognize this document?

7         A.   This looks like 2011 version of the

8    MDS guideline.

9         Q.   Okay.  If you can turn to the second

10   page.

11        A.   Uh-hum.

12        Q.   At this time the disclosure for --

13   the threshold for disqualification was

14   receiving more than 20,000 from a

15   pharmaceutical company?

16             MS. CITERA:  Objection to the

17        form.

18             THE WITNESS:  I think so, but

19        we're checking that date.

20   BY MR. BROOKS:

21        Q.   And sitting here, do you know whether

22   any of these individuals on the panel received

23   more than that sum?

24        A.   I would assume that they didn't.

25        Q.   If that --

187

Joan McClure
October 29, 2015                                    CONFIDENTIAL

1        A.    But I don't know.

2        Q.    If that threshold was in place in

3   2011 and NCCN had known about that some

4   exceeding, they would not have sat on the

5   panel?

6                  MS. CITERA:  Objection to the

7        form.

8                  THE WITNESS:  That is correct.

9        But you have to understand that there are

10       timing rules associated with that, so we

11       ask for a running 12 months.

12   BY MR. BROOKS:

13       Q.    Right.  Assuming that -- assuming

14   that the parameters of the policy applied --

15       A.    Yes.

16       Q.    -- NCCN has never knowingly not

17   adhered to its policies?

18       A.    No, it has never not, no.

19       Q.    It always adhered to its disclosure

20   policies based on --

21       A.    Yes.

22       Q.    But the policies did not call upon

23   NCCN to independently determine what --

24       A.    No.

25       Q.    -- conflicts?

                                                    188

# EXHIBIT

# "36"

# National Comprehensive Cancer Network

Home | Find a Member Institution | My Profile | You're logged in as: Joan McClure  Logout | Contact Us

Follow us on: 

SEARCH



News

NCCN eBulletin Newsletter

NCCN eBulletin: International Edition

NCCN Leadership

NCCN Foundation

NCCN Corporate Council

Employment Opportunities

Supporter and Exhibitor Opportunities

Permissions Requests

**NCCN Disclosure Policies & Potential Conflicts of Interest**

Disclosure Policy for the NCCN Guidelines Panels

Disclosure Policy for the NCCN Oncology Research Program (ORP)

Identifications and Disclosures of Relationships with External Entities

Disclosure of NCCN Organizational Relationships

Contact Us

NCCN Annual Report

Support NCCN



Quick Links

Clinicians

NCCN Guidelines® - FREE

NCCN Compendium®

NCCN Templates®

Educational Events

CME/CE Programs

NCCN Guidelines for Patients™

## About NCCN

## NCCN Disclosure Policies and Potential Conflicts of Interest

- **Disclosure Policy for the NCCN Guidelines Panels**

View the Identifications and Disclosures of Relationships with External Entities for the following:

- NCCN Guidelines Panels
- NCCN Staff

Disclosure of NCCN Organizational Relationships

NCCN Oncology Research Program (ORP) Disclosure Policy

**Disclosure Policy for the NCCN Guidelines Panels**

The development of the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®) is a fundamental activity of the National Comprehensive Cancer Network. The NCCN Guidelines are updated at least annually in an evidence-based process integrated with the expert judgment of multidisciplinary panels of expert physicians from NCCN Member Institutions. NCCN depends on its NCCN Guidelines Panel Members to reach decisions objectively, without being influenced or appearing to be influenced by conflicting interests.

The NCCN Guidelines Panel Members are strongly supported by the NCCN Member Institutions. NCCN Guidelines Panel Members are chosen for the NCCN Guidelines Panel by each NCCN Member Institution because they have demonstrated a high level of expertise in his or her discipline. Participation on an NCCN Guidelines Panel is voluntary. NCCN Guidelines Panel Members are not paid for their involvement in NCCN Guidelines development. Development of the NCCN Guidelines is supported by dues from the NCCN Member Institutions. No industry support is accepted for any direct costs associated with the development of the NCCN Guidelines. NCCN does receive support from industry for distribution of the Complete Library of NCCN Guidelines® on a flash drive and in other media.

While corporate and industry involvement plays a growing role in the support of oncology research, the financial remuneration that might accompany such involvement may lead to conflicts of interest. NCCN also recognizes that the majority of its NCCN Guidelines Panel Members have complex relationships with industry including conducting research in areas such as medical devices, diagnostics, drugs, and biologics. This research will lead to new clinical trials and advances in patient care. However, financial conflicts of interest have the potential to introduce biases into the development process of NCCN Guidelines, thereby potentially affecting the integrity of the NCCN Guidelines.

This policy has been developed to safeguard the integrity of the NCCN Guidelines development process and to preserve the high level of confidence in NCCN Guidelines that exists among oncology professionals and the public. This policy is also designed to identify arrangements involving NCCN Guidelines Panel Members who have a significant financial or fiduciary interest in an outside entity where such arrangements may represent a source of conflict or an appearance of conflict in the participation in the development of the NCCN Guidelines. This policy requires disclosure of external relationships and recusal of NCCN Guidelines Panel Members with conflicting interests so that the integrity of the NCCN Guidelines is not compromised or diminished by conflicts or by the perception of conflicts.

This document has been developed to provide guidance to the NCCN Governance Committee, NCCN Staff, the chairpersons of the NCCN Guidelines Panels, and the NCCN Guidelines Panel Members on how external relationships will be identified and disclosed and what actions an NCCN Guidelines Panel chair may take to safeguard the integrity of a discussion from conflicting interests. This document is also available to the public to assure them that NCCN takes seriously the obligation to provide full disclosure regarding the guideline development process and its integrity.

This policy refers to members of NCCN Guidelines Panels, which are multidisciplinary expert panels convened for the purpose of developing the NCCN Guidelines®.

I.   **Definitions**

1.   "Conflicting Interest" means:

a.   any Direct or Indirect Relationship (as defined below) with any other external entity that would be financially advantaged or disadvantaged by the action of the NCCN Guidelines Panel in the matter under consideration;

b.   any organizational affiliation, activity, transaction, or other interest which would cause a decision of the NCCN Guidelines Panel to have a direct and significant economic impact (different in nature or scope from its effect on other NCCN Guidelines Panel Members) on the NCCN Guidelines Panel Member or on others with whom the NCCN Guidelines Panel Member has personal or professional relationships;



EXHIBIT

NCCN-B

PENGAD 800-631-6989

any other organizational affiliation, activity, transaction, or other interest which (i) could significantly impair the NCCN Guidelines Panel Member's objectivity or (ii) could create a significant unfair competitive advantage for the NCCN Guidelines Panel Member or any organization with which the NCCN Guidelines Panel Member has a direct financial relationship (as defined below).

2. Direct Relationship: A person is considered to have a "Direct Relationship" with a person or entity if he or she, or any member of his or her immediate family:

   a. is a beneficial owner of any equity of the organization, excluding equity held through a publicly traded mutual fund, ownership held in a blind trust or ownership held through a vehicle over which the person has no control regarding termination or continuation of the equity relationship;

   b. is a director, officer or employee of the organization;

   c. receives compensation for services including, but not limited to, management or consulting services to the organization;

   d. has a debt relationship of any kind with the organization, whether as lender, borrower, holder of debentures or the like; or

   e. holds a patent, or any interest in a patent which is held, licensed or utilized by the organization.

3. "External Entities" means:

   a. industrial entities conducting business in medical devices, diagnostics, drugs, and biologics; or

   b. managed care organizations.

4. "Disclosure of External Relationships Form" (the "DOER Form") means the document available online and in hard copy which NCCN Guidelines Panel Members are expected to complete and update in accordance with this policy and shall include all updates, addenda, and appended exhibits or explanations referred to in the DOER Form.

5. "Immediate Family" means the spouse or minor child of an NCCN Guidelines Panel Member.

6. "NCCN Guidelines Panels" means multidisciplinary expert panels convened for the purpose of developing the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®).

7. Indirect Relationship: A person has an "Indirect Relationship" with an external entity if he or she, or any member of his or her immediate family:

   a. has a Direct Relationship with an organization that competes with the external entity; or

   b. has a Direct Relationship with any other entity that has a Direct Relationship with the external entity (for example, when an NCCN Member Institution that employs an NCCN Guidelines Panel Member has a direct relationship with industry).

8. "NCCN Guidelines Panel Member" means any person who is appointed to serve on a panel that is convened for the purpose of developing the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®).

9. Research: An NCCN Guidelines Panel Member participates in "Research" if he or she:

   a. is a Principal Investigator;

   b. serves on a Data Safety Monitoring Board;

   c. conducts statistics and analysis; or

   d. engages in other activities associated with the review, implementation and conduct of clinical trials.

## II. Disclosure of External and Potentially Conflicting Interests

NCCN Guidelines Panel Members are expected to disclose relationships in at least four instances:

   a. Upon Consideration for Appointment to a Panel
   Prior to appointment to any NCCN Guidelines Panel, the prospective nominee shall complete and submit the completed DOER Form.

   b. Annually
   Each NCCN Guidelines Panel Member shall update the information in his or her filed DOER Form or shall attest, upon notice of annual update, that there are no changes.

   c. At Each Meeting of an NCCN Guidelines Panel
   Prior to participating in an NCCN Guidelines Panel meeting, each NCCN Guidelines Panel Member shall update the DOER Form.

   d. Upon Changed Circumstances
   Within two (2) weeks of any change in the information in an NCCN Guidelines Panel Member's filed DOER Form, he or she shall update the information on file with NCCN.

HIGHLY CONFIDENTIAL

NCCN00002736

NCCN Guidelines Panel Member's ability to act as an NCCN Guidelines Panel Member. This is provided, however, that the disclosed relationship does not exceed the individual or aggregate annual monetary thresholds set forth in Section V. Disclosed relationships with external entities will be evaluated for potential conflicts of interest by relevant NCCN committees of the Board and NCCN Staff as delegated by the committees of the Board. NCCN Guidelines Panel Members are expected to disclose a relationship with an external entity related to the discussion of a panel even when it is not clear whether the relationship or affiliation constitutes a conflicting interest.

As set forth in Section III of this policy, these disclosures will be reviewed prior to each NCCN Guidelines Panel meeting, and at least annually. NCCN Guidelines Panel Members are expected to make additional disclosures as set forth herein. The DOER Form will be completed electronically, and the information contained therein will be held by NCCN.

A list of all NCCN Guidelines Panel Members' relationships with external entities based on the collection of DOER Forms will be furnished to all NCCN Guidelines Panel Members at the start of panel discussions. This action will serve to augment the oral disclosure of potential conflicts at the start of panel discussions.

**III.  Consideration of Conflicting Interests**

Annually upon submission of the DOER Form, and at other times as NCCN Staff or the relevant committee deems appropriate, the NCCN Staff, as delegated by the NCCN Governance Committee, will review the relationships disclosed by NCCN Guidelines Panel Members and shall compile the data set forth herein. Any potentially significant relationships shall be noted to the NCCN Governance Committee and the relevant NCCN Guidelines Panel chair. NCCN Staff, after consultation with the relevant chair, will prepare a summary of disclosed relationships for distribution at the NCCN Panel meeting.

**IV.   Participation in and Exclusion from NCCN Guidelines Panel Discussions**

An NCCN Guidelines Panel Member who has been identified as having a significant and Direct or indirect Relationship with an external entity which constitutes a Conflicting Interest shall not participate in the NCCN Guidelines Panel's discussion when the NCCN Guidelines Panel's action on the topic under discussion may advantage or disadvantage an external entity, except when requested by the NCCN Guidelines Panel chair to participate for the purpose of providing or presenting information to the NCCN Guidelines Panel. Any NCCN Guidelines Panel Member who is identified as having a Conflicting Interest shall not attempt to influence the NCCN Guidelines Panel's action with respect to the matter. The documentation of the NCCN Guidelines Panel meeting shall reflect that the NCCN Guidelines Panel Member refrained from discussing a matter due to an identified conflict of interest. Certain Direct Relationships are considered to be of such magnitude that they constitute a de facto Conflicting Interest. When an NCCN Guidelines Panel Member is a beneficial owner of any equity of the external organization or is a director or officer of the external organization, this Direct Relationship is considered to constitute a Conflicting Interest, and such NCCN Guidelines Panel Member will consequentially be excluded from the relevant discussion and may be requested to leave the discussion room.

If the NCCN Guidelines Panel chair or NCCN Governance Committee determines that a Conflicting Interest of an NCCN Guidelines Panel Member is of sufficient magnitude that it may require the NCCN Guidelines Panel Member to be excused too often from the discussions and decisions of the NCCN Guidelines Panel, or may otherwise interfere with his or her ability to function effectively as an NCCN Guidelines Panel Member, the NCCN Governance Committee shall request that the NCCN Guidelines Panel Member either terminate the conflicting activity or association or resign from the NCCN Guidelines Panel. If the NCCN Guidelines Panel Member fails to resolve the conflict, the NCCN Governance Committee shall resolve the conflict.

In the instance where an NCCN Guidelines Panel Member disagrees with a decision reached by an NCCN Guidelines Panel chair to excuse an NCCN Guidelines Panel Member from discussion, that NCCN Guidelines Panel Member may appeal the decision of the chair to the NCCN Governance Committee.

These principles pertain to NCCN Guidelines Panel chairs as well. If a chair must be recused from discussion, he or she shall name a substitute chair from among the NCCN Guidelines Panel Members in attendance to continue to perform the chair's duties, during the recusal. If the chair develops a conflict which raises the issue of potential inability to continue to serve, the matter shall be brought to the NCCN Governance Committee for resolution.

**V.   Ineligibility for Continued NCCN Guidelines Panel Service**

If an NCCN Guidelines Panel Member has a disclosed individual annual financial relationship that is ≥ $20,000 or if his or her disclosed aggregate annual financial relationships are ≥ $50,000, the NCCN Guidelines Panel Member will be deemed ineligible for continued NCCN Guidelines Panel service. If the NCCN Guidelines Panel Member subsequently demonstrates compliance with the requisite monetary threshold(s), reinstatement to the NCCN Guidelines Panel is possible after one year, at the discretion of the NCCN Guidelines Panel Member's institution and the NCCN Guidelines Panel chair. If the NCCN Guidelines Panel Member in question is also the NCCN Guidelines Panel chair, reinstatement to the NCCN Guidelines Panel is possible, but not to the NCCN Guidelines Panel chairmanship.

**VI.   Authority of the NCCN Guidelines Panel Chair**

The chair of an NCCN Guidelines Panel shall be responsible for carrying out the oral disclosure of potential conflicts of interest at the start of NCCN Panel Meetings as described in Section II and Section VII (a).

The chair shall have the authority to request that an NCCN Guidelines Panel Member not participate in the NCCN Guidelines Panel's discussion for any part of the discussion where the NCCN Guidelines Panel Member's external relationships may lead to a Conflicting Interest. The chair shall also have the authority to mitigate any conflict of interest by requesting that an NCCN Guidelines Panel Member who has been excused from discussion also leave the discussion room. In positions of equity ownership, the chair shall have the authority to ask that the NCCN Guidelines Panel Member leave the discussion room.

**VII.   Implementation of Internal and Public Disclosure**

    a.   Internal Disclosure

The DOER Form will be incorporated into an electronic system by which the NCCN Guidelines Panel

HIGHLY CONFIDENTIAL

electronic form will ask individuals who are NCCN Guidelines Panel Members of more than one panel to identify and disclose relationships and check the appropriate panels for which such a relationship may constitute a potential conflict of interest. Use of an electronic system with an accompanying secure NCCN database will reduce the paperwork burden on NCCN Guidelines Panel Members. Additionally, this database will allow NCCN to provide a list of relationships to each panel so as to facilitate the oral disclosure of external relationships and support accountability among the NCCN Guidelines Panel Members. Disclosure of a potential conflict to other NCCN Guidelines Panel Members allows the NCCN Guidelines Panel Members to evaluate the possible influence of the disclosed interest in the context of the NCCN Panel's discussion.

    b.   Public Disclosure

Significant external relationships will be disclosed to the public when the NCCN Guidelines are published. Public disclosure acts to protect NCCN Guidelines Panel Members against allegations of misconduct by identifying potential conflicts of interest that an NCCN Guidelines Panel Member may have or appear to have. Disclosing these relationships to the public precludes any appearance that potential conflicts may be hidden from the public and increases the transparency of the NCCN Guidelines development process.

**VIII.   Sanctions**

In the instance of a breach of this policy, the NCCN Governance Committee may remove an NCCN Guidelines Panel Member from an NCCN Guidelines Panel. Instances of breach of this policy include the following:

    a.   Failure to submit a fully completed DOER Form by a specified deadline;

    b.   Submission of an incomplete, erroneous, or misleading DOER Form;

    c.   Any failure to disclose relationships with external entities as required by this policy.

Disagreements with sanctions may be appealed to the NCCN Governance Committee.

Disclosure of External Relationships Form

More information about the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines™) is available for review. A listing of the organizations that have provided any financial support to the NCCN during the past two fiscal years is also available.

View the Identifications and Disclosures of Relationships with External Entities for the following:

- NCCN Guidelines Panels
- NCCN Staff

About NCCN   |   NCCN Member Institutions   |   Patient Resources   |   NCCN Foundation   |   Privacy Policy   |   Legal Notices   |   Contact Us

275 Commerce Drive, Suite 300, Fort Washington, PA 19034 • 215.690.0300 • Fax: 215.690.0260
Copyright © 2012 National Comprehensive Cancer Network, All Rights Reserved

HIGHLY CONFIDENTIAL

# EXHIBIT "37"

*In the Matter Of:*

# United States of America, et al v

# Celgene Corporation

---

# Bob Hugin

# July 30, 2015

---

*A. William Roberts, Jr. and Associates*
*We're About Service... Fast, Accurate and Friendly*
*(800) 743-DEPO*
*www.scheduledepo.com*



**A. William Roberts, Jr. & Associates**
court reporting | videography | trial presentation | nationwide scheduling
**scheduledepo.com | 800-743-DEPO**

```
 1    IN THE UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA
 2    Case No. 10-cv-03165 GHK(SSx)
      ----------------------------------x
 3    UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA,
      COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA,
 4    HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND,
      MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA,
 5    NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK,
      NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, WASHINGTON,
 6    WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF
      CHICAGO,
 7
                              Plaintiffs,
 8              -and-

 9    BEVERLY BROWN,
                              Plaintiff-Relator,
10
                -against-
11
      CELGENE CORPORATION,
12
                              Defendant.
13    ----------------------------------------x
                         July 30, 2015
14                       8:33 a.m.
                         CONFIDENTIAL
15                       VIDEOTAPED

16            EXAMINATION BEFORE TRIAL, of BOB HUGIN,

17    taken by the Plaintiffs, pursuant to Notice, held at

18    the offices of SIDLEY AUSTIN, 787 Seventh Avenue,

19    New York, New York, before Goldy Gold, a

20    Professional Registered Reporter and Notary Public

21    of the State of New York.

22

23

24

25
```

137

1  the Federal Witness Protection Program or something

2  like that?

3      A.     No.  If it's the person I think, she's

4  one of the most talented administrative assistants

5  we have.  A wonderful person.

6      Q.     I'm sure.  Terrific.  Okay.

7             And you know Tom Cavanaugh?

8      A.     I do.

9      Q.     And Katherine Stultz -- these are

10  basically Celgene employees who are listed on this

11  document, right?

12     A.     Yes.

13     Q.     And Brian Gill, at the bottom, is your

14  communications director; is that right?

15     A.     He's in the communications group, yes.

16     Q.     Let me flip your attention, actually,

17  to the document, where it says "Excerpta Medica."

18            Does this refresh your recollection as

19  to what Excerpta Medica is?

20     A.     No.

21     Q.     You've never seen the name Excerpta

22  Medica before?

23     A.     I don't -- I have no familiarity with

24  Excerpta Medica, what they do or who they are.

25     Q.     Okay.  Well, let me flip your attention

162

1    not be -- how you portray the cause of this may or

2    may not be accurate.

3        Q.      Well, in July of 2008, you told

4    investors about trials, right?

5        A.      Yes.

6        Q.      You told them about studies, right?

7    You told them about what were positive results from

8    the ongoing trials and studies, right?  Right?

9        A.      Again, I didn't read the document from

10   2008.  And I'm glad to read the document if you'd

11   like me to, to know what was presented.  I just --

12   if you're telling me that you're -- that it's a fact

13   that that was presented.  But I have not read the

14   document.

15       Q.      You participated in 40 or so plus

16   investment conference calls during your 16-year

17   tenure at Celgene, right?

18       A.      I participated in, I believe, every

19   single one of them.

20       Q.      And you have made it a practice of

21   discussing trials and studies and positive results,

22   at least from Celgene's perspective, with regard to

23   these trials and studies, right?

24       A.      I am confident that we provide the

25   information that we believe is the appropriate

163

1   information to provide on every single conference

2   call that we do.

3       Q.      You don't think it's important, at

4   least for investors, to know that your drug

5   Revlimid, with regard to the treatment of CLL, had

6   serious side effects?

7       A.      I am telling you that I am confident

8   that if you look at the totality of communications,

9   I didn't read the one specific document that you're

10  referring to, but I am highly confident in the

11  totality of communications with investors and

12  regulators, you will find Celgene has been nothing

13  but exemplary in ensuring that people have the

14  appropriate information to make the right decisions.

15      Q.      Well, this wasn't a small issue,

16  because in July 21st of 2008, Mr. Tomayko wrote to

17  you and the head of PR and Sol Barer, and proposed a

18  specific script with regard to the issue of tumor

19  lysis in CLL, right?

20      A.      I would suspect that we have discussed

21  CLL in our clinical programs and the positive and

22  all aspects of our data in 20 different conference

23  calls.  The minimum of 20 conference calls.

24          So you've asked me to read one document

25  -- boy, you showed me one document and I have not

164

 1    read that one document.

 2                I am highly confident our disclosure to

 3    investors about CLL has been completely thorough and

 4    more information than they would need to make any

 5    investment decision about Celgene related to any of

 6    our activity in CLL.

 7                I am very proud of what we've done in

 8    CLL.  I am very proud at how we've disclosed it.

 9    I'm disappointed the CLL patients have not had the

10    benefit of our drug yet, but we're still working to

11    make that happen.

12        Q.      CLL patients haven't had the benefit of

13    your drug because Celgene hasn't even filed for an

14    application with the FDA to have it indicated for

15    use in CLL, right?

16        A.      No, that is not -- I don't believe that

17    to be true.

18        Q.      Oh, it did file an application?

19        A.      No.  I said the cause of that is --

20    this has been a very difficult road for us.

21                Revlimid is highly active and has the

22    potential to be an outstanding drug in CLL.  It was

23    so active at a high dose, it had to be started on

24    the clinic trials at such a low dose with late-stage

25    patients.  It takes so long to study it, we've been

165

```
 1   unable to get the data to the level that it needs to

 2   be for regulatory approval.  It does not mean that I

 3   feel that this drug is not going to be highly

 4   successful in CLL over time, and we are committed to

 5   proving that, but we have not yet proven that to the

 6   FDA.

 7        Q.        Right.  So what you're saying to me is,

 8   with regard to these drugs, it is important to get

 9   the dosing right because there can be serious

10   consequences, right?

11              MS. DUNNE:  Objection.  Misstates the

12        evidence.

13              THE WITNESS:  There are many factors

14        that have to be accomplished prior to getting

15        a drug approved and an indication.

16    BY MR. GUTTMAN:

17        Q.        Including getting the dosing right?

18        A.        Absolutely.  Getting dosing right is an

19   important part of drug development.

20        Q.        Because if you don't get the dosing

21   right, as you've just told me, you can kill people,

22   right?

23              MS. DUNNE:  Objection.

24              MR. SALKY:  Objection.  Misstates the

25        evidence.
```

166

```
 1              MS. DUNNE:  I join.
 2              THE WITNESS:  I certainly did not tell
 3       you that.  And Revlimid is a highly valuable
 4       drug for patients that are dying in the
 5       approved indications and we're studying in
 6       other indications where we believe we'll have
 7       great impact on patients' lives in many areas.
 8    BY MR. GUTTMAN:
 9       Q.       It's an interesting word you use,
10    "valuable," it's a highly valuable drug for Celgene,
11    because Celgene wouldn't be a $105 billion company
12    today without Revlimid, right?
13       A.       Celgene is a highly valued company.
14    Celgene makes tremendous impact on the lives of
15    patients all around the world.  And we are so
16    fortunate to have a great mission of being committed
17    to discovering and developing disruptive and
18    transformational drugs to treat patients that are so
19    underserved all over the world.
20              The fact that our business model is
21    consistent with doing great things and important
22    things for people, that creates a good return to us.
23    But we only make a good return if we have high
24    impact on patients who are underserved.  And that is
25    our mission.  And the business proposition
```

167

1   underlying it fits very nicely with that.

2             But we don't make money and we don't do

3   good things if we don't invest in the future in

4   research and development, and we don't make a

5   meaningful impact in the lives of patients.

6             MR. SALKY:  Let's take a break for

7       lunch.

8             VIDEOGRAPHER:  The time is

9       approximately 12:29 p.m.  This is the end of

10      Media No. 3, and we're off the record.

11            (Whereupon, a recess was taken.)

12            VIDEOGRAPHER:  The time is

13      approximately 1:05 p.m.  This is the beginning

14      of Media No. 4 and we're on the record.

15   BY MR. GUTTMAN:

16      Q.      Are you okay?

17      A.      Very well.

18      Q.      Good.

19      A.      Thank you.

20      Q.      Do you need another bottle?

21      A.      I'm in good shape.  Thank you.

22            MR. GUTTMAN:  Exhibit No. 11.

23            [Plaintiff Exhibit No. 11, conference

24      call transcript dated November 3rd, 2008, was

25      marked for identification.]

168

1      BY MR. GUTTMAN:

2          Q.       Exhibit No. 11 is J0016452, Thomson

3      StreetEvents, conference call with investors,

4      November 3rd, 2008.  Do you see this document?

5          A.       I do.

6          Q.       And this is another transcript from an

7      investor conference call?

8          A.       I don't -- I don't think this is the

9      same as the others.

10         Q.       Not the same as the others.  In what

11     way is it different?

12         A.       I believe this is a transcript from a

13     bank's health care conference of which I'm one of

14     the company -- a company speaker at the conference.

15     This is not a -- this is not a Celgene event.  This

16     is an Oppenheimer -- this -- the document you gave

17     me says "Celgene Corporation at Oppenheimer & Co.

18     Annual Healthcare Conference" on page CELDOJ0016453.

19         Q.       I'm sorry.  You're 100 percent right.

20                  What was the purpose of this event?

21         A.       The general purpose of appearing at

22     conference -- conferences that Baron sponsors is

23     interactions with investors to discuss the company.

24     I don't know if there is a specific intention here

25     or not.

169

1      Q.      I see.  If you'd look at page 16458.

2      A.      Eight?

3      Q.      Eight.  Okay.  It says there's a

4   gentleman by the name of Brian Abraham.  He's an

5   Oppenheimer analyst.  Do you see that?

6      A.      I do.

7      Q.      Do you know him?

8      A.      I -- I do know him.  I don't know him

9   well, but I -- he's not at Oppenheimer any longer.

10  He's someplace else.  But he covers -- he's an

11  analyst that covers Celgene.

12     Q.      Okay.  He says:  "If anyone has any

13  questions, please feel free to raise your hand.  In

14  the meantime, if we can shift gears and talk a

15  little bit of the Revlimid -- the potential of

16  Revlimid and NHL.

17              "How confident are you in getting

18  compendia listing for Revlimid and NHL based on the

19  003 study, and what kind of impacts do you expect

20  you'll see from compendia listings before you get

21  label expansion?"

22              And then you respond, which starts on

23  the next page, which is 16459.

24              Do you see that?

25     A.      I -- I do.

United States of America, et al v                                    Bob Hugin
Celgene Corporation                                                  July 30, 2015

                                                                    170

```
 1                    MR. SALKY:  Just take a moment and read

 2          your response, sir.

 3    BY MR. GUTTMAN:

 4          Q.        Tell me when you're ready.

 5          A.        I'm ready.

 6          Q.        Okay.  The second paragraph in your

 7    response, you say:  "The CLL compendia is just a

 8    very recent development.  It, frankly, came a little

 9    bit earlier than we thought, but it was going to

10    come.  So we're hopeful that NHL would come earlier

11    than we would anticipate, which would probably be

12    another year or 18 months from now, but we'll see."

13                    Do you see that?

14          A.        I do.

15          Q.        Okay.  So are you saying that as of

16    this period of time there was no compendia support

17    for the use of Revlimid to treat NHL, non-Hodgkin's

18    lymphoma?

19          A.        I'm not saying that.  At least my -- my

20    understanding would -- my recollect- -- not my

21    recollection, but my assumption of what I would

22    be -- have been saying at that time is that --

23    that -- from any information we have, that the

24    compendia listing for that indication would not be

25    for another year or 18 months.  But that's not
```

171

1   necessarily any statement that compendia support.  I

2   was only -- only mentioning compendia listing.

3        Q.      What's a compendia listing?

4        A.      My definition of compendia listing is a

5   compendia service that puts a drug in an indication

6   to say there is data that supports its usefulness

7   for patients.

8        Q.      Okay.  Well --

9        A.      So then -- I'm sorry.

10       Q.      I'm sorry.  And what?  I'm sorry.

11       A.      No, no.

12       Q.      What you mean to communicate, that as

13  of this point in time, November 3rd, 2008, there was

14  no data that support the off-label use of Revlimid

15  to treat non-Hodgkin's lymphoma?

16       A.      I -- I don't believe that I was making

17  any statement other than that we're hopeful that it

18  could come earlier than anticipated, but expect it

19  in a year or 18 -- expect it to happen in a year or

20  18 months from now.

21              There is no intention in my -- my

22  assumption, in my reading of this, or my -- any

23  recollection that there would have been any

24  discussion of what the underlying support, good or

25  bad or indifferent, was.  It was just simply in

172

1   response to a question or asking the timing of the

2   compendia listing.

3       Q.      Okay.  But as of November 3rd, 2008, do

4   I take your answer to mean that there was no

5   compendia listing, as you say, for the use of

6   Revlimid to treat NHL, non-Hodgkin's lymphoma?

7       A.      From reading this, it is -- it is clear

8   to me that -- that there is not an NHL compendia

9   listing for Revlimid at the time of this conference.

10      Q.      That's November 2008.  Okay.

11              Now, you said before that:  "The CLL

12  compendia is just a very recent development.  It,

13  frankly, came a little bit earlier than we thought

14  it was going to come."

15              Do you see that?

16      A.      I do see that, yes.

17      Q.      Okay.  What are you meaning to

18  communicate there?

19      A.      My assumption would be that it's

20  letting people know that the CLL compendia is a

21  recent development.  It came earlier than we thought

22  it was going to come.

23      Q.      Were you talking about a compendia

24  listing?

25      A.      I don't -- I don't believe that I was

173

1    referring to any compendia in general, so it could

2    have been one of multiple ones, but I'm not -- I

3    have no recollection if it was referring to a

4    specific compendium.

5        Q.        Were you meaning to communicate that

6    there was some compendia somewhere that listed

7    Revlimid to treat CLL?

8        A.        Well, again, this is a number -- was

9    this seven years ago?  But my view of having done

10   this, in reading this, is that I would not have

11   spoken about compendia that wasn't meaningful for

12   patients or access.

13            But if -- if I advertise to an investor

14   that there is a compendia listing and then a patient

15   who decides -- if a physician decides to prescribe a

16   drug and the patient looks to get reimbursement for

17   it and there is no recognized compendia listing,

18   that would make it difficult for them to get

19   reimbursement.

20            I wouldn't -- I would not, I think,

21   mention something that was not designed to be a

22   substantive service -- substantive compendia

23   service.

24       Q.        Okay.  Which compendia were you

25   referring to when you made this statement at the

256

1    Q.    When you say share with investors

2    information you're getting from third parties,

3    right, tell me specifically what you're sharing,

4    sir.

5    A.    This is a matter of available

6    information so we can provide you -- it is -- we put

7    on our website our slides that demonstrate what we

8    present at our quarterly conference calls.

9          It's not the same every quarter.  But

10   for a certain sequence we'll show a product.  We'll

11   reference who the third-party provider is of that

12   and we'll say a brac saying pancreatic cancer.  And

13   these types of pancreatic cancer patients, here is

14   the drugs and what the market share is.  And this

15   subset of pancreatic cancer patients will show that.

16   That's a common practice that we do for many of our

17   drugs.

18   Q.    BMO Capital Markets, BMO refers to

19   what?

20   A.    Bank of Montreal.

21   Q.    I kind of kick myself it wasn't obvious

22   but now I understand why.

23   A.    It's not so obvious.

24   Q.    What Bank of Montreal is saying, as I

25   understand it, is that there was an increased market

272

1    always concerned about is when we talk about the

2    FDA, that they regulate us and -- but even that,

3    there's nothing that -- I would say the same thing

4    publicly if I was in the situation that would make

5    sense to speak about that.

6         Q.     Is there any document that you saw

7    today that would be injurious to Celgene if it

8    became a matter of public record?

9              MS. DUNNE:  Objection.  Vague on

10             "injurious."

11             THE WITNESS:  Most of the documents I

12        saw today I did not get a chance to read them

13        or go through them.  I saw snippets or

14        excerpts of them.  There is nothing that I

15        discussed that I would be uncomfortable

16        discussing in a public setting.

17             MR. GUTTMAN:  These are all the

18        questions until time of trial.  Thank you,

19        Mr. Hugin.

20             MS. DUNNE:  I would ask the transcript

21        be marked "confidential" pursuant to the

22        protective order at this time.

23             VIDEOGRAPHER:  The time is

24        approximately 3:46 p.m.  This concludes Media

25        No. 6, as well as today's deposition.  We're

United States of America, et al v
Celgene Corporation

Bob Hugin
July 30, 2015

273

1    off the record.

2              [Time Noted:  3:46 p.m.]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

United States of America, et al v                                    Bob Hugin
Celgene Corporation                                                  July 30, 2015

274

```
1              CERTIFICATE OF REPORTER

2

3         I, Goldy Gold, Registered Professional

4    Reporter and Notary Public for and within the State

5    of New York at Large, do hereby certify that the

6    foregoing transcript is a true, accurate, and

7    complete record.

8         I further certify that I am neither related to

9    nor counsel for any party to the cause pending or

10   interested in the events thereof.

11        Witness my hand, I have hereunto affixed my

12   official seal this 4th day of August, 2015 at New

13   York, New York.

14

15

16            _____
                      GOLDY GOLD

17            Court Reporter
              My Commission expires
18            October 19, 2019

19

20

21

22

23

24

25
```

United States of America, et al v
Celgene Corporation

Bob Hugin
July 30, 2015

275

1                    SIGNATURE OF DEPONENT

2    DEPONENT: Bob Hugin
     DEPOSITION DATE: July 30, 2015
3    REPORTER: Goldy Gold
     CASE CAPTION: USA vs. Celgene
4
         (Please return both Signature of Deponent pages)
5
             I, the undersigned, BOB HUGIN, do hereby
6    certify that I have read the foregoing deposition
     and find it to be a true and accurate transcription
7    of my testimony, with the following corrections, if
     any:
8
     PAGE    LINE    CHANGE            REASON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

United States of America, et al v
Celgene Corporation

Bob Hugin
July 30, 2015

276

1                    SIGNATURE OF DEPONENT (Continued)

2      DEPOSITION DATE: July 30, 2015
       REPORTER: Goldy Gold
3      CASE CAPTION: USA vs. Celgene
       JOB #: 150730NY-NYC1

4
       PAGE   LINE        CHANGE             REASON
5

6

7

8

9

10

11
                     _____
12                   BOB HUGIN              Date

13          I, Goldy Gold, Notary Public of the
       State of New York at Large, do hereby certify
14     that the deponent was advised of his or her right to
       read and sign said deposition both verbally and in
15     writing.  If the deponent fails to execute and
       return foregoing Signature of Deponent pages within
16     the thirty (30) days allowed pursuant to the Rules
       of Civil Procedure, the original transcript may be
17     filed with the court.

18

19

20

21

22

23
                     _____
24                   Goldy Gold
                     My commission expires:
25                   October 19, 2019

EXHIBIT

"38"

```
  IN THE UNITED STATES DISTRICT COURT
  CENTRAL DISTRICT OF CALIFORNIA
  Case No. 10-cv-03165 GHK(SSx)
-----------------------------------x
 UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA,
COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA,
HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND,
MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA,
NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK,
NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, WASHINGTON,
WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF
CHICAGO,

                       Plaintiffs,

            -and-

 BEVERLY BROWN,

                         Plaintiff-Relator,

            -against-

 CELGENE CORPORATION,

                       Defendant.
  --------------------------------------x
                       July 16, 2015
                       9:40 a.m.



         EXAMINATION BEFORE TRIAL, of JOHN

FREEMAN, taken by the Plaintiffs, pursuant to

Notice, held at the offices of SIDLEY AUSTIN, 787

Seventh Avenue, New York, New York, before Goldy

Gold, a Professional Registered Reporter and Notary

Public of the State of New York.
```

```
                                                    Page 2

 1    A P P E A R A N C E S :

 2

 3         GUTTMAN BUSCHNER & BROOKS, PLLC
           Attorneys for Plaintiff-Relator
 4         BEVERLY BROWN
               1625 Massachusetts Avenue, N.W.
 5             Washington D.C.  20036
           BY:   REUBEN GUTTMAN, ESQ.
 6                      -and-
           BY:   TRACI L. BUSCHNER, ESQ.
 7

 8

 9         SIDLEY AUSTIN, LLP
           Attorneys for Defendant
10             555 West Fifth Street
               Suite 4000
11           Los Angeles, California 90013

12         BY:   KIMBERLY A. DUNNE, ESQ.

13

14          ALSO PRESENT:
                Dan Guttman, Esq.
15              Peter Cooper, Videographer

16

17

18

19

20

21

22

23

24

25
```

1    presentations which are selected by individual

2    conferences for oral presentation.

3         Q.      Where it says abstract, "MM, MDS, CLL,

4    NHL," do you see that?

5         A.      Yes.

6         Q.      There are in development five abstracts

7    for CLL.  Do you see that?

8         A.      Yes.

9         Q.      CLL is chronic lymphocytic leukemia?

10        A.      That is correct.

11        Q.      All right.  And did Celgene ever apply

12   for an indication for Revlimid for CLL?

13        A.      No.

14        Q.      Did Celgene ever apply for an

15   indication for Thalomid for CLL?

16        A.      No.

17        Q.      Why not?

18        A.      Largely because the -- I can't speak

19   for thalidomide, but the studies -- I mean Celgene

20   has formally studied Revlimid use in CLL, and the

21   study results were inconsistent with an acceptable

22   benefit-risk proposition.

23        Q.      Inconsistent with an acceptable

24   benefit-risk proposition.  Does that mean that the

25   risks outweigh the benefits?

1        A.        Or that the benefits weren't large

2    enough to accept the risk posed.

3        Q.        So there were risks?

4        A.        Yes.

5        Q.        And what were the risks?

6        A.        Primarily, the best observed risk in

7    terms of CLL was something called tumor lysis

8    syndrome.  And that is an instant --

9                  REPORTER:  I'm sorry?

10                 THE WITNESS:  Tumor, t-u-m-o-r, lysis,

11        l-y-s-i-s, syndrome.

12       A.        So that's an instance where a

13   potentially highly efficacious therapeutic disrupts

14   the tumor structure culminating in the release of a

15   number of proinflammatory mediators being variously

16   described as a cytokine storm.

17                 Essentially, all of those proteins and

18   other chemicals present in our body that are meant

19   to protect us suddenly being unleashed in large

20   quantities and doing just the opposite.

21                 A simple analogy is that hay fever is

22   an example whereby the challenge of the body with

23   pollens sees a large release of histamine that, to

24   many of us, is undesirable.

25                 You multiply that up in order of an

1    exponential or of a magnitude when it comes to tumor

2    lysis syndrome and you end up in a situation where

3    without adequate prophylaxis and without adequate

4    attention to dose, you can create the syndrome that

5    can have fatal results.

6         Q.      It sounds like the equivalent of a

7    nuclear implosion.

8         A.      That would be a very good analogy.

9         Q.      And when did Celgene learn about this?

10        A.      Celgene learned about this very early

11   following the first formal Celgene-sponsored study

12   in tumor lysis syndrome.  There were two reports of

13   tumor lysis syndrome that were made by one of the

14   first investigators in the CLL -- I believe it was

15   001 study in Canada -- and very quickly reported the

16   occurrence of tumor lysis syndrome in these two

17   patients that saw Celgene taking extremely robust

18   and expedient action.

19        Q.      When you say "very early," what years

20   are we talking about?

21        A.      It was in 2008.  I would need to check

22   on the exact date in 2008.

23        Q.      What did Celgene do when it learned

24   this?

25        A.      Celgene did a variety of things.

Page 249

1    in CLL.

2         Q.        Was Celgene seeking a compendia listing

3    for CLL in or about November of 2008?

4         A.        Celgene in this instance was, in my

5    opinion, going above and beyond what would normally

6    be a series of escalating warnings to ensure that no

7    patients died in the context of TLS whilst being on

8    Revlimid for CLL.

9         Q.        Was Celgene seeking a compendia listing

10   in 2008?

11        A.        No.  My interpretation of this series

12   of correspondence is that Celgene was seeking to

13   ensure the compendia listing also included

14   information around the risk of TLS.

15                  MR. GUTTMAN:  Okay.  Let's mark this as

16        JF Exhibit No. 14.

17                  [JF Exhibit No. 14, e-mail dated

18        October 31, 2008, was marked for

19        identification.]

20   BY MR. GUTTMAN:

21        Q.        Exhibit No. 14 is an e-mail from

22   October 31, 2008 from Evelyn Barrett to a number of

23   people, including yourself.

24        A.        Uh-uhm.

25        Q.        Do you see this?

1          A.      Yes.

2          Q.      And this actually precedes the

3    November 12th document that we were talking about as

4    Exhibit 13, right?

5          A.      Yes.

6          Q.      And first of all, who is Evelyn

7    Barrett?

8          A.      Evelyn Barrett worked within our

9    clinical research department, I believe, alongside

10   Dr. Lombardi, who was a clinical research physician

11   and who had responsibility for the -- the studies of

12   Revlimid in CLL.

13         Q.      I see.  And by October 31st, 2008,

14   Celgene was aware of the problems that Revlimid

15   caused for patients who had CLL, right?

16              MS. DUNNE:  Objection.  Assumes facts

17       not in evidence.

18         A.      Yes.  Revli- -- Celgene was aware that

19   without adequate safeguard, meaning prophylaxis and

20   close attention to dose escalation, that tumor lysis

21   syndrome could be a problem, yes.

22         Q.      Okay.

23              So this e-mail says:  "On behalf of

24   Elyane Lombardy, please find the attached draft

25   meeting minutes from the 30th of October 2008

Page 251

1    meeting regarding the CLL compendia listing."

2        A.      Yes.

3        Q.      "Please send any comments by EOB" -- I

4    guess that's end of business -- "Monday, 3

5    November 2008."

6                Do you see that?

7        A.      Yes, I do.

8        Q.      What was the CLL compendia listing?

9        A.      Okay.  Allow me to read the next page

10   and I'll provide you with -- with my response.

11   Okay.  I finished reading the document.

12       Q.      Okay.  So the second page says "date of

13   meeting:  30th of October 2008."  And this is a

14   meeting that seems to indicate you were there,

15   right?

16       A.      Yes.

17       Q.      Do you remember the meeting?

18       A.      I recall a meeting was held and I

19   participated in it.  I attend a lot of meetings.  I

20   don't remember this particular meeting in any great

21   or particular detail for any reason in particular.

22       Q.      Okay.  The first sentence says:  "The

23   meeting was held on 30 October 2008 to discuss and

24   achieve consensus on Celgene plan of action

25   following lenalidomide Thomson DrugDex compendia

1    listing for CLL."

2        A.        Yes.

3        Q.        Do you see that?

4        A.        Yes.

5        Q.        Okay.  Did Thomson DrugDex list -- list

6    Revlimid as a treatment for CLL?

7        A.        That is my understanding, yes.

8        Q.        How did that listing occur?

9        A.        It must have a look -- compendia

10   listings are based on the availability of

11   publications that are deemed of appropriate standing

12   and relevance, and through the process that the

13   Thomson DrugDex compendia listing followed, they

14   would have become aware of such a publication and

15   included it in the compendia.

16       Q.        Which publications did Thomson DrugDex

17   rely on in listing CLL?

18       A.        I don't know.

19                 MS. DUNNE:  Objection.  Speculation.

20       A.        I don't know the answer to that

21   question.

22       Q.        In fact, this was listed by Thomson

23   DrugDex based on journal articles, abstracts and

24   other materials that were generated by Celgene,

25   correct, sir?

Page 253

1      A.      That's your assertion, but I would need

2  to go back and verify that that was the case.

3      Q.      And this was a meeting to discuss a

4  problem that Celgene had created for itself, right,

5  sir?

6      A.      No.

7              MS. DUNNE:  Objection.  Argumentative.

8      A.      The -- as is accurately stated within

9  this particular document, this problem had occurred

10  within the context of CLL-001, a company-sponsored

11  study that's entirely separate from any publication,

12  or, as in your words, a problem that Celgene created

13  for by virtue of its involvement with a prior --

14  with a prior research program.

15              I think what this document demonstrates

16  very, very clearly is that this company has taken

17  rigorous, decisive and, in the event, highly

18  effective action to ensure that no further patients,

19  above and beyond those that experienced this problem

20  in CLL-001, suffered the same outcome subsequently.

21      Q.      How come Celgene just didn't write a

22  letter to Thomson DrugDex saying "Please don't

23  reference our drug as having support for the

24  treatment of CLL"?

25      A.      Because I think at the time that this

1    was being considered, the most important

2    recommendation was that, A, patients should --

3    potential prescribers should be made aware of this

4    risk and appropriate means of mitigation.  And that

5    was achieved, I think, very decisively through the

6    steps that Celgene had taken in the context of

7    adjustments to the RevAssist program and the

8    publications that Celgene had made by virtue of the

9    letter to the editor of "JCO."

10        Q.      The letter to the editor of "JCO"?

11        A.      Yes.

12        Q.      Was there a letter to the editor of

13   "Blood"?

14        A.      In -- in general, these types of

15   letters are accepted by a limited number of -- of

16   journals, and it is preferable that one corresponds

17   with one journal and one journal only.

18        Q.      Did Celgene take out an ad in any

19   publication publicizing the problem?

20        A.      Well, that would be in violation of

21   the -- the rules that were established by FDA in

22   terms of promotion of medicines.

23        Q.      Did Celgene seek to propose an ad to

24   DDMAC, or its successor, for publication to disclose

25   the problem?

Page 255

1    A.       I think, as you can read here and as my

2    prior testimony indicates, that the FDA had been

3    consulted in this matter, and a pathway was being

4    sought that ensured adequate and effective

5    information was made available to -- to prescribers

6    irrespective of the constraints that the FDA might

7    have felt in terms of any sort of awareness,

8    warning, inclusion in the package insert in the

9    space.

10            And I put to you that the record of

11   Celgene's accomplishments in the space really go

12   beyond question.

13   Q.       Okay.  What specific studies, journal

14   articles, trials, support were relied upon as of 30

15   of October 2008 to get this purported listing for

16   CLL in DrugDex?

17            MS. DUNNE:  Objection.  Misstates the

18        evidence and speculation.

19   A.       I think, as the record indicates, at

20   this time Celgene's focus was on measures other than

21   drug compendia listings as a means of suitably

22   warning aspiring prescribers around the risks

23   associated with this.

24   Q.       You told me that as of October 30th,

25   2008 it was Celgene's position or understanding that

Page 256

1    it had a listing for its drug Revlimid in DrugDex to

2    treat CLL?

3         A.      That is my understanding, yes.

4         Q.      Okay.  And I want you to explain to me

5    what studies did DrugDex rely on to provide that

6    purported listing?

7              MS. DUNNE:  Objection.  Speculation.

8         A.      As I've indicated, I'm -- as I'm

9    sitting here right now, I'm not familiar with either

10   that compendia listing or the publication that it

11   relied upon for inclusion within that compendia.

12        Q.      Who -- who at Celgene was responsible

13   for communicating or liaising with DrugDex, sir?

14              MS. DUNNE:  Objection.  Assumes facts

15        not in evidence.

16        A.      That is the -- that is John Berg's

17   group, the corporate medical affairs group.

18              MR. GUTTMAN:  JF Exhibit No. 15.

19              [JF Exhibit No. 15, an e-mail, was

20        marked for identification.]

21    BY MR. GUTTMAN:

22        Q.      Directing your attention to page --

23   Exhibit 15.  I really just want to focus your

24   attention on the final page of 15.

25              I just want to focus on the final page

Page 297

1                    CERTIFICATE OF REPORTER

2

3        I, Goldy Gold, Registered Professional Reporter

4    and Notary Public for and within the State of New

5    York at Large, do hereby certify that the foregoing

6    transcript is a true, accurate, and complete record.

7        I further certify that I am neither related to

8    nor counsel for any party to the cause pending or

9    interested in the events thereof.

10       Witness my hand, I have hereunto affixed my

11   official seal this 21st day of July, 2015 at New

12   York City, New York.

13

                   _____
14                     GOLDY GOLD
                   Registered Professional Court Reporter
15                 My Commission expires
                   October 19, 2019
16

17

18

19

20

21

22

23

24

25

Page 298

1                     SIGNATURE OF DEPONENT

2     DEPONENT: John Freeman
      DEPOSITION DATE: July 16, 2015
3     REPORTER:  Goldy  Gold
      CASE CAPTION:  USA vs. Celgene
4
          (Please return both Signature of Deponent pages)
5
              I, the undersigned, John Freeman, do hereby
6     certify that I have read the foregoing deposition
      and find it to be a true and accurate transcription
7     of my testimony, with the following corrections, if
      any:
8
      PAGE    LINE    CHANGE            REASON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1             SIGNATURE OF DEPONENT (Continued)

2    DEPOSITION DATE:  July 16, 2015
     REPORTER:  Goldy Gold
3    CASE CAPTION:  USA vs. Celgene

4
     PAGE  LINE        CHANGE           REASON
5

6

7

8

9

10

11
                    _____
12                  JOHN FREEMAN     Date

13         I, Goldy Gold, Notary Public of the
     State of New York at Large, do hereby certify
14   that the deponent was advised of his or her right to
     read and sign said deposition both verbally and in
15   writing.  If the deponent fails to execute and
     return foregoing Signature of Deponent pages within
16   the thirty (30) days allowed pursuant to the Rules
     of Civil Procedure, the original transcript may be
17   filed with the court.

18

19

20

21

22

23
                    _____
24                  Goldy Gold
                    My commission expires:
25                  October 19, 2019

# EXHIBIT "39"

# FILED UNDER SEAL

# EXHIBIT "40"

## FILED UNDER SEAL

# EXHIBIT "41"

# FILED UNDER SEAL

# EXHIBIT "42"

## FILED UNDER SEAL

# EXHIBIT "43"

## FILED UNDER SEAL

# EXHIBIT

# "44"

# FILED UNDER SEAL