Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
2000 P. Street N.W., Suite 300
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Nancy Gertner (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,

Plaintiffs,
*Ex rel.*

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 GHK (SSx)
Assigned to the Honorable George H. King

**ORDER GRANTING RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS DESIGNATED BY DEFENDANT CELGENE AS CONFIDENTIAL UNDER SEAL PURSUANT TO L.R. 79-5.2.2(b)**

For good cause shown, **IT IS HEREBY ORDERED THAT**,

Relator's Application for Leave to File Documents Designated by Defendant Celgene as Confidential Under Seal Pursuant to L.R. 79-5.2.2(b) (the "Application") is **GRANTED**. Documents shall be redacted and filed under seal as set forth below:

| Document | Redactions | Under Seal |
|---|---|---|
| Joint Stipulation Regarding Relator's Motion to De-Designate Certain Confidential Discovery and Strike Paragraph 5 of the Protective Order | Pages, 12:19-20; 16:14-17, 27-28; 17:20-21, 24-26; 18:16-20; 20:24-26; 21:17-25; 23:23; 24:1, 5, 7-10, 22, 25-26, 28; 27:2-10, 12-15, 17-19, 22-26; 28:1-6, 11-19; 29:2-16; 45:22-23, 25-46:1; 49:21-50:6 | |
| Declaration of Charles L. Bennett, M.D., Ph.D, M.P.P. In Support of Relator's Motion to De-Designate Certain Confidential Documents and Strike Paragraph 5 of the Protective Order | Declaration pages 10:3-4; 14:20-21; 15:5-9; 16:19-20, 24-27; 17:12-17; 18:14-17, 27-28; 19:18-23, 25; 20:1-2; 21:9-10, 24-25; 22:3-10, 22-23, 25-26, 28; 26:7-23, 25-26; 27:1-8, 10-21; 28:4-10, 12-15<br>Exhibits 1, 2, 3, 4, 6, 8, 13, 29 | Exhibits 11, 12, 16, 21, 22, 23, 24, 25, 26, 30, 32, 33, 39, 40, 41, 42, 43, 44 |

///

///

///

///

**IT IS SO ORDERED**.

Dated: February 23, 2016 ______________________/S/____________________

MAGISTRATE JUDGE SUZANNE SEGAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Michele Ueda, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **[PROPOSED] ORDER GRANTING RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS DESIGNATED BY DEFENDANT CELGENE AS CONFIDENTIAL UNDER SEAL PURSUANT TO L.R. 79-5.2.2(B)** on the interested parties as follows:

**X BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | | |
|---|---|---|
| Brian Hershman<br>bhershman@jonesday.com | Michelle B. Goodman<br>mgoodman@sidley.com | Kimberly A Dunne<br>kdunne@sidley.com |
| Sean A Commons<br>scommons@sidley.com | Toni-Ann Citera<br>tcitera@jonesday.com | Karen Hewitt<br>kphewitt@jonesday.com |
| jdelmedico@JonesDay.com | Howard F. Daniels<br>howard.daniels@usdoj.gov | Jay Edward Smith<br>js@gslaw.org |

This certificate was executed on February 17, 2016, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Michele Ueda /s/*
Michele Ueda

300229-1