Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Ariana Seldman Hawbecker, State Bar No. 190506
ahawbecker@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
1625 Massachusetts Ave., NW, Suite 500
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Nancy Gertner (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,

Plaintiffs,
*Ex rel.*

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 GHK (SSx)

**EXHIBITS A, B, AND C TO RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT NO. 271] AND SUPPLEMENTAL AUTHORITY [DKT NO. 272] ORDERED REFILED PURSUANT TO COURT ORDER DATED MARCH 14, 2016 [DKT NO. 282]**

Third-Party Fact Discovery: closed
Expert Discovery Cutoff: June 30, 2016
Pretrial Conf. Date: Not set
Trial Date: Not set

Pursuant to the Court Order dated March 14, 2016 [Docket No 282], Relator hereby publicly refiles Exhibits A, B (excerpts of the deposition of Dr. William Bensinger), and C to the Application for Leave to File Discovery Material Designated by Defendant Celgene as Confidential Under Seal Pursuant to L.R. 79-5.2.2(b) [Docket No 271] and Supplemental Authority in Support of Motion to De-Designate Certain Confidential Discovery and Strike Paragraph 5 of the Protective Order [Docket No 272].

Dated: March 22, 2016

**BIENERT, MILLER & KATZMAN, PLC**

By: *<u>/s/ Thomas H. Bienert, Jr. /s/</u>*
Thomas H. Bienert, Jr.
Ariana Seldman Hawbecker

Reuben A. Guttman *(admitted pro hac vice)*
Traci L. Buschner *(admitted pro hac vice)*
Justin S. Brooks (*admitted pro hac vice)*
**GUTTMAN, BUSCHNER & BROOKS PLLC**

Richard A. Harpootlian (*admitted pro hac vice*)
Christopher P. Kenney (*admitted pro hac vice*)
**RICHARD A. HARPOOTLIAN, PA**

Nancy Gertner (*admitted pro hac vice*)

*Attorneys for Plaintiff-Relator*
*BEVERLY BROWN*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 22, 2016, I served the foregoing document described as **EXHIBITS A, B, AND C TO RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT NO. 271] AND SUPPLEMENTAL AUTHORITY [DKT NO. 272] ORDERED REFILED PURSUANT TO COURT ORDER DATED MARCH 14, 2016 [DKT NO. 282] on** all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

[X] **BY MAIL -** I deposited such envelope in the mail at San Clemente, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Clemente, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE -** I caused such envelope to be delivered by a process server employed by Name of process service company .

[ ] **VIA FACSIMILE-** I faxed said document, to the office(s) of the addressee(s) shown above at their stated facsimile numbers, and the transmission was reported as complete and without error.

[X] **BY ELECTRONIC TRANSMISSION -** I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ] **BY OVERNIGHT DELIVERY -** I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by FedEx. They are deposited with a facility regularly maintained by FedEx for receipt on the same day in the ordinary course of business.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 22, 2016 at San Clemente, California.

*<u>/s/ Michele Ueda /s</u>*/
Michele Ueda

## SERVICE LIST

Howard F Daniels
Office of the U.S. Attorney
300 N. Los Angles St.
Los Angeles, CA 90012

Kimberly A Dunne
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Michelle B Goodman
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Sean A Commons
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Kristin Graham Koehler
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Toni-Ann Citera
Jones Day
222 East 41st Street
New York, NY 10017

Karen P Hewitt
Jones Day
12265 El Camino Real, Ste. 200
San Diego, CA 92130

Brian D Hershman
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

304416-1