1   Thomas H. Bienert, Jr., State Bar No. 135311
    tbienert@bmkattorneys.com
2   Ariana Seldman Hawbecker, State Bar No. 190506
3   ahawbecker@bmkattorneys.com
    BIENERT, MILLER & KATZMAN, PLC
4   903 Calle Amanecer, Suite 350
5   San Clemente, California 92673
    Tel: (949) 369-3700/Fax: (949) 369-3701
6

7   Reuben A. Guttman *(admitted pro hac vice)*
    rguttman@gbblegal.com
8   Traci L. Buschner *(admitted pro hac vice)*
9   tbuschner@gbblegal.com
    Justin S. Brooks *(admitted pro hac vice)*
10  jbrooks@gbblegal.com
11  Dan Guttman *(admitted pro hac vice)*
    diguttman@aol.com
12  GUTTMAN, BUSCHNER & BROOKS PLLC
13  1625 Massachusetts Ave., NW, Suite 500
    Washington, DC 20036
14  Tel: (202) 800-3001/Fax: (202) 827-0041
15
    Richard A. Harpootlian (*admitted pro hac vice*)
16  rah@harpootlianlaw.com
    Christopher P. Kenney (*admitted pro hac vice*)
17  cpk@harpootlianlaw.com
    RICHARD A. HARPOOTLIAN, PA
18  1410 Laurel Street
19  Post Office Box 1090 (29201)
    Columbia, South Carolina 29202
20  Tel: (803) 252-4848/Fax: (803) 252-4810
21
    Nancy Gertner (*admitted pro hac vice*)
22  ngertner@law.harvard.edu
23  Langdell 328
    1525 Massachusetts Ave.
24  Cambridge, Massachusetts 02138
25  Tel: (617) 851-3812
26
    Attorneys for Plaintiff - Relator
27  BEVERLY BROWN
28

---

1

**ORDER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO, | Case No. 10-cv-03165 GHK (SSx) Assigned to the Honorable George H. King **ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR PRODUCTION BY NON-PARTY THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES (DHCS)** |
| Plaintiffs, *Ex rel.* | |
| BEVERLY BROWN, | |
| Plaintiff-Relator, | |
| v. | |
| CELGENE CORPORATION, | |
| Defendant. | |

For good cause shown, **IT IS HEREBY ORDERED** that the STIPULATED PROTECTIVE ORDER FOR PRODUCTION BY NON-PARTY THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES (DHCS) is **GRANTED**.

Dated: June 30, 2016                                    _____/S/_____

MAGISTRATE JUDGE SUZANNE SEGAL
UNITED STATES DISTRICT JUDGE

2

**ORDER**