Karen P. Hewitt (State Bar Number 145309)
kphewitt@jonesday.com
Brian D. Hershman (State Bar Number 168175)
bhershman@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Kimberly A. Dunne (State Bar Number 142721)
kdunne@sidley.com
Michelle B. Goodman (State Bar Number 218607)
mgoodman@sidley.com
Sean A. Commons (State Bar Number 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
CELGENE CORPORATION
(*Additional Counsel listed on following page*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO ,

Plaintiffs,

*Ex rel.*

Case No. 10-cv-03165 GHK (SSx)

Assigned to the Honorable George H. King

[DISCOVERY MATTER]

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF DR. JOEL W. HAY**

[Joint Stipulation, Declaration of Brian D. Hershman, and Proposed Order filed concurrently herewith]

Date: August 16, 2016
Time: 10:00 a.m.
Place: Courtroom 23 – 3rd Floor
Magistrate Judge: Suzanne Segal

Discovery cut-off: closed
Pretrial Conf. Date: [not set]
Trial Date: [not set]

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

*Additional Counsel*

Toni-Ann Citera (admitted *pro hac vice*)
tcitera@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

James C. Stansel (admitted pro hac vice)
jstansel@sidley.com
SIDLEY AUSTIN LLP
1501 K. St. NW
Washington, DC 20005
Telephone: (202) 736-8092
Facsimile: (202) 736-8711

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 16, 2016 at 10:00 a.m., in Courtroom 23 of the above-referenced court, Defendant Celgene Corporation will and hereby does move, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37-1 *et seq.*, for an order striking paragraphs 20-21, 77, 83-87, and 115-132 of Relator Beverly Brown's Final Expert Report of Dr. Joel W. Hay ("Dr. Hay"), disclosed on April 22, 2016, and barring Dr. Hay from testifying on topics set forth in those paragraphs, and/or imposing any additional sanctions the Court deems appropriate. The motion will be heard by Magistrate Judge Segal in Courtroom 23.

This Motion is based upon this Notice; the concurrently filed Joint Stipulation of the Parties and the Declaration of Brian D. Hershman; all pleadings and papers on file herein; and any additional argument and material the Court may consider at the hearing on this Motion.

Pursuant to Local Rule 37-1, the parties' counsel conferred telephonically about the subject matter of this Motion. Pursuant to Local Rule 37-2.1, copies of the Court's Initial Scheduling Order and Amended Scheduling Orders are attached as exhibits to the Hershman Declaration.

Dated: July 25, 2016

JONES DAY / SIDLEY AUSTIN LLP

By /s/ Brian D. Hershman
Brian D. Hershman

Attorneys for Defendant
CELGENE CORPORATION