Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
1625 Massachusetts Ave., NW, Suite 500
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Nancy Gertner (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,<br>    Plaintiffs,<br><br>*Ex rel.*<br>BEVERLY BROWN,<br>    Plaintiff-Relator,<br><br>v.<br><br>CELGENE CORPORATION,<br>    Defendant. | Case No. 10-cv-03165 GHK (SSx)<br>Assigned to the Honorable George H. King<br><br>**PLAINTIFF-RELATOR BEVERLY BROWN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Joint Stipulation Regarding Defendant Celgene's Motion for Summary Judgment or, in the Alternative, Summary Adjudication]<br><br>Hearing Date: October 17, 2016<br>Hearing Time: 9:30 a.m. |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiff-Relator Beverly Brown respectfully requests that the Court take judicial notice of the following documents identified and included in the Appendix of Exhibits ("Appendix") to the contemporaneously filed with the parties' Joint Stipulation Regarding Defendant Celgene's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and the Declaration of Beverly A. Brown (Brown Declaration), also contemporaneously filed therewith.[1]

| Ex. No. | Exhibit Description | Source |
|---|---|---|
| 77 | Altman, Lawrence K., "Researchers Testing Thalidomide for Use in AIDS", *NY Times*, July 1, 1993. | http://www.nytimes.com/1993/07/01/us/researchers-testing-thalidomide-for-use-in-aids.html |
| 78 | Celgene Corp. Form 10-K Annual Report, Filed 04/01/96 for the Period Ending 12/31/95. | https://www.edgar-online.com |
| 79 | Celgene Corp. Form 10-K Annual Report, Annual Report for the fiscal year ended December 31, 1996. | https://www.sec.gov/Archives/edgar/data/816284/0000950146-97-000478.txt |
| 80 | Celgene Corp. Form 10-K Annual Report, Annual Report for the fiscal year ended December 31, 1997. | https://www.sec.gov/Archives/edgar/data/816284/0000950146-98-000518.txt |
| 81 | Stolberg, Sheryl Gay, "Thalidomide, Long Banned Wins Support", *NY Times*, Sept. 6, 1997. | http://www.nytimes.com/1997/09/06/us/thalidomide-long-banned-wins-support.html |
| 83 | Morbidity and Mortality Weekly Report published by the Centers for Disease Control, June 1, 2001, Vol. 50, No. 21. | http://www.cdc.gov/mmwr/PDF/wk/mm5021.pdf |
| 84 | Celgene Corp. Form 10-K Annual Report, Annual Report for the fiscal year ended December 31, 1998. | https://www.sec.gov/Archives/edgar/data/816284/0000950146-99-000679.txt |
| 85 | EntreMed Inc. Form 10-K Annual Report, Annual Report for the fiscal year ended December 31, 1997. | https://www.sec.gov/Archives/edgar/data/895051/0000950133-98-001186.txt |
| 86 | Celgene Corp. Form 10-K Annual Report, Annual Report for the fiscal year | https://www.sec.gov/Archives/edgar/data/816284/0001005150000 |

---

[1] Exhibits to the Appendix are numbered while exhibits to the Brown Declaration are lettered.

1

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | | | |
|---|---|---|---|
| 1 | | ended December 31, 1999. | 00449/0001005150-00-000449.txt |
| 2 | 98 | Celgene Corp. Form 10K Annual Report, Annual Report filed 03/15/06 for the Period Ending 12/31/05. | https://www.sec.gov/Archives/edgar/data/816284/000093041306002083/0000930413-06-002083.txt |
| 5 | 139 | Amy Schroeder LinkedIn profile (last accessed Aug. 18, 2016). | https://www.linkedin.com/in/amy-schroeder-9065878 |
| 6 | 160 | 2008 Thalomid monograph from the American Society of Health-System Pharmacists. | Library of Congress |
| 8 | 184 | *Good Review Practice: Refuse to File*, FDA Office of New Drugs, Manual of Policies and Procedures, MAPP6025.4. | http://www.fda.gov/downloads/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/ManualofPoliciesProcedures/UCM370948.pdf |
| 12 | 185 | "Celgene Goes 0-for-4 With Thalomid (CELG)", Seeking Alpha.com, Nov. 16, 2005. | http://seekingalpha.com/article/4284-celgene-goes-0-forminus-4-with-thalomid-celg |
| 14 | 186 | Brave, Michael, Medical Review(s), Application No. 21-430 (Thalidomide), Center For Drug Evaluation and Research, May 18, 2006. | http://www.accessdata.fda.gov/drugsatfda_docs/nda/2006/021430s000_MedR_P1.pdf |
| 16 | 195 | Moutouh-de Parseval et al., "Tumor Lysis Syndrome/Tumor Flare Reaction in Lenalidomide-Treated Chronic Lymphocytic Leukemia", *Journal of Clinical Oncology*, vol. 25, no. 31 5047, Nov. 1, 2007. | http://jco.ascopubs.org/content/25/31/5047.full |
| 20 | 196 | Andritsos et al., "Higher Doses of Lenalidomide Are Associated With Unacceptable Toxicity Including Life-Threatening Tumor Flare in Patients with Chronic Lymphocytic Leukemia", *Journal of Clinical Oncology*, vol. 26, no. 15 2519-25, May 20, 2008. | http://jco.ascopubs.org/content/26/15/2519.full |
| 25 | 197 | Multiple Myeloma/Systemic Light Chain Amyloidosis/Waldenström's Macroglobulinemia Panel- Disclosures as of 04/15/2010, www.nccn.org (last accessed Aug. 18, 2016) | https://www.nccn.org/disclosures |

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**


| | | |
|---|---|---|
| 203 | Blow the Whistle on Medicaid Fraud web brochure, Dept. Health and Human Services (HHS), Office of Inspector General (HHS-OIG), https://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention (last accessed Aug. 27, 2016). | https://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention/Medicaid-Integrity-Education/Downloads/fwa-providerfraud-card.pdf |
| 204 | Off-Label Pharmaceutical Marketing: How to Recognize and Report It online brochure; HHS-OIG, https://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention (last accessed Aug. 27, 2016). | https://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention/Medicaid-Integrity-Education/Downloads/off-label-marketing-factsheet.pdf |
| 205 | "Abbott Labs to Pay $1.5 Billion to Resolve Criminal & Civil Investigations of Off-Label Promotion of Depakote", DOJ Office of Public Affairs press release, May 7, 2012. | https://www.justice.gov/opa/pr/abbott-labs-pay-15-billion-resolve-criminal-civil-investigations-label-promotion-depakote |
| 206 | "Amgen to Pay $71 Million for Improper Drug Marketing, AG Cooper Says", NCDOJ press release, Aug. 18, 2015. | http://www.ncdoj.gov/News-and-Alerts/News-Releases-and-Advisories/Press-Releases/Amgen-to-pay-$71-million-for-improper-drug-marketi.aspx |
| 207 | Corporate Integrity Agreement Between HHS-OIG and Endo Pharmaceuticals, Inc., Feb. 21, 2014. | https://oig.hhs.gov/compliance/corporate-integrity-agreements/cia-documents.asp |
| 208 | "SmithKline to Plead Guilty and Pay $3 Billion to Resolve Fraud Allegations and Failure to Report Safety Data", DOJ Office of Public Affairs press release, July 2, 2012. | https://www.justice.gov/opa/pr/glaxosmithkline-plead-guilty-and-pay-3-billion-resolve-fraud-allegations-and-failure-report |
| 209 | "Warner-Lambert to Pay $430 Million to Resolve Criminal & Civil Health Care Liability Relating to Off-Label Promotion", DOJ Office of Public Affairs press release, May 13, 2004. | https://www.justice.gov/archive/opa/pr/2004/May/04_civ_322.htm |
| 210 | "List of off-label promotion pharmaceutical settlements", Wikipedia (last accessed Aug. 18, 2016). | https://www.wikipedia.org |

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 212 | Medicare Coverage Determination Process, CMS website (last accessed Aug. 18, 2016). | https://www.cms.gov/Medicare/Coverage/DeterminationProcess |
| 213 | CMS Officially Recognizes NCCN Drugs & Biologics Compendium, NCCN website news (last accessed Aug. 18, 2016). | https://www.nccn.org/about/news/newsinfo.aspx?NewsID=157 |
| 214 | The NCCN Compendium for Cancer Management, *American Health & Drug Benefits*, v.1(5), June 2008. | http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4115302/ |
| 216 | National Coverage Determination (NCD) for Autologous Cellular Immunotherapy Treatment (110.22), CMS website (last accessed Aug. 18, 2016). | https://www.cms.gov/medicare-coverage-database/details/ncd-details.aspx?NCDId=344&ncdver=1&bc=AAAAgAAAAAAA& |
| 217 | Decision Memo for Screening for Lung Cancer with Low Dose Computed Tomography (LDCT) (CAG-00439N), CMS website (last accessed Aug. 18, 2016). | https://www.cms.gov/medicare-coverage-database/details/nca-decision-memo.aspx?NCAId=274 |
| 218 | National Coverage Determinations (NCDs) Alphabetical Index, CMS website (last accessed Aug. 18, 2016). | https://www.cms.gov/medicare-coverage-database/indexes/ncd-alphabetical-index.aspx?bc=BAAAAAAAAAAA |
| 219 | Indexes, CMS website (last accessed Aug. 18, 2016). | https://www.cms.gov/medicare-coverage-database/indexes/national-and-local-indexes.aspx |
| 227 | Compliance Program Guidance for Pharmaceutical Manufacturers, HHS-OIG, April 2003. | https://oig.hhs.gov/fraud/docs/complianceguidance/042803pharmacymfgnonfr.pdf |
| 253 | Letter from CMS to the Bureau of TennCare approving an amendment to the State of Tennessee's Medicaid plan | https://www.medicaid.gov/State-resource-center/Medicaid-State-Plan-Amendments/Downloads/TN/TN-11-002.pdf |
| 277 | Pharmaceutical Use Outside of Approved Indications Guidance on "Off-label" Prescribing, Dept. Veterans Affairs (VA) | http://www.pbm.va.gov/vacenterformedicationsafety/directive/GuidanceOffLabelPrescribing.pdf |

4

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| | Center for Medication Safety et al., May 2004. | |
| 284 | Medicare Federal Health Care Provider/Supplier Enrollment Application for Individual Health Care Practitioners (CMS 855I (11/2001)) | https://web.archive.org/web/20041020050159/http:/www.cms.hhs.gov/providers/enrollment/forms/cms855i.pdf |
| 285 | Medicare Enrollment Application – Physicians and Non-Physician Practitioners (855I (07/11) | https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms855i.pdf |
| 285 | Medicare Enrollment Application – Physicians and Non-Physician Practitioners (855I (07/11) | https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms855i.pdf |
| 286 | United States' Statement of Interest Concerning Defendant's Motion for Summary Judgment, *United States ex rel. Rost v. Pfizer, Inc*., No. 03-CV-11084-PBS, Dkt. 173 | https://www.pacer.gov |
| 290 | "Endo Pharmaceuticals and Endo Health Solutions to Pay $192.7 Million to Resolve Criminal and Civil Liability Relating to Marketing of Prescription Drug Lidoderm for Unapproved Uses" DOJ Office of Public Affairs press release, Feb. 21, 2014. | https://www.justice.gov/opa/pr/endo-pharmaceuticals-and-endo-health-solutions-pay-1927-million-resolve-criminal-and-civil |
| E | 2003 Thalomid label | http://www.accessdata.fda.gov/drugsatfda_docs/label/2003/20785slr022,023,024_thalomid_lbl.pdf |
| F | 2003 package insert for Velcade | http://www.accessdata.fda.gov/drugsatfda_docs/label/2003/021602lbl.pdf |

These exhibits have been identified as true and correct copies in the Declaration of Justin S. Brooks filed in support of Relator's opposition to summary judgment. As set forth below, these exhibits are also the proper subject of judicial notice and should be noticed accordingly.

I.   **THE DOCUMENTS ARE PROPERLY SUBJECT TO JUDICIAL NOTICE.**

Under Federal Rule of Evidence 201(c)(2), a court must take judicial notice if requested to do so by a party and supplied with the necessary information. A matter subject

to judicial notice is one "that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(d). To the extent there is a dispute over the truth of the matters asserted in the judicially noticed document, a court can still take notice of the document for the purpose of determining the statements contained therein without accepting or rejecting their truth. *See United States v. S. California Edison Co.*, 300 F. Supp. 2d 964, 974-75 (E.D. Cal. 2004); *Cactus Corner, LLC v. U.S. Dep't of Agric.*, 346 F. Supp. 2d 1075, 1099-100 (E.D. Cal. 2004).

The documents described above fall within four distinct categories, each of which satisfies the criteria of Rule 201, thus making judicial notice appropriate.

### A. Agency filings, government reports, policies, procedures, memos, and forms are all subject to judicial notice.

A court may take judicial notice of "matters of public record[,]" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), such as the "records and reports of administrative bodies." *Interstate Natural Gas Co. v. Southern California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953). Courts routinely take judicial notice of documents that come from official government sources. *See*, *e.g.*, *United States ex rel. Spay v. CVS Caremark Corp.*, 913 F. Supp. 2d 125, 140 (E.D. Pa. 2012) (taking notice of Medicare Prescription Drug Benefit Manual published by CMS); *In re Wellbutrin SR/Zyban Antitrust Litig.*, 281 F. Supp. 2d 751, 755 n.2 (E.D. Pa. 2003) (noting that matters of public record, like agency publications, are appropriate subjects of judicial notice).

Exhibits 78 through 80, 83 through 86, 98, 184, 186, 203, 204, 207, 212, 216 through 219, 227, 253, 277, and 283 through 286 to the Appendix and Exhibits E through F of the Brown Declaration are entitled to judicial notice as official agency filings, government reports, policies, procedures, memos, and forms within the public record. These documents have been compiled from CMS, HHS-OIG, and SEC, and thus fall within the scope of matters entitled to judicial notice.

6

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

### B. Public news reports are entitled to judicial notice.

"Courts in the Ninth Circuit routinely take judicial notice of press releases." *In re Am. Apparel, Inc. S'holder Litig.*, 855 F. Supp. 2d 1043, 1062 (C.D. Cal. 2012) (collecting cases). Judicial notice of public news reports and press releases is appropriate to show public awareness of the information contained in the reports. *Id.* (quoting *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n. 18 (9th Cir. 1999)).

Exhibits 77, 81, 185, 205 through 206, 208 through 209, 213, and 290 are publically available press reports and news releases that should receive judicial notice.

### C. Journal publications and Internet postings are entitled to judicial notice.

Journal publications and Internet postings can also be proper subject of judicial notice. *See*, *e.g.*, *In re Thoratec Corp. Sec. Litig.*, No. C-04-03168 RMW, 2006 WL 1305226, at *4 (N.D. Cal. May 11, 2006) (taking notice of a New England Journal of Medicine article); *Signature Mgmt. Team, LLC v. Automatic, Inc.*, 941 F. Supp. 2d 1145, 1147–48 (N.D. Cal. 2013) (taking judicial notice of blog postings and news articles).

Exhibits 139, 195 through 197, 210, and 214 are publically available journal articles and internet postings that should receive judicial notice. Exhibits 283 and 284 are documents formerly posted on CMS's website that were retrieved from the Internet Archive (www.archive.org), a nonprofit organization dedicated to providing a public access archive of the Internet and other electronic materials, and should also receive judicial notice.

### D. Court records and proceedings are entitled to judicial notice.

Court records are entitled to judicial notice. *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816 (C.D. Cal. 2004) ("Under *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir.2001), a court may take judicial notice of court records and court proceedings."). Exhibit 286 is publically filed on the docket of the United States District Court for the District of Massachusetts, and is entitled to judicial notice.

## II. CONCLUSION

For these reasons, the Court should take judicial notice of Exhibits 77 through 81, 83 through 86, 98, 139, 184 through 186, 195 through 197, 203 through 210, 212 through 219,

7

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

227, 253, 277, 283 through 286, and 290 to the Appendix and Exhibits E through F of the Brown Declaration, all of which are submitted in support of Plaintiff-Relator's opposition to Defendant's motion for summary judgment.

Dated: August 29, 2016

Respectfully Submitted,

BIENERT, MILLER & KATZMAN, PLC

By: */s/ Michael R. Williams /s/*
  Thomas H. Bienert, Jr.
  Michael R. Williams

Reuben A. Guttman *(admitted pro hac vice)*
Traci L. Buschner *(admitted pro hac vice)*
Justin S. Brooks *(admitted pro hac vice)*
GUTTMAN, BUSCHNER & BROOKS PLLC

Richard A. Harpootlian *(admitted pro hac vice)*
Christopher P. Kenney *(admitted pro hac vice)*
RICHARD A. HARPOOTLIAN, PA

Nancy Gertner *(admitted pro hac vice)*

*Attorneys for Plaintiff-Relator*
*BEVERLY BROWN*

8

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# CERTIFICATE OF SERVICE

I, Michele Ueda, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on the interested parties as follows:

**X   BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | | |
|---|---|---|
| Brian Hershman<br>bhershman@jonesday.com | Michelle B. Goodman<br>mgoodman@sidley.com | Kimberly A Dunne<br>kdunne@sidley.com |
| Sean A Commons<br>scommons@sidley.com | Toni-Ann Citera<br>tcitera@jonesday.com | Karen Hewitt<br>kphewitt@jonesday.com |
| jdelmedico@JonesDay.com | Howard F. Daniels<br>howard.daniels@usdoj.gov | Jay Edward Smith<br>js@gslaw.org |

This certificate was executed on August 29, 2016, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Michele Ueda /s/*
Michele Ueda

1

**PLAINTIFF-RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**