**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA, et al., *ex rel.* BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 GHK (SSx)

Assigned to the Honorable George H. King

**ORDER GRANTING DEFENDANT'S APPLICATION TO LODGE DEPOSITION TRANSCRIPTS UNDER SEAL**

# ORDER

The Court, having read and considered Defendant Celgene Corporation's unopposed Application for Leave to Lodge Deposition Transcripts Under Seal, hereby GRANTS Defendant's Application and ORDERS that the following full deposition transcripts shall remain lodged under seal for the limited purpose of complying with the Court's Summary Judgment Order (Dkt. 167 ¶ 7) and Local Rule 32-1:

1. Mark Alles, taken July 8, 2015(**Exhibit A**)
2. Charles Bennett, taken December 17, 2015 (**Exhibit B**)
3. William Bensinger, taken December 16, 2015 (**Exhibit C**)
4. Ralph Boccia, taken September 17, 2015 (**Exhibit D**)
5. Clarissa Borst, taken October 15, 2015 (**Exhibit E**)
6. Beverly Brown, taken June 12, 2015 (**Exhibit F**)
7. Eric Campbell, taken November 20, 2015 (**Exhibit G**)
8. Thomas Cavanaugh, taken June 23, 2015 (**Exhibit H**)
9. Dwight D'Iorio, taken September 16, 2015 (**Exhibit I**)
10. Stephen Fadem, taken November 3, 2015 (**Exhibit J**)
11. John Freeman, taken July 16, 2015 (**Exhibit K**)
12. Shawn Gormish, taken August 28, 2015 (**Exhibit L**)
13. Stephen Groft, taken September 29, 2015 (**Exhibit M**)
14. Joel Hay, taken June 24, 2016 (**Exhibit N**)
15. Bob Hugin, taken July 30, 2015 (**Exhibit O**)
16. Joan McClure, taken October 29, 2015 (**Exhibit P**)
17. Gerald McEvoy, taken September 28, 2015 (**Exhibit Q**)
18. Kristen Minne, taken September 30, 2015 (**Exhibit R**)
19. Paul Richardson, taken January 8, 2016 (**Exhibit S**)
20. David Schmidt, taken May 26, 2015 (**Exhibit T**)
21. Katherine Stultz, taken June 10, 2015 (**Exhibit U**)

22. Shawn Tomasello, taken July 28, 2015 (**Exhibit V**)

23. Jerome Zeldis, taken July 9, 2015 (**Exhibit W**)

All of the deposition testimony that the parties cite and rely on in their joint summary judgment brief and joint statement of uncontroverted facts (Dkt. 325-326) has already been publicly filed (Dkt. 329-331, 333, 346-1). Accordingly, the Court finds that the public has access to all of the deposition testimony that is relevant to Defendant's motion for summary judgment and that sealing these full transcripts, which are lodged only and not filed, does not impair the public's presumptive right of access to court records.

**IT IS SO ORDERED.**

Dated: October 6, 2016 By ______________________

HON. GEORGE H. KING
United States District Judge