1  Kimberly A. Dunne (SBN 142721)
   kdunne@sidley.com
2  Michelle B. Goodman (SBN 218607)
   mgoodman@sidley.com
3  Sean A. Commons (SBN 217603)
   scommons@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, CA 90013
   Telephone:  (213) 896-6000
6  Facsimile:   (213) 896-6600

7  Karen P. Hewitt (SBN 145309)
   kphewitt@jonesday.com
8  Brian D. Hershman (SBN 168175)
   bhershman@jonesday.com
9  JONES DAY
   555 South Flower Street, Fiftieth Floor
10 Los Angeles, CA 90071
   Telephone:  (213) 489-3939
11 Facsimile:  (213) 243-2539

12 Attorneys for Defendant Celgene Corporation
   (*Additional Counsel listed on following page*)

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO, | Case No. 10-cv-03165 GHK (SSx) Assigned to: Hon. George H. King **NOTICE OF LODGING RE [PROPOSED] ORDER REGARDING DEFENDANT CELGENE'S MOTION FOR SUMMARY JUDGMENT** Hearing Date:  Taken Off Calendar |
|        Plaintiffs, | |
|        *Ex rel.* | |
| BEVERLY BROWN, | |
|        Plaintiff-Relator, | |
|        v. | |
| CELGENE CORPORATION, | |
|        Defendant. | |

Toni-Ann Citera (admitted *pro hac vice*)
tcitera@jonesday.com
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

1

PLEASE TAKE NOTICE that a Joint Motion for Summary Judgment was filed in this case on August 29, 2016 (Dkt. 325).  Attached hereto for lodging is a [Proposed] Order Regarding Defendant Celgene's Motion for Summary Judgment.

Dated:  October 10, 2016        By: */s/ Kimberly A. Dunne*
                                Kimberly A. Dunne
                                Counsel for Celgene Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2016, I served the foregoing on all counsel of record via CM/ECF.

*/s/ Kimberly A. Dunne*
Kimberly A. Dunne

[PROPOSED] ORDER REGARDING CELGENE'S MOTION FOR SUMMARY JUDGMENT