Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
1625 Massachusetts Ave., NW, Suite 500
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Nancy Gertner (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,<br><br>       Plaintiffs,<br>       *Ex rel.*<br><br>BEVERLY BROWN,<br><br>       Plaintiff-Relator,<br>v.<br><br>CELGENE CORPORATION,<br><br>       Defendant. | Case No. 10-cv-03165 GHK (SSx)<br>Assigned to the Honorable George H. King<br><br>**PLAINTIFF-RELATOR BEVERLY BROWN'S NOTICE OF LATER-DECIDED SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANT CELGENE'S MOTION FOR SUMMARY JUDGMENT** |

Relator files the present Notice of Supplemental Authority to alert the Court to the Eighth Circuit's October 19, 2016 decision in *U.S. ex rel. Miller v. Weston Educ. Inc.*, No. 14-1760, 2016 U.S. App. LEXIS 18768 (8th Cir. Oct. 19, 2016), the first appellate decision to interpret materiality under the False Claims Act following the Supreme Court's decision in *Universal Health Services, Inc. v. U.S. ex rel. Escobar*, 136 S. Ct. 1989 (2016). *See* Exhibit A.[1]  The Eighth Circuit held that defendant's promise to keep accurate grade and attendance records was material in inducing the government to enter into an agreement under the Higher Education Act, rejecting defendant's argument that no individual false record caused payment by the government and reasoning that the false promise to keep accurate records was material based upon express regulatory conditions of payment. *Id.* at *16-21.

Consistent with the Department of Justice's Statement of Interest (Dkt. No. 328 at 14-16), the Eighth Circuit did not reason that *Escobar* significantly changed a materiality analysis or established a heightened quantum of proof.  It relied on pre-*Escobar* cases in concluding that the district court erred in ruling defendant's promise was not material to the government's disbursement decisions. *Weston*, 2016 U.S. App. LEXIS 18768, at *19-21. The Eighth Circuit concluded that the government's decision to "sometimes," as a general matter, terminate eligible institutions for falsifying records was probative of materiality and sufficient to establish materiality for the purposes of summary judgment. *Id.* at *20-21.

The Eighth Circuit also held that scienter was established for the purposes of summary judgment because there was a dispute of material fact as to defendant's understanding of its obligations and whether it intended to comply with the regulations governing its conduct. *Id.* at *16.  Here, Relator presented evidence that Celgene recognized that the manner in which it promoted Revlimid and Thalomid was prohibited by FDA regulations and that uses it induced that were not medically accepted are not

---

[1] The decision was published on LEXIS and Westlaw on October 24, 2016.

1

PLAINTIFF-RELATOR BEVERLY BROWN'S NOTICE OF LATER-DECIDED SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANT CELGENE'S MOTION FOR SUMMARY JUDGMENT

reimbursable by statute.  Dkt. No. 325 at 35-36; *see also, e.g.,* Exhibits 221, 222, 211, 223, 60; Exhibit 296 at EA-019844:12-22; Exhibit 92 at EA-006398:13-006400:2.[2]

Dated:  October 24, 2016

Respectfully Submitted,

BIENERT, MILLER & KATZMAN, PLC

By: */s/ Michael R. Williams /s/*
 Thomas H. Bienert, Jr.
 Michael R. Williams

Reuben A. Guttman *(admitted pro hac vice)*
Traci L. Buschner *(admitted pro hac vice)*
Justin S. Brooks *(admitted pro hac vice)*
GUTTMAN, BUSCHNER & BROOKS PLLC

Richard A. Harpootlian *(admitted pro hac vice)*
Christopher P. Kenney *(admitted pro hac vice)*
RICHARD A. HARPOOTLIAN, PA

Nancy Gertner *(admitted pro hac vice)*

*Attorneys for Plaintiff-Relator*
*BEVERLY BROWN*

---

[2] Exhibit citations refer to exhibits submitted with the parties' Summary Judgment briefing.

# CERTIFICATE OF SERVICE

I, Carolyn K. Howland, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **PLAINTIFF-RELATOR BEVERLY BROWN'S NOTICE OF LATER-DECIDED SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANT CELGENE'S MOTION FOR SUMMARY JUDGMENT** on the interested parties as follows:

**X   BY ELECTRONIC MAIL:**  by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | | |
|---|---|---|
| Brian Hershman<br>bhershman@jonesday.com | Michelle B. Goodman<br>mgoodman@sidley.com | Kimberly A Dunne<br>kdunne@sidley.com |
| Sean A Commons<br>scommons@sidley.com | Toni-Ann Citera<br>tcitera@jonesday.com | Karen Hewitt<br>kphewitt@jonesday.com |
| jdelmedico@JonesDay.com | Howard F. Daniels<br>howard.daniels@usdoj.gov | Jay Edward Smith<br>js@gslaw.org |

This certificate was executed on October 24, 2016, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Carolyn K. Howland /s/*
Carolyn K. Howland