Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
2000 P Street, NW, Suite 300
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Nancy Gertner (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,<br><br>Plaintiffs,<br>*Ex rel.*<br><br>BEVERLY BROWN,<br><br>Plaintiff-Relator,<br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | Case No. 10-cv-03165 RGK (SSx)<br>Assigned to the Honorable R. Gary Klausner<br><br>**RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS DESIGNATED AS CONFIDENTIAL UNDER SEAL PURSUANT TO L.R. 79-5.2.2(b)**<br><br>[Declaration of Justin S. Brooks and Proposed Order filed concurrently] |

Relator Beverly Brown ("Relator") hereby applies for an order for leave to file under seal exhibits B-H (the "Exhibits") to the *Declaration of Justin S. Brooks in Support of Relator's Ex Part Application for Leave to File a Brief Sur-Reply & Notice of Supplemental Authority in Opposition to Celgene's Motion to Reconsider or Certify for Immediate Appeal the Order Partially Denying Summary Judgment* ("Sur-Reply Declaration"), which Relator intends to file on February 21, 2017.

## APPLICATION TO FILE DOCUMENTS UNDER SEAL

On September 19, 2014, the parties filed a Stipulated Protective Order, (Dkt. No. 160), which the Court entered on September 22, 2014. ("Protective Order," Dkt. No. 161). Under the Protective Order, parties are permitted to designate documents as "confidential." Defendant Celgene Corporation ("Celgene") has designated most of the documents it has produced in this case as confidential. All of the Exhibits, which Relator seeks to file under seal, have been designated confidential (or contain information that has been designated as confidential) by Celgene. While Relator disagrees with most of Celgene's confidentiality designations, she nevertheless files this application for leave to file the Exhibits under seal, pursuant to L.R. 79-5.2.2(b). The Exhibits are more specifically described in the concurrently filed Declaration of Justin Brooks ("Brooks Decl.").

Prior to filing this application, on February 16, 2017, Relator contacted Celgene's counsel to determine if Celgene objected to an *ex parte* application for leave to file a sur-reply and to the public filing of the exhibits at issue. Brooks Decl. ¶ 4. Celgene's counsel stated it opposed the *ex parte* application, but it did not clearly respond as to the exhibits at issue. In the past, it has sought to seal most or all exhibits produced by third parties. Here, all of the exhibits at issue were produced by third parties. Relator is seeking the views of the producing parties, but unlike other exhibits (*see* Dkt. No. 344),[1] Relator does not believe public filing of these exhibits is required and believes filing under seal is appropriate. Thus, Relator seeks to file the Exhibits specified in the accompanying Brooks Declaration under

[1] Judge King never ruled on Celgene's motion regarding the sealing of summary judgment exhibits prior to retiring.

seal.

Dated: February 21, 2017

**BIENERT, MILLER & KATZMAN, PLC**

By: <u>/s/ *Michael R. Williams*</u>
Thomas H. Bienert, Jr.
Michael R. Williams

Reuben A. Guttman *(admitted pro hac vice)*
Traci L. Buschner *(admitted pro hac vice)*
Justin S. Brooks (*admitted pro hac vice)*
**GUTTMAN, BUSCHNER & BROOKS PLLC**

Richard A. Harpootlian (*admitted pro hac vice*)
Christopher P. Kenney (*admitted pro hac vice*)
**RICHARD A. HARPOOTLIAN, PA**

Nancy Gertner (*admitted pro hac vice*)

*Attorneys for Plaintiff-Relator*
*BEVERLY BROWN*

# CERTIFICATE OF SERVICE

I, Carolyn K. Howland, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS DESIGNATED AS CONFIDENTIAL UNDER SEAL PURSUANT TO L.R. 79-5.2.2(B)** on the interested parties as follows:

**X BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | | |
|---|---|---|
| Brian Hershman<br>bhershman@jonesday.com | Michelle B. Goodman<br>mgoodman@sidley.com | Kimberly A Dunne<br>kdunne@sidley.com |
| Sean A Commons<br>scommons@sidley.com | Toni-Ann Citera<br>tcitera@jonesday.com | Karen Hewitt<br>kphewitt@jonesday.com |
| jdelmedico@JonesDay.com | Linda A. Kontos<br>Linda.kontos@usdoj.gov | Jay Edward Smith<br>js@gslaw.org |
| Brent A. Whittlesey<br>Brent.whittlesey@usdoj.gov | | |

This certificate was executed on February 21, 2017, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Carolyn K. Howland /s/*
Carolyn K. Howland