Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
GUTTMAN, BUSCHNER & BROOKS PLLC
2000 P Street, NW, Suite 300
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,

Plaintiffs,
*Ex rel.*

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 RGK (SSx)
Assigned to the Honorable R. Gary Klausner

**RELATOR'S REQUEST FOR RULING ON FULLY BRIEFED APPLICATION TO SEAL, PENDING SINCE AUGUST 29, 2016 [DKT NOS. 332, 344 & 347]**

Pretrial Conf. Date: April 10, 2017
Trial Date: April 25, 2017

Relator Beverly Brown ("Relator") hereby requests that the Court rule on the pending, and fully briefed, *Application to for Leave to File Under Seal Documents in Connection with Defendant's Motion for Summary Judgment* ("Application to Seal") filed by Defendant Celgene Corporation ("Celgene") on August 29, 2016. [Dkt. No. 332]

On August 29, 2016, in support of its summary judgment motion filed the same day, Celgene applied to file under seal Exhibits 8-9, 13-14, and 16 in Celgene's portion of the Joint Evidentiary Appendix and Exhibits 106, 110-115, 118, 121, 135-136, 138, 140-142, 144-157, 163, 165, 167-176, 199, 211, 222-223, 225, 229, 236, 240-241, 246-249, 280, 282, and 291 in Relator's portion of the Joint Evidentiary Appendix.

Relator filed an Opposition to the Application to Seal on September 26, 2016 [Dkt. No. 344], and Celgene filed a reply brief on October 3, 2016. [Dkt. No. 347]. To date, the Court has not issued a ruling on the Application to Seal. Relator requests that the Court do so now.

Although the parties agreed to ask the Court to refrain from ruling on *substantive* motions, it is critical that the Court issue a ruling on the Application to Seal now in order to provide the parties with guidance regarding the sealing of documents and testimony at trial. Celgene has designated virtually its entire production in this case "Confidential," has designated every one of its expert reports "Confidential," and has designated almost all of its witnesses' deposition testimony "Confidential." Throughout the case, Celgene has consistently filed its exhibits to motions under seal, and insisted that Relator do the same. Even at the summary judgment stage, Celgene has sought to keep critical documentary evidence and testimony under seal.

With the case now at the trial stage, however, Celgene must offer a compelling basis to keep documents and testimony out of the public eye. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016) ("[a] party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard," which is a "stringent standard" that can be overcome only

where the court "articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture"); *Oliner v. Kontrabecki*, 745 F.3d 1024, 1025–27 (9th Cir. 2014).

Relator does not believe Celgene can meet this standard, but the parties in any event need guidance from the Court on this matter so that they can properly prepare for trial. Indeed, because stringent sealing standards apply to both dispositive motions and trial, the Court's ruling will help inform the parties of the Court's views with respect to sealing at trial and streamline the parties' pre-trial preparation.

Accordingly, Relator will submit a proposed order on the Application to Seal contemporaneously with this request.

Dated: March 10, 2017

**BIENERT, MILLER & KATZMAN, PLC**

By: <u>/s/ *Michael R. Williams*</u>
Thomas H. Bienert, Jr.
Michael R. Williams

Reuben A. Guttman *(admitted pro hac vice)*
Traci L. Buschner *(admitted pro hac vice)*
Justin S. Brooks (*admitted pro hac vice)*
**GUTTMAN, BUSCHNER & BROOKS PLLC**

Richard A. Harpootlian (*admitted pro hac vice*)
Christopher P. Kenney (*admitted pro hac vice*)
**RICHARD A. HARPOOTLIAN, PA**

*Attorneys for Plaintiff-Relator*
*BEVERLY BROWN*

# CERTIFICATE OF SERVICE

I, Carolyn K. Howland, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **RELATOR'S REQUEST FOR RULING ON FULLY BRIEFED APPLICATION TO SEAL, PENDING SINCE AUGUST 29, 2016 [DKT NOS. 332, 344 & 347]** on the interested parties as follows:

**X BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

Brian Hershman
bhershman@jonesday.com

Michelle B. Goodman
mgoodman@sidley.com

Kimberly A Dunne
kdunne@sidley.com

Sean A Commons
scommons@sidley.com

Toni-Ann Citera
tcitera@jonesday.com

Karen Hewitt
kphewitt@jonesday.com

jdelmedico@JonesDay.com

Linda A. Kontos
Linda.kontos@usdoj.gov

Jay Edward Smith
js@gslaw.org

Brent A. Whittlesey
Brent.whittlesey@usdoj.gov

This certificate was executed on March 10, 2017, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Carolyn K. Howland /s/*
Carolyn K. Howland