UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,<br><br>Plaintiffs,<br>*Ex rel.*<br><br>BEVERLY BROWN,<br><br>Plaintiff-Relator,<br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | Case No. 10-cv-03165 RGK (SSx)<br>Assigned to the Honorable R. Gary Klausner<br><br>**[PROPOSED] ORDER REGARDING RELATOR'S REQUEST FOR RULING ON FULLY BRIEFED APPLICATION TO SEAL, PENDING SINCE AUGUST 29, 2016 [DKT NOS. 332, 344 & 347]** |

For good cause shown, the Court rules as follows regarding Relator's Request for Ruling on Fully Briefed Application to Seal, Pending Since August 29, 2016 [Dkt. Nos. 332, 344 & 347]:

| No. | Document To Be Filed Under Seal | Grant | Deny |
|---|---|---|---|
| 1 | Joint Evidentiary Appendix (Dkt. 329), Ex. 8 (redacted portions under seal at Ex. 5-6)[1] | | |
| 2 | Joint Evidentiary Appendix (Dkt. 329), Ex. 9 (redacted portions under seal at ¶¶ 5, 10, 11.2, 19, 64, 71, 83, 126, 152, 167, Ex. 1.A, 1.B, 1.C, 1.D, 4.A, 4.B, 8, 14.A, 14.B, 15.A, 15.B, 16 (Third Party) | | |
| 3 | Joint Evidentiary Appendix (Dkt. 329), Ex. 13 (redacted portions under seal at ¶¶ 106-109; p. 6-11, 37, 40-45, 47-52, 70-71, 176-188, 190- 191,193-202, 204) | | |
| 4 | Joint Evidentiary Appendix (Dkt. 329), Ex. 14 (redacted portions under seal at p. 26, Appendix E) | | |
| 5 | Joint Evidentiary Appendix (Dkt. 329), Ex. 16 (redacted portions under seal at ¶ 63 and EA- 002895 (Third Party)) | | |
| 6 | Joint Evidentiary Appendix (Dkt. 330), Ex. 106 (redacted portions under seal at slide 2-45, 47-50, 116-163) | | |
| 7 | Joint Evidentiary Appendix (Dkt. 330), Ex. 110 | | |
| 8 | Joint Evidentiary Appendix (Dkt. 330), Ex. 111 | | |
| 9 | Joint Evidentiary Appendix (Dkt. 330), Ex. 112 | | |

[1] The unredacted version of these exhibits were filed under seal with the Court as attachments to Celgene's Sealed Declaration in Support of Application to File Exhibits in Evidentiary Appendix to Motion for Summary Judgment Under Seal, Docket No. 334.

| | | | |
|---|---|---|---|
| 10 | Joint Evidentiary Appendix (Dkt. 330), Ex. 113 | | |
| 11 | Joint Evidentiary Appendix (Dkt. 330), Ex. 114 | | |
| 12 | Joint Evidentiary Appendix (Dkt. 330), Ex. 115 | | |
| 13 | Joint Evidentiary Appendix (Dkt. 330), Ex. 118 | | |
| 14 | Joint Evidentiary Appendix (Dkt. 330), Ex. 121 | | |
| 15 | Joint Evidentiary Appendix (Dkt. 330), Ex. 135 (third party) | | |
| 16 | Joint Evidentiary Appendix (Dkt. 330), Ex. 136 (third party) | | |
| 17 | Joint Evidentiary Appendix (Dkt. 330), Ex. 138 | | |
| 18 | Joint Evidentiary Appendix (Dkt. 330), Ex. 140 (third party) | | |
| 19 | Joint Evidentiary Appendix (Dkt. 330), Ex. 141 (third party) | | |
| 20 | Joint Evidentiary Appendix (Dkt. 330), Ex. 142 (third party) | | |
| 21 | Joint Evidentiary Appendix (Dkt. 330), Ex. 144 (third party) | | |
| 22 | Joint Evidentiary Appendix (Dkt. 330), Ex. 145 (third party) | | |
| 23 | Joint Evidentiary Appendix (Dkt. 330), Ex. 146 (third party) | | |
| 24 | Joint Evidentiary Appendix (Dkt. 330), Ex. 147 (third party) | | |
| 25 | Joint Evidentiary Appendix (Dkt. 330), Ex. 148 (third party) | | |
| 26 | Joint Evidentiary Appendix (Dkt. 330), Ex. 149 (third party) | | |

| | | | |
|---|---|---|---|
| 27 | Joint Evidentiary Appendix (Dkt. 330), Ex. 150 (third party) | | |
| 28 | Joint Evidentiary Appendix (Dkt. 330), Ex. 151 (third party) | | |
| 29 | Joint Evidentiary Appendix (Dkt. 330), Ex. 152 (third party) | | |
| 30 | Joint Evidentiary Appendix (Dkt. 330), Ex. 153 (third party) | | |
| 31 | Joint Evidentiary Appendix (Dkt. 330), Ex. 154 (third party) | | |
| 32 | Joint Evidentiary Appendix (Dkt. 330), Ex. 155 (third party) | | |
| 33 | Joint Evidentiary Appendix (Dkt. 330), Ex. 156 (third party) | | |
| 34 | Joint Evidentiary Appendix (Dkt. 330), Ex. 157 (redacted portions under seal at p. 61-16, 22-43) | | |
| 35 | Joint Evidentiary Appendix (Dkt. 330), Ex. 163 | | |
| 36 | Joint Evidentiary Appendix (Dkt. 330), Ex. 165 | | |
| 37 | Joint Evidentiary Appendix (Dkt. 330), Ex. 167 (third party) | | |
| 38 | Joint Evidentiary Appendix (Dkt. 332), Ex. 168 (third party) | | |
| 39 | Joint Evidentiary Appendix (Dkt. 330), Ex. 169 (third party) | | |
| 40 | Joint Evidentiary Appendix (Dkt. 330), Ex. 170 (third party) | | |
| 41 | Joint Evidentiary Appendix (Dkt. 330), Ex. 171 (third party) | | |

| | | | |
|---|---|---|---|
| 42 | Joint Evidentiary Appendix (Dkt. 330), Ex. 172 (third party) | | |
| 43 | Joint Evidentiary Appendix (Dkt. 330), Ex. 173 (third party) | | |
| 44 | Joint Evidentiary Appendix (Dkt. 330), Ex. 174 (third party) | | |
| 45 | Joint Evidentiary Appendix (Dkt. 330), Ex. 175 (third party) | | |
| 46 | Joint Evidentiary Appendix (Dkt. 330), Ex. 176 (third party) | | |
| 47 | Joint Evidentiary Appendix (Dkt. 330), Ex. 199 (redacted portions under seal at slide 2-45, 47- 50, 116-163) | | |
| 48 | Joint Evidentiary Appendix (Dkt. 330), Ex. 211 (redacted portions under seal at p. 6-29, 40-54, 78-87 | | |
| 49 | Joint Evidentiary Appendix (Dkt. 331), Ex. 222 | | |
| 50 | Joint Evidentiary Appendix (Dkt. 332), Ex. 223 (redacted portions under seal at p. 3-8) | | |
| 51 | Joint Evidentiary Appendix (Dkt. 331), Ex. 225 | | |
| 52 | Joint Evidentiary Appendix (Dkt. 331), Ex. 229 | | |
| 53 | Joint Evidentiary Appendix (Dkt. 331), Ex. 236 | | |
| 54 | Joint Evidentiary Appendix (Dkt. 331), Ex. 240 | | |
| 55 | Joint Evidentiary Appendix (Dkt. 331), Ex. 241 (third party) | | |
| 56 | Joint Evidentiary Appendix (Dkt. 331), Ex. 246 (redacted portions under seal at p. 9-12) | | |
| 57 | Joint Evidentiary Appendix (Dkt. 331), Ex. 247 | | |
| 58 | Joint Evidentiary Appendix (Dkt. 331), Ex. 248 | | |

| | | | |
|---|---|---|---|
| 59 | Joint Evidentiary Appendix (Dkt. 331), Ex. 249 | | |
| 60 | Joint Evidentiary Appendix (Dkt. 331), Ex. 280 | | |
| 61 | Joint Evidentiary Appendix (Dkt. 331), Ex. 282 (third party) | | |
| 62 | Joint Evidentiary Appendix (Dkt. 331), Ex. 291 (redacted portions under seal at slide 4, 9, 10) | | |

**IT IS SO ORDERED**.

Dated: March ___, 2017

________________________________________

JUDGE R. GARY KLAUSNER

## CERTIFICATE OF SERVICE

I, Carolyn K. Howland, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **[PROPOSED] ORDER REGARDING RELATOR'S REQUEST FOR RULING ON FULLY BRIEFED APPLICATION TO SEAL, PENDING SINCE AUGUST 29, 2016 [DKT NOS. 332, 344 & 347]** on the interested parties as follows:

**X BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

Brian Hershman
bhershman@jonesday.com

Michelle B. Goodman
mgoodman@sidley.com

Kimberly A Dunne
kdunne@sidley.com

Sean A Commons
scommons@sidley.com

Toni-Ann Citera
tcitera@jonesday.com

Karen Hewitt
kphewitt@jonesday.com

jdelmedico@JonesDay.com

Linda A. Kontos
Linda.kontos@usdoj.gov

Jay Edward Smith
js@gslaw.org

Brent A. Whittlesey
Brent.whittlesey@usdoj.gov

This certificate was executed on March 10, 2017, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Carolyn K. Howland /s/*
Carolyn K. Howland