Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
GUTTMAN, BUSCHNER & BROOKS PLLC
2000 P Street, NW, Suite 300
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,

Plaintiffs,
*Ex rel.*

BEVERLY BROWN,

Plaintiff-Relator,

v.

CELGENE CORPORATION,

Defendant.

Case No. 10-cv-03165 RGK (SSx)
Assigned to the Honorable R. Gary Klausner

**RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS DESIGNATED AS CONFIDENTIAL BY CELGENE UNDER SEAL PURSUANT TO L.R. 79-5.2.2(B)**

[Declaration of Justin S. Brooks and Proposed Order filed concurrently]

Relator Beverly Brown ("Relator") hereby applies for an order for leave to file under seal exhibits D, E, F, G, I, L, M, N, and R (the "MIL Exhibits") to the *Declaration of Justin S. Brooks in Support of Relator's Motions in Limine and Daubert Motion*, which Relator intends to file on March 10, 2017. The Brooks Declaration will be filed in support of Relator's contemporaneously filed motions *in limine*.

Additionally, Relator also applies to file redacted versions of Motions *in Limine* Nos. 2 and 3 for portions that reproduce the MIL Exhibits.

**I. As she is obligated to do under the Stipulated Protective Order, Relator applies to file under seal the MIL Exhibits that Celgene has designated "confidential."**

On September 19, 2014, the parties filed a Stipulated Protective Order (the "SPO") [Dkt. 160], which the Court entered on September 22, 2014. [Dkt. 161]. Under the SPO, the parties are permitted to designate documents as "confidential." Defendant Celgene Corporation ("Celgene") has designated virtually all of the documents it has produced in this case as "confidential." All of the MIL Exhibits has been designated by Celgene as "confidential" (or contain information Celgene has designated as "confidential"). The Exhibits are more specifically described in the concurrently filed Declaration of Justin Brooks in Support of Motions *in Limine* and Daubert Motion.

The SPO requires that any party who wishes to file a document designated "confidential" by another party with the Court must comply with the Court's procedures for filing documents under seal. SPO at 7:26-8:5. Accordingly, Relator files this Application.

Prior to filing this application, on March 10, 2017, Relator's counsel contacted Celgene's counsel to determine if Celgene objected to the public filing of certain documents it has designated as "confidential." As of the filing of this application, Celgene's counsel had not responded substantively.

**II. No compelling reasons exist to keep the MIL Exhibits outside of public view, and the Court accordingly should deny this Application.**

The standards for sealing documents, particularly at the trial stage of a case, are strict. The public has a presumptive right to access to judicial records. *See Ctr. for Auto Safety v.*

*Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016). Indeed, "[t]hrougout our history, the open courtroom has been a fundamental feature of the American judicial system." *Oliner v. Kontrabecki*, 745 F.3d 1024, 1025–27 (9th Cir. 2014). Accordingly, a party seeking to seal documents "bears the burden of overcoming this strong presumption [of public access] by meeting the 'compelling reasons' standard," which is a "stringent standard" that can be overcome only where the court "articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Ctr. for Auto Safety*, 809 F.3d at 1096–97.

The MIL Exhibits do not remotely meet this standard. They consist of expert reports, deposition testimony, and emails, none of which contain personal medical information, personal financial information, trade secrets, or anything else that would justify hiding them from the public. The fact is that Celgene has abused the SPO by applying the "confidential" designation to virtually every document, expert report, and deposition transcript in this case. Not only has this placed an unnecessary burden on Relator and the Court, it has thoroughly undermined the public's access to Court records. This case involves fundamental issues of drug safety and the ways in which pharmaceutical companies influence doctors to prescribe their drugs for off-label uses. Particularly now that the case is at the trial stage, the public deserves full access to these proceedings.

For these reasons, the Court should deny this Application.

Dated: March 10, 2017

**BIENERT, MILLER & KATZMAN, PLC**

By: <u>*/s/ Michael R. Williams*</u>
Thomas H. Bienert, Jr.
Michael R. Williams

Reuben A. Guttman *(admitted pro hac vice)*
Traci L. Buschner *(admitted pro hac vice)*
Justin S. Brooks (*admitted pro hac vice)*
**GUTTMAN, BUSCHNER & BROOKS PLLC**

Richard A. Harpootlian (*admitted pro hac vice*)
Christopher P. Kenney (*admitted pro hac vice*)
**RICHARD A. HARPOOTLIAN, PA**

*Attorneys for Plaintiff-Relator*
*BEVERLY BROWN*

**CERTIFICATE OF SERVICE**

I, Carolyn K. Howland, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS DESIGNATED AS CONFIDENTIAL BY CELGENE UNDER SEAL PURSUANT TO L.R. 79-5.2.2(B)** on the interested parties as follows:

**X BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

Brian Hershman
bhershman@jonesday.com

Michelle B. Goodman
mgoodman@sidley.com

Kimberly A Dunne
kdunne@sidley.com

Sean A Commons
scommons@sidley.com

Toni-Ann Citera
tcitera@jonesday.com

Karen Hewitt
kphewitt@jonesday.com

jdelmedico@JonesDay.com

Linda A. Kontos
Linda.kontos@usdoj.gov

Jay Edward Smith
js@gslaw.org

Brent A. Whittlesey
Brent.whittlesey@usdoj.gov

This certificate was executed on March 10, 2017, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Carolyn K. Howland /s/*
Carolyn K. Howland