**GRETCHEN M. NELSON (112566)**
**NELSON & FRAENKEL LLP**
*gnelson@nflawfirm.com*
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

FILED
CLERK, U.S. DISTRICT COURT
07/25/17
CENTRAL DISTRICT OF CALIFORNIA
BY: PS DEPUTY

**KENNETH A. WEXLER (pro hac vice application submitted concurrently)**
**EDWARD WALLACE (pro hac vice application submitted concurrently)**
**WEXLER WALLACE LLP**
*kaw@wexlerwallace.com*
*eaw@wexlerwallace.com*
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: 312.346.2222
Facsimile: 312.346.0022

***Attorneys for City of Chicago, Objector***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al, ex rel.* BEVERLY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | Case No: 10-cv-03165 RGK (SSx)<br><br>~~[PROPOSED]~~ **ORDER GRANTING CITY OF CHICAGO'S APPLICATION TO FILE OBJECTION TO PROPOSED SETTLEMENT; DECLARATION OF GRETCHEN M. NELSON; AND ACCOMPANYING PAPERS UNDER SEAL** [68]<br><br>**Date: July 25, 2017**<br>**Time: 9:00 a.m.**<br>**Location: Ct. of Hon. R. Gary Klausner**<br>**Roybal Federal Building**<br>**255 East Temple Street, Courtroom 850**<br>**Los Angeles, CA 90012** |

For good cause shown, the Court hereby GRANTS the City of Chicago's Unopposed Application to File In Camera and Under Seal the City of Chicago's Objections to Settlement, the Declaration of Gretchen M. Nelson and accompanying papers.

IT IS SO ORDERED.

Dated: 7/25/17

Gary Klausner

Hon. R. Gary Klausner
United States District Judge