Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

Reuben A. Guttman *(admitted pro hac vice)*
rguttman@gbblegal.com
Traci L. Buschner *(admitted pro hac vice)*
tbuschner@gbblegal.com
Justin S. Brooks *(admitted pro hac vice)*
jbrooks@gbblegal.com
Dan Guttman *(admitted pro hac vice)*
diguttman@aol.com
GUTTMAN, BUSCHNER & BROOKS PLLC
1625 Massachusetts Ave., NW, Suite 500
Washington, DC 20036
Tel: (202) 800-3001/Fax: (202) 827-0041

Richard A. Harpootlian (*admitted pro hac vice*)
rah@harpootlianlaw.com
Christopher P. Kenney (*admitted pro hac vice*)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Tel: (803) 252-4848/Fax: (803) 252-4810

Nancy Gertner (*admitted pro hac vice*)
ngertner@law.harvard.edu
Langdell 328
1525 Massachusetts Ave.
Cambridge, Massachusetts 02138
Tel: (617) 851-3812

Attorneys for Plaintiff - Relator
BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO,<br><br>Plaintiffs,<br>*Ex rel.*<br><br>BEVERLY BROWN,<br><br>Plaintiff-Relator,<br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | Case No. 10-cv-03165-RGK-SS<br>Assigned to the Honorable R. Gary Klausner<br><br>**ORDER GRANTING** IN PART **RELATOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5.2.2(a)-(b)** |

The Court, having reviewed and considered *Relator's Application for Leave to File Documents Under Seal Pursuant to L.R. 79-5.2.2(a)-(b)* (the "Application"),

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted in part.

The application to file Exhibit A under seal is **denied**. A declaration in support of confidentiality, pursuant to LR 79.5.2.2(b) was not filed. The application to file Exhibit B under seal is **granted.**

**IT IS SO ORDERED.**

Dated: October 19, 2017

GARY KLAUSNER

JUDGE R. GARY KLAUSNER